JOHN T. AFFELDT (SBN 154430)
TARA KINI (SBN 239093)
JENNY PEARLMAN (SBN 224879)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), *pro hac vice* pending
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*,<br><br>            Plaintiffs,<br>   v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            Defendants. | Case No.<br><br>**PETITION OF GUADALUPE GONZALEZ FOR ORDER APPOINTING HER GUARDIAN AD LITEM**<br><br>Time:<br>Date:<br>Dept: |

PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM

| | |
|---|---|
| 1 | PATRICK THOMPSON (SBN 160804) |
| 2 | NICOLE E. PERROTON (SBN 233121) |
|   | ELIZABETH F. STONE (SBN 239285) |
| 3 | GOODWIN PROCTER LLP |
|   | 101 California Street # 1850 |
| 4 | San Francisco, California 94111 |
|   | Tel: (415) 733-6000 |
| 5 | Fax: (415) 677-9041 |
|   | Email: pthompson@goodwinprocter.com |

DAVID B. COOK, (DC BN 113522) application to appear *pro hac vice* pending
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

---

PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM

Petitioner Guadalupe Gonzalez respectfully represents:

1. Petitioner is the parent of Daisy Gonzalez, a minor. The minor is 16 years of age.

2. The minor has claims for relief against the above-named defendants on which a suit should be brought in this Court. The claims involve defendants' issuance of an unlawful regulation defining a "highly qualified" teacher as one who "is participating" in an alternative route to certification program, in violation of the Administrative Procedure Act (5. U.S.C. § 706).

3. The minor has no guardian of his/her person or estate.

4. Petitioner is willing to serve as the guardian ad litem for the minor, is fully competent to understand and to protect the rights of the minor and has no interest adverse to that of the minor.

WHEREFORE, petitioner prays that she be appointed guardian ad litem of DAISY GONZALEZ to prosecute this action for declaratory and injunctive relief, and for such other and further relief as the court may deem proper.

1  Dated: July 20, 2007

3  _____
   GUADALUPE GONZALEZ