JOHN T. AFFELDT (SBN 154430)
TARA KINI (SBN 239093)
JENNY PEARLMAN (SBN 224879)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), *pro hac vice* pending
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. <br><br> **EX PARTE MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND TO SUBMIT PLAINTIFF'S DECLARATION UNDER SEAL** <br><br> Civil Local Rules 7-10; 79-5 <br><br><br> Time: <br> Date: <br> Dept: |

EX PARTE MTN FOR LEAVE TO PROCEED ANONYMOUSLY

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
3  ELIZABETH F. STONE (SBN 239285)
   GOODWIN PROCTER LLP
   101 California Street # 1850
4  San Francisco, California 94111
   Tel: (415) 733-6000
5  Fax: (415) 677-9041
   Email: pthompson@goodwinprocter.com
6
7  DAVID B. COOK (DC BN 113522), *pro hac vice* pending
   GOODWIN PROCTER LLP
8  901 New York Avenue, N.W.
   Washington, D.C. 20001
9  Tel: (202) 346-4000
   Fax: (202) 346-4444
10 Email: dcook@goodwinprocter.com

11 Attorneys for PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE MTN FOR LEAVE TO PROCEED ANONYMOUSLY

Plaintiff "Jane Doe," a minor, and "John Doe," her *guardian ad litem*, move this Court for an order granting them leave to proceed in this action in these fictitious names and pursuant to Civil Local Rules 7-11 and 79-5(b), plaintiffs respectfully hereby request leave of Court to file under seal in their entireties the following document being lodged with the Clerk: Declaration of Jane Doe in support of *ex parte* motion for leave to proceed anonymously.

The grounds for this motion are that plaintiffs and her family have a sensitive immigration status. Plaintiff's declaration indicates a genuine fear that if Jane Doe and her *guardian ad litem*'s name were used in this litigation they would face reprisal in the form of deportation, economic harm, social stigmatization, and harassment.

The facts revealing the true identity of plaintiff Jane Doe and her *guardian ad litem* are submitted to the Court in an original declaration containing the true identities and filed under seal at the time of the filing of the complaint. The facts supporting the plaintiffs' claims and the need to secure their privacy are established in the declaration.

The Court has the authority to permit the plaintiffs to proceed under fictitious names in cases like this where there is a serious threat to plaintiff and her family's right to privacy and of economic harm, social stigmatization, and harassment.

This motion is based on the pleadings and records on file in this action, on the attached memorandum of points and authorities and declaration in support of this motion and upon such evidence as might be presented at the hearing on this motion.

Dated: August 21, 2007                    Respectfully submitted,

_____
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiff

1