JOHN T. AFFELDT (SBN 154430)
TARA KINI (SBN 239093)
JENNY PEARLMAN (SBN 224879)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), *pro hac vice* pending
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. <br><br> **DECLARATION OF TARA KINI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND FOR PLAINTIFF'S SUBMISSION OF DECLARATION UNDER SEAL** <br><br> Civil Local Rules 7-11; 79-5(b) <br><br><br> Time: <br> Date: <br> Dept: |

| | |
|---|---|
| 1 | PATRICK THOMPSON (SBN 160804) |
| 2 | NICOLE E. PERROTON (SBN 233121) |
|   | ELIZABETH F. STONE (SBN 239285) |
| 3 | GOODWIN PROCTER LLP |
|   | 101 California Street # 1850 |
| 4 | San Francisco, California 94111 |
|   | Tel: (415) 733-6000 |
| 5 | Fax: (415) 677-9041 |
|   | Email: pthompson@goodwinprocter.com |
| 6 | |
| 7 | DAVID B. COOK (DC BN 113522), *pro hac vice* pending |
|   | GOODWIN PROCTER LLP |
| 8 | 901 New York Avenue, N.W. |
|   | Washington, D.C. 20001 |
| 9 | Tel: (202) 346-4000 |
|   | Fax: (202) 346-4444 |
| 10 | Email: dcook@goodwinprocter.com |
| 11 | Attorneys for PLAINTIFFS |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DECL. OF TARA KINI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED
ANONYMOUSLY AND FOR SUBMISSION OF DECLARATION UNDER SEAL

# DECLARATION OF TARA KINI

I, Tara Kini, hereby declare:

1. I am an attorney admitted to practice in California, employed as an attorney by Public Advocates, Inc., and counsel for plaintiffs. I make this declaration on my own personal knowledge in support of plaintiffs' motion for leave to proceed anonymously and for submission of plaintiff's declaration under seal, and if called as a witness, I am competent to testify to the matters set forth in this declaration.

2. I assert that the entire declaration of plaintiff Jane Doe is sealable.

3. Plaintiffs will seek to obtain a stipulation from opposing counsel on this matter upon filing of the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 21, 2007



TARA KINI

---

DECL. OF TARA KINI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND FOR SUBMISSION OF DECLARATION UNDER SEAL

1