JOHN T. AFFELDT (SBN 154430)
TARA KINI (SBN 239093)
JENNY PEARLMAN (SBN 224879)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; JANE DOE, a minor, by John Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        Defendants. | Case No.<br><br>**PROOF OF SERVICE**<br><br><br><br>Time:<br>Date:<br>Dept: |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JEFFREY SIMES (NY SRN 2813533) application to appear *pro hac vice* pending
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email:    jsimes@goodwinprocter.com

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
          San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email:    pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 113522) application to appear *pro hac vice* pending
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

# PROOF OF SERVICE

I, Andrea Walker, hereby declare:

My business address is 131 Steuart Street, Suite 300, San Francisco, California, 94105-1241, and I am employed in the City and County of San Francisco where this service is occurring. I am over the age of eighteen years and am not a party to this action.

On August 21, 2007, I caused a true and correct copy of the following documents:

1. **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND EXHIBITS IN SUPPORT**
2. **SUMMONS**
3. **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
4. **PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR SONYA RENEE, MARIBEL HEREDIA, MARIEL RUBIO, GUADALUPE GONZALEZ, DEANNA BOLDEN, ARCELIA RAMIREZ, AND JOHN DOE**
5. **PROPOSED ORDER APPOINTING GUARDIANS AD LITEM**
6. **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR JEFFREY SIMES AND DAVID COOK**
7. **PROPOSED ORDERS GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR JEFFREY SIMES AND DAVID COOK**
8. **SUPPLEMENTARY MATERIAL PROVIDED BY THE CLERK PURSUANT TO CIV. L.R. 4-2**

to be served upon the parties and through their attorneys of record, as designated below in the specified service:

|  | by Personal Service: | by Registered US Mail: |
|---|---|---|
| United States Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | __X__ | ____ |
| Alberto R. Gonzalez, Esq.<br>Attorney General of the United States<br>950 Pennsylvania Avenue, NW,<br>Washington, DC 20530-0001 | ____ | __X__ |
| Margaret Spellings<br>Secretary of Education<br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | ____ | __X__ |

1

| | |
|---|---|
| U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | _____   __X___ |

 I declare under penalty of perjury that the foregoing is true and correct, and that I executed this proof of service in San Francisco, California, this 21st day of August 2007.

_____
ANDREA WALKER
Declarant