```
1   JOHN T. AFFELDT (SBN 154430)
2   JENNY PEARLMAN (SBN 224879)
    TARA KINI (SBN 239093)
3   PUBLIC ADVOCATES, INC.
    131 Steuart Street, Suite 300
4   San Francisco, California 94105
    Tel. (415) 431-7430
5   Fax (415) 431-1048
6   Email: jaffeldt@publicadvocates.org
            jpearlman@publicadvocates.org
7           tkini@publicadvocates.org
8
    Attorneys for PLAINTIFFS
9   (Additional attorneys listed on following page)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; G. DOE, a minor, by M. Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No.<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

| | |
|---|---|
| 1 | PATRICK THOMPSON (SBN 160804) |
| 2 | NICOLE E. PERROTON (SBN 233121) |
|   | ELIZABETH F. STONE (SBN 239285) |
| 3 | GOODWIN PROCTER LLP |
|   | 101 California Street # 1850 |
| 4 | San Francisco, California 94111 |
|   | Tel: (415) 733-6000 |
| 5 | Fax: (415) 677-9041 |
|   | Email: pthompson@goodwinprocter.com |
| 6 | |
| 7 | Attorneys for PLAINTIFFS |

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeffrey A. Simes, an active member in good standing of the bar of the District of New York and in the bar of the District of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiffs Sonya Renee, *et al.* in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above:

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Patrick S. Thompson
Goodwin Procter LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 733-6000
Fax: (415) 677-9041

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2007

_____
Jeffrey A. Simes

APPLICATION FOR ADMISSION OF ATTORNEY     -1-
*PRO HAC VICE*