1

2  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
3  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
4  131 Steuart Street, Suite 300
   San Francisco, California 94105
5  Tel. (415) 431-7430
   Fax (415) 431-1048
6  Email: jaffeldt@publicadvocates.org
          jpearlman@publicadvocates.org
7          tkini@publicadvocates.org

8  Attorneys for PLAINTIFFS
9  (Additional attorneys listed on following page)

10

11                        UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13  SONYA RENEE; CANDICE JOHNSON, a minor,        Case No.
    by Sonya Renee, her guardian ad litem; MARIBEL
14  HEREDIA; JOSE ALDANA, a minor, by Maribel
    Heredia, his guardian ad litem; MARIEL RUBIO;    **(PROPOSED) ORDER GRANTING**
15  DANIELLE RUBIO, a minor, by Mariel Rubio, her    **APPLICATION FOR ADMISSION**
    guardian ad litem; GUADALUPE GONZALEZ;          **OF ATTORNEY *PRO HAC VICE***
16  DAISY GONZALEZ, a minor, by Guadalupe
    Gonzalez, her guardian ad litem; JAZMINE
17  JOHNSON, a minor, by Deanna Bolden, her
    guardian ad litem; ADRIANA RAMIREZ, a minor,
18  by Arcelia Trinidad Ramirez, her guardian ad litem;
    G. DOE, a minor, by M. Doe, her guardian ad litem;
19  CALIFORNIANS FOR JUSTICE EDUCATION
    FUND; CALIFORNIA ASSOCIATION OF
20  COMMUNITY ORGANIZATIONS FOR
    REFORM NOW,
21
22                         Plaintiffs,
23
24          v.
25
    MARGARET SPELLINGS, in her official capacity;
26  UNITED STATES DEPARTMENT OF
    EDUCATION,
27
                           Defendants.
28

1  PATRICK THOMPSON (SBN 160804)
   NICOLE E. PERROTON (SBN 233121)
2  ELIZABETH F. STONE (SBN 239285)
   GOODWIN PROCTER LLP
3  101 California Street # 1850
   San Francisco, California 94111
4  Tel: (415) 733-6000
   Fax: (415) 677-9041
5  Email: pthompson@goodwinprocter.com

6

7  Attorneys for PLAINTIFFS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1        Jeffrey A. Simes, an active member in good standing in the bar of the District of New York and

2   the District of Massachusetts whose business address and telephone number is:

3        Goodwin Procter LLP
    599 Lexington Ave.
4   New York, New York 10022
    (212) 813-8800
5
6        having applied in the above-entitled action for admission to practice in the Northern District of

7   California on a *pro hac vice* basis, representing plaintiffs Sonya Renee, *et al.*

8        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions

9   of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*  Service of

10  papers upon and communication with co-counsel designated in the application will constitute notice to

11  the party.  All future filings in this action are subject to the requirements contained in General Order No.

12  45, *Electronic Case Filing.*

13

14

15  Dated: _____                    _____

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APPLICATION      -1-
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*