JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; G. DOE, a minor, by M. Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, <br><br>     Plaintiffs, <br><br>     v. <br><br> MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, <br><br>     Defendants. | Case No. <br><br> APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

PATRICK THOMPSON (SBN 160804)

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

Attorneys for PLAINTIFFS

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

1 | Pursuant to Civil L.R. 11-3, David B. Cook, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs Sonya Renee, et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above:

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Patrick S. Thompson
Goodwin Procter LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 733-6000
Fax: (415) 677-9041

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2007

_____
David B. Cook

APPLICATION FOR ADMISSION OF ATTORNEY     -1-
PRO HAC VICE