JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

RECEIVED
07 AUG 21 PM 3:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; G. DOE, a minor, by M. Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        Defendants. | Case No. C-07-4299-EMC<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  PATRICK THOMPSON (SBN 160804)
   NICOLE E. PERROTON (SBN 233121)
2  ELIZABETH F. STONE (SBN 239285)
   GOODWIN PROCTER LLP
3  101 California Street # 1850
   San Francisco, California 94111
4  Tel: (415) 733-6000
   Fax: (415) 677-9041
5  Email: pthompson@goodwinprocter.com
6
7  Attorneys for PLAINTIFFS

(PROPOSED) ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  Jeffrey A. Simes, an active member in good standing in the bar of the District of New York and
2  the District of Massachusetts whose business address and telephone number is:

Goodwin Procter LLP
599 Lexington Ave.
New York, New York 10022
(212) 813-8800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Sonya Renee, *et al.*

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____        _____

(PROPOSED) ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     -1-