1  JOHN T. AFFELDT (SBN 154430)
2  JENNY PEARLMAN (SBN 224879)
   TARA KINI (SBN 239093)
3  PUBLIC ADVOCATES, INC.
   131 Steuart Street, Suite 300
4  San Francisco, California 94105
5  Tel. (415) 431-7430
   Fax (415) 431-1048
6  Email: jaffeldt@publicadvocates.org
          jpearlman@publicadvocates.org
7         tkini@publicadvocates.org
8
   Attorneys for PLAINTIFFS
9  (Additional attorneys listed on following page)

RECEIVED
07 AUG 21 PM 3:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; G. DOE, a minor, by M. Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. C-07-4299 EMC <br><br> **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  PATRICK THOMPSON (SBN 160804)
   NICOLE E. PERROTON (SBN 233121)
2  ELIZABETH F. STONE (SBN 239285)
   GOODWIN PROCTER LLP
3  101 California Street # 1850
   San Francisco, California 94111
4  Tel: (415) 733-6000
   Fax: (415) 677-9041
5  Email: pthompson@goodwinprocter.com
6
7
   Attorneys for PLAINTIFFS
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   _____
   (PROPOSED) ORDER GRANTING APPLICATION
   FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  David B. Cook, an active member in good standing in the bar of the District of Columbia whose business address and telephone number is:

Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Sonya Renee, *et al.*

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____          _____

(PROPOSED) ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    -1-