JOHN T. AFFELDT (SBN 154430)
TARA KINI (SBN 239093)
JENNY PEARLMAN (SBN 224879)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), *pro hac vice* pending
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendants. | Case No. C 07 4299 EMC<br><br>**ORDER APPOINTING GUARDIANS AD LITEM**<br><br>Time:<br>Date:<br>Dept: |

ORDER APPOINTING GUARDIANS AD LITEM

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK, (DC BN 113522) application to appear *pro hac vice* pending
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

ORDER APPOINTING GUARDIANS AD LITEM

The Court having considered the petitions of Sonya Renee, Maribel Heredia, Mariel Rubio, Guadalupe Gonzalez, Deanna Bolden, Arcelia Ramirez, and John Doe for appointment as guardian ad litem, and good cause appearing therefore,

IT IS ORDERED as follows:

(a) that Sonya Renee be, and she hereby is, appointed guardian ad litem of Candice Johnson in the above-named action;

(b) that Maribel Heredia be, and she hereby is, appointed guardian ad litem of Jose Aldana in the above-named action;

(c) that Mariel Rubio be, and she hereby is, appointed guardian ad litem of Danielle Rubio in the above-named action;

(d) that Guadalupe Gonzalez be, and she hereby is, appointed guardian ad litem of Daisy Gonzalez in the above-named action;

(e) that Deanna Bolden be, and she hereby is, appointed guardian ad litem of Jazmine Johnson in the above-named action;

(f) that Arcelia Trinidad Ramirez be, and she hereby is, appointed guardian ad litem of Adriana Ramirez in the above-named action; and

(g) that John Doe be, and he hereby is, appointed guardian ad litem of Jane Doe in the above-named action.

Dated: 8/28/2007

United States ~~District~~ Magistrate Judge

ORDER APPOINTING GUARDIANS AD LITEM