| | |
|---|---|
| 1 | JOHN T. AFFELDT (SBN 154430) |
| 2 | TARA KINI (SBN 239093) |
|   | JENNY PEARLMAN (SBN 224879) |
| 3 | PUBLIC ADVOCATES, INC. |
|   | 131 Steuart Street, Suite 300 |
| 4 | San Francisco, California 94105 |
|   | Tel. (415) 431-7430 |
| 5 | Fax (415) 431-1048 |
| 6 | Email: jaffeldt@publicadvocates.org |
|   |         tkini@publicadvocates.org |
| 7 |         jpearlman@publicadvocates.org |

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; JANE DOE, a minor, by John Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,<br><br>            Plaintiffs,<br><br>    v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            Defendants. | Case No. 07-04299 EMC<br><br>**PROOF OF SERVICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JEFFREY SIMES (NY SRN 2813533) application to appear *pro hac vice* pending
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email:    jsimes@goodwinprocter.com

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
         San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email:    pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 113522) application to appear *pro hac vice* pending
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

PROOF OF SERVICE

**PROOF OF SERVICE**

I, Tara Kini, hereby declare:

My business address is 131 Steuart Street, Suite 300, San Francisco, California, 94105-1241, and I am employed in the City and County of San Francisco where this service is occurring. I am over the age of eighteen years and am not a party to this action.

On October 1, 2007, I caused a true and correct copy of the following documents:

**1. Ex Parte Motion for Leave to Proceed Anonymously and to Submit Plaintiff's Declaration Under Seal;**
**2. Memorandum of Points and Authorities In Support of Ex Parte Motion for Leave to Proceed Anonymously and to Submit Plaintiff's Declaration Under Seal; and**
**3. Declaration of Tara Kini In Support of Ex Parte Motion for Leave to Procdeed Anonymously and to Submit Plaintiff's Declaration Under Seal.**

to be served upon the parties and through their attorneys of record, as designated below in the specified service:

|  | by Facsimile: | by Electronic Mail: |
|---|---|---|
| Michael Hyde, Esq.<br>United States Department of Justice<br>michael.hyde@usdoj.gov<br>Fax: 202-616-8470 | **X** | **X** |
| Richard Mellman, Esq.<br>U.S. Department of Education<br>richard.mellman@ed.gov |  | **X** |

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this proof of service in San Francisco, California, this 2nd day of October 2007.



TARA KINI
Declarant

1

PROOF OF SERVICE