PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Michael Q. Hyde, a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears as counsel of record in this matter on behalf of defendants the Honorable Margaret Spellings, Secretary of Education, and the United States Department of Education.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | Respectfully submitted, |
| 2 | | PETER D. KEISLER<br>Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | | _____/S/_____<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, a true and correct copy of the foregoing Notice of Appearance was served by the Court's ECF system and first class mail upon the following:

>John T. Affeldt
>Jenny Pearlman
>Tara Kini
>PUBLIC ADVOCATES, INC.
>131 Steuart Street, Suite 300
>San Francisco, CA 94105
>
>Patrick Thompson
>Nicole E. Perroton
>Elizabeth F. Stone
>GOODWIN PROCTER LLP
>101 California Street #1850
>San Francisco, CA 94111
>
>Jeffrey Simes
>GOODWIN PROCTER LLP
>599 Lexington Avenue
>New York, NY 10022
>
>David B. Cook
>GOODWIN PROCTER LLP
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>
>Attorneys for Plaintiffs

                 _/S/_____
                MICHAEL Q. HYDE