FOR THE PLAINTIFFS:
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

FOR THE DEFENDANTS:
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Civil Action No. 3:07cv4299 <br><br> **PARTIES' STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6(a), the parties stipulate that the deadline for defendants to respond to the Complaint is extended to, and shall include, Friday, November 16, 2007.

| | |
|---|---|
| 1 | FOR THE PLAINTIFFS: |

Dated: October 17, 2007   /s/ signed with authorization - see Attestation
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
          tkini@publicadvocates.org
          jpearlman@publicadvocates.org

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street #1850
San Francisco, CA 94111
Tel: (415) 733-6000
Facsimile: (415) 677-9041
Email: pthompson@goodwinprocter.com

JEFFREY SIMES (NY SRN 2813533)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 813-8879
Facsimile: (212) 355-3333
Email: jsimes@goodwinprocter.com

DAVID B. COOK (DC BN 1135222)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Facsimile: (202) 346-4444
Email: dcook@goodwinprocter.com

| | |
|---|---|
| 1 | FOR THE DEFENDANTS |
| 2 | Dated:  October 18, 2007 |

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

SHEILA M. LIEBER
Assistant Branch Director

　　　/S/
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov