PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | **ATTESTATION OF CONCURRENCE TO FILE PARTIES' STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I obtained concurrence from John Affeldt, attorney for plaintiffs, to file the Parties' Stipulation Extending Time for Defendants to Respond to the Complaint. In addition, I have obtained and will retain the original signature of John Affeldt on that Stipulation, a copy of which will be filed as an attachment to the Stipulation through the Court's ECF system.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | Respectfully submitted, |
| 2 | | PETER D. KEISLER<br>Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | |       /S/<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |

2