FOR THE PLAINTIFFS:
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

FOR THE DEFENDANTS:
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET SPELLINGS, et al.,<br><br>Defendants. | Civil Action No. 3:07cv4299<br><br>**PARTIES' STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6(a), the parties stipulate that the deadline for defendants to respond to the Complaint is extended to, and shall include, Friday, November 16, 2007.

| | |
|---|---|
| 1 | FOR THE PLAINTIFFS: |
| 2 | |
| 3 | Dated: October 17, 2007      *[signature]* |
| | JOHN T. AFFELDT (SBN 154430) |
| 4 | JENNY PEARLMAN (SBN 224879) |
| | TARA KINI (SBN 239093) |
| 5 | PUBLIC ADVOCATES, INC. |
| | 131 Steuart Street, Suite 300 |
| 6 | San Francisco, CA 94105 |
| | Tel: (415) 431-7430 |
| 7 | Facsimile: (415) 431-1048 |
| | Email: jaffeldt@publicadvocates.org |
| 8 |        tkini@publicadvocates.org |
| |        jpearlman@publicadvocates.org |

1    FOR THE PLAINTIFFS:

2    Dated: October 17, 2007

         *[signature]*
3       JOHN T. AFFELDT (SBN 154430)
        JENNY PEARLMAN (SBN 224879)
4       TARA KINI (SBN 239093)
        PUBLIC ADVOCATES, INC.
5       131 Steuart Street, Suite 300
        San Francisco, CA 94105
6       Tel: (415) 431-7430
        Facsimile: (415) 431-1048
7       Email: jaffeldt@publicadvocates.org
                tkini@publicadvocates.org
8                jpearlman@publicadvocates.org

9       PATRICK THOMPSON (SBN 160804)
        NICOLE E. PERROTON (SBN 233121)
10      ELIZABETH F. STONE (SBN 239285)
        GOODWIN PROCTER LLP
11      101 California Street #1850
        San Francisco, CA 94111
12      Tel: (415) 733-6000
        Facsimile: (415) 677-9041
13      Email: pthompson@goodwinprocter.com

14      JEFFREY SIMES (NY SRN 2813533)
        GOODWIN PROCTER LLP
15      599 Lexington Avenue
        New York, NY 10022
16      Tel: (212) 813-8879
        Facsimile: (212) 355-3333
17      Email: jsimes@goodwinprocter.com

18      DAVID B. COOK (DC BN 1135222)
        GOODWIN PROCTER LLP
19      901 New York Avenue, N.W.
        Washington, D.C. 20001
20      Tel: (202) 346-4000
        Facsimile: (202) 346-4444
21      Email: dcook@goodwinprocter.com

| | |
|---|---|
| 1 | FOR THE DEFENDANTS |
| 2 | Dated: October 18, 2007 |

                                  PETER D. KEISLER  
                                  Assistant Attorney General

                                  SCOTT N. SCHOOLS  
                                  United States Attorney

                                  SHEILA M. LIEBER  
                                  Assistant Branch Director

                                  /s/ Michael Q. Hyde  
                                  MICHAEL Q. HYDE  
                                  Trial Attorney  
                                  Civil Division, Federal Programs Branch  
                                  United States Department of Justice  
                                  20 Massachusetts Ave., N.W., Room 7132  
                                  P.O. Box 883  
                                  Washington, D.C. 20044  
                                  Tel: (202) 514-2205  
                                  Facsimile: (202) 616-8470  
                                  Email: michael.hyde@usdoj.gov