PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MARGARET SPELLINGS, et al.,<br><br>        Defendants. | Civil Action No. 3:07cv4299<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendants Margaret Spellings and the United States Department of Education hereby decline to consent to assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | Respectfully submitted, |
| 2 | | PETER D. KEISLER<br>Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | |       /S/<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |
| 12 | | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, a true and correct copy of the foregoing Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge was served by the Court's ECF system and first class mail upon the following:

    John T. Affeldt
    Jenny Pearlman
    Tara Kini
    PUBLIC ADVOCATES, INC.
    131 Steuart Street, Suite 300
    San Francisco, CA 94105

    Patrick Thompson
    Nicole E. Perroton
    Elizabeth F. Stone
    GOODWIN PROCTER LLP
    101 California Street #1850
    San Francisco, CA 94111

    Jeffrey Simes
    GOODWIN PROCTER LLP
    599 Lexington Avenue
    New York, NY 10022

    David B. Cook
    GOODWIN PROCTER LLP
    901 New York Avenue, N.W.
    Washington, D.C. 20001

Attorneys for Plaintiffs

                                                            /S/
                                                MICHAEL Q. HYDE