# Public | Advocates

**Board of Governors**

**Leo P. Martinez, Chair**
UC Hastings College of Law

**Fred H. Altshuler**
Altshuler, Berzon LLP

**Fred W. Alvarez**
Wilson Sonsini Goodrich & Rosati

**Diane T. Chin**
Henderson Center for Social Justice, Boalt Hall School of Law

**Denelle M. Dixon-Thayer**
Yahoo! Inc.

**Martin R. Glick**
Howard, Rice, Nemerovski, Canady, Falk & Rabkin

**Joan Harrington**
Santa Clara University School of Law

**Dolores Jimenez**
Kaiser Permanente

**Miguel Méndez**
Stanford Law School

**Ann M. O'Leary**
Office of the San Francisco City Attorney

**Abdi Soltani**
The Campaign for College Opportunity

**Judy A. Tam**
Independent Television Services

**Staff**

**Jamienne S. Studley**
President

**John T. Affeldt**
**Richard A. Marcantonio**
Managing Attorneys

**Liz Guillen***
Director, Legislative & Community Affairs

**Tara Kini**
**Guillermo Mayer**
**Jenny Pearlman**
**Michelle Natividad Rodriguez**
**Elisabeth Voigt**
Staff Attorneys

**Wynn Hausser**
Director of Communication

**Retha Howard**
Director, Finance & Administration

**Angelica K. Jongco**
**Samuel Tepperman-Gelfant**
Attorney & Law Fellows

**Mónica Henestroza***
Policy Advocate

**Rebecca Durlin**
**April Dawn Hamilton**
**Clifford Loo**
**Andrea Walker**
Administrative Staff

October 31, 2007

Honorable Phyllis J. Hamilton
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**RE: CASE NO. 3:07 CV-04299-PJH—WITHDRAWAL OF EX PARTE DOE MOTION**

Dear Judge Hamilton:

Pursuant to Civil Local Rule 7-7(e), Plaintiff "Jane Doe," a minor, and "John Doe," her *guardian ad litem*, hereby withdraw their Ex Parte Motion for Leave to Proceed Using Fictitious Names and to Submit Declaration Under Seal due to the fact that counsel for Defendants Secretary Spellings and U.S. Department of Education has indicated that Defendants will oppose this motion.

Plaintiffs plan to reschedule this motion shortly for hearing.

Sincerely,


John T. Affeldt
Counsel for Plaintiffs in *Renee v. Spellings*

cc:     Michael Hyde, United States Department of Justice
        Jeffrey Simes, Goodwin Procter LLP
        David Cook, Goodwin Procter LLP
        Patrick Thompson, Goodwin Procter LLP