1   FOR THE PLAINTIFFS:
    JOHN T. AFFELDT (SBN 154430)
2   JENNY PEARLMAN (SBN 224879)
    TARA KINI (SBN 239093)
3   PUBLIC ADVOCATES, INC.
    131 Steuart Street, Suite 300
4   San Francisco, CA 94105
    Tel: (415) 431-7430
5   Facsimile: (415) 431-1048
    Email: jaffeldt@publicadvocates.org
6          tkini@publicadvocates.org
           jpearlman@publicadvocates.org
7
    FOR THE DEFENDANTS:
8   PETER D. KEISLER
    Assistant Attorney General
9   SCOTT N. SCHOOLS
    United States Attorney
10  SHEILA M. LIEBER
    Assistant Branch Director
11  MICHAEL Q. HYDE
    Trial Attorney
12  Civil Division, Federal Programs Branch
    United States Department of Justice
13  20 Massachusetts Ave., N.W., Room 7132
    P.O. Box 883
14  Washington, D.C. 20044
    Tel: (202) 514-2205
15  Facsimile: (202) 616-8470
    Email: michael.hyde@usdoj.gov
16

17              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18   _____
                                            )
19  SONYA RENEE, et al.,                    )        Civil Action No. 3:07cv4299
                                            )
20              Plaintiffs,                 )
                                            )        **PARTIES' SECOND**
21          v.                              )        **STIPULATION EXTENDING**
                                            )        **TIME FOR DEFENDANTS TO**
22  MARGARET SPELLINGS, et al.,             )        **RESPOND TO THE**
                                            )        **COMPLAINT**
23              Defendants.                 )
     _____)
24

25

26          Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6(a), the parties stipulate that the

    deadline for defendants to respond to the Complaint is extended to, and shall include, Friday,
27
    November 30, 2007.
28

1    FOR THE PLAINTIFFS:

2

     Dated: November 15, 2007                    /s/ signed with authorization - see Attestation
3                                         JOHN T. AFFELDT (SBN 154430)
                                          JENNY PEARLMAN (SBN 224879)
4                                         TARA KINI (SBN 239093)
                                          PUBLIC ADVOCATES, INC.
5                                         131 Steuart Street, Suite 300
                                          San Francisco, CA 94105
6                                         Tel: (415) 431-7430
                                          Facsimile: (415) 431-1048
7                                         Email: jaffeldt@publicadvocates.org
                                                  tkini@publicadvocates.org
8                                                 jpearlman@publicadvocates.org

9                                         PATRICK THOMPSON (SBN 160804)
                                          NICOLE E. PERROTON (SBN 233121)
10                                        ELIZABETH F. STONE (SBN 239285)
                                          GOODWIN PROCTER LLP
11                                        101 California Street #1850
                                          San Francisco, CA 94111
12                                        Tel: (415) 733-6000
                                          Facsimile: (415) 677-9041
13                                        Email: pthompson@goodwinprocter.com

14                                        JEFFREY SIMES (NY SRN 2813533)
                                          GOODWIN PROCTER LLP
15                                        599 Lexington Avenue
                                          New York, NY 10022
16                                        Tel: (212) 813-8879
                                          Facsimile: (212) 355-3333
17                                        Email: jsimes@goodwinprocter.com

18                                        DAVID B. COOK (DC BN 1135222)
                                          GOODWIN PROCTER LLP
19                                        901 New York Avenue, N.W.
                                          Washington, D.C. 20001
20                                        Tel: (202) 346-4000
                                          Facsimile: (202) 346-4444
21                                        Email: dcook@goodwinprocter.com

22

23

24

25

26

27

28

Second Stipulation Extending Time for Defendants
                                                              to Respond to Complaint
                                                              3:07cv4299

1 | FOR THE DEFENDANTS

2 | Dated: November 15, 2007                    PETER D. KEISLER
                                                Assistant Attorney General
3
                                                SCOTT N. SCHOOLS
4                                               United States Attorney

5                                               SHEILA M. LIEBER
                                                Assistant Branch Director
6
                                                _____/S/_____
7                                               MICHAEL Q. HYDE
                                                Trial Attorney
8                                               Civil Division, Federal Programs Branch
                                                United States Department of Justice
9                                               20 Massachusetts Ave., N.W., Room 7132
                                                P.O. Box 883
10                                              Washington, D.C. 20044
                                                Tel: (202) 514-2205
11                                              Facsimile: (202) 616-8470
                                                Email: michael.hyde@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28