PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | **ATTESTATION OF CONCURRENCE TO FILE PARTIES' SECOND STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I obtained concurrence from John Affeldt, attorney for plaintiffs, to file the Parties' Second Stipulation Extending Time for Defendants to Respond to the Complaint.  In addition, I have obtained by facsimile the signature of John Affeldt on that Stipulation, a copy of which will be filed as an attachment to the Stipulation through the Court's ECF system.

Attestation of Concurrence to File Second
Stipulation Extending Time for Defendants
to Respond to Complaint
3:07cv4299

Dated: November 15, 2007                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            SHEILA M. LIEBER
                                            Assistant Branch Director

                                            _____/S/_____
                                            MICHAEL Q. HYDE
                                            Trial Attorney
                                            Civil Division, Federal Programs Branch
                                            United States Department of Justice
                                            20 Massachusetts Ave., N.W., Room 7132
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            Tel: (202) 514-2205
                                            Facsimile: (202) 616-8470
                                            Email: michael.hyde@usdoj.gov

Attestation of Concurrence to File Second
Stipulation Extending Time for Defendants
to Respond to Complaint
3:07cv4299