| | |
|---|---|
| 1 | FOR THE PLAINTIFFS: |
| 2 | |
| 3 | Dated: November 15, 2007 |

*[Signature: John T. Affeldt / JTA]*

JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
   tkini@publicadvocates.org
   jpearlman@publicadvocates.org

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street #1850
San Francisco, CA 94111
Tel: (415) 733-6000
Facsimile: (415) 677-9041
Email: pthompson@goodwinprocter.com

JEFFREY SIMES (NY SRN 2813533)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 813-8879
Facsimile: (212) 355-3333
Email: jsimes@goodwinprocter.com

DAVID B. COOK (DC BN 1135222)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Facsimile: (202) 346-4444
Email: dcook@goodwinprocter.com