```
PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I hereby certify that on November 15, 2007, a true and correct copy of the Parties' Second Stipulation Extending Time for Defendants to Respond to the Complaint and of the Attestation of Concurrence to File Parties' Stipulation Extending Time for Defendants to Respond to the Complaint were served by the Court's ECF system upon the following attorneys for the plaintiffs:

| | |
|---|---|
| John T. Affeldt<br>Jenny Pearlman<br>Tara Kini<br>PUBLIC ADVOCATES, INC.<br>131 Steuart Street, Suite 300<br>San Francisco, CA 94105<br><br>Patrick Thompson<br>Nicole E. Perroton<br>Elizabeth F. Stone<br>GOODWIN PROCTER LLP<br>101 California Street #1850<br>San Francisco, CA 94111 | Jeffrey Simes<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>David B. Cook<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001 |

Certificate of Service for Second
Stipulation Extending Time for Defendants
to Respond to Complaint
3:07cv4299

| | | |
|---|---|---|
| 1 | Dated: November 15, 2007 | Respectfully submitted, |
| 2 | | PETER D. KEISLER<br>Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | | _____/S/_____<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |