1  GOODWIN PROCTER LLP
   Nicole Elise Perroton
2  nperroton@goodwinprocter.com
   Three Embarcadero Center
3  24th Floor
   San Francisco, CA 94111
4  415-733-6069
   Fax: 415-677-9041
5

6  (*Additional Counsel on signature page*)

7  Attorney for Plaintiffs

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al. | Case No. C 07-4299 EMC |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendants. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT effective November 12, 2007, Goodwin's San Francisco |
| 2 | office will be located at: Three Embarcadero Center, 24th Floor, San Francisco, CA 94111. The |
| 3 | telephone number and facsimile number will not change. |
| 4 | Dated: November 19, 2007          Respectfully submitted: |

By     /s/Nicole E. Perroton
PATRICK S. THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone:  (415) 733-6000
Facsimile:  (415) 677-9041
E-mail:     pthompson@goodwinprocter.com
            nperroton@goodwinprocter.com
            estone@goodwinprocter.com

DAVID B. COOK (DC BN 113522), *admitted Pro Hac*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
T: (202) 346-4000
F: (202) 346-4444
E-mail:     dcook@goodwinprocter.com

JEFFREY SIMES (NY SRN 2813533), *admitted Pro Hac*
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone:  (415) 733-6000
Facsimile:  (415) 677-9041
E-mail:     jsimes@goodwinprocter.com

JOHN T. AFFELDT (SBN 154430)
TARA KINI (SBN 239093)
JENNY PEARLMAN (SBN 224879)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Telephone:  (415) 431-7430
Facsimile:  (415) 431-1048
E-mail:     jaffeldt@publicadvocates.org
            tkini@publicadvocates.org
            jpearlman@publicadvocates.org

Attorney for PLAINTIFFS

LIBA/1846602.1

- 1 -