information on the activities the State and districts will undertake to ensure that teachers who are not highly qualified become so as quickly as possible, including the steps the State will take to ensure that disadvantaged and minority students are not taught by unqualified teachers at greater rates than are other students, as required by law. It is up to the States and districts to do everything possible to ensure that teachers who are not highly qualified can become highly qualified as soon as possible.

We know that States and districts have made a concerted effort to meet the NCLB goal of ensuring that all teachers of the core academic subjects are highly qualified. Much good work has been done to provide teachers with the training and professional development they need to become highly qualified, and we will continue to share the best practices we have seen in both States and districts. Despite these efforts, we have real concerns that not all States have established appropriate definitions for what a highly qualified teacher is, provided parents and the public with appropriate information on the qualifications of teachers in Title I schools and districts, and reported complete and accurate HQT data to the Department. Therefore, I am establishing the new requirements set forth above.

We look forward to working with you to ensure that all children are taught by highly qualified teachers and to tracking progress toward that goal in the current school year and beyond. As a first step we have invited all of the States to participate in regional data quality workshops, the first of which occurred on October 19 in Chicago, Illinois. We are also available to provide individual technical assistance to States, as necessary, to help them develop the capacity to collect and report complete and accurate teacher qualifications data. If you have any additional questions about the issues discussed in this letter, please contact M. René Islas in the Office of Elementary and Secondary Education at 202-205-8871. Thank you for your continued commitment to providing a quality education for each child in our Nation.

                              Sincerely,


                              /s/

                              Margaret Spellings

Enclosure

---

### Consolidated State Performance Report Information

The Consolidated State Performance Report will collect information on the percentage of classes taught by teachers who are not highly qualified for the following reasons:

- **Regular elementary school** classes taught by certified teachers who did not pass a subject-knowledge test and have not yet demonstrated subject-matter competency through the High, Objective, Uniform State Standard of Evaluation (HOUSSE);

- **Special education elementary school** classes taught by certified teachers who did not pass a subject-knowledge test OR have not yet demonstrated subject-matter competency through HOUSSE;

- **Elementary school classes** taught by teachers on emergency certificates or waivers;

- **Regular secondary school classes** taught by certified teachers who have not demonstrated subject-matter knowledge in those subjects (i.e., out-of-field teachers) and **are not eligible for "rural flexibility"**;

- **Regular secondary school classes** taught by certified teachers who have not demonstrated subject-matter knowledge in those subjects (i.e., out-of-field teachers) **who are eligible for rural flexibility**;

- **Secondary school classes taught by certified special education teachers** who have not demonstrated subject knowledge **and are eligible for flexibility under IDEA or rural flexibility**;

- **Secondary school classes taught by certified special education teachers** who have not demonstrated subject knowledge and **are no longer eligible for flexibility under either IDEA or rural flexibility**;

- **Secondary school classes** taught by teachers on emergency certificates or waivers; and
- **Others** (please explain).

Print          Close Window

Last Modified: 11/18/2005