# EXHIBIT 2

California Department of Education
Educational Demographics Unit
Prepared: 8/14/2007 10:42:22 AM

Report: Teacher Credential & Experience Rpt (with school data)
Year: 2006-07
District: 1964733--LOS ANGELES UNIFIED

# of Teachers by Credential Type

| School | Code | # of Teachers | Full | Univ. Intern | Dist. Intern | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teacher |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4TH STREET NEW PRIMARY CENTER | 0111948 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.8 | 18.4 | 0 | |
| ABRAHAM LINCOLN SENIOR HIGH | 1935121 | 122 | 106 (86.9 %) | 16 (13.1 %) | 8 (6.6 %) | 0 (0.0 %) | 37 (30.3 %) | 0 (0.0 %) | 10.5 | 10.2 | 13 | |
| ACADEMIA AVANCE CHARTER | 0109926 | 6 | 4 (66.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (33.3 %) | 0 (0.0 %) | 3.7 | 1.8 | 2 | |
| ACADEMIA SEMILLAS DEL PUEBLO | 6119929 | 19 | 17 (89.5 %) | 1 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.3 | 2.5 | 4 | |
| ACCELERATED | 6112536 | 33 | 17 (51.5 %) | 4 (12.1 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.0 %) | 0 (0.0 %) | 5.3 | 4.1 | 9 | |
| ACCELERATED ELEMENTARY CHARTER | 0100743 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.0 | 5.2 | 0 | |
| AGGELER COMMUNITY DAY | 0102137 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (25.0 %) | 0 (0.0 %) | 20.4 | 20.1 | 0 | |
| ALAIN LEROY LOCKE SENIOR HIGH | 1935154 | 135 | 97 (71.9 %) | 30 (22.2 %) | 4 (3.0 %) | 0 (0.0 %) | 25 (18.5 %) | 0 (0.0 %) | 6.7 | 6.5 | 26 | 2 |
| ALBERT EINSTEIN CONTINUATION | 1931385 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.0 | 14.0 | 0 | |
| ALBION STREET ELEMENTARY | 6015705 | 25 | 24 (96.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (16.0 %) | 0 (0.0 %) | 14.0 | 14.0 | 0 | |
| ALDAMA ELEMENTARY | 6015713 | 34 | 34 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (20.6 %) | 0 (0.0 %) | 5.9 | 5.8 | 4 | |
| ALEXANDER FLEMING MIDDLE | 6057996 | 85 | 74 (87.1 %) | 3 (3.5 %) | 4 (4.7 %) | 0 (0.0 %) | 21 (24.7 %) | 0 (0.0 %) | 7.5 | 7.5 | 7 | 1 |
| ALEXANDER HAMILTON SENIOR HIGH | 1933852 | 145 | 127 (87.6 %) | 13 (9.0 %) | 2 (1.4 %) | 0 (0.0 %) | 30 (20.7 %) | 0 (0.0 %) | 13.2 | 12.2 | 14 | |
| ALEXANDRIA AVENUE ELEMENTARY | 6015721 | 62 | 58 (93.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (12.9 %) | 0 (0.0 %) | 13.8 | 13.2 | 0 | |
| ALFRED BERNHARD NOBEL MIDDLE | 6061543 | 83 | 81 (97.6 %) | 3 (3.6 %) | 1 (1.2 %) | 0 (0.0 %) | 18 (21.7 %) | 0 (0.0 %) | 13.7 | 13.2 | 0 | |
| ALLESANDRO ELEMENTARY | 6015739 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.9 %) | 0 (0.0 %) | 12.6 | 11.9 | 0 | |
| ALPHONSO B. PEREZ SPECIAL EDUC | 6060545 | 43 | 39 (90.7 %) | 2 (4.7 %) | 0 (0.0 %) | 0 (0.0 %) | 9 (20.9 %) | 0 (0.0 %) | 15.9 | 15.5 | 1 | |
| ALTA LOMA ELEMENTARY | 6015747 | 40 | 39 (97.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (20.0 %) | 0 (0.0 %) | 12.0 | 11.0 | 2 | |
| AMANECER PRIMARY CENTER | 0109280 | 13 | 12 (92.3 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 10.7 | 9.7 | 1 | |
| AMBLER AVENUE ELEMENTARY | 6015754 | 33 | 31 (93.9 %) | 1 (3.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (15.2 %) | 0 (0.0 %) | 11.3 | 10.8 | 0 | |
| AMELIA EARHART CONTINUATION | 1931377 | 4 | 3 (75.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (50.0 %) | 0 (0.0 %) | 19.5 | 14.5 | 0 | |
| AMESTOY ELEMENTARY | 6015762 | 44 | 43 (97.7 %) | 0 (0.0 %) | 1 (2.3 %) | 0 (0.0 %) | 6 (13.6 %) | 0 (0.0 %) | 11.8 | 11.7 | 0 | |
| ANATOLA AVENUE ELEMENTARY | 6015770 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 12.6 | 12.1 | 1 | |
| ANDASOL AVENUE ELEMENTARY | 6015796 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 15.4 | 14.4 | 1 | |
| ANDREW CARNEGIE MIDDLE | 6057913 | 78 | 70 (89.7 %) | 6 (7.7 %) | 4 (5.1 %) | 0 (0.0 %) | 21 (26.9 %) | 0 (0.0 %) | 8.9 | 8.9 | 2 | |
| ANGEL'S GATE (CONTINUATION) | 1930734 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 23.3 | 21.3 | 0 | |
| ANGELES MESA ELEMENTARY | 6015804 | 29 | 29 (100.0 %) | 1 (3.4 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.3 %) | 0 (0.0 %) | 14.3 | 13.7 | 0 | |
| ANIMO FILM AND THEATER ARTS CH | 0111609 | 6 | 3 (50.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (50.0 %) | 0 (0.0 %) | 4.0 | 1.0 | 1 | |
| ANIMO JACKIE ROBINSON HIGH | 0111583 | 7 | 4 (57.1 %) | 3 (42.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.4 | 1.7 | 3 | |
| ANIMO JUSTICE CHARTER HIGH | 0111591 | 7 | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (100.0 %) | 0 (0.0 %) | 1.9 | 1.3 | 1 | |
| ANIMO PAT BROWN | 0106849 | 8 | 7 (87.5 %) | 1 (12.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4.2 | 3.0 | 0 | |
| ANIMO RALPH BUNCHE HIGH | 0111575 | 7 | 5 (71.4 %) | 2 (28.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.3 | 1.0 | 1 | |
| ANIMO SOUTH LOS ANGELES CHARTE | 0102434 | 19 | 12 (63.2 %) | 4 (21.1 %) | 1 (5.3 %) | 1 (5.3 %) | 1 (5.3 %) | 0 (0.0 %) | 3.7 | 1.7 | 3 | |
| ANIMO VENICE CHARTER HIGH | 0106831 | 20 | 15 (75.0 %) | 1 (5.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.0 %) | 0 (0.0 %) | 4.0 | 1.8 | 5 | |
| ANN STREET ELEMENTARY | 6015812 | 12 | 11 (91.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (16.7 %) | 0 (0.0 %) | 9.7 | 9.7 | 1 | |
| ANNALEE AVENUE ELEMENTARY | 6015820 | 23 | 21 (91.3 %) | 1 (4.3 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (17.4 %) | 0 (0.0 %) | 9.1 | 8.8 | 0 | |
| ANNANDALE ELEMENTARY | 6015838 | 19 | 19 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.3 %) | 0 (0.0 %) | 17.9 | 16.9 | 0 | |
| ANTONIO MARIA LUGO ACADEMY | 0109660 | 15 | 12 (80.0 %) | 2 (13.3 %) | 0 (0.0 %) | 1 (6.7 %) | 0 (0.0 %) | 0 (0.0 %) | 2.7 | 1.5 | 6 | |
| APPERSON STREET ELEMENTARY | 6015846 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 15.5 | 14.0 | 2 | |
| ARAGON AVENUE ELEMENTARY | 6015853 | 33 | 33 (100.0 %) | 1 (3.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (12.1 %) | 0 (0.0 %) | 13.6 | 13.5 | 1 | |
| ARCO IRIS PRIMARY CENTER | 6106645 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 7.2 | 7.2 | 1 | |
| ARLETA HIGH | 0112045 | 36 | 29 (80.6 %) | 4 (11.1 %) | 1 (2.8 %) | 0 (0.0 %) | 11 (30.6 %) | 0 (0.0 %) | 7.8 | 7.6 | 7 | |
| ARLINGTON HEIGHTS ELEMENTARY | 6015861 | 39 | 38 (97.4 %) | 2 (5.1 %) | 1 (2.6 %) | 0 (0.0 %) | 5 (12.8 %) | 0 (0.0 %) | 9.8 | 9.2 | 1 | |
| ARMINTA STREET ELEMENTARY | 6015879 | 40 | 39 (97.5 %) | 1 (2.5 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (12.5 %) | 0 (0.0 %) | 10.9 | 10.6 | 0 | |

| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARROYO SECO MUSEUM SCIENCE | 1932896 | 22 | 20 (90.9 %) | 1 (4.5 %) | 1 (4.5 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 11.4 | 10.5 | 0 | |
| ASCOT AVENUE ELEMENTARY | 6015887 | 48 | 48 (100.0 %) | 2 (4.2 %) | 1 (2.1 %) | 0 (0.0 %) | 6 (12.5 %) | 0 (0.0 %) | 10.5 | 10.2 | 1 | |
| ASPIRE L. A. SECONDARY CHARTER | 0112128 | 15 | 10 (66.7 %) | 3 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (13.3 %) | 0 (0.0 %) | 3.4 | 1.1 | 8 | |
| ATWATER AVENUE ELEMENTARY | 6015895 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.3 %) | 0 (0.0 %) | 9.8 | 9.3 | 0 | |
| AUDUBON MIDDLE | 6061394 | 74 | 64 (86.5 %) | 5 (6.8 %) | 4 (5.4 %) | 0 (0.0 %) | 27 (36.5 %) | 0 (0.0 %) | 9.6 | 8.8 | 8 | 1 |
| AURORA ELEMENTARY | 0109348 | 36 | 36 (100.0 %) | 1 (2.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.6 %) | 0 (0.0 %) | 7.4 | 7.2 | 6 | |
| AVALON GARDENS ELEMENTARY | 6015903 | 13 | 12 (92.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (23.1 %) | 0 (0.0 %) | 6.8 | 6.8 | 2 | |
| AVALON HIGH | 1931930 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (66.7 %) | 0 (0.0 %) | 6.0 | 6.0 | 0 | |
| BALBOA GIFTED/HIGH ABILITY MAG | 6100069 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 23.7 | 22.2 | 0 | |
| BALDWIN HILLS ELEMENTARY | 6015929 | 29 | 27 (93.1 %) | 1 (3.4 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (13.8 %) | 0 (0.0 %) | 12.4 | 11.0 | 1 | |
| BANDINI STREET ELEMENTARY | 6015945 | 24 | 23 (95.8 %) | 0 (0.0 %) | 2 (8.3 %) | 0 (0.0 %) | 4 (16.7 %) | 0 (0.0 %) | 13.2 | 12.2 | 2 | |
| BANNING NEW ELEMENTARY SCHOOL | 0111955 | 38 | 37 (97.4 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.3 %) | 0 (0.0 %) | 9.6 | 9.3 | 2 | |
| BARTON HILL ELEMENTARY | 6015952 | 40 | 39 (97.5 %) | 0 (0.0 %) | 1 (2.5 %) | 0 (0.0 %) | 4 (10.0 %) | 0 (0.0 %) | 11.5 | 11.0 | 1 | |
| BASSETT STREET ELEMENTARY | 6015960 | 54 | 52 (96.3 %) | 1 (1.9 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (7.4 %) | 0 (0.0 %) | 11.1 | 10.8 | 2 | |
| BEACHY AVENUE ELEMENTARY | 6015978 | 35 | 34 (97.1 %) | 2 (5.7 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.7 %) | 0 (0.0 %) | 11.4 | 10.8 | 4 | |
| BECKFORD AVENUE ELEMENTARY | 6015986 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 14.9 | 14.1 | 0 | |
| BEETHOVEN STREET ELEMENTARY | 6015994 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.5 %) | 0 (0.0 %) | 13.6 | 12.8 | 0 | |
| BELL SENIOR HIGH | 1930866 | 188 | 169 (89.9 %) | 15 (8.0 %) | 4 (2.1 %) | 0 (0.0 %) | 54 (28.7 %) | 0 (0.0 %) | 11.8 | 11.5 | 20 | 1 |
| BELLEVUE PRIMARY | 6106637 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (12.5 %) | 0 (0.0 %) | 16.5 | 15.6 | 0 | |
| BELLINGHAM PRIMARY CENTER | 0106914 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (8.3 %) | 0 (0.0 %) | 9.7 | 8.7 | 1 | |
| BELMONT SENIOR HIGH | 1930924 | 207 | 191 (92.3 %) | 14 (6.8 %) | 8 (3.9 %) | 0 (0.0 %) | 38 (18.4 %) | 0 (0.0 %) | 10.7 | 10.5 | 26 | 1 |
| BELVEDERE ELEMENTARY | 6016018 | 51 | 49 (96.1 %) | 1 (2.0 %) | 2 (3.9 %) | 0 (0.0 %) | 4 (7.8 %) | 0 (0.0 %) | 13.2 | 13.0 | 1 | |
| BELVEDERE MIDDLE | 6057889 | 103 | 87 (84.5 %) | 8 (7.8 %) | 3 (2.9 %) | 0 (0.0 %) | 28 (27.2 %) | 0 (0.0 %) | 10.0 | 9.5 | 14 | 1 |
| BENJAMIN BANNEKER SPECIAL EDUC | 6060495 | 36 | 25 (69.4 %) | 6 (16.7 %) | 0 (0.0 %) | 0 (0.0 %) | 14 (38.9 %) | 0 (0.0 %) | 11.7 | 11.6 | 0 | |
| BENJAMIN FRANKLIN SENIOR HIGH | 1933043 | 154 | 136 (88.3 %) | 15 (9.7 %) | 2 (1.3 %) | 1 (0.6 %) | 47 (30.5 %) | 0 (0.0 %) | 11.7 | 11.5 | 8 | 1 |
| BERENDO MIDDLE | 6061402 | 125 | 112 (89.6 %) | 8 (6.4 %) | 3 (2.4 %) | 0 (0.0 %) | 33 (26.4 %) | 0 (0.0 %) | 8.8 | 8.6 | 14 | 1 |
| BERENECE CARLSON HOME HOSPITAL | 6069157 | 72 | 70 (97.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 22 (30.6 %) | 0 (0.0 %) | 20.3 | 18.2 | 1 | |
| BERT CORONA CHARTER | 0106872 | 11 | 7 (63.6 %) | 3 (27.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 4.7 | 1.5 | 5 | |
| BERTRAND AVENUE ELEMENTARY | 6016026 | 22 | 22 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.1 %) | 0 (0.0 %) | 14.0 | 13.0 | 0 | |
| BETTY PLASENCIA ELEMENTARY | 6016638 | 54 | 54 (100.0 %) | 0 (0.0 %) | 1 (1.9 %) | 0 (0.0 %) | 1 (1.9 %) | 0 (0.0 %) | 13.9 | 13.2 | 1 | |
| BIRDIELEE V. BRIGHT ELEMENTARY | 6019491 | 39 | 38 (97.4 %) | 2 (5.1 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (12.8 %) | 0 (0.0 %) | 12.6 | 12.3 | 1 | |
| BIRMINGHAM SENIOR HIGH | 1931047 | 149 | 138 (92.6 %) | 9 (6.0 %) | 5 (3.4 %) | 0 (0.0 %) | 36 (24.2 %) | 0 (0.0 %) | 10.0 | 9.5 | 6 | 1 |
| BLYTHE STREET ELEMENTARY | 6016034 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (17.2 %) | 0 (0.0 %) | 14.7 | 13.1 | 1 | |
| BONITA STREET ELEMENTARY | 6016042 | 33 | 32 (97.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (15.2 %) | 0 (0.0 %) | 11.1 | 10.8 | 5 | |
| BOYLE HEIGHTS CONTINUATION | 1932821 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 29.0 | 28.3 | 0 | |
| BRADDOCK DRIVE ELEMENTARY | 6016059 | 29 | 28 (96.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (17.2 %) | 0 (0.0 %) | 15.4 | 14.2 | 0 | |
| BRAINARD ELEMENTARY | 6016067 | 18 | 18 (100.0 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 10.4 | 10.0 | 2 | |
| BREED STREET ELEMENTARY | 6016075 | 35 | 35 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.7 %) | 0 (0.0 %) | 13.5 | 13.3 | 0 | |
| BRENTWOOD SCIENCE | 6016083 | 55 | 55 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (18.2 %) | 0 (0.0 %) | 14.6 | 13.8 | 7 | |
| BRET HARTE PREPARATORY MIDDLE | 6058044 | 66 | 44 (66.7 %) | 14 (21.2 %) | 4 (6.1 %) | 0 (0.0 %) | 22 (33.3 %) | 0 (0.0 %) | 7.0 | 6.8 | 15 | 1 |
| BRIDGE STREET ELEMENTARY | 6016091 | 23 | 20 (87.0 %) | 2 (8.7 %) | 2 (8.7 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 11.1 | 11.1 | 0 | |
| BRIGHT STAR SECONDARY CHARTER | 0112508 | 5 | 3 (60.0 %) | 2 (40.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.2 | 2.8 | 1 | |
| BROAD AVENUE ELEMENTARY | 6016109 | 50 | 47 (94.0 %) | 1 (2.0 %) | 1 (2.0 %) | 0 (0.0 %) | 11 (22.0 %) | 0 (0.0 %) | 13.3 | 12.9 | 0 | |
| BROADACRES AVENUE ELEMENTARY | 6016117 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 11.4 | 10.8 | 4 | |
| BROADWAY ELEMENTARY | 6016125 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (17.6 %) | 0 (0.0 %) | 13.7 | 13.4 | 0 | |
| BROCKTON AVENUE ELEMENTARY | 6016133 | 19 | 18 (94.7 %) | 1 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (26.3 %) | 0 (0.0 %) | 9.4 | 9.4 | 2 | |
| BROOKLYN AVENUE ELEMENTARY | 6016141 | 29 | 27 (93.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.3 %) | 0 (0.0 %) | 14.0 | 13.8 | 1 | |
| BRYSON AVENUE ELEMENTARY | 6016158 | 57 | 55 (96.5 %) | 0 (0.0 %) | 2 (3.5 %) | 0 (0.0 %) | 2 (3.5 %) | 0 (0.0 %) | 12.6 | 12.1 | 3 | |
| BUCHANAN STREET ELEMENTARY | 6016166 | 30 | 29 (96.7 %) | 0 (0.0 %) | 1 (3.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.1 | 13.5 | 1 | |
| BUDLONG AVENUE ELEMENTARY | 6016174 | 61 | 57 (93.4 %) | 5 (8.2 %) | 0 (0.0 %) | 0 (0.0 %) | 14 (23.0 %) | 0 (0.0 %) | 8.6 | 8.4 | 1 | |
| BURBANK BOULEVARD ELEMENTARY | 6016182 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.7 %) | 0 (0.0 %) | 10.7 | 10.7 | 1 | |
| BURTON STREET ELEMENTARY | 6016208 | 37 | 37 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (8.1 %) | 0 (0.0 %) | 12.3 | 11.4 | 2 | |
| BUSHNELL WAY ELEMENTARY | 6016216 | 31 | 30 (96.8 %) | 1 (3.2 %) | 1 (3.2 %) | 0 (0.0 %) | 1 (3.2 %) | 0 (0.0 %) | 12.2 | 11.3 | 1 | |
| C. MORLEY SELLERY SPECIAL EDUC | 6060479 | 9 | 9 (100.0 %) | 2 (22.2 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (44.4 %) | 0 (0.0 %) | 9.1 | 9.1 | 0 | |