| School | Code | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA ACADEMY FOR LIBERAL STUDIES | 0109553 | 14 | 10 (71.4 %) | 1 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.1 %) | 1 (7.1 %) | 4.7 | 2.5 | 0 | |
| CABRILLO AVENUE ELEMENTARY | 6016224 | 29 | 28 (96.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.3 %) | 0 (0.0 %) | 14.5 | 12.0 | 2 | |
| CAHUENGA ELEMENTARY | 6016232 | 46 | 46 (100.0 %) | 0 (0.0 %) | 3 (6.5 %) | 0 (0.0 %) | 2 (4.3 %) | 0 (0.0 %) | 9.4 | 9.2 | 1 | |
| CAL BURKE HIGH | 0109512 | 6 | 5 (83.3 %) | 1 (16.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.5 | 7.5 | 0 | |
| CALABASH STREET ELEMENTARY | 6016240 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (11.8 %) | 0 (0.0 %) | 10.9 | 10.4 | 1 | |
| CALAHAN STREET ELEMENTARY | 6016257 | 25 | 25 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (12.0 %) | 0 (0.0 %) | 12.8 | 10.7 | 2 | |
| CALIFORNIA ACADEMY FOR LIBERAL | 6118194 | 14 | 10 (71.4 %) | 1 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (14.3 %) | 0 (0.0 %) | 4.6 | 3.1 | 2 | |
| CALVERT STREET ELEMENTARY | 6016265 | 26 | 25 (96.2 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.7 %) | 0 (0.0 %) | 14.4 | 13.9 | 1 | |
| CAMELLIA AVENUE ELEMENTARY | 6016273 | 57 | 57 (100.0 %) | 1 (1.8 %) | 1 (1.8 %) | 0 (0.0 %) | 1 (1.8 %) | 0 (0.0 %) | 13.3 | 12.5 | 0 | |
| CAMINO NUEVO CHARTER ACADEMY | 6117667 | 44 | 35 (79.5 %) | 6 (13.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.5 | 4.0 | 6 | |
| CAMINO NUEVO HIGH SCHOOL CHART | 0106435 | 17 | 13 (76.5 %) | 4 (23.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.1 | 1.9 | 3 | |
| CANFIELD AVENUE ELEMENTARY | 6016281 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 8.9 | 8.2 | 5 | |
| CANOGA PARK ELEMENTARY | 6016299 | 45 | 45 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (6.7 %) | 0 (0.0 %) | 15.5 | 14.4 | 1 | |
| CANOGA PARK SENIOR HIGH | 1931476 | 88 | 83 (94.3 %) | 2 (2.3 %) | 1 (1.1 %) | 0 (0.0 %) | 8 (9.1 %) | 0 (0.0 %) | 13.9 | 13.9 | 2 | |
| CANTARA STREET ELEMENTARY | 6016307 | 34 | 31 (91.2 %) | 1 (2.9 %) | 1 (2.9 %) | 0 (0.0 %) | 5 (14.7 %) | 0 (0.0 %) | 12.0 | 11.8 | 1 | |
| CANTERBURY AVENUE ELEMENTARY | 6016315 | 56 | 56 (100.0 %) | 1 (1.8 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (5.4 %) | 0 (0.0 %) | 10.7 | 10.6 | 0 | |
| CANYON ELEMENTARY | 6016323 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.7 | 11.4 | 0 | |
| CAPISTRANO AVENUE ELEMENTARY | 6016331 | 22 | 22 (100.0 %) | 1 (4.5 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 13.1 | 12.7 | 0 | |
| CAROLDALE LEARNING COMMUNITY | 6016349 | 51 | 46 (90.2 %) | 3 (5.9 %) | 6 (11.8 %) | 0 (0.0 %) | 10 (19.6 %) | 0 (0.0 %) | 10.3 | 9.7 | 2 | |
| CARPENTER AVENUE ELEMENTARY | 6016356 | 41 | 40 (97.6 %) | 1 (2.4 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (17.1 %) | 0 (0.0 %) | 11.5 | 11.1 | 2 | |
| CARSON SENIOR HIGH | 1931526 | 142 | 128 (90.1 %) | 8 (5.6 %) | 3 (2.1 %) | 0 (0.0 %) | 17 (12.0 %) | 0 (0.0 %) | 12.2 | 11.8 | 10 | |
| CARSON STREET ELEMENTARY | 6016364 | 36 | 36 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.6 %) | 0 (0.0 %) | 15.0 | 14.4 | 1 | |
| CARTHAY CENTER ELEMENTARY | 6016372 | 23 | 20 (87.0 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 2 (8.7 %) | 0 (0.0 %) | 12.3 | 11.2 | 2 | |
| CASTELAR STREET ELEMENTARY | 6016380 | 34 | 34 (100.0 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 21.1 | 20.4 | 0 | |
| CASTLE HEIGHTS ELEMENTARY | 6016398 | 31 | 31 (100.0 %) | 0 (0.0 %) | 1 (3.2 %) | 0 (0.0 %) | 2 (6.5 %) | 0 (0.0 %) | 12.6 | 12.4 | 2 | |
| CASTLEBAY LANE ELEMENTARY | 6071435 | 40 | 40 (100.0 %) | 1 (2.5 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (25.0 %) | 0 (0.0 %) | 15.5 | 15.1 | 1 | |
| CATSKILL AVENUE ELEMENTARY | 6016406 | 40 | 40 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (7.5 %) | 0 (0.0 %) | 11.6 | 11.1 | 1 | |
| CDS ELEMENTARY | 6120794 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.0 | 18.0 | 0 | |
| CDS SECONDARY | 1996651 | 27 | 26 (96.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.4 %) | 0 (0.0 %) | 20.6 | 18.1 | 0 | |
| CELERITY NASCENT CHARTER | 0108910 | 22 | 18 (81.8 %) | 2 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.1 %) | 0 (0.0 %) | 5.3 | 3.2 | 4 | |
| CENTRAL CITY VALUE | 0100800 | 22 | 5 (22.7 %) | 6 (27.3 %) | 0 (0.0 %) | 2 (9.1 %) | 1 (4.5 %) | 6 (27.3 %) | 3.5 | 2.0 | 7 | |
| CENTRAL HIGH | 1930387 | 31 | 28 (90.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9 (29.0 %) | 0 (0.0 %) | 18.5 | 17.4 | 0 | |
| CENTRAL LA AREA NEW MIDDLE SCH | 0112011 | 47 | 38 (80.9 %) | 6 (12.8 %) | 2 (4.3 %) | 0 (0.0 %) | 14 (29.8 %) | 0 (0.0 %) | 9.2 | 8.6 | 9 | |
| CENTURY PARK ELEMENTARY | 6016414 | 33 | 32 (97.0 %) | 3 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.1 %) | 0 (0.0 %) | 11.5 | 10.5 | 3 | |
| CESAR CHAVEZ ELEMENTARY | 0109439 | 25 | 25 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (16.0 %) | 0 (0.0 %) | 10.4 | 10.0 | 0 | |
| CHANDLER ELEMENTARY | 6016422 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (11.5 %) | 0 (0.0 %) | 10.3 | 10.2 | 1 | |
| CHAPMAN ELEMENTARY | 6016430 | 25 | 25 (100.0 %) | 1 (4.0 %) | 1 (4.0 %) | 0 (0.0 %) | 4 (16.0 %) | 0 (0.0 %) | 11.6 | 11.4 | 0 | |
| CHARLES DREW MIDDLE | 6057962 | 105 | 81 (77.1 %) | 22 (21.0 %) | 0 (0.0 %) | 0 (0.0 %) | 34 (32.4 %) | 0 (0.0 %) | 7.8 | 7.4 | 16 | 1 |
| CHARLES H. KIM ELEMENTARY | 0111989 | 32 | 31 (96.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.2 %) | 0 (0.0 %) | 4.2 | 4.2 | 13 | |
| CHARLES LEROY LOWMAN SPECIAL E | 6060461 | 27 | 20 (74.1 %) | 4 (14.8 %) | 1 (3.7 %) | 0 (0.0 %) | 13 (48.1 %) | 0 (0.0 %) | 11.0 | 10.7 | 1 | |
| CHARLES MACLAY MIDDLE | 6058101 | 49 | 47 (95.9 %) | 2 (4.1 %) | 0 (0.0 %) | 0 (0.0 %) | 17 (34.7 %) | 0 (0.0 %) | 10.4 | 10.2 | 0 | |
| CHARLES W. BARRETT ELEMENTARY | 6018360 | 59 | 54 (91.5 %) | 8 (13.6 %) | 1 (1.7 %) | 0 (0.0 %) | 11 (18.6 %) | 0 (0.0 %) | 7.9 | 7.6 | 0 | |
| CHARLES WHITE ELEMENTARY | 0106948 | 26 | 26 (100.0 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.7 | 7.4 | 4 | |
| CHARNOCK ROAD ELEMENTARY | 6016448 | 24 | 22 (91.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.3 %) | 0 (0.0 %) | 16.8 | 16.1 | 4 | |
| CHARTER HIGH SCHOOL OF ARTS-MU | 0108878 | 7 | 6 (85.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (28.6 %) | 0 (0.0 %) | 9.7 | 4.9 | 0 | |
| CHASE STREET ELEMENTARY | 6016455 | 45 | 45 (100.0 %) | 2 (4.4 %) | 1 (2.2 %) | 0 (0.0 %) | 2 (4.4 %) | 0 (0.0 %) | 10.6 | 10.2 | 0 | |
| CHATSWORTH PARK ELEMENTARY | 6016463 | 23 | 23 (100.0 %) | 1 (4.3 %) | 1 (4.3 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 15.1 | 14.9 | 0 | |
| CHATSWORTH SENIOR HIGH | 1931708 | 131 | 122 (93.1 %) | 9 (6.9 %) | 1 (0.8 %) | 1 (0.8 %) | 27 (20.6 %) | 0 (0.0 %) | 13.1 | 12.6 | 9 | |
| CHEREMOYA AVENUE ELEMENTARY | 6016471 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.8 | 14.1 | 0 | |
| CHESTER W. NIMITZ MIDDLE | 6057939 | 150 | 129 (86.0 %) | 17 (11.3 %) | 3 (2.0 %) | 0 (0.0 %) | 38 (25.3 %) | 0 (0.0 %) | 9.7 | 9.6 | 8 | 1 |
| CHEVIOT HILLS CONTINUATION | 1931336 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.0 | 15.0 | 0 | |
| CHIME CHARTER | 6119531 | 16 | 15 (93.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.1 | 4.1 | 3 | |
| CHIME MIDDLE CHARTER | 0101634 | 13 | 10 (76.9 %) | 2 (15.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 3.3 | 1.8 | 3 | |
| CHRISTOPHER COLUMBUS MIDDLE | 6057947 | 55 | 49 (89.1 %) | 4 (7.3 %) | 1 (1.8 %) | 0 (0.0 %) | 10 (18.2 %) | 0 (0.0 %) | 11.0 | 10.0 | 3 | |

| School | Code | N | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Val1 | Val2 | Last |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER DENA ELEMENTARY | 6016679 | 34 | 32 (94.1 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (8.8 %) | 0 (0.0 %) | 15.5 | 14.4 | 3 |
| CIENEGA ELEMENTARY | 6016489 | 42 | 39 (92.9 %) | 0 (0.0 %) | 1 (2.4 %) | 0 (0.0 %) | 4 (9.5 %) | 0 (0.0 %) | 8.8 | 8.4 | 2 |
| CIMARRON AVENUE ELEMENTARY | 6016497 | 22 | 20 (90.9 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 4 (18.2 %) | 0 (0.0 %) | 12.3 | 12.0 | 1 |
| CITY OF ANGELS | 1996115 | 88 | 86 (97.7 %) | 0 (0.0 %) | 1 (1.1 %) | 0 (0.0 %) | 5 (5.7 %) | 0 (0.0 %) | 21.8 | 20.8 | 1 |
| CITY TERRACE ELEMENTARY | 6016505 | 24 | 23 (95.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (12.5 %) | 0 (0.0 %) | 12.1 | 12.1 | 1 |
| CITYLIFE DOWNTOWN CHARTER | 0102756 | 13 | 6 (46.2 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (46.2 %) | 0 (0.0 %) | 1 (7.7 %) | 4.7 | 1.4 | 4 |
| CLIFFORD STREET ELEMENTARY | 6016513 | 11 | 11 (100.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.3 | 10.9 | 1 |
| CLOVER AVENUE ELEMENTARY | 6016521 | 28 | 28 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.7 %) | 0 (0.0 %) | 14.4 | 14.3 | 0 |
| COEUR D'ALENE AVENUE ELEMENTAR | 6016539 | 21 | 20 (95.2 %) | 1 (4.8 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (23.8 %) | 0 (0.0 %) | 10.3 | 10.0 | 0 |
| COHASSET STREET ELEMENTARY | 6016547 | 38 | 38 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11 (28.9 %) | 0 (0.0 %) | 13.7 | 12.5 | 0 |
| COLDWATER CANYON ELEMENTARY | 6016554 | 55 | 55 (100.0 %) | 2 (3.6 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (3.6 %) | 0 (0.0 %) | 12.6 | 12.5 | 1 |
| COLFAX AVENUE ELEMENTARY | 6016562 | 28 | 27 (96.4 %) | 0 (0.0 %) | 1 (3.6 %) | 0 (0.0 %) | 3 (10.7 %) | 0 (0.0 %) | 11.1 | 10.8 | 1 |
| COLISEUM STREET ELEMENTARY | 6016570 | 19 | 18 (94.7 %) | 0 (0.0 %) | 1 (5.3 %) | 0 (0.0 %) | 4 (21.1 %) | 0 (0.0 %) | 7.7 | 7.7 | 4 |
| COLLEGE READY ACADEMY HIGH #4 | 0111500 | 9 | 3 (33.3 %) | 4 (44.4 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (22.2 %) | 0 (0.0 %) | 2.0 | 1.0 | 4 |
| COLLEGE READY ACADEMY HIGH #6 | 0111641 | 9 | 5 (55.6 %) | 1 (11.1 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (11.1 %) | 2 (22.2 %) | 4.1 | 1.1 | 3 |
| COLUMBUS AVENUE | 6120679 | 32 | 31 (96.9 %) | 1 (3.1 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (9.4 %) | 0 (0.0 %) | 7.6 | 6.8 | 0 |
| COMMONWEALTH AVENUE ELEMENTARY | 6016604 | 40 | 38 (95.0 %) | 3 (7.5 %) | 2 (5.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.2 | 10.0 | 1 |
| COMMUNITY CHARTER EARLY COLLEG | 0109876 | 16 | 8 (50.0 %) | 4 (25.0 %) | 0 (0.0 %) | 1 (6.2 %) | 2 (12.5 %) | 0 (0.0 %) | 5.2 | 2.2 | 6 |
| COMMUNITY CHARTER MIDDLE | 6116750 | 13 | 8 (61.5 %) | 1 (7.7 %) | 0 (0.0 %) | 1 (7.7 %) | 1 (7.7 %) | 1 (7.7 %) | 3.6 | 2.0 | 3 |
| COMMUNITY HARVEST CHARTER | 1996636 | 14 | 2 (14.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (71.4 %) | 0 (0.0 %) | 5.1 | 3.1 | 3 |
| COMMUNITY MAGNET | 6094726 | 22 | 21 (95.5 %) | 1 (4.5 %) | 1 (4.5 %) | 0 (0.0 %) | 2 (9.1 %) | 0 (0.0 %) | 14.7 | 13.9 | 0 |
| COMPTON AVENUE ELEMENTARY | 6016612 | 25 | 21 (84.0 %) | 1 (4.0 %) | 3 (12.0 %) | 0 (0.0 %) | 4 (16.0 %) | 0 (0.0 %) | 8.6 | 8.0 | 3 |
| CORNERSTONE PREP CHARTER | 0100297 | 13 | 11 (84.6 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.7 %) | 1 (7.7 %) | 0 (0.0 %) | 4.1 | 1.5 | 2 |
| CORONA AVENUE ELEMENTARY | 6016620 | 69 | 68 (98.6 %) | 1 (1.4 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (5.8 %) | 0 (0.0 %) | 13.2 | 12.6 | 2 |
| COWAN AVENUE ELEMENTARY | 6016646 | 25 | 24 (96.0 %) | 2 (8.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.0 %) | 0 (0.0 %) | 11.8 | 11.7 | 2 |
| CRENSHAW ARTS-TECHNOLOGY HIGH | 0101659 | 11 | 1 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9 (81.8 %) | 0 (0.0 %) | 5.7 | 3.3 | 4 |
| CRENSHAW SENIOR HIGH | 1932128 | 110 | 89 (80.9 %) | 14 (12.7 %) | 5 (4.5 %) | 0 (0.0 %) | 28 (25.5 %) | 0 (0.0 %) | 9.7 | 8.9 | 17 |
| CRESCENDO CHARTER | 0109959 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.3 | 1.3 | 4 |
| CRESCENDO CHARTER ACADEMY | 0112219 | 7 | 6 (85.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.9 | 1.0 | 5 |
| CRESCENDO CHARTER CONSERVATORY | 0112342 | 6 | 6 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.2 | 3.2 | 5 |
| CRESCENT HEIGHTS BOULEVARD ELE | 6016653 | 23 | 22 (95.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 8.7 | 8.7 | 1 |
| CRESTWOOD STREET ELEMENTARY | 6016661 | 25 | 25 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 15.2 | 14.8 | 0 |
| CULTURE AND LANGUAGE ACADEMY O | 0100768 | 16 | 13 (81.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (18.8 %) | 0 (0.0 %) | 7.5 | 5.4 | 0 |
| DAHLIA HEIGHTS ELEMENTARY | 6016687 | 20 | 20 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (15.0 %) | 0 (0.0 %) | 16.1 | 14.6 | 1 |
| DANIEL WEBSTER MIDDLE | 6058358 | 52 | 44 (84.6 %) | 9 (17.3 %) | 1 (1.9 %) | 0 (0.0 %) | 16 (30.8 %) | 0 (0.0 %) | 7.4 | 7.1 | 11 |
| DANNY J. BAKEWELL, SR., PRIMAR | 0109231 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (14.3 %) | 0 (0.0 %) | 11.4 | 11.1 | 1 |
| DANUBE AVENUE ELEMENTARY | 6016695 | 26 | 25 (96.2 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.7 %) | 0 (0.0 %) | 14.3 | 12.8 | 0 |
| DARBY AVENUE ELEMENTARY | 6016703 | 25 | 24 (96.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (32.0 %) | 0 (0.0 %) | 14.4 | 12.2 | 0 |
| DAVID STARR JORDAN SENIOR HIGH | 1934454 | 104 | 69 (66.3 %) | 24 (23.1 %) | 4 (3.8 %) | 0 (0.0 %) | 40 (38.5 %) | 0 (0.0 %) | 6.3 | 6.2 | 19 |
| DAVID WARK GRIFFITH MIDDLE | 6058036 | 93 | 82 (88.2 %) | 10 (10.8 %) | 4 (4.3 %) | 0 (0.0 %) | 22 (23.7 %) | 0 (0.0 %) | 10.7 | 10.1 | 5 |
| DAYTON HEIGHTS ELEMENTARY | 6016711 | 32 | 29 (90.6 %) | 1 (3.1 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.2 %) | 0 (0.0 %) | 16.6 | 16.3 | 1 |
| DEARBORN STREET ELEMENTARY | 6016729 | 26 | 23 (88.5 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 3 (11.5 %) | 0 (0.0 %) | 10.7 | 10.5 | 1 |
| DEL AMO ELEMENTARY | 6016737 | 29 | 29 (100.0 %) | 1 (3.4 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (13.8 %) | 0 (0.0 %) | 11.7 | 11.6 | 1 |
| DEL REY CONTINUATION | 1931351 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 21.7 | 21.3 | 0 |
| DELEVAN DRIVE ELEMENTARY | 6016745 | 27 | 27 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.7 %) | 0 (0.0 %) | 14.6 | 14.1 | 1 |
| DENA NEW PRIMARY CENTER | 0109223 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.4 | 8.4 | 0 |
| DENKER AVENUE ELEMENTARY | 6016752 | 42 | 42 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (9.5 %) | 0 (0.0 %) | 11.8 | 11.4 | 3 |
| DIANE S. LEICHMAN SPECIAL EDUC | 1931633 | 22 | 17 (77.3 %) | 2 (9.1 %) | 1 (4.5 %) | 0 (0.0 %) | 2 (9.1 %) | 0 (0.0 %) | 14.0 | 13.5 | 2 |
| DISCOVERY CHARTER | 1996594 | 19 | 9 (47.4 %) | 3 (15.8 %) | 0 (0.0 %) | 1 (5.3 %) | 5 (26.3 %) | 0 (0.0 %) | 4.5 | 2.3 | 2 |
| DIXIE CANYON AVENUE ELEMENTARY | 6016778 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.3 %) | 0 (0.0 %) | 13.6 | 13.2 | 1 |
| DOLORES STREET ELEMENTARY | 6016786 | 34 | 33 (97.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.9 %) | 0 (0.0 %) | 14.8 | 14.7 | 0 |
| DOMINGUEZ ELEMENTARY | 6016794 | 36 | 36 (100.0 %) | 1 (2.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.6 %) | 0 (0.0 %) | 10.1 | 10.1 | 3 |
| DORRIS PLACE ELEMENTARY | 6016802 | 19 | 19 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.3 %) | 0 (0.0 %) | 15.9 | 15.7 | 1 |
| DOWNTOWN BUSINESS HIGH | 1932888 | 46 | 42 (91.3 %) | 3 (6.5 %) | 3 (6.5 %) | 0 (0.0 %) | 11 (23.9 %) | 0 (0.0 %) | 10.6 | 9.9 | 5 |

| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | V1 | V2 | N1 | N2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOWNTOWN VALUE | 6119903 | 22 | 15 (68.2 %) | 5 (22.7 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 3.6 | 2.3 | 7 | |
| DR. THEODORE T. ALEXANDER SCIE | 0102491 | 29 | 28 (96.6 %) | 1 (3.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 7.3 | 7.2 | 0 | |
| DYER STREET ELEMENTARY | 6016828 | 51 | 51 (100.0 %) | 1 (2.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (3.9 %) | 0 (0.0 %) | 13.1 | 13.0 | 0 | |
| EAGLE ROCK ELEMENTARY | 6016836 | 51 | 48 (94.1 %) | 0 (0.0 %) | 2 (3.9 %) | 0 (0.0 %) | 9 (17.6 %) | 0 (0.0 %) | 13.8 | 13.3 | 0 | |
| EAGLE ROCK HIGH | 1932540 | 124 | 114 (91.9 %) | 8 (6.5 %) | 4 (3.2 %) | 0 (0.0 %) | 17 (13.7 %) | 0 (0.0 %) | 12.5 | 12.3 | 5 | |
| EAGLE TREE CONTINUATION | 1932318 | 3 | 3 (100.0 %) | 1 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (66.7 %) | 0 (0.0 %) | 10.3 | 10.3 | 1 | |
| EAST VALLEY SENIOR HIGH | 0112037 | 39 | 33 (84.6 %) | 10 (25.6 %) | 3 (7.7 %) | 0 (0.0 %) | 6 (15.4 %) | 0 (0.0 %) | 7.0 | 7.0 | 11 | |
| EASTMAN AVENUE ELEMENTARY | 6016844 | 64 | 64 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (7.8 %) | 0 (0.0 %) | 15.2 | 14.3 | 0 | |
| EDWIN MARKHAM MIDDLE | 6061527 | 73 | 39 (53.4 %) | 23 (31.5 %) | 1 (1.4 %) | 0 (0.0 %) | 22 (30.1 %) | 1 (1.4 %) | 8.4 | 8.2 | 14 | 1 |
| EL CAMINO REAL SENIOR HIGH | 1932623 | 132 | 131 (99.2 %) | 3 (2.3 %) | 0 (0.0 %) | 0 (0.0 %) | 18 (13.6 %) | 0 (0.0 %) | 11.9 | 11.5 | 7 | 1 |
| EL DORADO AVENUE ELEMENTARY | 6016851 | 34 | 34 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 12.8 | 12.7 | 0 | |
| EL ORO WAY ELEMENTARY | 6016869 | 27 | 27 (100.0 %) | 2 (7.4 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.4 %) | 0 (0.0 %) | 14.7 | 14.3 | 0 | |
| EL SERENO ELEMENTARY | 6016877 | 28 | 28 (100.0 %) | 1 (3.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.1 | 11.4 | 0 | |
| EL SERENO MIDDLE | 6068431 | 97 | 85 (87.6 %) | 13 (13.4 %) | 2 (2.1 %) | 0 (0.0 %) | 23 (23.7 %) | 0 (0.0 %) | 9.6 | 9.3 | 17 | 1 |
| ELIZABETH LEARNING CENTER | 6016885 | 124 | 109 (87.9 %) | 14 (11.3 %) | 3 (2.4 %) | 0 (0.0 %) | 31 (25.0 %) | 0 (0.0 %) | 10.1 | 9.7 | 14 | |
| ELLEN OCHOA LEARNING CENTER | 6118186 | 93 | 89 (95.7 %) | 5 (5.4 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (8.6 %) | 0 (0.0 %) | 10.1 | 9.7 | 4 | |
| ELLINGTON (DUKE) HIGH (CONTINU | 1931955 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.6 | 14.4 | 0 | |
| ELYSIAN HEIGHTS ELEMENTARY | 6016893 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.4 | 15.5 | 0 | |
| EMELITA STREET ELEMENTARY | 6016901 | 26 | 25 (96.2 %) | 3 (11.5 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (15.4 %) | 0 (0.0 %) | 12.2 | 11.6 | 1 | |
| ENCINO ELEMENTARY | 6016935 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 12.8 | 12.2 | 1 | |
| ERNEST LAWRENCE MIDDLE | 6058093 | 78 | 75 (96.2 %) | 5 (6.4 %) | 3 (3.8 %) | 0 (0.0 %) | 23 (29.5 %) | 0 (0.0 %) | 13.3 | 12.0 | 5 | |
| ERNEST P. WILLENBERG SPECIAL E | 6060503 | 26 | 20 (76.9 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (30.8 %) | 0 (0.0 %) | 17.4 | 16.0 | 2 | |
| ERWIN ELEMENTARY | 6016943 | 50 | 48 (96.0 %) | 2 (4.0 %) | 2 (4.0 %) | 0 (0.0 %) | 3 (6.0 %) | 0 (0.0 %) | 10.0 | 9.3 | 3 | |
| ESHELMAN AVENUE ELEMENTARY | 6016950 | 34 | 34 (100.0 %) | 1 (2.9 %) | 1 (2.9 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 10.6 | 10.1 | 0 | |
| ESPERANZA ELEMENTARY | 6110969 | 51 | 51 (100.0 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 2 (3.9 %) | 0 (0.0 %) | 9.9 | 9.7 | 0 | |
| EUCLID AVENUE ELEMENTARY | 6016968 | 54 | 54 (100.0 %) | 1 (1.9 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (13.0 %) | 0 (0.0 %) | 13.8 | 13.2 | 1 | |
| EVELYN THURMAN GRATTS ELEMENTA | 6113419 | 47 | 47 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (4.3 %) | 0 (0.0 %) | 11.8 | 11.1 | 0 | |
| EVERGREEN AVENUE ELEMENTARY | 6016976 | 48 | 47 (97.9 %) | 1 (2.1 %) | 2 (4.2 %) | 0 (0.0 %) | 2 (4.2 %) | 0 (0.0 %) | 14.0 | 13.2 | 0 | |
| EVERGREEN CONTINUATION | 1932342 | 5 | 5 (100.0 %) | 0 (0.0 %) | 1 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.4 | 14.4 | 0 | |
| EXCEL CHARTER ACADEMY | 0112201 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4.5 | 1.0 | 1 | |
| FAIR AVENUE ELEMENTARY | 6016984 | 68 | 67 (98.5 %) | 1 (1.5 %) | 1 (1.5 %) | 0 (0.0 %) | 5 (7.4 %) | 0 (0.0 %) | 12.0 | 11.6 | 2 | |
| FAIRBURN AVENUE ELEMENTARY | 6016992 | 20 | 20 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.2 | 8.2 | 1 | |
| FAIRFAX SENIOR HIGH | 1932920 | 123 | 111 (90.2 %) | 12 (9.8 %) | 5 (4.1 %) | 0 (0.0 %) | 14 (11.4 %) | 0 (0.0 %) | 9.7 | 9.4 | 10 | 1 |
| FARMDALE ELEMENTARY | 6017008 | 38 | 38 (100.0 %) | 3 (7.9 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (13.2 %) | 0 (0.0 %) | 11.8 | 11.8 | 1 | |
| FENTON AVENUE CHARTER | 6017016 | 74 | 74 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.3 | 10.6 | 2 | |
| FERNANGELES ELEMENTARY | 6017024 | 56 | 55 (98.2 %) | 2 (3.6 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (5.4 %) | 0 (0.0 %) | 11.8 | 11.2 | 0 | |
| FIFTEENTH STREET ELEMENTARY | 6017032 | 34 | 33 (97.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.8 %) | 0 (0.0 %) | 13.9 | 13.4 | 0 | |
| FIFTY-FOURTH STREET ELEMENTARY | 6017040 | 25 | 25 (100.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 8.6 | 8.4 | 1 | |
| FIFTY-NINTH STREET ELEMENTARY | 6017057 | 24 | 24 (100.0 %) | 1 (4.2 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (20.8 %) | 0 (0.0 %) | 9.1 | 8.7 | 1 | |
| FIFTY-SECOND STREET ELEMENTARY | 6017065 | 43 | 39 (90.7 %) | 2 (4.7 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (23.3 %) | 0 (0.0 %) | 9.3 | 8.7 | 1 | |
| FIGUEROA STREET ELEMENTARY | 6017073 | 31 | 24 (77.4 %) | 6 (19.4 %) | 1 (3.2 %) | 0 (0.0 %) | 3 (9.7 %) | 0 (0.0 %) | 9.1 | 8.4 | 3 | |
| FIRST STREET ELEMENTARY | 6017099 | 36 | 35 (97.2 %) | 1 (2.8 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (13.9 %) | 0 (0.0 %) | 15.6 | 15.0 | 0 | |
| FISHBURN AVENUE ELEMENTARY | 6089700 | 36 | 36 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.8 %) | 0 (0.0 %) | 19.5 | 18.9 | 0 | |
| FLETCHER DRIVE ELEMENTARY | 6017115 | 41 | 41 (100.0 %) | 0 (0.0 %) | 1 (2.4 %) | 0 (0.0 %) | 1 (2.4 %) | 0 (0.0 %) | 15.8 | 15.2 | 0 | |
| FLORENCE AVENUE ELEMENTARY | 6017123 | 47 | 45 (95.7 %) | 1 (2.1 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (14.9 %) | 0 (0.0 %) | 9.7 | 9.6 | 2 | |
| FLORENCE GRIFFITH JOYNER ELEME | 6018527 | 51 | 45 (88.2 %) | 2 (3.9 %) | 3 (5.9 %) | 0 (0.0 %) | 8 (15.7 %) | 0 (0.0 %) | 10.2 | 9.6 | 2 | |
| FLORENCE NIGHTINGALE MIDDLE | 6058192 | 79 | 73 (92.4 %) | 8 (10.1 %) | 5 (6.3 %) | 0 (0.0 %) | 15 (19.0 %) | 0 (0.0 %) | 10.1 | 9.9 | 6 | |
| FORD BOULEVARD ELEMENTARY | 6017131 | 60 | 58 (96.7 %) | 1 (1.7 %) | 0 (0.0 %) | 0 (0.0 %) | 9 (15.0 %) | 0 (0.0 %) | 13.4 | 13.1 | 0 | |
| FORTY-NINTH STREET ELEMENTARY | 6017149 | 61 | 59 (96.7 %) | 2 (3.3 %) | 1 (1.6 %) | 0 (0.0 %) | 5 (8.2 %) | 0 (0.0 %) | 8.0 | 7.8 | 9 | |
| FORTY-SECOND STREET ELEMENTARY | 6017156 | 28 | 28 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.1 %) | 0 (0.0 %) | 9.2 | 8.9 | 1 | |
| FOSHAY LEARNING CENTER | 6061451 | 164 | 139 (84.8 %) | 21 (12.8 %) | 4 (2.4 %) | 0 (0.0 %) | 41 (25.0 %) | 0 (0.0 %) | 10.1 | 9.5 | 19 | 1 |
| FOURTH STREET ELEMENTARY | 6017164 | 36 | 35 (97.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.8 %) | 0 (0.0 %) | 14.9 | 14.2 | 0 | |
| FRANCES BLEND SPECIAL EDUCATIO | 6060487 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (50.0 %) | 0 (0.0 %) | 10.8 | 10.2 | 0 | |
| FRANCISCO BRAVO MEDICAL MAGNET | 1995448 | 68 | 66 (97.1 %) | 1 (1.5 %) | 2 (2.9 %) | 0 (0.0 %) | 3 (4.4 %) | 0 (0.0 %) | 18.4 | 17.3 | 1 | |