| School | Code | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCISCO SEPULVEDA MIDDLE | 6058291 | 94 | 88 (93.6 %) | 3 (3.2 %) | 1 (1.1 %) | 0 (0.0 %) | 25 (26.6 %) | 0 (0.0 %) | 11.0 | 10.5 | 6 | |
| FRANK D. LANTERMAN | 1931658 | 20 | 18 (90.0 %) | 3 (15.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (20.0 %) | 0 (0.0 %) | 15.2 | 14.3 | 1 | |
| FRANK DEL OLMO ELEMENTARY | 0111971 | 42 | 41 (97.6 %) | 2 (4.8 %) | 1 (2.4 %) | 0 (0.0 %) | 3 (7.1 %) | 0 (0.0 %) | 6.1 | 6.1 | 10 | |
| FRANKLIN AVENUE ELEMENTARY | 6017172 | 19 | 19 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (10.5 %) | 0 (0.0 %) | 18.8 | 17.2 | 0 | |
| FRED E. LULL SPECIAL EDUCATION | 6018865 | 16 | 14 (87.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (18.8 %) | 0 (0.0 %) | 16.3 | 15.9 | 0 | |
| FREDERICK DOUGLASS ACADEMY HIG | 0112557 | 4 | 2 (50.0 %) | 2 (50.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.0 | 3.0 | 1 | |
| FREDRICK DOUGLAS ACADEMY M.S. | 0112433 | 4 | 1 (25.0 %) | 3 (75.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1.0 | 1.0 | 4 | |
| FRIES AVENUE ELEMENTARY | 6017180 | 43 | 42 (97.7 %) | 1 (2.3 %) | 1 (2.3 %) | 0 (0.0 %) | 4 (9.3 %) | 0 (0.0 %) | 17.0 | 16.3 | 0 | |
| FULLBRIGHT AVENUE ELEMENTARY | 6017198 | 30 | 30 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (13.3 %) | 0 (0.0 %) | 9.3 | 9.0 | 3 | |
| GABRIELLA CHARTER | 0108886 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.1 | 4.3 | 0 | |
| GARDEN GROVE ELEMENTARY | 6017206 | 25 | 25 (100.0 %) | 2 (8.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.0 %) | 0 (0.0 %) | 13.6 | 12.4 | 0 | |
| GARDENA ELEMENTARY | 6017214 | 41 | 41 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (9.8 %) | 0 (0.0 %) | 12.6 | 12.4 | 3 | |
| GARDENA SENIOR HIGH | 1933241 | 139 | 117 (84.2 %) | 16 (11.5 %) | 5 (3.6 %) | 0 (0.0 %) | 44 (31.7 %) | 0 (0.0 %) | 11.3 | 10.9 | 14 | 1 |
| GARDNER STREET ELEMENTARY | 6017222 | 22 | 22 (100.0 %) | 1 (4.5 %) | 2 (9.1 %) | 0 (0.0 %) | 3 (13.6 %) | 0 (0.0 %) | 12.1 | 11.8 | 2 | |
| GARR ACADEMY OF MATHEMATICS & | 0112334 | 9 | 5 (55.6 %) | 1 (11.1 %) | 1 (11.1 %) | 0 (0.0 %) | 2 (22.2 %) | 0 (0.0 %) | 6.1 | 1.1 | 4 | |
| GARVANZA ELEMENTARY | 6017230 | 29 | 29 (100.0 %) | 1 (3.4 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (17.2 %) | 0 (0.0 %) | 10.2 | 10.2 | 2 | |
| GASPAR DE PORTOLA MIDDLE | 6061584 | 73 | 66 (90.4 %) | 2 (2.7 %) | 0 (0.0 %) | 0 (0.0 %) | 12 (16.4 %) | 0 (0.0 %) | 11.5 | 11.2 | 5 | |
| GATES STREET ELEMENTARY | 6017248 | 44 | 43 (97.7 %) | 1 (2.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.3 %) | 0 (0.0 %) | 13.8 | 13.5 | 1 | |
| GAULT STREET ELEMENTARY | 6017255 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.4 | 13.4 | 1 | |
| GEORGE ELLERY HALE MIDDLE | 6017263 | 81 | 79 (97.5 %) | 2 (2.5 %) | 3 (3.7 %) | 0 (0.0 %) | 14 (17.3 %) | 0 (0.0 %) | 15.0 | 14.0 | 5 | |
| GEORGE K. PORTER MIDDLE | 6058242 | 68 | 64 (94.1 %) | 4 (5.9 %) | 3 (4.4 %) | 0 (0.0 %) | 7 (10.3 %) | 0 (0.0 %) | 11.2 | 10.2 | 8 | |
| GEORGE S. PATTON CONTINUATION | 1931518 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 21.3 | 21.3 | 0 | |
| GEORGE WASHINGTON CARVER MIDDL | 6057921 | 101 | 85 (84.2 %) | 10 (9.9 %) | 4 (4.0 %) | 0 (0.0 %) | 22 (21.8 %) | 0 (0.0 %) | 10.5 | 9.7 | 13 | |
| GEORGE WASHINGTON PREPARATORY | 1939305 | 136 | 96 (70.6 %) | 12 (8.8 %) | 3 (2.2 %) | 0 (0.0 %) | 62 (45.6 %) | 0 (0.0 %) | 9.9 | 9.4 | 25 | 1 |
| GERMAIN STREET ELEMENTARY | 6017263 | 38 | 38 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.3 %) | 0 (0.0 %) | 13.8 | 13.0 | 1 | |
| GERTZ-RESSLER ACADEMY HIGH | 0106864 | 22 | 14 (63.6 %) | 8 (36.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.7 | 2.2 | 5 | |
| GLASSELL PARK ELEMENTARY | 6017271 | 38 | 36 (94.7 %) | 0 (0.0 %) | 2 (5.3 %) | 0 (0.0 %) | 7 (18.4 %) | 0 (0.0 %) | 11.0 | 10.7 | 3 | |
| GLEDHILL STREET ELEMENTARY | 6017289 | 43 | 42 (97.7 %) | 0 (0.0 %) | 1 (2.3 %) | 0 (0.0 %) | 3 (7.0 %) | 0 (0.0 %) | 14.7 | 13.5 | 0 | |
| GLEN ALTA ELEMENTARY | 6017297 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (13.3 %) | 0 (0.0 %) | 12.7 | 12.7 | 0 | |
| GLENFELIZ BOULEVARD ELEMENTARY | 6017305 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.4 | 15.4 | 0 | |
| GLENN HAMMOND CURTISS MIDDLE | 6066294 | 63 | 51 (81.0 %) | 7 (11.1 %) | 3 (4.8 %) | 0 (0.0 %) | 11 (17.5 %) | 0 (0.0 %) | 6.7 | 6.0 | 17 | |
| GLENWOOD ELEMENTARY | 6017313 | 32 | 30 (93.8 %) | 1 (3.1 %) | 2 (6.2 %) | 0 (0.0 %) | 3 (9.4 %) | 0 (0.0 %) | 11.7 | 11.3 | 1 | |
| GRAHAM ELEMENTARY | 6017321 | 48 | 48 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (12.5 %) | 0 (0.0 %) | 14.4 | 13.5 | 0 | |
| GRANADA ELEMENTARY | 6017339 | 27 | 26 (96.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.4 %) | 0 (0.0 %) | 14.9 | 13.1 | 0 | |
| GRANADA HILLS CHARTER HIGH | 1933746 | 161 | 156 (96.9 %) | 2 (1.2 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (0.6 %) | 2 (1.2 %) | 12.5 | 3.2 | 13 | |
| GRAND VIEW BOULEVARD ELEMENTAR | 6017347 | 36 | 34 (94.4 %) | 1 (2.8 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (13.9 %) | 0 (0.0 %) | 11.0 | 10.6 | 0 | |
| GRANT ELEMENTARY | 6017354 | 52 | 52 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (9.6 %) | 0 (0.0 %) | 12.5 | 11.3 | 0 | |
| GRAPE STREET ELEMENTARY | 6017362 | 39 | 35 (89.7 %) | 7 (17.9 %) | 1 (2.6 %) | 0 (0.0 %) | 10 (25.6 %) | 0 (0.0 %) | 7.9 | 7.8 | 7 | |
| GRIDLEY STREET ELEMENTARY | 6017388 | 51 | 50 (98.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (15.7 %) | 0 (0.0 %) | 14.2 | 13.3 | 0 | |
| GRIFFIN AVENUE ELEMENTARY | 6017396 | 35 | 34 (97.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (8.6 %) | 0 (0.0 %) | 15.4 | 15.0 | 2 | |
| GROVER CLEVELAND HIGH | 1931864 | 152 | 142 (93.4 %) | 7 (4.6 %) | 4 (2.6 %) | 0 (0.0 %) | 28 (18.4 %) | 0 (0.0 %) | 11.3 | 11.2 | 6 | 1 |
| GULF AVENUE ELEMENTARY | 6017404 | 58 | 56 (96.6 %) | 0 (0.0 %) | 3 (5.2 %) | 0 (0.0 %) | 6 (10.3 %) | 0 (0.0 %) | 13.9 | 13.4 | 0 | |
| HADDON AVENUE ELEMENTARY | 6017412 | 50 | 50 (100.0 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 15.0 | 14.3 | 0 | |
| HALLDALE ELEMENTARY | 6017420 | 34 | 33 (97.1 %) | 0 (0.0 %) | 2 (5.9 %) | 0 (0.0 %) | 6 (17.6 %) | 0 (0.0 %) | 13.1 | 12.3 | 0 | |
| HAMLIN STREET ELEMENTARY | 6017438 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.5 %) | 0 (0.0 %) | 16.0 | 15.6 | 0 | |
| HAMMEL STREET ELEMENTARY | 6017446 | 45 | 43 (95.6 %) | 1 (2.2 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (11.1 %) | 0 (0.0 %) | 13.7 | 13.2 | 0 | |
| HANCOCK PARK ELEMENTARY | 6017453 | 37 | 35 (94.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (8.1 %) | 0 (0.0 %) | 12.7 | 12.2 | 2 | |
| HARBOR CITY ELEMENTARY | 6017461 | 36 | 35 (97.2 %) | 0 (0.0 %) | 3 (8.3 %) | 0 (0.0 %) | 6 (16.7 %) | 0 (0.0 %) | 12.9 | 12.6 | 0 | |
| HARBOR TEACHER PREPARATION ACA | 0102921 | 12 | 11 (91.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (8.3 %) | 0 (0.0 %) | 6.0 | 5.0 | 0 | |
| HARDING STREET ELEMENTARY | 6017479 | 34 | 34 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (14.7 %) | 0 (0.0 %) | 12.2 | 11.9 | 1 | |
| HARMONY ELEMENTARY | 0106955 | 47 | 42 (89.4 %) | 2 (4.3 %) | 3 (6.4 %) | 0 (0.0 %) | 6 (12.8 %) | 0 (0.0 %) | 6.7 | 6.7 | 1 | |
| HAROLD MCALISTER HIGH (OPPORTU | 1930619 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.3 | 14.2 | 0 | |
| HARRIS NEWMARK CONTINUATION | 1930296 | 3 | 2 (66.7 %) | 1 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (100.0 %) | 0 (0.0 %) | 3.7 | 3.7 | 1 | |
| HARRISON STREET ELEMENTARY | 6017487 | 47 | 47 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (10.6 %) | 0 (0.0 %) | 13.0 | 12.0 | 1 | |

| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | V1 | V2 | Last1 | Last2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HART STREET ELEMENTARY | 6017495 | 45 | 45 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (4.4 %) | 0 (0.0 %) | 12.8 | 12.0 | 4 | |
| HARVARD ELEMENTARY | 0109314 | 28 | 26 (92.9 %) | 1 (3.6 %) | 3 (10.7 %) | 0 (0.0 %) | 5 (17.9 %) | 0 (0.0 %) | 8.1 | 7.6 | 2 | |
| HASKELL ELEMENTARY | 6017503 | 31 | 31 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (9.7 %) | 0 (0.0 %) | 11.4 | 11.0 | 0 | |
| HAWAIIAN AVENUE ELEMENTARY | 6017511 | 45 | 45 (100.0 %) | 2 (4.4 %) | 1 (2.2 %) | 0 (0.0 %) | 4 (8.9 %) | 0 (0.0 %) | 14.4 | 13.3 | 1 | |
| HAYNES ELEMENTARY | 6017529 | 18 | 17 (94.4 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (11.1 %) | 0 (0.0 %) | 11.3 | 11.3 | 0 | |
| HAZELTINE AVENUE ELEMENTARY | 6017537 | 54 | 53 (98.1 %) | 1 (1.9 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (7.4 %) | 0 (0.0 %) | 15.6 | 14.2 | 2 | |
| HELIOTROPE AVENUE ELEMENTARY | 6017545 | 50 | 49 (98.0 %) | 1 (2.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (10.0 %) | 0 (0.0 %) | 13.0 | 12.9 | 2 | |
| HENRY CLAY MIDDLE | 6061428 | 74 | 67 (90.5 %) | 5 (6.8 %) | 2 (2.7 %) | 0 (0.0 %) | 21 (28.4 %) | 0 (0.0 %) | 9.1 | 8.4 | 8 | |
| HENRY DAVID THOREAU CONTINUATI | 1932250 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.5 | 12.5 | 0 | |
| HENRY T. GAGE MIDDLE | 6061469 | 146 | 132 (90.4 %) | 10 (6.8 %) | 1 (0.7 %) | 0 (0.0 %) | 41 (28.1 %) | 0 (0.0 %) | 10.2 | 9.9 | 13 | 1 |
| HERITAGE COLLEGE-READY HIGH | 0108894 | 16 | 11 (68.8 %) | 3 (18.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (12.5 %) | 0 (0.0 %) | 4.6 | 1.1 | 5 | |
| HERRICK AVENUE ELEMENTARY | 6017552 | 41 | 41 (100.0 %) | 1 (2.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.4 %) | 0 (0.0 %) | 12.3 | 11.7 | 2 | |
| HIGH TECH HIGH | 0100677 | 14 | 13 (92.9 %) | 3 (21.4 %) | 2 (14.3 %) | 0 (0.0 %) | 3 (21.4 %) | 0 (0.0 %) | 5.0 | 5.0 | 2 | |
| HIGHLAND PARK CONTINUATION | 1931393 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (25.0 %) | 0 (0.0 %) | 9.0 | 8.2 | 0 | |
| HILLCREST DRIVE ELEMENTARY | 6017586 | 49 | 48 (98.0 %) | 1 (2.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11 (22.4 %) | 0 (0.0 %) | 10.8 | 10.1 | 2 | |
| HILLERY T. BROADOUS ELEMENTARY | 6017081 | 48 | 47 (97.9 %) | 0 (0.0 %) | 1 (2.1 %) | 0 (0.0 %) | 11 (22.9 %) | 0 (0.0 %) | 11.4 | 10.9 | 1 | |
| HILLSIDE ELEMENTARY | 6017594 | 25 | 25 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.0 %) | 0 (0.0 %) | 10.2 | 10.2 | 0 | |
| HOBART BOULEVARD ELEMENTARY | 6017602 | 65 | 63 (96.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (1.5 %) | 0 (0.0 %) | 15.9 | 15.1 | 0 | |
| HOLLENBECK MIDDLE | 6058051 | 102 | 85 (83.3 %) | 12 (11.8 %) | 5 (4.9 %) | 0 (0.0 %) | 35 (34.3 %) | 0 (0.0 %) | 8.5 | 8.0 | 9 | 1 |
| HOLLYWOOD PRIMARY CENTER | 0109298 | 9 | 9 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.6 | 10.7 | 1 | |
| HOLLYWOOD SENIOR HIGH | 1934033 | 148 | 127 (85.8 %) | 12 (8.1 %) | 7 (4.7 %) | 0 (0.0 %) | 28 (18.9 %) | 0 (0.0 %) | 10.9 | 10.5 | 17 | 1 |
| HOLMES AVENUE ELEMENTARY | 6017610 | 22 | 20 (90.9 %) | 2 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (22.7 %) | 0 (0.0 %) | 7.2 | 7.0 | 1 | |
| HOOPER AVENUE ELEMENTARY | 6017628 | 69 | 67 (97.1 %) | 0 (0.0 %) | 1 (1.4 %) | 0 (0.0 %) | 5 (7.2 %) | 0 (0.0 %) | 10.6 | 10.0 | 2 | |
| HOOPER NEW PRIMARY CENTER | 0109249 | 16 | 15 (93.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.2 %) | 0 (0.0 %) | 12.8 | 12.4 | 0 | |
| HOOVER STREET ELEMENTARY | 6017636 | 79 | 79 (100.0 %) | 1 (1.3 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (5.1 %) | 0 (0.0 %) | 12.3 | 11.8 | 2 | |
| HOPE STREET ELEMENTARY | 0109421 | 30 | 29 (96.7 %) | 1 (3.3 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (13.3 %) | 0 (0.0 %) | 7.1 | 7.1 | 3 | |
| HORACE MANN JUNIOR HIGH | 6058119 | 59 | 44 (74.6 %) | 12 (20.3 %) | 3 (5.1 %) | 0 (0.0 %) | 19 (32.2 %) | 0 (0.0 %) | 5.5 | 5.4 | 10 | |
| HUBBARD STREET ELEMENTARY | 6017644 | 50 | 50 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (14.0 %) | 0 (0.0 %) | 12.5 | 11.5 | 2 | |
| HUBERT HOWE BANCROFT MIDDLE | 6057871 | 56 | 52 (92.9 %) | 2 (3.6 %) | 2 (3.6 %) | 0 (0.0 %) | 13 (23.2 %) | 0 (0.0 %) | 11.4 | 11.3 | 4 | |
| HUMPHREYS AVENUE ELEMENTARY | 6017651 | 46 | 44 (95.7 %) | 1 (2.2 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (15.2 %) | 0 (0.0 %) | 11.3 | 11.2 | 1 | |
| HUNTINGTON DRIVE ELEMENTARY | 6017669 | 31 | 31 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.5 %) | 0 (0.0 %) | 15.1 | 14.6 | 1 | |
| HUNTINGTON PARK COLLEGE-READY | 0108936 | 16 | 13 (81.2 %) | 2 (12.5 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.2 %) | 0 (0.0 %) | 2.5 | 1.2 | 6 | |
| HUNTINGTON PARK NEW ELEMENTARY | 0111997 | 26 | 26 (100.0 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (19.2 %) | 0 (0.0 %) | 9.0 | 8.9 | 3 | |
| HUNTINGTON PARK SENIOR HIGH | 1934157 | 185 | 163 (88.1 %) | 15 (8.1 %) | 6 (3.2 %) | 0 (0.0 %) | 36 (19.5 %) | 0 (0.0 %) | 12.4 | 11.8 | 17 | 2 |
| HYDE PARK BLVD. ELEMENTARY | 6017677 | 42 | 40 (95.2 %) | 2 (4.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (4.8 %) | 0 (0.0 %) | 12.8 | 11.4 | 1 | |
| INDEPENDENCE CONTINUATION | 1931690 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (100.0 %) | 0 (0.0 %) | 12.4 | 12.4 | 0 | |
| INDEPENDENCE ELEMENTARY | 6114722 | 42 | 41 (97.6 %) | 0 (0.0 %) | 1 (2.4 %) | 0 (0.0 %) | 3 (7.1 %) | 0 (0.0 %) | 9.6 | 9.2 | 2 | |
| INDIAN SPRINGS CONTINUATION | 1930999 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (25.0 %) | 0 (0.0 %) | 24.8 | 24.8 | 0 | |
| INTERNATIONAL STUDIES LEARNING | 0107011 | 26 | 16 (61.5 %) | 3 (11.5 %) | 6 (23.1 %) | 0 (0.0 %) | 8 (30.8 %) | 0 (0.0 %) | 5.1 | 5.0 | 9 | |
| IVANHOE ELEMENTARY | 6017685 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 11.6 | 11.4 | 0 | |
| IVY ACADEMIA | 0106351 | 23 | 19 (82.6 %) | 2 (8.7 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 0 (0.0 %) | 4.5 | 1.9 | 7 | |
| JACK LONDON CONTINUATION | 1931450 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.3 | 11.3 | 0 | |
| JAMES A. GARFIELD SENIOR HIGH | 1933381 | 213 | 193 (90.6 %) | 11 (5.2 %) | 8 (3.8 %) | 1 (0.5 %) | 37 (17.4 %) | 0 (0.0 %) | 12.4 | 12.0 | 17 | 1 |
| JAMES FENIMORE COOPER COMMUNIT | 0101329 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (36.4 %) | 0 (0.0 %) | 11.9 | 11.9 | 1 | |
| JAMES J. MCBRIDE SPECIAL EDUCA | 6060511 | 23 | 17 (73.9 %) | 4 (17.4 %) | 1 (4.3 %) | 0 (0.0 %) | 4 (17.4 %) | 0 (0.0 %) | 17.1 | 16.2 | 2 | |
| JAMES JORDAN MIDDLE | 0109884 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.6 | 1.6 | 1 | |
| JAMES MADISON MIDDLE | 6061519 | 94 | 88 (93.6 %) | 7 (7.4 %) | 3 (3.2 %) | 0 (0.0 %) | 37 (39.4 %) | 0 (0.0 %) | 8.3 | 8.1 | 14 | |
| JAMES MONROE HIGH | 1935865 | 157 | 148 (94.3 %) | 6 (3.8 %) | 5 (3.2 %) | 0 (0.0 %) | 23 (14.6 %) | 0 (0.0 %) | 12.0 | 11.6 | 3 | |
| JANE ADDAMS CONTINUATION | 1932334 | 3 | 2 (66.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 10.3 | 10.3 | 1 | |
| JARDIN DE LA INFANCIA | 0106880 | 2 | 1 (50.0 %) | 1 (50.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.0 | 2.0 | 1 | |
| JEFFERSON CONTINUATION HIGH #1 | 0110668 | 6 | 6 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (33.3 %) | 0 (0.0 %) | 8.2 | 8.2 | 0 | |
| JESSIE OWENS COMMUNITY DAY | 0101311 | 2 | 2 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.0 | 15.0 | 1 | |
| JOAQUIN MILLER HIGH | 1935717 | 20 | 19 (95.0 %) | 1 (5.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (40.0 %) | 0 (0.0 %) | 16.0 | 15.7 | 0 | |
| JOHN A. SUTTER MIDDLE | 6058325 | 69 | 62 (89.9 %) | 3 (4.3 %) | 0 (0.0 %) | 0 (0.0 %) | 16 (23.2 %) | 0 (0.0 %) | 8.8 | 8.5 | 6 | |

| School | Code | Total | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHN ADAMS MIDDLE | 6057855 | 73 | 70 (95.9 %) | 6 (8.2 %) | 2 (2.7 %) | 0 (0.0 %) | 17 (23.3 %) | 0 (0.0 %) | 10.7 | 10.2 | 1 | |
| JOHN B. MONLUX ELEMENTARY | 6018196 | 37 | 35 (94.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (10.8 %) | 0 (0.0 %) | 14.5 | 13.6 | 0 | |
| JOHN BURROUGHS MIDDLE | 6061410 | 84 | 76 (90.5 %) | 4 (4.8 %) | 8 (9.5 %) | 0 (0.0 %) | 17 (20.2 %) | 0 (0.0 %) | 10.5 | 10.3 | 7 | |
| JOHN C. FREMONT SENIOR HIGH | 1933118 | 217 | 173 (79.7 %) | 36 (16.6 %) | 7 (3.2 %) | 0 (0.0 %) | 49 (22.6 %) | 0 (0.0 %) | 7.9 | 7.7 | 26 | 4 |
| JOHN F. KENNEDY HIGH | 1939941 | 130 | 123 (94.6 %) | 4 (3.1 %) | 0 (0.0 %) | 0 (0.0 %) | 34 (26.2 %) | 0 (0.0 %) | 13.9 | 13.5 | 6 | |
| JOHN H. FRANCIS POLYTECHNIC | 1932987 | 181 | 164 (90.6 %) | 21 (11.6 %) | 8 (4.4 %) | 0 (0.0 %) | 42 (23.2 %) | 0 (0.0 %) | 9.2 | 8.9 | 18 | 2 |
| JOHN HOPE CONTINUATION | 1931971 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (66.7 %) | 0 (0.0 %) | 22.3 | 22.0 | 0 | |
| JOHN MARSHALL SENIOR HIGH | 1935568 | 198 | 182 (91.9 %) | 4 (2.0 %) | 4 (2.0 %) | 0 (0.0 %) | 43 (21.7 %) | 0 (0.0 %) | 11.4 | 11.3 | 11 | 1 |
| JOHN MUIR MIDDLE | 6058176 | 101 | 92 (91.1 %) | 11 (10.9 %) | 0 (0.0 %) | 0 (0.0 %) | 14 (13.9 %) | 0 (0.0 %) | 8.0 | 7.8 | 12 | 1 |
| JOHN R. WOODEN HIGH | 1930940 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.2 | 14.2 | 0 | |
| JOHN W. MACK ELEMENTARY | 0109355 | 26 | 25 (96.2 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 2 (7.7 %) | 0 (0.0 %) | 8.6 | 8.3 | 3 | |
| JOHNNIE COCHRAN, JR., MIDDLE | 6061535 | 82 | 58 (70.7 %) | 20 (24.4 %) | 4 (4.9 %) | 0 (0.0 %) | 37 (45.1 %) | 0 (0.0 %) | 6.4 | 6.2 | 11 | 2 |
| JOHNSON COMMUNITY DAY | 0102764 | 11 | 10 (90.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (27.3 %) | 0 (0.0 %) | 13.6 | 13.6 | 0 | |
| JORDAN NEW TECHNOLOGY HIGH | 0112854 | 8 | 7 (87.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (25.0 %) | 0 (0.0 %) | 6.8 | 6.8 | 2 | |
| JOSEPH LE CONTE MIDDLE | 6061501 | 93 | 82 (88.2 %) | 14 (15.1 %) | 3 (3.2 %) | 0 (0.0 %) | 13 (14.0 %) | 0 (0.0 %) | 8.1 | 7.9 | 8 | 1 |
| JOSEPH POMEROY WIDNEY HIGH | 1939784 | 39 | 36 (92.3 %) | 3 (7.7 %) | 0 (0.0 %) | 0 (0.0 %) | 11 (28.2 %) | 2 (5.1 %) | 15.9 | 14.9 | 0 | |
| JUSTICE STREET ELEMENTARY | 6017693 | 24 | 24 (100.0 %) | 1 (4.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.4 | 13.5 | 0 | |
| KENTER CANYON ELEMENTARY | 6017701 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.9 | 9.8 | 2 | |
| KENTWOOD ELEMENTARY | 6017719 | 21 | 20 (95.2 %) | 1 (4.8 %) | 1 (4.8 %) | 0 (0.0 %) | 4 (19.0 %) | 0 (0.0 %) | 14.4 | 12.8 | 0 | |
| KESTER AVENUE ELEMENTARY | 6017727 | 39 | 39 (100.0 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (15.4 %) | 0 (0.0 %) | 12.6 | 11.6 | 1 | |
| KINDERGARTEN LEARNING ACADEMY | 6115802 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.8 | 7.8 | 0 | |
| KING/DREW MEDICAL MAGNET HIGH | 1933001 | 66 | 55 (83.3 %) | 4 (6.1 %) | 3 (4.5 %) | 0 (0.0 %) | 8 (12.1 %) | 0 (0.0 %) | 9.0 | 8.7 | 6 | |
| KINGSLEY ELEMENTARY | 0109405 | 28 | 26 (92.9 %) | 1 (3.6 %) | 1 (3.6 %) | 0 (0.0 %) | 4 (14.3 %) | 0 (0.0 %) | 5.9 | 5.9 | 1 | |
| KIPP ACADEMY OF OPPORTUNITY | 0101444 | 15 | 3 (20.0 %) | 4 (26.7 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (13.3 %) | 0 (0.0 %) | 3.7 | 1.9 | 2 | |
| KIPP LOS ANGELES COLLEGE PREPA | 0100867 | 16 | 13 (81.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (12.5 %) | 0 (0.0 %) | 5.6 | 2.5 | 1 | |
| KIRK DOUGLAS CONTINUATION | 1931583 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (25.0 %) | 0 (0.0 %) | 6.5 | 6.5 | 2 | |
| KITTRIDGE STREET ELEMENTARY | 6017735 | 49 | 48 (98.0 %) | 2 (4.1 %) | 3 (6.1 %) | 0 (0.0 %) | 4 (8.2 %) | 0 (0.0 %) | 10.6 | 10.4 | 3 | |
| KNOLLWOOD ELEMENTARY | 6017743 | 25 | 25 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 14.7 | 13.0 | 2 | |
| LA SALLE AVENUE ELEMENTARY | 6017750 | 47 | 41 (87.2 %) | 3 (6.4 %) | 2 (4.3 %) | 0 (0.0 %) | 14 (29.8 %) | 0 (0.0 %) | 10.9 | 10.1 | 6 | |
| LAFAYETTE PARK PRIMARY CENTER | 6119093 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.2 | 8.0 | 1 | |
| LAKE STREET PRIMARY | 0109199 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 9.5 | 9.5 | 0 | |
| LAKEVIEW CHARTER ACADEMY | 0102442 | 6 | 3 (50.0 %) | 1 (16.7 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (33.3 %) | 0 (0.0 %) | 3.7 | 2.7 | 2 | |
| LANAI ROAD ELEMENTARY | 6017768 | 28 | 27 (96.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (17.9 %) | 0 (0.0 %) | 10.3 | 9.7 | 1 | |
| LANGDON AVENUE ELEMENTARY | 6017776 | 61 | 61 (100.0 %) | 1 (1.6 %) | 1 (1.6 %) | 0 (0.0 %) | 5 (8.2 %) | 0 (0.0 %) | 12.1 | 11.4 | 1 | |
| LANKERSHIM ELEMENTARY | 6017784 | 34 | 33 (97.1 %) | 2 (5.9 %) | 1 (2.9 %) | 0 (0.0 %) | 2 (5.9 %) | 0 (0.0 %) | 11.4 | 11.0 | 1 | |
| LARCHMONT CHARTER | 0108928 | 10 | 9 (90.0 %) | 1 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4.8 | 3.4 | 0 | |
| LASSEN ELEMENTARY | 6017792 | 38 | 37 (97.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (13.2 %) | 0 (0.0 %) | 11.9 | 11.2 | 0 | |
| LATONA AVENUE ELEMENTARY | 6017800 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.8 %) | 0 (0.0 %) | 16.1 | 15.7 | 0 | |
| LAUREL ELEMENTARY | 6017818 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (11.1 %) | 0 (0.0 %) | 13.6 | 13.2 | 1 | |
| LEAPWOOD AVENUE ELEMENTARY | 6017826 | 23 | 22 (95.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 13.4 | 13.2 | 0 | |
| LELAND STREET ELEMENTARY | 6017834 | 33 | 33 (100.0 %) | 1 (3.0 %) | 1 (3.0 %) | 0 (0.0 %) | 7 (21.2 %) | 0 (0.0 %) | 11.2 | 11.0 | 3 | |
| LEMAY STREET ELEMENTARY | 6017842 | 21 | 20 (95.2 %) | 0 (0.0 %) | 2 (9.5 %) | 0 (0.0 %) | 2 (9.5 %) | 0 (0.0 %) | 11.2 | 10.3 | 1 | |
| LENICIA B. WEEMES ELEMENTARY | 6019483 | 60 | 57 (95.0 %) | 0 (0.0 %) | 1 (1.7 %) | 0 (0.0 %) | 7 (11.7 %) | 0 (0.0 %) | 11.7 | 11.1 | 4 | |
| LEO POLITI ELEMENTARY | 6110266 | 45 | 44 (97.8 %) | 1 (2.2 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (8.9 %) | 0 (0.0 %) | 12.6 | 12.2 | 1 | |
| LEXINGTON AVENUE PRIMARY CENTE | 0109264 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.9 | 11.1 | 0 | |
| LIBERTY BOULEVARD ELEMENTARY | 6017859 | 43 | 42 (97.7 %) | 2 (4.7 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (11.6 %) | 0 (0.0 %) | 13.7 | 13.0 | 3 | |
| LIGGETT STREET ELEMENTARY | 6017867 | 52 | 52 (100.0 %) | 1 (1.9 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (11.5 %) | 0 (0.0 %) | 11.1 | 10.2 | 1 | |
| LILLIAN STREET ELEMENTARY | 6017875 | 37 | 37 (100.0 %) | 2 (5.4 %) | 1 (2.7 %) | 0 (0.0 %) | 2 (5.4 %) | 0 (0.0 %) | 9.3 | 9.0 | 3 | |
| LIMERICK AVENUE ELEMENTARY | 6017883 | 53 | 52 (98.1 %) | 1 (1.9 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (13.2 %) | 0 (0.0 %) | 13.9 | 12.2 | 4 | |
| LOCKHURST DRIVE ELEMENTARY | 6017891 | 26 | 23 (88.5 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 3 (11.5 %) | 0 (0.0 %) | 14.8 | 13.5 | 1 | |
| LOCKWOOD AVENUE ELEMENTARY | 6017909 | 30 | 30 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.7 %) | 0 (0.0 %) | 12.6 | 12.3 | 0 | |
| LOGAN STREET ELEMENTARY | 6017917 | 36 | 36 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.1 %) | 0 (0.0 %) | 18.4 | 16.9 | 0 | |
| LOMA VISTA ELEMENTARY | 6017925 | 48 | 47 (97.9 %) | 1 (2.1 %) | 3 (6.2 %) | 0 (0.0 %) | 6 (12.5 %) | 0 (0.0 %) | 10.8 | 10.7 | 0 | |
| LOMITA MATH/SCIENCE/TECHNOLOGY | 6017933 | 52 | 49 (94.2 %) | 1 (1.9 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (7.7 %) | 0 (0.0 %) | 11.8 | 11.5 | 1 | |