| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOREN MILLER ELEMENTARY | 6066278 | 54 | 48 (88.9 %) | 4 (7.4 %) | 1 (1.9 %) | 0 (0.0 %) | 13 (24.1 %) | 0 (0.0 %) | 9.0 | 8.8 | 6 | |
| LORENA STREET ELEMENTARY | 6017941 | 39 | 38 (97.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.6 %) | 0 (0.0 %) | 16.4 | 15.8 | 1 | |
| LORETO STREET ELEMENTARY | 6017958 | 31 | 31 (100.0 %) | 0 (0.0 %) | 1 (3.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.1 | 10.0 | 2 | |
| LORNE STREET ELEMENTARY | 6017966 | 32 | 32 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.1 %) | 0 (0.0 %) | 17.9 | 17.6 | 0 | |
| LOS ANGELES ACADEMY MIDDLE | 6115794 | 112 | 85 (75.9 %) | 23 (20.5 %) | 4 (3.6 %) | 0 (0.0 %) | 24 (21.4 %) | 0 (0.0 %) | 6.0 | 6.0 | 17 | 1 |
| LOS ANGELES ACADEMY OF ARTS & | 0110304 | 6 | 5 (83.3 %) | 1 (16.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.0 | 2.0 | 2 | |
| LOS ANGELES CENTER FOR ENRICHE | 1932847 | 64 | 61 (95.3 %) | 2 (3.1 %) | 1 (1.6 %) | 0 (0.0 %) | 4 (6.2 %) | 0 (0.0 %) | 12.9 | 12.4 | 6 | |
| LOS ANGELES EDUCATIONAL ACHIEV | 0101691 | 12 | 5 (41.7 %) | 3 (25.0 %) | 0 (0.0 %) | 1 (8.3 %) | 3 (25.0 %) | 0 (0.0 %) | 5.5 | 2.5 | 5 | |
| LOS ANGELES ELEMENTARY | 6111512 | 45 | 44 (97.8 %) | 2 (4.4 %) | 1 (2.2 %) | 0 (0.0 %) | 4 (8.9 %) | 0 (0.0 %) | 12.1 | 11.2 | 0 | |
| LOS ANGELES INTERNATIONAL | 0109942 | 9 | 4 (44.4 %) | 1 (11.1 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (44.4 %) | 0 (0.0 %) | 3.9 | 1.4 | 4 | |
| LOS ANGELES LEADERSHIP ACADEMY | 1996610 | 29 | 12 (41.4 %) | 4 (13.8 %) | 0 (0.0 %) | 2 (6.9 %) | 7 (24.1 %) | 0 (0.0 %) | 4.6 | 2.6 | 7 | |
| LOS ANGELES SCHOOL OF GLOBAL S | 0112870 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (16.7 %) | 0 (0.0 %) | 4.8 | 4.8 | 3 | |
| LOS ANGELES SENIOR HIGH | 1935352 | 192 | 167 (87.0 %) | 11 (5.7 %) | 14 (7.3 %) | 0 (0.0 %) | 63 (32.8 %) | 0 (0.0 %) | 10.2 | 9.7 | 25 | 1 |
| DISTRICT OFFICE | 0000000 | 1,054 | 837 (79.4 %) | 16 (1.5 %) | 1 (0.1 %) | 0 (0.0 %) | 91 (8.6 %) | 20 (1.9 %) | 15.7 | 14.8 | 40 | 3 |
| LOS ANGELES UNIFIED ALTERNATIV | 1995489 | 84 | 68 (81.0 %) | 0 (0.0 %) | 1 (1.2 %) | 0 (0.0 %) | 2 (2.4 %) | 0 (0.0 %) | 7.7 | 6.8 | 20 | |
| LOS FELIZ CHARTER SCHOOL FOR T | 0112235 | 6 | 5 (83.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (16.7 %) | 3.5 | 1.5 | 2 | |
| LOS FELIZ ELEMENTARY | 6017974 | 25 | 22 (88.0 %) | 1 (4.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (12.0 %) | 0 (0.0 %) | 16.9 | 16.4 | 0 | |
| LOVELIA P. FLOURNOY ELEMENTARY | 6018485 | 43 | 41 (95.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (14.0 %) | 0 (0.0 %) | 11.8 | 11.3 | 0 | |
| LOYOLA VILLAGE ELEMENTARY | 6017982 | 30 | 29 (96.7 %) | 1 (3.3 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.0 %) | 0 (0.0 %) | 10.6 | 10.4 | 0 | |
| LUTHER BURBANK MIDDLE | 6057897 | 84 | 78 (92.9 %) | 4 (4.8 %) | 2 (2.4 %) | 0 (0.0 %) | 15 (17.9 %) | 0 (0.0 %) | 11.2 | 11.0 | 6 | |
| MACARTHUR PARK PRIMARY CENTER | 6120810 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.1 %) | 0 (0.0 %) | 5.6 | 5.6 | 1 | |
| MADISON ELEMENTARY | 0109413 | 30 | 30 (100.0 %) | 1 (3.3 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.7 %) | 0 (0.0 %) | 7.0 | 7.0 | 2 | |
| MAGNOLIA AVENUE ELEMENTARY | 6017990 | 73 | 71 (97.3 %) | 1 (1.4 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (4.1 %) | 0 (0.0 %) | 12.2 | 11.5 | 8 | |
| MAGNOLIA SCIENCE ACADEMY | 6119945 | 24 | 8 (33.3 %) | 6 (25.0 %) | 0 (0.0 %) | 2 (8.3 %) | 8 (33.3 %) | 0 (0.0 %) | 4.5 | 2.4 | 4 | |
| MAIN STREET ELEMENTARY | 6018006 | 65 | 61 (93.8 %) | 3 (4.6 %) | 2 (3.1 %) | 0 (0.0 %) | 7 (10.8 %) | 0 (0.0 %) | 9.3 | 8.6 | 6 | |
| MALABAR STREET ELEMENTARY | 6018014 | 47 | 44 (93.6 %) | 1 (2.1 %) | 2 (4.3 %) | 0 (0.0 %) | 10 (21.3 %) | 0 (0.0 %) | 13.4 | 13.0 | 4 | |
| MANCHESTER AVENUE ELEMENTARY | 6018022 | 53 | 49 (92.5 %) | 3 (5.7 %) | 0 (0.0 %) | 0 (0.0 %) | 12 (22.6 %) | 0 (0.0 %) | 8.9 | 7.7 | 4 | |
| MANHATTAN PLACE ELEMENTARY | 6018030 | 35 | 35 (100.0 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (20.0 %) | 0 (0.0 %) | 10.6 | 9.8 | 1 | |
| MANUAL ARTS SENIOR HIGH | 1935519 | 169 | 145 (85.8 %) | 15 (8.9 %) | 4 (2.4 %) | 0 (0.0 %) | 39 (23.1 %) | 0 (0.0 %) | 10.5 | 10.1 | 13 | 2 |
| MAPLE PRIMARY CENTER | 0106922 | 14 | 13 (92.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.1 %) | 0 (0.0 %) | 9.6 | 9.1 | 0 | |
| MAR VISTA ELEMENTARY | 6018048 | 31 | 31 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (16.1 %) | 0 (0.0 %) | 13.0 | 12.4 | 0 | |
| MARIANNA AVENUE ELEMENTARY | 6018055 | 26 | 26 (100.0 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.7 %) | 0 (0.0 %) | 11.4 | 11.4 | 0 | |
| MARINA DEL REY MIDDLE | 6058127 | 54 | 48 (88.9 %) | 5 (9.3 %) | 1 (1.9 %) | 0 (0.0 %) | 10 (18.5 %) | 0 (0.0 %) | 11.6 | 11.1 | 5 | |
| MARIPOSA-NABI PRIMARY CENTER | 0109256 | 13 | 13 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 4.7 | 4.5 | 2 | |
| MARK TWAIN MIDDLE | 6058135 | 48 | 40 (83.3 %) | 8 (16.7 %) | 3 (6.2 %) | 0 (0.0 %) | 17 (35.4 %) | 0 (0.0 %) | 9.0 | 8.9 | 1 | |
| MARLTON | 6060529 | 36 | 34 (94.4 %) | 2 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.1 %) | 0 (0.0 %) | 16.1 | 15.4 | 3 | |
| MARQUEZ AVENUE ELEMENTARY | 6018063 | 36 | 36 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11 (30.6 %) | 0 (0.0 %) | 12.6 | 11.3 | 0 | |
| MARTHA ESCUTIA PRIMARY CENTER | 0109207 | 14 | 13 (92.9 %) | 0 (0.0 %) | 1 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.7 | 10.6 | 0 | |
| MARTIN LUTHER KING JR. ELEMENT | 6019061 | 44 | 40 (90.9 %) | 6 (13.6 %) | 4 (9.1 %) | 0 (0.0 %) | 8 (18.2 %) | 0 (0.0 %) | 7.9 | 7.2 | 4 | |
| MARVIN ELEMENTARY | 6018071 | 45 | 43 (95.6 %) | 2 (4.4 %) | 3 (6.7 %) | 0 (0.0 %) | 6 (13.3 %) | 0 (0.0 %) | 9.1 | 8.8 | 4 | |
| MARY MCLEOD BETHUNE MIDDLE | 6058143 | 117 | 82 (70.1 %) | 21 (17.9 %) | 2 (1.7 %) | 0 (0.0 %) | 30 (25.6 %) | 0 (0.0 %) | 7.5 | 7.3 | 22 | 1 |
| MATH AND SCIENCE (MASS) | 0111658 | 9 | 5 (55.6 %) | 3 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (11.1 %) | 0 (0.0 %) | 3.9 | 3.2 | 3 | |
| MAURICE SENDAK ELEMENTARY | 0109397 | 36 | 36 (100.0 %) | 0 (0.0 %) | 1 (2.8 %) | 0 (0.0 %) | 7 (19.4 %) | 0 (0.0 %) | 11.4 | 10.8 | 0 | |
| MAYALL STREET ELEMENTARY | 6018089 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 15.8 | 15.1 | 0 | |
| MAYBERRY STREET ELEMENTARY | 6018097 | 23 | 22 (95.7 %) | 1 (4.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 13.4 | 11.9 | 0 | |
| MAYWOOD ACADEMY HIGH | 0109462 | 48 | 32 (66.7 %) | 9 (18.8 %) | 3 (6.2 %) | 0 (0.0 %) | 19 (39.6 %) | 0 (0.0 %) | 4.8 | 4.8 | 21 | |
| MAYWOOD ELEMENTARY | 0109363 | 26 | 23 (88.5 %) | 2 (7.7 %) | 2 (7.7 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 6.5 | 6.3 | 3 | |
| MCKINLEY AVENUE ELEMENTARY | 6018105 | 47 | 46 (97.9 %) | 2 (4.3 %) | 1 (2.1 %) | 0 (0.0 %) | 7 (14.9 %) | 0 (0.0 %) | 8.7 | 8.7 | 1 | |
| MELROSE AVENUE ELEMENTARY | 6018113 | 14 | 13 (92.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.1 %) | 0 (0.0 %) | 11.2 | 11.0 | 0 | |
| MELVIN AVENUE ELEMENTARY | 6018121 | 36 | 33 (91.7 %) | 0 (0.0 %) | 1 (2.8 %) | 0 (0.0 %) | 8 (22.2 %) | 0 (0.0 %) | 11.1 | 10.9 | 2 | |
| MENLO AVENUE ELEMENTARY | 6018139 | 56 | 52 (92.9 %) | 3 (5.4 %) | 0 (0.0 %) | 0 (0.0 %) | 12 (21.4 %) | 0 (0.0 %) | 11.1 | 10.2 | 2 | |
| METROPOLITAN CONTINUATION | 1931468 | 12 | 9 (75.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (58.3 %) | 0 (0.0 %) | 10.4 | 9.6 | 3 | |
| MEYLER STREET ELEMENTARY | 6018147 | 49 | 47 (95.9 %) | 1 (2.0 %) | 1 (2.0 %) | 0 (0.0 %) | 7 (14.3 %) | 0 (0.0 %) | 13.2 | 13.1 | 1 | |
| MICHELTORENA STREET ELEMENTARY | 6018154 | 24 | 22 (91.7 %) | 0 (0.0 %) | 3 (12.5 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 9.6 | 9.5 | 2 | |

| School | Code | # | col4 | col5 | col6 | col7 | col8 | col9 | col10 | col11 | col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MID CITY MAGNET | 1931070 | 19 | 16 (84.2 %) | 2 (10.5 %) | 0 (0.0 %) | 1 (5.3 %) | 6 (31.6 %) | 0 (0.0 %) | 8.2 | 8.2 | 0 |
| MIDDLE COLLEGE HIGH | 0102913 | 14 | 11 (78.6 %) | 3 (21.4 %) | 1 (7.1 %) | 0 (0.0 %) | 3 (21.4 %) | 0 (0.0 %) | 8.9 | 8.9 | 3 |
| MIDDLETON NEW PRIMARY CENTER | 0109272 | 13 | 13 (100.0 %) | 1 (7.7 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (15.4 %) | 0 (0.0 %) | 9.2 | 8.4 | 1 |
| MIDDLETON STREET ELEMENTARY | 6018162 | 76 | 73 (96.1 %) | 3 (3.9 %) | 2 (2.6 %) | 0 (0.0 %) | 9 (11.8 %) | 0 (0.0 %) | 9.0 | 8.7 | 7 |
| MIGUEL CONTRERAS LEARNING COMP | 0112029 | 55 | 38 (69.1 %) | 11 (20.0 %) | 2 (3.6 %) | 0 (0.0 %) | 11 (20.0 %) | 0 (0.0 %) | 5.5 | 5.5 | 27 |
| MIGUEL LEONIS CONTINUATION | 1931419 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (80.0 %) | 0 (0.0 %) | 20.6 | 19.0 | 0 |
| MILAGRO CHARTER | 0102426 | 10 | 8 (80.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (10.0 %) | 0 (0.0 %) | 3.8 | 2.3 | 1 |
| MILES AVENUE ELEMENTARY | 6018170 | 93 | 93 (100.0 %) | 1 (1.1 %) | 1 (1.1 %) | 0 (0.0 %) | 9 (9.7 %) | 0 (0.0 %) | 11.4 | 10.8 | 2 |
| MIRAMONTE ELEMENTARY | 6018188 | 90 | 86 (95.6 %) | 4 (4.4 %) | 1 (1.1 %) | 0 (0.0 %) | 8 (8.9 %) | 0 (0.0 %) | 10.0 | 9.7 | 6 |
| MISSION CONTINUATION | 1931484 | 4 | 3 (75.0 %) | 1 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.8 | 8.8 | 0 |
| MONETA CONTINUATION | 1930486 | 3 | 1 (33.3 %) | 1 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (66.7 %) | 0 (0.0 %) | 9.7 | 9.3 | 0 |
| MONTAGUE CHARTER ACADEMY | 6018204 | 62 | 55 (88.7 %) | 3 (4.8 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (4.8 %) | 0 (0.0 %) | 9.0 | 8.9 | 6 |
| MONTARA AVENUE ELEMENTARY | 6107403 | 43 | 42 (97.7 %) | 1 (2.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.3 %) | 0 (0.0 %) | 13.7 | 13.3 | 0 |
| MONTE VISTA STREET ELEMENTARY | 6018212 | 28 | 27 (96.4 %) | 1 (3.6 %) | 1 (3.6 %) | 0 (0.0 %) | 2 (7.1 %) | 0 (0.0 %) | 12.8 | 12.3 | 1 |
| MONTEREY CONTINUATION | 1931989 | 4 | 4 (100.0 %) | 2 (50.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (25.0 %) | 0 (0.0 %) | 12.2 | 12.2 | 0 |
| MORNINGSIDE ELEMENTARY | 6018220 | 49 | 49 (100.0 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 4 (8.2 %) | 0 (0.0 %) | 14.0 | 13.6 | 0 |
| MORRIS K HAMASAKI ELEMENTARY | 6018881 | 25 | 24 (96.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 3 (12.0 %) | 0 (0.0 %) | 14.3 | 13.7 | 0 |
| MOUNTAIN VIEW ELEMENTARY | 6018238 | 23 | 22 (95.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 16.2 | 15.2 | 1 |
| MT. GLEASON MIDDLE | 6058168 | 61 | 57 (93.4 %) | 3 (4.9 %) | 2 (3.3 %) | 0 (0.0 %) | 19 (31.1 %) | 0 (0.0 %) | 12.4 | 12.2 | 3 |
| MT. LUKENS CONTINUATION | 1930791 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.7 | 10.7 | 1 |
| MT. WASHINGTON ELEMENTARY | 6018246 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.8 | 13.5 | 0 |
| MULTICULTURAL LEARNING CENTER | 6119044 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.7 | 5.6 | 2 |
| MULTNOMAH STREET ELEMENTARY | 6018253 | 34 | 34 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.8 %) | 0 (0.0 %) | 15.5 | 14.8 | 0 |
| MURCHISON STREET ELEMENTARY | 6018261 | 33 | 33 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.7 | 15.2 | 0 |
| NAPA STREET ELEMENTARY | 6018279 | 34 | 34 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.9 %) | 0 (0.0 %) | 11.4 | 10.4 | 0 |
| NATHANIEL NARBONNE SENIOR HIGH | 1936160 | 146 | 134 (91.8 %) | 7 (4.8 %) | 1 (0.7 %) | 0 (0.0 %) | 13 (8.9 %) | 0 (0.0 %) | 12.1 | 11.8 | 8 | 1 |
| NESTLE AVENUE ELEMENTARY | 6018287 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (11.5 %) | 0 (0.0 %) | 9.4 | 8.8 | 1 |
| NEVADA AVENUE ELEMENTARY | 6018295 | 29 | 29 (100.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 4 (13.8 %) | 0 (0.0 %) | 10.2 | 10.2 | 1 |
| NEVIN AVENUE ELEMENTARY | 6018303 | 46 | 45 (97.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (8.7 %) | 0 (0.0 %) | 12.4 | 11.5 | 2 |
| NEW ACADEMY CANOGA PARK | 0102483 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.7 | 1.8 | 6 | 1 |
| NEW ACADMEY OF SCIENCE AND ART | 0100289 | 10 | 9 (90.0 %) | 1 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.0 | 1.8 | 2 |
| NEW DESIGNS CHARTER | 0102541 | 20 | 10 (50.0 %) | 3 (15.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (30.0 %) | 0 (0.0 %) | 9.2 | 2.0 | 2 |
| NEW HEIGHTS CHARTER | 0111211 | 6 | 6 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.7 | 1.2 | 3 |
| NEW TECHNOLOGY HIGH SCHOOL FOR | 0112847 | 11 | 10 (90.9 %) | 1 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (36.4 %) | 0 (0.0 %) | 11.1 | 11.1 | 3 |
| NEW VILLAGE CHARTER HIGH | 0111484 | 8 | 2 (25.0 %) | 2 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (50.0 %) | 0 (0.0 %) | 4.1 | 1.0 | 6 |
| NEWCASTLE ELEMENTARY | 6018311 | 26 | 26 (100.0 %) | 3 (11.5 %) | 1 (3.8 %) | 0 (0.0 %) | 3 (11.5 %) | 0 (0.0 %) | -7.6 | 7.2 | 1 |
| NINETY-FIFTH STREET ELEMENTARY | 6018337 | 58 | 50 (86.2 %) | 3 (5.2 %) | 7 (12.1 %) | 0 (0.0 %) | 5 (8.6 %) | 0 (0.0 %) | 8.1 | 8.0 | 2 |
| NINETY-NINTH STREET ELEMENTARY | 6018345 | 29 | 26 (89.7 %) | 2 (6.9 %) | 1 (3.4 %) | 0 (0.0 %) | 2 (6.9 %) | 0 (0.0 %) | 6.5 | 6.1 | 1 |
| NINETY-SECOND STREET ELEMENTAR | 6018352 | 46 | 44 (95.7 %) | 1 (2.2 %) | 1 (2.2 %) | 0 (0.0 %) | 2 (4.3 %) | 0 (0.0 %) | 8.5 | 7.9 | 5 |
| NINETY-SIXTH STREET ELEMENTARY | 6018378 | 48 | 45 (93.8 %) | 1 (2.1 %) | 1 (2.1 %) | 0 (0.0 %) | 5 (10.4 %) | 0 (0.0 %) | 7.6 | 7.3 | 1 |
| NINETY-THIRD STREET ELEMENTARY | 6018386 | 62 | 61 (98.4 %) | 2 (3.2 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (9.7 %) | 0 (0.0 %) | 9.6 | 9.2 | 3 |
| NINTH STREET ELEMENTARY | 6104814 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 10.8 | 10.7 | 0 |
| NOBLE AVENUE ELEMENTARY | 6018394 | 62 | 61 (98.4 %) | 1 (1.6 %) | 3 (4.8 %) | 0 (0.0 %) | 3 (4.8 %) | 0 (0.0 %) | 7.8 | 7.4 | 3 | 1 |
| NOBLE NEW ELEMENTARY #1 | 0109389 | 35 | 35 (100.0 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 2 (5.7 %) | 0 (0.0 %) | 9.2 | 9.2 | 2 |
| NORA STERRY ELEMENTARY | 6018402 | 20 | 20 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.8 | 14.2 | 0 |
| NORMANDIE AVENUE ELEMENTARY | 6018410 | 54 | 50 (92.6 %) | 5 (9.3 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (13.0 %) | 0 (0.0 %) | 10.1 | 9.7 | 2 |
| NORMONT ELEMENTARY | 6018428 | 33 | 32 (97.0 %) | 2 (6.1 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (24.2 %) | 0 (0.0 %) | 14.1 | 12.6 | 2 |
| NORTH HOLLYWOOD SENIOR HIGH | 1936350 | 154 | 142 (92.2 %) | 9 (5.8 %) | 7 (4.5 %) | 0 (0.0 %) | 47 (30.5 %) | 0 (0.0 %) | 12.5 | 12.2 | 4 |
| NORTH VALLEY CHARTER ACADEMY | 0100776 | 12 | 4 (33.3 %) | 6 (50.0 %) | 0 (0.0 %) | 1 (8.3 %) | 0 (0.0 %) | 0 (0.0 %) | 3.8 | 2.9 | 4 |
| NORTHRIDGE ACADEMY HIGH | 0107003 | 42 | 40 (95.2 %) | 3 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (14.3 %) | 0 (0.0 %) | 7.2 | 7.2 | 6 |
| NORTHRIDGE MIDDLE | 6058200 | 51 | 46 (90.2 %) | 2 (3.9 %) | 0 (0.0 %) | 0 (0.0 %) | 16 (31.4 %) | 0 (0.0 %) | 10.8 | 10.0 | 3 |
| NORWOOD STREET ELEMENTARY | 6018436 | 48 | 48 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (16.7 %) | 0 (0.0 %) | 14.2 | 13.4 | 1 |
| NUEVA VISTA ELEMENTARY | 6110274 | 54 | 51 (94.4 %) | 1 (1.9 %) | 1 (1.9 %) | 0 (0.0 %) | 2 (3.7 %) | 0 (0.0 %) | 11.4 | 10.9 | 3 |
| O'MELVENY ELEMENTARY | 6018444 | 32 | 32 (100.0 %) | 1 (3.1 %) | 1 (3.1 %) | 0 (0.0 %) | 1 (3.1 %) | 0 (0.0 %) | 13.6 | 13.0 | 0 |

| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCEAN CHARTER SCHOOL | 0102335 | 13 | 7 (53.8 %) | 2 (15.4 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (30.8 %) | 0 (0.0 %) | 8.6 | 2.3 | 0 | |
| ODYSSEY CONTINUATION | 1931997 | 6 | 6 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.3 | 15.0 | 0 | |
| OLIVE VISTA MIDDLE | 6061550 | 80 | 68 (85.0 %) | 8 (10.0 %) | 2 (2.5 %) | 0 (0.0 %) | 23 (28.7 %) | 0 (0.0 %) | 7.4 | 7.0 | 9 | 1 |
| OLIVER WENDELL HOLMES MIDDLE | 6058069 | 60 | 59 (98.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16 (26.7 %) | 0 (0.0 %) | 11.5 | 11.0 | 2 | |
| OLYMPIC PRIMARY CENTER | 0109181 | 13 | 13 (100.0 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 2 (15.4 %) | 0 (0.0 %) | 5.0 | 5.0 | 1 | |
| ONE HUNDRED EIGHTEENTH STREET | 6018469 | 39 | 37 (94.9 %) | 4 (10.3 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (15.4 %) | 0 (0.0 %) | 8.6 | 8.5 | 1 | |
| ONE HUNDRED EIGHTY-SIXTH STREE | 6018477 | 41 | 41 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (4.9 %) | 0 (0.0 %) | 14.7 | 14.2 | 1 | |
| ONE HUNDRED FIFTY-SIXTH STREET | 6018493 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.7 %) | 0 (0.0 %) | 15.2 | 15.2 | 0 | |
| ONE HUNDRED FIFTY-THIRD STREET | 6018501 | 32 | 32 (100.0 %) | 0 (0.0 %) | 2 (6.2 %) | 0 (0.0 %) | 1 (3.1 %) | 0 (0.0 %) | 8.9 | 8.3 | 2 | |
| ONE HUNDRED NINTH STREET ELEME | 6018519 | 24 | 21 (87.5 %) | 3 (12.5 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.3 %) | 0 (0.0 %) | 9.9 | 9.4 | 4 | |
| ONE HUNDRED SEVENTH STREET ELE | 6018535 | 54 | 50 (92.6 %) | 2 (3.7 %) | 1 (1.9 %) | 0 (0.0 %) | 12 (22.2 %) | 0 (0.0 %) | 9.0 | 8.2 | 4 | |
| ONE HUNDRED SIXTEENTH STREET E | 6018543 | 26 | 22 (84.6 %) | 2 (7.7 %) | 1 (3.8 %) | 0 (0.0 %) | 5 (19.2 %) | 0 (0.0 %) | 8.8 | 8.3 | 3 | |
| ONE HUNDRED THIRTY-FIFTH STREE | 6018550 | 43 | 43 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (16.3 %) | 0 (0.0 %) | 13.6 | 12.5 | 2 | |
| ONE HUNDRED TWELFTH STREET ELE | 6018568 | 30 | 29 (96.7 %) | 4 (13.3 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (26.7 %) | 0 (0.0 %) | 6.4 | 6.4 | 1 | |
| ONE HUNDRED TWENTY-SECOND STRE | 6018576 | 42 | 38 (90.5 %) | 5 (11.9 %) | 1 (2.4 %) | 0 (0.0 %) | 5 (11.9 %) | 0 (0.0 %) | 7.1 | 6.9 | 4 | |
| OPEN CHARTER MAGNET | 6097927 | 18 | 17 (94.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 12.2 | 11.4 | 2 | |
| OPPORTUNITIES UNLIMITED CHARTE | 0109918 | 9 | 3 (33.3 %) | 2 (22.2 %) | 1 (11.1 %) | 0 (0.0 %) | 3 (33.3 %) | 0 (0.0 %) | 2.8 | 1.4 | 3 | |
| ORTHOPAEDIC HOSPITAL | 0106997 | 31 | 23 (74.2 %) | 5 (16.1 %) | 3 (9.7 %) | 0 (0.0 %) | 4 (12.9 %) | 0 (0.0 %) | 5.3 | 5.3 | 5 | |
| ORVILLE WRIGHT MIDDLE | 6058382 | 53 | 52 (98.1 %) | 2 (3.8 %) | 1 (1.9 %) | 0 (0.0 %) | 16 (30.2 %) | 0 (0.0 %) | 13.3 | 13.0 | 0 | |
| OSCAR DE LA HOYA ANIMO CHARTER | 0101675 | 23 | 16 (69.6 %) | 2 (8.7 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.7 %) | 0 (0.0 %) | 3.8 | 2.1 | 4 | |
| OSCEOLA STREET ELEMENTARY | 6018592 | 22 | 22 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.1 %) | 0 (0.0 %) | 15.4 | 13.1 | 0 | |
| OUR COMMUNITY CHARTER | 0109934 | 10 | 9 (90.0 %) | 1 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.1 | 3.7 | 2 | |
| OVERLAND AVENUE ELEMENTARY | 6018618 | 25 | 24 (96.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 12.2 | 11.6 | 1 | |
| OWENSMOUTH CONTINUATION | 1931500 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 9.3 | 9.3 | 0 | |
| OXNARD STREET ELEMENTARY | 6018626 | 31 | 31 (100.0 %) | 1 (3.2 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.5 %) | 0 (0.0 %) | 18.7 | 17.7 | 0 | |
| PACIFIC BOULEVARD | 0109322 | 41 | 40 (97.6 %) | 2 (4.9 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (7.3 %) | 0 (0.0 %) | 11.4 | 10.6 | 2 | |
| PACIFICA COMMUNITY CHARTER | 6119895 | 11 | 6 (54.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (45.5 %) | 0 (0.0 %) | 3.1 | 1.5 | 3 | |
| PACOIMA CHARTER ELEMENTARY | 6018642 | 66 | 57 (86.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (1.5 %) | 0 (0.0 %) | 7.9 | 7.6 | 6 | |
| PACOIMA MIDDLE | 6058218 | 85 | 81 (95.3 %) | 5 (5.9 %) | 0 (0.0 %) | 0 (0.0 %) | 22 (25.9 %) | 0 (0.0 %) | 10.8 | 9.9 | 5 | |
| PALISADES CHARTER ELEMENTARY | 6018634 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (12.5 %) | 0 (0.0 %) | 11.8 | 11.6 | 4 | |
| PALISADES CHARTER HIGH | 1995836 | 90 | 85 (94.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (4.4 %) | 0 (0.0 %) | 13.8 | 13.0 | 3 | |
| PALMS ELEMENTARY | 6018659 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.7 %) | 0 (0.0 %) | 15.9 | 15.2 | 1 | |
| PALMS MIDDLE | 6058226 | 77 | 70 (90.9 %) | 2 (2.6 %) | 6 (7.8 %) | 0 (0.0 %) | 17 (22.1 %) | 0 (0.0 %) | 14.7 | 13.7 | 4 | |
| PANORAMA HIGH | 0112052 | 65 | 47 (72.3 %) | 9 (13.8 %) | 1 (1.5 %) | 0 (0.0 %) | 17 (26.2 %) | 0 (0.0 %) | 7.5 | 7.5 | 17 | |
| PARA LOS NINOS CHARTER | 6120489 | 14 | 10 (71.4 %) | 4 (28.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.6 | 2.6 | 2 | |
| PARK AVENUE ELEMENTARY | 6018667 | 35 | 34 (97.1 %) | 1 (2.9 %) | 1 (2.9 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 13.0 | 12.5 | 1 | |
| PARK WESTERN PLACE ELEMENTARY | 6018675 | 32 | 32 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (25.0 %) | 0 (0.0 %) | 13.7 | 13.4 | 1 | |
| PARKS/HUERTA PRIMARY CENTER | 6115810 | 7 | 6 (85.7 %) | 0 (0.0 %) | 1 (14.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.0 | 12.0 | 1 | |
| PARMELEE AVENUE ELEMENTARY | 6018683 | 60 | 60 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (8.3 %) | 0 (0.0 %) | 10.6 | 10.2 | 2 | |
| PARTHENIA STREET ELEMENTARY | 6018691 | 37 | 37 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.7 %) | 0 (0.0 %) | 11.2 | 10.3 | 0 | |
| PASEO DEL REY FUNDAMENTAL | 6018709 | 25 | 24 (96.0 %) | 1 (4.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 14.5 | 13.2 | 1 | |
| PATRICK HENRY MIDDLE | 6061485 | 56 | 53 (94.6 %) | 1 (1.8 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (17.9 %) | 0 (0.0 %) | 9.2 | 9.1 | 4 | |
| PAUL REVERE MIDDLE | 6058267 | 86 | 77 (89.5 %) | 5 (5.8 %) | 3 (3.5 %) | 0 (0.0 %) | 15 (17.4 %) | 0 (0.0 %) | 9.9 | 9.3 | 7 | |
| PHINEAS BANNING SENIOR HIGH | 1930650 | 145 | 121 (83.4 %) | 18 (12.4 %) | 9 (6.2 %) | 0 (0.0 %) | 47 (32.4 %) | 0 (0.0 %) | 9.6 | 9.3 | 15 | 2 |
| PHOENIX CONTINUATION | 1930783 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.5 | 13.5 | 1 | |
| PINEWOOD AVENUE ELEMENTARY | 6018717 | 27 | 27 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.4 %) | 0 (0.0 %) | 15.4 | 14.2 | 0 | |
| PIO PICO ELEMENTARY | 6107064 | 93 | 83 (89.2 %) | 5 (5.4 %) | 2 (2.2 %) | 0 (0.0 %) | 12 (12.9 %) | 0 (0.0 %) | 9.0 | 8.5 | 4 | 1 |
| PLAINVIEW AVENUE ELEMENTARY | 6018725 | 22 | 20 (90.9 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 6 (27.3 %) | 0 (0.0 %) | 9.9 | 9.9 | 0 | |
| PLAYA DEL REY ELEMENTARY | 6018741 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.2 | 10.1 | 1 | |
| PLUMMER ELEMENTARY | 6018758 | 49 | 48 (98.0 %) | 1 (2.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (8.2 %) | 0 (0.0 %) | 8.6 | 7.6 | 6 | |
| POINT FERMIN ELEMENTARY | 6018766 | 16 | 16 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.2 %) | 0 (0.0 %) | 9.8 | 9.8 | 0 | |
| POMELO DRIVE ELEMENTARY | 6018774 | 38 | 37 (97.4 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.6 %) | 0 (0.0 %) | 14.8 | 13.8 | 0 | |
| PORT OF LOS ANGELES HIGH | 0107755 | 13 | 8 (61.5 %) | 5 (38.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.0 | 2.0 | 3 | |
| PRESIDENT AVENUE ELEMENTARY | 6018790 | 26 | 24 (92.3 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 12.9 | 12.5 | 1 | |