| School | Code | N | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | V1 | V2 | X | Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIMARY ACADEMY FOR SUCCESS | 6116842 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.9 %) | 0 (0.0 %) | 10.1 | 9.6 | 0 | |
| PUEBLO DE LOS ANGELES CONTINUA | 1930577 | 3 | 2 (66.7 %) | 1 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 18.3 | 17.7 | 0 | |
| PUENTE CHARTER | 6120471 | 7 | 5 (71.4 %) | 0 (0.0 %) | 1 (14.3 %) | 0 (0.0 %) | 1 (14.3 %) | 0 (0.0 %) | 8.7 | 4.1 | 0 | |
| PURCHE AVENUE ELEMENTARY | 6018808 | 33 | 31 (93.9 %) | 3 (9.1 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (24.2 %) | 0 (0.0 %) | 9.9 | 9.6 | 2 | |
| QUEEN ANNE PLACE ELEMENTARY | 6018816 | 27 | 26 (96.3 %) | 0 (0.0 %) | 1 (3.7 %) | 0 (0.0 %) | 1 (3.7 %) | 0 (0.0 %) | 10.8 | 10.0 | 1 | |
| RALPH WALDO EMERSON MIDDLE | 6057988 | 59 | 49 (83.1 %) | 5 (8.5 %) | 1 (1.7 %) | 0 (0.0 %) | 20 (33.9 %) | 0 (0.0 %) | 10.1 | 10.0 | 5 | |
| RAMONA ELEMENTARY | 6018824 | 39 | 39 (100.0 %) | 2 (5.1 %) | 1 (2.6 %) | 0 (0.0 %) | 3 (7.7 %) | 0 (0.0 %) | 18.8 | 17.4 | 0 | |
| RAMONA OPPORTUNITY HIGH | 1937085 | 11 | 10 (90.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 15.0 | 14.7 | 2 | |
| RANCHITO AVENUE ELEMENTARY | 6018832 | 34 | 34 (100.0 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 4 (11.8 %) | 0 (0.0 %) | 8.9 | 8.5 | 0 | |
| RAYMOND AVENUE ELEMENTARY | 6018840 | 37 | 33 (89.2 %) | 3 (8.1 %) | 3 (8.1 %) | 0 (0.0 %) | 5 (13.5 %) | 0 (0.0 %) | 10.0 | 9.6 | 7 | |
| RENAISSANCE ARTS ACADEMY | 0101683 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.4 | 3.9 | 0 | |
| RESEDA ELEMENTARY | 6018857 | 27 | 26 (96.3 %) | 2 (7.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.7 %) | 0 (0.0 %) | 12.0 | 11.5 | 0 | |
| RESEDA SENIOR HIGH | 1937226 | 125 | 115 (92.0 %) | 12 (9.6 %) | 2 (1.6 %) | 0 (0.0 %) | 24 (19.2 %) | 0 (0.0 %) | 11.1 | 10.8 | 9 | |
| RICARDO LIZARRAGA ELEMENTARY | 0109330 | 38 | 35 (92.1 %) | 2 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.6 %) | 0 (0.0 %) | 5.6 | 5.5 | 4 | |
| RICHARD E. BYRD MIDDLE | 6057905 | 74 | 69 (93.2 %) | 3 (4.1 %) | 2 (2.7 %) | 0 (0.0 %) | 14 (18.9 %) | 0 (0.0 %) | 9.9 | 9.2 | 4 | |
| RICHARD HENRY DANA MIDDLE | 6057954 | 80 | 72 (90.0 %) | 7 (8.8 %) | 1 (1.2 %) | 0 (0.0 %) | 13 (16.2 %) | 0 (0.0 %) | 11.2 | 10.9 | 5 | |
| RICHARD MERKIN MIDDLE ACADEMY | 0108902 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.5 | 1.4 | 4 | |
| RICHARD RIORDAN PRIMARY CENTER | 0101618 | 18 | 18 (100.0 %) | 1 (5.6 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.2 | 14.4 | 1 | |
| RICHLAND AVENUE ELEMENTARY | 6018873 | 19 | 18 (94.7 %) | 2 (10.5 %) | 2 (10.5 %) | 0 (0.0 %) | 1 (5.3 %) | 0 (0.0 %) | 11.9 | 11.4 | 0 | |
| RIO VISTA ELEMENTARY | 6018907 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 12.9 | 12.7 | 1 | |
| RITTER ELEMENTARY | 6018915 | 20 | 18 (90.0 %) | 1 (5.0 %) | 2 (10.0 %) | 0 (0.0 %) | 2 (10.0 %) | 0 (0.0 %) | 7.2 | 6.7 | 3 | |
| RIVERSIDE DRIVE ELEMENTARY | 6018923 | 35 | 34 (97.1 %) | 2 (5.7 %) | 1 (2.9 %) | 0 (0.0 %) | 4 (11.4 %) | 0 (0.0 %) | 12.3 | 11.7 | 0 | |
| ROBERT A. MILLIKAN MIDDLE | 6058150 | 74 | 68 (91.9 %) | 3 (4.1 %) | 0 (0.0 %) | 0 (0.0 %) | 19 (25.7 %) | 0 (0.0 %) | 10.3 | 10.2 | 4 | |
| ROBERT E. PEARY MIDDLE | 6061576 | 106 | 90 (84.9 %) | 13 (12.3 %) | 0 (0.0 %) | 0 (0.0 %) | 29 (27.4 %) | 0 (0.0 %) | 7.6 | 7.3 | 22 | 1 |
| ROBERT F. KENNEDY ELEMENTARY | 6071443 | 32 | 32 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.2 %) | 0 (0.0 %) | 13.9 | 13.7 | 0 | |
| ROBERT FROST MIDDLE | 6058275 | 71 | 67 (94.4 %) | 5 (7.0 %) | 2 (2.8 %) | 0 (0.0 %) | 8 (11.3 %) | 0 (0.0 %) | 11.0 | 10.8 | 6 | |
| ROBERT FULTON COLLEGE PREPARAT | 6058002 | 92 | 77 (83.7 %) | 9 (9.8 %) | 1 (1.1 %) | 0 (0.0 %) | 24 (26.1 %) | 0 (0.0 %) | 8.2 | 8.0 | 11 | 1 |
| ROBERT H. LEWIS CONTINUATION | 1931435 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.5 | 17.5 | 0 | |
| ROBERT HILL LANE ELEMENTARY | 6018931 | 24 | 23 (95.8 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 15.4 | 14.9 | 0 | |
| ROBERT LOUIS STEVENSON MIDDLE | 6058317 | 103 | 96 (93.2 %) | 9 (8.7 %) | 3 (2.9 %) | 0 (0.0 %) | 16 (15.5 %) | 0 (0.0 %) | 11.4 | 11.2 | 11 | 1 |
| ROCKDALE ELEMENTARY | 6018949 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.9 %) | 0 (0.0 %) | 11.9 | 11.0 | 1 | |
| ROSA PARKS LEARNING CENTER | 0109371 | 49 | 49 (100.0 %) | 1 (2.0 %) | 2 (4.1 %) | 0 (0.0 %) | 6 (12.2 %) | 0 (0.0 %) | 7.1 | 7.1 | 5 | |
| ROSCOE ELEMENTARY | 6018956 | 50 | 50 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (4.0 %) | 0 (0.0 %) | 12.8 | 12.4 | 1 | |
| ROSCOMARE ROAD ELEMENTARY | 6018964 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.7 | 9.9 | 0 | |
| ROSEMONT AVENUE ELEMENTARY | 6018972 | 54 | 54 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (9.3 %) | 0 (0.0 %) | 14.4 | 13.6 | 2 | |
| ROSEWOOD AVENUE ELEMENTARY | 6018980 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.3 %) | 0 (0.0 %) | 17.0 | 16.6 | 0 | |
| ROWAN AVENUE ELEMENTARY | 6018998 | 53 | 52 (98.1 %) | 3 (5.7 %) | 0 (0.0 %) | 0 (0.0 %) | 9 (17.0 %) | 0 (0.0 %) | 16.0 | 15.3 | 0 | |
| RUDECINDA SEPULVEDA DODSON MID | 6061436 | 77 | 74 (96.1 %) | 2 (2.6 %) | 5 (6.5 %) | 0 (0.0 %) | 6 (7.8 %) | 0 (0.0 %) | 11.7 | 11.1 | 4 | |
| RUSSELL ELEMENTARY | 6019004 | 62 | 61 (98.4 %) | 0 (0.0 %) | 1 (1.6 %) | 0 (0.0 %) | 7 (11.3 %) | 0 (0.0 %) | 10.3 | 9.3 | 4 | 1 |
| SAMUEL GOMPERS MIDDLE | 6058028 | 77 | 46 (59.7 %) | 23 (29.9 %) | 2 (2.6 %) | 1 (1.3 %) | 21 (27.3 %) | 0 (0.0 %) | 6.1 | 5.8 | 13 | 1 |
| SAN ANTONIO CONTINUATION | 1930551 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (66.7 %) | 0 (0.0 %) | 14.7 | 14.7 | 0 | |
| SAN ANTONIO ELEMENTARY | 6112411 | 40 | 39 (97.5 %) | 1 (2.5 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.0 %) | 0 (0.0 %) | 14.5 | 13.0 | 1 | |
| SAN FERNANDO ELEMENTARY | 6019012 | 42 | 39 (92.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (9.5 %) | 0 (0.0 %) | 11.4 | 11.0 | 2 | |
| SAN FERNANDO MIDDLE | 6058283 | 87 | 75 (86.2 %) | 8 (9.2 %) | 3 (3.4 %) | 0 (0.0 %) | 25 (28.7 %) | 0 (0.0 %) | 9.7 | 9.1 | 8 | |
| SAN FERNANDO SENIOR HIGH | 1937622 | 164 | 155 (94.5 %) | 8 (4.9 %) | 1 (0.6 %) | 0 (0.0 %) | 40 (24.4 %) | 0 (0.0 %) | 13.7 | 12.8 | 5 | 1 |
| SAN GABRIEL AVENUE ELEMENTARY | 6019020 | 44 | 42 (95.5 %) | 1 (2.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.3 %) | 0 (0.0 %) | 14.0 | 13.4 | 1 | |
| SAN JOSE STREET ELEMENTARY | 6019038 | 34 | 34 (100.0 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (8.8 %) | 0 (0.0 %) | 15.2 | 12.8 | 1 | |
| SAN MIGUEL ELEMENTARY | 6108641 | 61 | 61 (100.0 %) | 1 (1.6 %) | 1 (1.6 %) | 0 (0.0 %) | 7 (11.5 %) | 0 (0.0 %) | 14.8 | 13.7 | 0 | |
| SAN PASCUAL AVENUE ELEMENTARY | 6019046 | 16 | 15 (93.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.2 %) | 0 (0.0 %) | 14.9 | 14.2 | 0 | |
| SAN PEDRO SENIOR HIGH | 1937838 | 146 | 135 (92.5 %) | 4 (2.7 %) | 3 (2.1 %) | 1 (0.7 %) | 21 (14.4 %) | 0 (0.0 %) | 13.0 | 12.7 | 6 | 1 |
| SAN PEDRO STREET ELEMENTARY | 6019053 | 40 | 39 (97.5 %) | 1 (2.5 %) | 1 (2.5 %) | 0 (0.0 %) | 4 (10.0 %) | 0 (0.0 %) | 11.1 | 10.6 | 2 | |
| SANTA MONICA BOULEVARD COMMUNI | 6019079 | 49 | 47 (95.9 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 10.0 | 9.7 | 3 | |
| SANTEE EDUCATION COMPLEX | 0109447 | 152 | 124 (81.6 %) | 14 (9.2 %) | 7 (4.6 %) | 0 (0.0 %) | 41 (27.0 %) | 0 (0.0 %) | 5.1 | 4.9 | 30 | 5 |
| SARA COUGHLIN ELEMENTARY | 6110951 | 16 | 16 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.2 | 9.8 | 0 | |

| School | Code | Total | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SATICOY ELEMENTARY | 6019087 | 37 | 35 (94.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (16.2 %) | 0 (0.0 %) | 11.9 | 11.6 | 1 | |
| SATURN STREET ELEMENTARY | 6066286 | 32 | 31 (96.9 %) | 1 (3.1 %) | 2 (6.2 %) | 0 (0.0 %) | 5 (15.6 %) | 0 (0.0 %) | 9.3 | 8.8 | 0 | |
| SECOND STREET ELEMENTARY | 6019095 | 35 | 34 (97.1 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (20.0 %) | 0 (0.0 %) | 15.2 | 14.0 | 0 | |
| SELMA AVENUE ELEMENTARY | 6019103 | 27 | 26 (96.3 %) | 1 (3.7 %) | 1 (3.7 %) | 0 (0.0 %) | 1 (3.7 %) | 0 (0.0 %) | 16.3 | 15.3 | 0 | |
| SERRANIA AVENUE ELEMENTARY | 6019111 | 35 | 35 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (22.9 %) | 0 (0.0 %) | 13.4 | 12.9 | 2 | |
| SEVENTH STREET ELEMENTARY | 6019129 | 25 | 25 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.0 %) | 0 (0.0 %) | 16.2 | 15.5 | 0 | |
| SEVENTY-FIFTH STREET ELEMENTAR | 6019137 | 75 | 69 (92.0 %) | 2 (2.7 %) | 0 (0.0 %) | 0 (0.0 %) | 16 (21.3 %) | 0 (0.0 %) | 8.0 | 7.7 | 7 | |
| SEVENTY-FOURTH STREET ELEMENTA | 6019145 | 35 | 32 (91.4 %) | 3 (8.6 %) | 1 (2.9 %) | 0 (0.0 %) | 3 (8.6 %) | 0 (0.0 %) | 11.2 | 10.4 | 3 | |
| SHARP AVENUE ELEMENTARY | 6019152 | 45 | 45 (100.0 %) | 1 (2.2 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (8.9 %) | 0 (0.0 %) | 11.5 | 11.5 | 0 | |
| SHENANDOAH STREET ELEMENTARY | 6019160 | 43 | 39 (90.7 %) | 1 (2.3 %) | 2 (4.7 %) | 0 (0.0 %) | 10 (23.3 %) | 0 (0.0 %) | 11.7 | 11.1 | 3 | |
| SHERIDAN STREET ELEMENTARY | 6019178 | 58 | 57 (98.3 %) | 1 (1.7 %) | 1 (1.7 %) | 0 (0.0 %) | 5 (8.6 %) | 0 (0.0 %) | 12.8 | 12.1 | 0 | |
| SHERMAN OAKS CENTER FOR ENRICH | 1933233 | 65 | 64 (98.5 %) | 2 (3.1 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (15.4 %) | 0 (0.0 %) | 15.2 | 14.4 | 1 | |
| SHERMAN OAKS ELEMENTARY | 6019186 | 44 | 43 (97.7 %) | 2 (4.5 %) | 1 (2.3 %) | 0 (0.0 %) | 7 (15.9 %) | 0 (0.0 %) | 14.1 | 13.1 | 1 | |
| SHIRLEY AVENUE ELEMENTARY | 6019194 | 36 | 35 (97.2 %) | 1 (2.8 %) | 3 (8.3 %) | 0 (0.0 %) | 2 (5.6 %) | 0 (0.0 %) | 11.8 | 10.5 | 3 | |
| SHORT AVENUE ELEMENTARY | 6019202 | 22 | 22 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.9 | 13.2 | 1 | |
| SIERRA PARK ELEMENTARY | 6019210 | 35 | 34 (97.1 %) | 2 (5.7 %) | 1 (2.9 %) | 0 (0.0 %) | 3 (8.6 %) | 0 (0.0 %) | 13.2 | 11.6 | 1 | |
| SIERRA VISTA ELEMENTARY | 6019228 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (13.3 %) | 0 (0.0 %) | 9.0 | 8.9 | 1 | |
| SIMON RODIA CONTINUATION | 1930973 | 3 | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (100.0 %) | 0 (0.0 %) | 4.0 | 4.0 | 0 | |
| SIXTH AVENUE ELEMENTARY | 6019236 | 43 | 41 (95.3 %) | 1 (2.3 %) | 2 (4.7 %) | 0 (0.0 %) | 9 (20.9 %) | 0 (0.0 %) | 13.7 | 12.3 | 4 | |
| SIXTY-EIGHTH STREET ELEMENTARY | 6019244 | 53 | 51 (96.2 %) | 2 (3.8 %) | 3 (5.7 %) | 0 (0.0 %) | 8 (15.1 %) | 0 (0.0 %) | 8.6 | 8.3 | 2 | |
| SIXTY-FIRST STREET ELEMENTARY | 6019251 | 48 | 43 (89.6 %) | 0 (0.0 %) | 1 (2.1 %) | 0 (0.0 %) | 11 (22.9 %) | 0 (0.0 %) | 8.2 | 8.1 | 2 | |
| SIXTY-SIXTH STREET ELEMENTARY | 6019269 | 62 | 59 (95.2 %) | 3 (4.8 %) | 3 (4.8 %) | 0 (0.0 %) | 7 (11.3 %) | 0 (0.0 %) | 7.0 | 7.0 | 8 | |
| SOJOURNER TRUTH CONTINUATION | 1931575 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (25.0 %) | 0 (0.0 %) | 18.2 | 18.2 | 0 | |
| SOLANO AVENUE ELEMENTARY | 6019277 | 13 | 13 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.6 | 15.2 | 0 | |
| SOPHIA T. SALVIN SPECIAL EDUCA | 6060586 | 32 | 25 (78.1 %) | 2 (6.2 %) | 0 (0.0 %) | 0 (0.0 %) | 11 (34.4 %) | 0 (0.0 %) | 11.5 | 11.3 | 1 | |
| SOTO STREET ELEMENTARY | 6019285 | 21 | 21 (100.0 %) | 0 (0.0 %) | 1 (4.8 %) | 0 (0.0 %) | 1 (4.8 %) | 0 (0.0 %) | 12.1 | 11.8 | 1 | |
| SOUTH EAST HIGH | 0109454 | 107 | 71 (66.4 %) | 23 (21.5 %) | 9 (8.4 %) | 0 (0.0 %) | 36 (33.6 %) | 0 (0.0 %) | 5.3 | 5.3 | 36 | 2 |
| SOUTH GATE MIDDLE | 6058309 | 122 | 105 (86.1 %) | 13 (10.7 %) | 2 (1.6 %) | 0 (0.0 %) | 31 (25.4 %) | 0 (0.0 %) | 10.2 | 9.8 | 14 | 1 |
| SOUTH GATE SENIOR HIGH | 1938307 | 134 | 112 (83.6 %) | 12 (9.0 %) | 5 (3.7 %) | 0 (0.0 %) | 20 (14.9 %) | 0 (0.0 %) | 11.5 | 11.3 | 16 | 1 |
| SOUTH PARK ELEMENTARY | 6019293 | 53 | 51 (96.2 %) | 3 (5.7 %) | 2 (3.8 %) | 0 (0.0 %) | 4 (7.5 %) | 0 (0.0 %) | 7.0 | 6.9 | 1 | |
| SOUTH SHORES/CSUDH VISUAL AND | 6019301 | 23 | 22 (95.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.7 %) | 0 (0.0 %) | 13.5 | 12.9 | 2 | |
| SOUTHEAST MIDDLE | 0106989 | 57 | 46 (80.7 %) | 7 (12.3 %) | 4 (7.0 %) | 0 (0.0 %) | 13 (22.8 %) | 0 (0.0 %) | 6.0 | 6.0 | 5 | |
| STAGG STREET ELEMENTARY | 6019319 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 13.5 | 12.2 | 0 | |
| STANFORD AVENUE ELEMENTARY | 6019327 | 49 | 48 (98.0 %) | 1 (2.0 %) | 1 (2.0 %) | 0 (0.0 %) | 3 (6.1 %) | 0 (0.0 %) | 12.3 | 11.6 | 2 | |
| STANFORD PRIMARY CENTER | 0106930 | 10 | 10 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.1 | 12.1 | 0 | |
| STATE STREET ELEMENTARY | 6019335 | 62 | 61 (98.4 %) | 1 (1.6 %) | 1 (1.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.8 | 13.1 | 2 | |
| STELLA MIDDLE CHARTER ACADEMY | 0100669 | 7 | 6 (85.7 %) | 1 (14.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.0 | 2.0 | 1 | |
| STEPHEN M. WHITE MIDDLE | 6058366 | 82 | 71 (86.6 %) | 8 (9.8 %) | 2 (2.4 %) | 0 (0.0 %) | 23 (28.0 %) | 0 (0.0 %) | 8.7 | 8.5 | 10 | |
| STONEHURST AVENUE ELEMENTARY | 6019343 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.0 | 13.8 | 0 | |
| STONER AVENUE ELEMENTARY | 6019350 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 10.9 | 10.7 | 2 | |
| STONEY POINT CONTINUATION | 1931559 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 20.0 | 20.0 | 0 | |
| STRATHERN STREET ELEMENTARY | 6019368 | 53 | 52 (98.1 %) | 1 (1.9 %) | 1 (1.9 %) | 0 (0.0 %) | 1 (1.9 %) | 0 (0.0 %) | 13.2 | 12.1 | 1 | |
| STUDENT EMPOWERMENT ACADEMY | 0112862 | 10 | 10 (100.0 %) | 0 (0.0 %) | 1 (10.0 %) | 0 (0.0 %) | 2 (20.0 %) | 0 (0.0 %) | 4.3 | 4.3 | 3 | |
| SUN VALLEY MIDDLE | 6061600 | 119 | 106 (89.1 %) | 3 (2.5 %) | 2 (1.7 %) | 0 (0.0 %) | 32 (26.9 %) | 0 (0.0 %) | 8.4 | 7.9 | 12 | |
| SUNLAND ELEMENTARY | 6019376 | 28 | 27 (96.4 %) | 1 (3.6 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.1 %) | 0 (0.0 %) | 12.5 | 12.2 | 0 | |
| SUNNY BRAE AVENUE ELEMENTARY | 6019384 | 41 | 41 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (9.8 %) | 0 (0.0 %) | 11.9 | 10.1 | 0 | |
| SUNRISE ELEMENTARY | 6104822 | 30 | 30 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.7 %) | 0 (0.0 %) | 15.1 | 15.0 | 0 | |
| SUPERIOR STREET ELEMENTARY | 6019392 | 26 | 26 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (11.5 %) | 0 (0.0 %) | 10.6 | 10.3 | 1 | |
| SUSAN MILLER DORSEY SENIOR HIG | 1932383 | 99 | 77 (77.8 %) | 13 (13.1 %) | 3 (3.0 %) | 0 (0.0 %) | 40 (40.4 %) | 0 (0.0 %) | 8.8 | 8.3 | 17 | 1 |
| SVEN LOKRANTZ SPECIAL EDUCATIO | 6060578 | 18 | 18 (100.0 %) | 1 (5.5 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 12.4 | 11.1 | 0 | |
| SYLMAR ELEMENTARY | 6019400 | 45 | 45 (100.0 %) | 1 (2.2 %) | 1 (2.2 %) | 0 (0.0 %) | 2 (4.4 %) | 0 (0.0 %) | 11.1 | 10.9 | 3 | |
| SYLMAR SENIOR HIGH | 1938554 | 148 | 131 (88.5 %) | 16 (10.8 %) | 5 (3.4 %) | 1 (0.7 %) | 44 (29.7 %) | 0 (0.0 %) | 11.3 | 11.0 | 17 | 1 |
| SYLVAN PARK ELEMENTARY | 6019418 | 52 | 51 (98.1 %) | 1 (1.9 %) | 3 (5.8 %) | 0 (0.0 %) | 3 (5.8 %) | 0 (0.0 %) | 11.7 | 11.3 | 0 | |
| SYNERGY CHARTER ACADEMY | 0106427 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.1 | 6.1 | 0 | |

| School | Code | Total | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAPER AVENUE ELEMENTARY | 6019426 | 35 | 35 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (17.1 %) | 0 (0.0 %) | 12.5 | 11.1 | 0 |
| TARZANA ELEMENTARY | 6019434 | 27 | 26 (96.3 %) | 1 (3.7 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (14.8 %) | 0 (0.0 %) | 11.1 | 10.5 | 0 |
| TELFAIR AVENUE ELEMENTARY | 6019442 | 56 | 55 (98.2 %) | 1 (1.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (3.6 %) | 0 (0.0 %) | 14.4 | 13.9 | 1 |
| TEMESCAL CANYON CONTINUATION | 1932169 | 4 | 3 (75.0 %) | 1 (25.0 %) | 1 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.8 | 7.8 | 3 |
| TENTH STREET ELEMENTARY | 6019459 | 61 | 59 (96.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (13.1 %) | 0 (0.0 %) | 12.2 | 11.3 | 0 |
| TERESA HUGHES ELEMENTARY | 6107411 | 64 | 63 (98.4 %) | 1 (1.6 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (6.2 %) | 0 (0.0 %) | 12.6 | 12.0 | 1 |
| THEODORE ROOSEVELT SENIOR HIGH | 1937424 | 225 | 203 (90.2 %) | 12 (5.3 %) | 4 (1.8 %) | 0 (0.0 %) | 43 (19.1 %) | 0 (0.0 %) | 11.7 | 11.4 | 18 | 2 |
| THIRD STREET ELEMENTARY | 6019467 | 35 | 35 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.4 %) | 0 (0.0 %) | 13.6 | 13.1 | 1 |
| THIRTY-SECOND STREET USC PERFO | 6019475 | 44 | 38 (86.4 %) | 5 (11.4 %) | 3 (6.8 %) | 0 (0.0 %) | 6 (13.6 %) | 0 (0.0 %) | 8.3 | 7.6 | 8 |
| THOMAS A. EDISON MIDDLE | 6061444 | 91 | 79 (86.8 %) | 7 (7.7 %) | 0 (0.0 %) | 1 (1.1 %) | 31 (34.1 %) | 0 (0.0 %) | 7.8 | 7.4 | 15 |
| THOMAS JEFFERSON SENIOR HIGH | 1934371 | 105 | 79 (75.2 %) | 9 (8.6 %) | 4 (3.8 %) | 0 (0.0 %) | 36 (34.3 %) | 0 (0.0 %) | 9.5 | 9.1 | 25 |
| THOMAS RILEY HIGH | 1930692 | 11 | 10 (90.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (18.2 %) | 0 (0.0 %) | 23.9 | 22.8 | 1 |
| THOMAS STARR KING MIDDLE | 6058085 | 116 | 102 (87.9 %) | 11 (9.5 %) | 4 (3.4 %) | 0 (0.0 %) | 22 (19.0 %) | 0 (0.0 %) | 9.8 | 9.6 | 10 | 1 |
| TOLAND WAY ELEMENTARY | 6019509 | 23 | 23 (100.0 %) | 1 (4.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 9.8 | 9.8 | 0 |
| TOLUCA LAKE ELEMENTARY | 6019517 | 29 | 28 (96.6 %) | 1 (3.4 %) | 2 (6.9 %) | 0 (0.0 %) | 2 (6.9 %) | 0 (0.0 %) | 13.0 | 11.2 | 0 |
| TOM BRADLEY ENVIRONMENTAL SCIE | 6016810 | 29 | 27 (93.1 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 8 (27.6 %) | 0 (0.0 %) | 10.8 | 10.4 | 0 |
| TOPANGA LEARN-CHARTER ELEMENTA | 6019525 | 16 | 16 (100.0 %) | 1 (6.2 %) | 1 (6.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.9 | 10.1 | 2 |
| TOPEKA DRIVE ELEMENTARY | 6019533 | 28 | 28 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.6 %) | 0 (0.0 %) | 13.6 | 13.1 | 1 |
| TOWNE AVENUE ELEMENTARY | 6019541 | 23 | 23 (100.0 %) | 2 (8.7 %) | 2 (8.7 %) | 0 (0.0 %) | 3 (13.0 %) | 0 (0.0 %) | 12.1 | 12.1 | 0 |
| TRI-C COMMUNITY DAY | 1996073 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (11.8 %) | 0 (0.0 %) | 12.3 | 10.4 | 1 |
| TRINITY STREET ELEMENTARY | 6019558 | 42 | 39 (92.9 %) | 2 (4.8 %) | 2 (4.8 %) | 0 (0.0 %) | 6 (14.3 %) | 0 (0.0 %) | 16.0 | 14.0 | 1 |
| TULSA STREET ELEMENTARY | 6019566 | 28 | 27 (96.4 %) | 0 (0.0 %) | 1 (3.6 %) | 0 (0.0 %) | 3 (10.7 %) | 0 (0.0 %) | 12.0 | 11.6 | 0 |
| TWEEDY ELEMENTARY | 6019574 | 37 | 35 (94.6 %) | 3 (8.1 %) | 1 (2.7 %) | 0 (0.0 %) | 2 (5.4 %) | 0 (0.0 %) | 15.3 | 14.2 | 2 |
| TWENTIETH STREET ELEMENTARY | 6019582 | 42 | 42 (100.0 %) | 1 (2.4 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (11.9 %) | 0 (0.0 %) | 9.4 | 9.1 | 1 |
| TWENTY-EIGHTH STREET ELEMENTAR | 6019590 | 75 | 75 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (2.7 %) | 0 (0.0 %) | 10.9 | 10.0 | 2 |
| TWENTY-FOURTH STREET ELEMENTAR | 6019608 | 53 | 51 (96.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16 (30.2 %) | 0 (0.0 %) | 11.9 | 11.3 | 4 |
| TWO HUNDRED THIRTY-SECOND PLAC | 6019616 | 28 | 26 (92.9 %) | 1 (3.6 %) | 3 (10.7 %) | 0 (0.0 %) | 6 (21.4 %) | 0 (0.0 %) | 9.7 | 9.2 | 1 |
| ULYSSES S. GRANT SENIOR HIGH | 1933795 | 120 | 111 (92.5 %) | 8 (6.7 %) | 1 (0.8 %) | 0 (0.0 %) | 30 (25.0 %) | 0 (0.0 %) | 12.3 | 11.7 | 8 |
| UNION AVENUE ELEMENTARY | 6019624 | 61 | 61 (100.0 %) | 1 (1.6 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (6.6 %) | 0 (0.0 %) | 15.1 | 13.7 | 0 |
| UNIVERSITY SENIOR HIGH | 1938885 | 101 | 88 (87.1 %) | 7 (6.9 %) | 1 (1.0 %) | 0 (0.0 %) | 23 (22.8 %) | 0 (0.0 %) | 11.0 | 10.7 | 7 | 1 |
| UTAH STREET ELEMENTARY | 6019632 | 28 | 26 (92.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (14.3 %) | 0 (0.0 %) | 13.9 | 12.9 | 0 |
| VALERIO PRIMARY CENTER | 6116834 | 14 | 13 (92.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.9 | 12.9 | 0 |
| VALERIO STREET ELEMENTARY | 6019640 | 63 | 63 (100.0 %) | 2 (3.2 %) | 1 (1.6 %) | 0 (0.0 %) | 11 (17.5 %) | 0 (0.0 %) | 13.7 | 12.6 | 1 |
| VALLEY ALTERNATIVE MAGNET | 1931716 | 27 | 27 (100.0 %) | 1 (3.7 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (22.2 %) | 0 (0.0 %) | 11.5 | 11.0 | 2 |
| VALLEY REGION HESBY SPAN | 0112060 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.7 %) | 0 (0.0 %) | 8.3 | 8.2 | 5 |
| VALLEY VIEW ELEMENTARY | 6019657 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (8.3 %) | 0 (0.0 %) | 9.3 | 8.8 | 1 |
| VAN DEENE AVENUE ELEMENTARY | 6019665 | 22 | 22 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (13.6 %) | 0 (0.0 %) | 14.4 | 13.8 | 2 |
| VAN GOGH STREET ELEMENTARY | 6019673 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (20.8 %) | 0 (0.0 %) | 12.5 | 12.0 | 0 |
| VAN NESS AVENUE ELEMENTARY | 6019681 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.9 %) | 0 (0.0 %) | 17.3 | 16.8 | 0 |
| VAN NUYS ELEMENTARY | 6019699 | 42 | 42 (100.0 %) | 1 (2.4 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (16.7 %) | 0 (0.0 %) | 12.2 | 11.3 | 3 |
| VAN NUYS MIDDLE | 6058333 | 69 | 60 (87.0 %) | 4 (5.8 %) | 1 (1.4 %) | 0 (0.0 %) | 18 (26.1 %) | 0 (0.0 %) | 9.4 | 9.3 | 9 |
| VAN NUYS SENIOR HIGH | 1938968 | 135 | 124 (91.9 %) | 6 (4.4 %) | 2 (1.5 %) | 0 (0.0 %) | 31 (23.0 %) | 1 (0.7 %) | 12.3 | 12.1 | 8 |
| VANALDEN AVENUE ELEMENTARY | 6019707 | 28 | 28 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.6 %) | 0 (0.0 %) | 15.6 | 14.2 | 0 |
| VAUGHN NEXT CENTURY LEARNING C | 6019715 | 88 | 82 (93.2 %) | 5 (5.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.6 | 4.3 | 13 |
| VENA AVENUE ELEMENTARY | 6019723 | 36 | 36 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.1 %) | 0 (0.0 %) | 11.4 | 10.5 | 2 |
| VENICE SENIOR HIGH | 1939040 | 132 | 124 (93.9 %) | 4 (3.0 %) | 2 (1.5 %) | 0 (0.0 %) | 36 (27.3 %) | 0 (0.0 %) | 13.5 | 13.0 | 4 |
| VERDUGO HILLS SENIOR HIGH | 1939107 | 94 | 87 (92.6 %) | 3 (3.2 %) | 2 (2.1 %) | 0 (0.0 %) | 16 (17.0 %) | 0 (0.0 %) | 12.4 | 12.0 | 3 |
| VERMONT AVENUE ELEMENTARY | 6019731 | 46 | 45 (97.8 %) | 1 (2.2 %) | 1 (2.2 %) | 0 (0.0 %) | 6 (13.0 %) | 0 (0.0 %) | 12.8 | 12.3 | 2 |
| VERNON CITY ELEMENTARY | 6019749 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.1 %) | 0 (0.0 %) | 11.6 | 11.2 | 0 |
| VICTORIA AVENUE ELEMENTARY | 6019756 | 43 | 43 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.3 %) | 0 (0.0 %) | 18.1 | 16.9 | 1 |
| VICTORY BOULEVARD ELEMENTARY | 6019764 | 45 | 45 (100.0 %) | 2 (4.4 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (6.7 %) | 0 (0.0 %) | 13.2 | 12.6 | 2 |
| VIEW PARK CONTINUATION | 1930429 | 3 | 2 (66.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 13.0 | 11.7 | 0 |
| VIEW PARK PREPARATORY ACCELERA | 0101196 | 16 | 8 (50.0 %) | 3 (18.8 %) | 0 (0.0 %) | 1 (6.2 %) | 2 (12.5 %) | 1 (6.2 %) | 7.6 | 2.4 | 3 |
| VIEW PARK PREPARATORY ACCELERA | 6117048 | 21 | 13 (61.9 %) | 2 (9.5 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (28.6 %) | 0 (0.0 %) | 8.3 | 4.1 | 0 |