| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIEW PARK PREPARATORY ACCELERA | 6121081 | 16 | 7 (43.8 %) | 6 (37.5 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (12.5 %) | 1 (6.2 %) | 4.8 | 2.9 | 5 | |
| VINE STREET ELEMENTARY | 6019772 | 35 | 35 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.4 %) | 0 (0.0 %) | 14.5 | 13.9 | 0 | |
| VINEDALE ELEMENTARY | 6019780 | 20 | 20 (100.0 %) | 2 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.0 %) | 0 (0.0 %) | 15.3 | 15.0 | 2 | |
| VINTAGE MATH/SCIENCE/TECHNOLOG | 6019798 | 33 | 32 (97.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.0 %) | 0 (0.0 %) | 12.4 | 12.0 | 0 | |
| VIRGIL MIDDLE | 6058341 | 122 | 108 (88.5 %) | 11 (9.0 %) | 7 (5.7 %) | 0 (0.0 %) | 19 (15.6 %) | 0 (0.0 %) | 9.3 | 8.8 | 15 | 1 |
| VIRGINIA ROAD ELEMENTARY | 6019806 | 30 | 30 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (16.7 %) | 0 (0.0 %) | 9.6 | 9.6 | 0 | |
| VISTA MIDDLE | 0106971 | 78 | 72 (92.3 %) | 5 (6.4 %) | 4 (5.1 %) | 0 (0.0 %) | 11 (14.1 %) | 0 (0.0 %) | 6.2 | 6.1 | 10 | |
| WADSWORTH AVENUE ELEMENTARY | 6019814 | 59 | 57 (96.6 %) | 1 (1.7 %) | 1 (1.7 %) | 0 (0.0 %) | 2 (3.4 %) | 0 (0.0 %) | 13.5 | 12.8 | 0 | |
| WALGROVE AVENUE ELEMENTARY | 6019822 | 18 | 17 (94.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (38.9 %) | 0 (0.0 %) | 14.0 | 11.5 | 0 | |
| WALLIS ANNENBERG HIGH | 0100750 | 16 | 5 (31.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.2 %) | 0 (0.0 %) | 3.2 | 1.5 | 8 | |
| WALNUT PARK ELEMENTARY | 6110977 | 56 | 55 (98.2 %) | 1 (1.8 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (1.8 %) | 0 (0.0 %) | 12.4 | 11.4 | 0 | |
| WALTER REED MIDDLE | 6062699 | 90 | 86 (95.6 %) | 2 (2.2 %) | 0 (0.0 %) | 0 (0.0 %) | 31 (34.4 %) | 0 (0.0 %) | 11.2 | 10.9 | 8 | |
| WARNER AVENUE ELEMENTARY | 6019830 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 15.9 | 13.9 | 1 | |
| WASHINGTON IRVING MIDDLE | 6058077 | 69 | 66 (95.7 %) | 4 (5.8 %) | 1 (1.4 %) | 0 (0.0 %) | 5 (7.2 %) | 0 (0.0 %) | 14.6 | 14.1 | 6 | |
| WASHINGTON PRIMARY CENTER | 0109306 | 14 | 13 (92.9 %) | 1 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.1 %) | 0 (0.0 %) | 6.2 | 6.1 | 1 | |
| WATTS LEARNING CENTER | 6114912 | 11 | 8 (72.7 %) | 2 (18.2 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 6.2 | 6.1 | 0 | |
| WEIGAND AVENUE ELEMENTARY | 6019848 | 25 | 24 (96.0 %) | 0 (0.0 %) | 1 (4.0 %) | 0 (0.0 %) | 4 (16.0 %) | 0 (0.0 %) | 6.7 | 6.4 | 1 | |
| WELBY WAY ELEMENTARY | 6019855 | 35 | 35 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.7 %) | 0 (0.0 %) | 14.1 | 13.6 | 1 | |
| WEST ATHENS ELEMENTARY | 6019863 | 49 | 47 (95.9 %) | 2 (4.1 %) | 1 (2.0 %) | 0 (0.0 %) | 13 (26.5 %) | 0 (0.0 %) | 15.3 | 14.5 | 2 | |
| WEST HOLLYWOOD ELEMENTARY | 6019871 | 15 | 15 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.7 %) | 0 (0.0 %) | 11.7 | 11.6 | 0 | |
| WEST HOLLYWOOD OPPORTUNITY | 1932391 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (50.0 %) | 0 (0.0 %) | 15.2 | 15.2 | 1 | |
| WEST VALLEY SPECIAL EDUCATION | 6071468 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.9 | 14.9 | 1 | |
| WEST VERNON AVENUE ELEMENTARY | 6019889 | 59 | 57 (96.6 %) | 3 (5.1 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (8.5 %) | 0 (0.0 %) | 8.8 | 8.3 | 3 | |
| WESTCHESTER SENIOR HIGH | 1939479 | 96 | 85 (88.5 %) | 4 (4.2 %) | 6 (6.2 %) | 0 (0.0 %) | 18 (18.8 %) | 0 (0.0 %) | 11.6 | 11.4 | 6 | |
| WESTERN AVENUE ELEMENTARY | 6019905 | 41 | 39 (95.1 %) | 0 (0.0 %) | 3 (7.3 %) | 0 (0.0 %) | 16 (39.0 %) | 0 (0.0 %) | 8.0 | 8.0 | 6 | |
| WESTMINSTER AVENUE ELEMENTARY | 6019913 | 27 | 27 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (18.5 %) | 0 (0.0 %) | 14.2 | 13.4 | 1 | |
| WESTPORT HEIGHTS ELEMENTARY | 6019921 | 27 | 27 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (11.1 %) | 0 (0.0 %) | 11.6 | 11.2 | 0 | |
| WESTSIDE LEADERSHIP MAGNET | 1931054 | 20 | 18 (90.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (20.0 %) | 0 (0.0 %) | 11.4 | 11.4 | 3 | |
| WESTWOOD ELEMENTARY | 6019939 | 39 | 39 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9 (23.1 %) | 0 (0.0 %) | 7.9 | 7.8 | 4 | |
| WHITE HOUSE PRIMARY CENTER | 6109607 | 13 | 13 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (15.4 %) | 0 (0.0 %) | 9.8 | 9.8 | 0 | |
| WHITE POINT ELEMENTARY | 6019947 | 25 | 24 (96.0 %) | 1 (4.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.0 %) | 0 (0.0 %) | 10.2 | 10.2 | 1 | |
| WHITMAN CONTINUATION | 1931856 | 4 | 3 (75.0 %) | 1 (25.0 %) | 1 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.2 | 9.2 | 0 | |
| WHITNEY YOUNG CONTINUATION | 1930403 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.0 | 5.0 | 1 | |
| WILBUR AVENUE ELEMENTARY | 6019954 | 32 | 32 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10 (31.2 %) | 0 (0.0 %) | 10.3 | 10.0 | 0 | |
| WILL ROGERS CONTINUATION | 1931534 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.4 | 18.0 | 0 | |
| WILLIAM HOWARD TAFT SENIOR HIG | 1938612 | 130 | 118 (90.8 %) | 5 (3.8 %) | 2 (1.5 %) | 0 (0.0 %) | 15 (11.5 %) | 0 (0.0 %) | 11.2 | 11.0 | 7 | 1 |
| WILLIAM MULHOLLAND MIDDLE | 6058184 | 82 | 76 (92.7 %) | 6 (7.3 %) | 3 (3.7 %) | 0 (0.0 %) | 16 (19.5 %) | 0 (0.0 %) | 9.9 | 9.5 | 3 | |
| WILLIAM TELL AGGELER OPPORTUNI | 1930064 | 2 | 2 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (50.0 %) | 0 (0.0 %) | 15.5 | 15.5 | 0 | |
| WILMINGTON MIDDLE | 6058374 | 88 | 72 (81.8 %) | 10 (11.4 %) | 6 (6.8 %) | 0 (0.0 %) | 33 (37.5 %) | 0 (0.0 %) | 10.9 | 10.4 | 9 | |
| WILMINGTON PARK ELEMENTARY | 6019962 | 56 | 51 (91.1 %) | 0 (0.0 %) | 1 (1.8 %) | 0 (0.0 %) | 4 (7.1 %) | 0 (0.0 %) | 13.1 | 12.4 | 2 | |
| WILSHIRE CREST ELEMENTARY | 6019970 | 27 | 25 (92.6 %) | 0 (0.0 %) | 1 (3.7 %) | 0 (0.0 %) | 8 (29.6 %) | 0 (0.0 %) | 11.8 | 11.6 | 0 | |
| WILSHIRE PARK ELEMENTARY | 0112003 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (12.5 %) | 0 (0.0 %) | 8.9 | 8.4 | 1 | |
| WILTON PLACE ELEMENTARY | 6019988 | 51 | 51 (100.0 %) | 1 (2.0 %) | 1 (2.0 %) | 0 (0.0 %) | 4 (7.8 %) | 0 (0.0 %) | 13.5 | 13.2 | 1 | |
| WINDSOR HILLS MATH SCIENCE | 6019996 | 36 | 36 (100.0 %) | 2 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (22.2 %) | 0 (0.0 %) | 12.7 | 12.1 | 2 | |
| WINNETKA AVENUE ELEMENTARY | 6020002 | 30 | 28 (93.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (20.0 %) | 0 (0.0 %) | 13.2 | 12.9 | 2 | |
| WISDOM ACADEMY FOR YOUNG SCIEN | 0112730 | 7 | 5 (71.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (14.3 %) | 2.4 | 1.4 | 5 | |
| WONDERLAND AVENUE ELEMENTARY | 6020010 | 21 | 21 (100.0 %) | 1 (4.8 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (14.3 %) | 0 (0.0 %) | 13.0 | 12.7 | 0 | |
| WOODCREST ELEMENTARY | 6020028 | 54 | 53 (98.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13 (24.1 %) | 0 (0.0 %) | 8.7 | 8.6 | 6 | |
| WOODLAKE AVENUE ELEMENTARY | 6020036 | 29 | 28 (96.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 15.0 | 13.6 | 0 | |
| WOODLAND HILLS ACADEMY | 6061568 | 38 | 37 (97.4 %) | 2 (5.3 %) | 1 (2.6 %) | 0 (0.0 %) | 2 (5.3 %) | 0 (0.0 %) | 12.3 | 11.9 | 4 | |
| WOODLAND HILLS ELEMENTARY | 6020044 | 34 | 33 (97.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.9 %) | 0 (0.0 %) | 10.5 | 10.1 | 1 | |
| WOODLAWN AVENUE ELEMENTARY | 6020051 | 49 | 48 (98.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (2.0 %) | 0 (0.0 %) | 16.6 | 16.2 | 0 | |
| WOODROW WILSON SENIOR HIGH | 1939859 | 133 | 111 (83.5 %) | 14 (10.5 %) | 5 (3.8 %) | 0 (0.0 %) | 44 (33.1 %) | 0 (0.0 %) | 8.9 | 8.7 | 15 | 1 |
| YORKDALE ELEMENTARY | 6020069 | 29 | 29 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 15.3 | 14.4 | 0 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUTH OPPORTUNITIES UNLIMITED | 1995794 | 21 | 13 (61.9 %) | 2 (9.5 %) | 1 (4.8 %) | 0 (0.0 %) | 8 (38.1 %) | 0 (0.0 %) | 9.7 | 8.2 | 2 | |
| ZANE GREY CONTINUATION | 1931682 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.6 | 8.3 | 1 | |
| LOS ANGELES UNIFIED Total | 1964733 | 34,929 | 31,912 (91.4 %) | 1,847 (5.3 %) | 691 (2.0 %) | 30 (0.1 %) | 5,570 (15.9 %) | 42 (0.1 %) | 11.3 | 10.6 | 2,507 | 2,42 |
| County Total | 19 | 79,702 | 73,810 (92.6 %) | 3,199 (4.0 %) | 1,010 (1.3 %) | 297 (0.4 %) | 6,822 (8.6 %) | 174 (0.2 %) | 12.2 | 10.7 | 4,905 | 4,74 |
| State Total | | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,43 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

CDE Home Page   DataQuest Home Page   Demographics Data Files   About DataQuest   Contact US   Click to Print this page   Top

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600