# EXHIBIT 3

California Department of Education
Educational Demographics Unit
Prepared: 8/13/2007 2:22:58 PM

| | | |
|---|---|---|
| Report | Teacher Credential & Experience Rpt (with school data) | |
| Year | 2006-07 | |
| District | 1964352--CENTINELA VALLEY UNION HIGH | |

# of Teachers by Credential Type

| School | Code | # of Teachers | Full | Univ. Intern | Dist. Intern | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRICT OFFICE | 0000000 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 25.5 | 24.8 | 0 | 0 |
| HAWTHORNE HIGH | 1933951 | 126 | 102 (81.0 %) | 14 (11.1 %) | 5 (4.0 %) | 1 (0.8 %) | 4 (3.2 %) | 0 (0.0 %) | 9.6 | 7.1 | 11 | 7 |
| LAWNDALE HIGH | 1934926 | 62 | 51 (82.3 %) | 5 (8.1 %) | 2 (3.2 %) | 2 (3.2 %) | 2 (3.2 %) | 0 (0.0 %) | 6.4 | 4.5 | 10 | 2 |
| LEUZINGER HIGH | 1935048 | 134 | 97 (72.4 %) | 16 (11.9 %) | 8 (6.0 %) | 3 (2.2 %) | 10 (7.5 %) | 0 (0.0 %) | 9.6 | 7.1 | 14 | 16 |
| MEDIA ART ACADEMY AT CENTINELA | 0101642 | 7 | 2 (28.6 %) | 2 (28.6 %) | 0 (0.0 %) | 1 (14.3 %) | 2 (28.6 %) | 0 (0.0 %) | 5.1 | 1.3 | 1 | 1 |
| R. K. LLOYDE HIGH | 1930239 | 13 | 8 (61.5 %) | 1 (7.7 %) | 1 (7.7 %) | 1 (7.7 %) | 2 (15.4 %) | 0 (0.0 %) | 6.4 | 2.8 | 1 | 2 |
| CENTINELA VALLEY UNION HIGH Total | 1964352 | 346 | 264 (76.3 %) | 38 (11.0 %) | 16 (4.6 %) | 8 (2.3 %) | 20 (5.8 %) | 0 (0.0 %) | 9.0 | 6.6 | 37 | 28 |
| County Total | 19 | 79,702 | 73,810 (92.6 %) | 3,199 (4.0 %) | 1,010 (1.3 %) | 297 (0.4 %) | 6,822 (8.6 %) | 174 (0.2 %) | 12.2 | 10.7 | 4,905 | 4,749 |
| State Total | | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,436 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

Top

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600