# EXHIBIT 4

# EXHIBIT 4-a

California Department of Education
Educational Demographics Unit
Prepared: 8/14/2007 11:26:53 AM

| | |
|---|---|
| Report | Teacher Credential and Experience Report |
| Year | 2006-07 |
| School | RICHMOND HIGH -- WEST CONTRA COS -- 0761796-0735902 |

### # of Teachers by Credential Type

| School | Code | # of Teachers | Full | Univ. Intern. | Dist. Intern. | Pre-Intern. | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RICHMOND HIG | 0735902 | 79 | 65 (82.3 %) | 8 (10.1 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (7.6 %) | 0 (0.0 %) | 12.5 | 9.9 | 5 | 8 |
| District Total | 0761796 | 1,630 | 1,451 (89.0 %) | 94 (5.8 %) | 3 (0.2 %) | 0 (0.0 %) | 97 (6.0 %) | 18 (1.1 %) | 14.0 | 11.0 | 88 | 92 |
| County Total | 07 | 8,459 | 7,885 (93.2 %) | 186 (2.2 %) | 132 (1.6 %) | 9 (0.1 %) | 498 (5.9 %) | 44 (0.5 %) | 12.0 | 9.5 | 574 | 499 |
| State Total | | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,436 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

**Top**

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600