# EXHIBIT 4-b