250 23rd Street
Richmond, CA 94804
Phone # (510) 237-8770
Fax   # (510) 235-0316

# Richmond High School Phone List

2006-2007

| NAME | RM # | EXTENSION | NAME | RM # | EXTENSION |
|---|---|---|---|---|---|
| Adult Ed. | **** | 215-4666 | Futch, Linette SH Aide / Mattingly | 304 | 2364 |
| AEWC / Linda Farrell | **** | 237-0149 | Gibson, Alesia - SITPA Clerk | 638 | 965-0671 |
| After School Program | Maya | 412-8599 | Gill, Doris  SH Aide / Tutass | 609 | 2346 |
| Ahuna, Marilyn | 306 | 3315 | Gleason, Benjamin | 637 | 3327 |
| Alejandre, Edel   M-Z | Counselor | 2319 | Goessling, Paul - Tech Futures | 507 | 3352 |
| APP  /  (Patti Menjou) | 608 | 237-9565 | Gonzalez, Petra | CIS | 215-4025 |
| Arvie, Sharon - Career Center | 361 | 3363 | Goodbeer, Robin | 339 | 3389 VM |
| Attendance - Cathy Maynor | 133 | 2327 VM | Gowder, Jacqueline | Asst. Prin. | 2307 |
| Austria, Lilian | 434 | 3350 | Guillen, Janice (Library Tech./Textbook Clerk) | Library | 2338/2375 |
| Bamra, Loveleen | 372 | 3371 | Hancock, Bonnie - Subs | AP Clerk | 2301 |
| Banks, Michele | Cashier | 2325 | Hansen, Melissa | 659 | 3405 |
| Bartlett, Chris | Maintenance | 2336 VM | Hastings, Joshua | 310 | 3311 |
| Beacham, Elsie  NSH Aide / Ng | 344 | 3381 | Haynes, Laura | 552 | 237-0368 |
| Bender, Jen Literacy Coordinator | 126 | 2324 | Hartis, Danny | 128 | 2332 |
| Bhambra, Mary | 370 | 3376 | Harris, Jeanette RSP Aide / Buford | 640 | 3320 |
| Biggs, Jessica | 655 | 3410 | Heartsill, Melinda NSH Aide / Lazaro | 373 | 3368 VM |
| Boardman, Teresa | 367 | 3377 | Hermann, Ivette | 550 | |
| Bremond, Ron | 650 | 3411 | Hernandez, Maya | 508 | 412-8599 |
| Browning, Misty | 611 | 3333 | Hill, Sammie Lee Community Worker | Office | 2300 |
| Buford, Phyllis | 640 | 3320 | Holmes, Johnny  SH / Davis | 652 | 232-0876 |
| Bulls, Yolanda | 653 | 3408 | Hunn, Christopher - Leadership | 651 | 3409 |
| Burnham, Matthew - Project Assistant | Office | 2321 | Iglesias, Ruth  SH Aide / Tutass | 609 | 2346 |
| Cafeteria Gwen Chapman-Davis | CAFE | 2331 VM | ISHMAEL, TERESA | Principal | 2305 VM |
| Canavan, Michael | 604 | 3340 | IVEY, NANCY | Asst. Prin. | 2317 |
| Cartwright, Ziomara | 661 | 3401 | Jann, Arliss | 607 | 2369 |
| Career Center - Sharon Arvie | 361 | 3363 | Jann, Krista | 560 | Leave Message |
| Cashier - Michele Banks | 134 | 2325 | Jensen, Sheri | Off. Manager | 2377 VM |
| Cebula, Pete p.m. Custodian | 375 | 3366 | Johnson, Charles | Security | 2332 |
| Chandra, Rajesh | 330 | 3385 | Johnson, Kathy - Special ED | 360 | 3372 |
| CIS | **** | 215-4025 | Kadri, Mary - Social Science | 375 | 3366 |
| Clapp, Jim | 433 | 3347 | Kelley, Randy | 136 | 3345 VM |
| Clyde, Joyce | 311 | 3386 | Kurtz-Nicholl, Jesse | 561 | Leave Message |
| Collins, Robert  (Cell 925 285-8294) | P.E. | 2330 VM | Larsen, Rebekah | 312 | 3382 |
| Computer Lab Open Position | 504 | 234-8510 | Lazaro, Howard | 373 | 3368 VM |
| Contreras, Tony - Supervisor | Custodian | 2336 VM | Leland, Mary Beth | 334 | 3388 |
| Corona, Dora  SH Aide / Hadjirul | 652 | 232-0876 | Library | **** | 2338 VM |
| Crescenzi, Janet | 606 | Leave Message | Literacy Coordinator - Jen Bender | 126 | 2324 |
| Cruz, Alberto     p.m. | Custodian | 2336 VM | Mannix, Michael | 366 | 3367 |
| Custodial Room | 437 | 2336 VM | Martin, Wesley | Security | 2300 |
| Davis, Bettye (Psychologist) | 332 | 3384 | Martinez-McAfee, Isadora | 657 | 3400 |
| Davis, Greg | 652 | 232-0876 | Mattingly, Wallace | 304 | 2364 |
| Denyer, Laverne | 507 | 3352 | Mattos, Julia | 658 | 3402 |
| Driscoll, Michael | Security | 2300 | Maynor, Cathy  (Attendance) | 133 | 2327 |
| Durham, Beverly - ELD Resource | 1st - 3rd Ext. 2322 | 4th - 6th Rm. 509 | McCain, Markell | Gym | 2329 |
| ENOS, Randy - Omega Principal | Asst. Prin. RHS | 2309 | McClellan, Lorna | 654 | Take Message |
| Faculty Lounge | **** | 2341 | McDonald, Chris  (Work Exp) | 124 | 2314 |
| Farrell, Linda       (AEWC) | **** | 237-0149 | McGuire, Margaret   A - L | Counselor | 2315 VM |
| Ferrari, Mario     (Yearbook) | 500 | 3358 | McKenzie, Megan | 303 | 3362 |
| Fletcher, Lee - Football Coach | Cell | 301-1006 | McPheeters, Annie | 336 | 3312 |
| Franco, Felipe | 656 | 3403 | Meblin, Andrew | 337 | 3387 |
| Fuglestad, Tom    (Band) | 250 | 2337 | Melgar, Hercy | Bil Clerk | 2300 |

District # (510) 234-3825
www.wccusd.k12.ca.us/rhs

Revised 9/28/06