250 23rd Street
Richmond, CA 94804
Phone # (510) 237-8770
Fax   # (510) 235-0316

# Richmond High School Phone List

2006-2007

| NAME | RM # | EXTENSION | NAME | RM # | EXTENSION |
|---|---|---|---|---|---|
| Melis, Denise | 635 | 3325 | | | |
| Mendzabeal, Eduardo a.m. | Custodian | 2336 VM | Omega   215-3348 | 2357 | 215-3348 |
| Menjou, Patty Adolescent Pregnancy Program | 608 | 237-9565 | | | |
| Mooney, Allen - HSH Academy | 374 | 232-5406/3370 | **Instructional Aides** | | |
| Navarro, Danielle | 340 | 3390 | Beacham, Elsie  NSH Aide/Ng | 344 | 3381 |
| Navarro, Esther  NSH Aide/Hunn | 561 | 3409 | Corona, Dora  SH Aide/Davis | 652 | 232-0876 |
| Ohlman, John | 505 | 2328 | Dickerson, Debbie  NSH Aide/Biggs | 655 | 3410 |
| Parent Room | 630 | 237-2622 | Futch, Linette  NSH Aide/Mattingly | 304 | 2364 |
| Permaul, Linda | 308 | 3313 | Harris, Jeanette  RSP Aide/Buford | 640 | 3320 |
| Police Services | 2015 | 232-3473 | Heartsill, Melinda  NSH Aide/Lazaro | 373 | 3368 |
| POLICE - RHS - Danny Harris | 128 | 2332 | Kindzia, Willie  SH Aide/Davis | 652 | 232-0876 |
| POLICE - RICHMOND | 911 | 233-1214 | Jackson, Willie  SH Aide/Davis | 652 | 232-0876 |
| POLICE - SAN PABLO | | 233-1214 | Loyd-Massey, Janet | | |
| Psychologist - Bettye Davis | 332 | 2348 | Luangrath, Chanta  NSH Aide/Leland | 343 | 3373 |
| Ponce, Angel | 313 | 3391 | Navarro, Esther   NSH Aide/Tyler | 334 | 3388 |
| Price, Jessica | 307 | 3314 | Wara, Ruth  RSP Aide/Clyde | 311 | 3386 |
| Rasmusen, Samantha | 309 | 3383 | Wiley, J  SH Aide/Davis | 652 | 232-0876 |
| Robinson, Darryl | Security | 3332 | | | |
| Robinson, Rebecca - Science | 634 | 3321 | **Cafeteria Staff** | | |
| Rogers, Roy   Cell 507-4300 | Athletic Director | 2329 VM | Biffi, Evelyn | cafeteria | 2331 VM |
| Roh, Albert | 430 | 3453 | Brice, Tenir | cafeteria | 2331 VM |
| Romero, Christina  Aide/Tutass | 609 | 2346 | Brisco, Shrell | cafeteria | 2331 VM |
| Romero, Laureen Speech Therapist | 330 | 3385 | Brown, Brenda | cafeteria | 2331 VM |
| Romero, Oscar | 362 | 3384 | Chapman-Davis, Gwen (Supervisor) | cafeteria | 2331 VM |
| ROP   (Mattie Mitchell) | Pinole High | 758-4782 | Deaver, Sharon | cafeteria | 2331 VM |
| Rousseau, Mark  Multi-Media/English | 209 | 3450 VM | Ellner, Martha | cafeteria | 2331 VM |
| Ruiz, Ben | 363 | 3365 | Handcock, Carl | cafeteria | 2331 VM |
| Saefong, Saeng | Title I Clerk | 2380 | James, Lynette | cafeteria | 2331 VM |
| Sanders, Rose  Room 123 | Security | 2313 | Langner, Gail | cafeteria | 2331 VM |
| SASI Clerk | 113 | 2312 | Myers, Barbara | cafeteria | 2331 VM |
| Seabrook, Karen | 660 | 3404 | Shiow, Harry | cafeteria | 2331 VM |
| Shah, Niral - Math | 437 | 3342 | Smith, Sandra | cafeteria | 2331 VM |
| Shallcross, Patty | 344 | 3381 | Stark, Shirley | cafeteria | 2331 VM |
| Sherwood, Byrne | 551 | 233-4336 | **Other Numbers** | | |
| Shobe, Teresa | 559 | Leave Message | | | |
| Shrieve, Zachery | PE | 2329 | | | |
| Siles, Rene   Soccer Coach | Work # | 925-236-7427 | | | |
| Speech | 330 | 3385 | | | |
| Springer, Aaron | 343 | 3373 | | | |
| Taboada, Carlos | 129/307 | 2320/3314 | | | |
| Thomas, Joe | 338 | 3309 | | | |
| Torres, Armando | 341 | 3374 | | | |
| Troutman, Ernestine | Library | 2338 | | | |
| Tukeva, Victoria - P.E. | PE | 2345 VM | | | |
| Tutass, Sherry | 609 | 2346 | | | |
| Verdin, Maria - Parent Room (PTA) | 630 | 237-2622 | | | |
| Velikovich, Galina | 607 | 2369 | | | |
| Vilchez, Adrian | 371 | 3389 | | | |
| Wara, Ruth  RSP Aide/Clyde | 311 | 3386 | | | |
| Yap, Ernie | 603 | 3335 | | | |
| YMCA Child Care | 506 | 232-8507 | | | |
| Zaragoza, Darrin | PE | 2329 | | | |

District # (510) 234-3825
www.wccusd.k12.ca.us/rhs

Revised 9/28/06