**EXHIBIT 4-c**

# LOZANO SMITH
### ATTORNEYS AT LAW
*A Professional Corporation*

Namita S. Brown
*Attorney at Law*

E-mail: nbrown@lozanosmith.com

May 30, 2007

**U.S. Mail & Facsimile: 415-321-1048**

Tara Kini
Public Advocates, Inc.
131 Steuart Street, Suite 300
San Francisco, CA 94105

Re: <u>Public Records Act Request: Intern Teachers</u>

Dear Ms. Kini:

Enclosed please find the list of intern teachers within the West Contra Costa Unified School District ("District") that are currently teaching on an intern credential. Please note that this list is not a "complete" list but is nearly complete. The District is in the process of determining whether another list exists for intern teachers working in special education positions. The District will forward the list to you should one exits. Further, please note the District does not have any other documents that are responsive to your request under the Public Records Act.

Please feel free to call if you have any further questions or concerns.

Sincerely,

LOZANO SMITH

*/s/ Namita S. Brown*

Namita S. Brown

NSB/gm

Enclosure

cc: Alan Hersh, General Counsel

Q:\RAM_DOCS\01550\001\ltr\SR047545.DOC

2000 Crow Canyon Place, Suite 200 San Ramon, California 94583-1344 Tel 925-302-2000 Fax 925-302-2010
Website: www.lozanosmith.com

| Fresno | Monterey | Sacramento | San Ramon | Santa Monica | Vista |

Multiple Subject Team  
Interns  
2006-2007

Spring 2007

| Last Name | First name | Assignment |
|---|---|---|
| Barbero | Anthony | Lincoln |
| Belaney | Meredith | Nystrom |
| Contawe | Nerissa | Stege - K |
| Culley | Katherine | Verde - 2APL |
| Delaney | Richard | Riverside K/1 |
| Della Cruz | Stephanie | Peres - 1 |
| Eldridge | Jawan | Peres - 3 |
| Glasser | Gary | Adams - 6 |
| Hayden | Kylee | Grant - 5 |
| Hix | Erika | Montalvin - 1 |
| Hoopaugh-Jones | Nicola | Grant - 4 |
| Jones | Kristyn | Chavez - 5 APL |
| Lowe | Mark | Lincoln |
| Mann | Robert | Adams - 6 |
| Marsh | Maleika | Pinole Middle - Opportunity |
| Martinez | Mayra | Washington - K Dual Imm. |
| Medina | Giselle | Grant - 1APL |
| Moorhead | Aaron | Adams - 6 |
| Munoz-Plaza | Cristina | Lincoln - 3APL |
| Oshima | Mary | Grant - 4 |