Multiple Subject Team                    Spring 2007
Interns
2006-2007

| Last Name | First name | Assignment |
|---|---|---|
| Pomegranate | Maryann | Murphy |
| Renardson | Gloria | King - 1 |
| Sak | Karen | Peres |
| Timar | Mary | Washington - 4 |
| Voltaire | Jamila | Verde - 6 |
| Weems | Tyrone | Coronado - 5 |
| Yasaki | Deanna | King |

Single Subject Team  
Interns  
2006-2007

Spring 2007

| Last Name | First name | School |
|---|---|---|
| Chow | Ming | DeAnza |
| Fernandez | Julia | JFK |
| Foster | Devon | PVHS |
| Gomes De Mattos | Julia | RHS |
| Hermann | Ivette | RHS |
| Hickock | Kenneth | HMHS |
| Humphries | Kayla | DeJean |
| Jones | Jessica | HMHS |
| Kinblad | Karen | DeJean |
| Kirk | Kevin | RHS |
| Leeper | Teresa | DeJean |
| Luchetti | Zack | DeAnza |
| Magid | Jane | |
| Moskowitz | Rachel | JFK |
| Pfeiffer | Brian | DeJean |
| Price | Jessica | RHS |
| Reyes | Rocio | Helms |
| Rigsby | Shakera | JFK |
| Valdehueza | Tiffiny | PVHS |
| Whaling | Greg | JFK |
| Zara | Louise | ECHS |



# LOZANO SMITH
### ATTORNEYS AT LAW
*A Professional Corporation*

Namita S. Brown  
*Attorney at Law*  

E-mail: nbrown@lozanosmith.com

May 30, 2007

U.S. Mail & Facsimile: 415-321-1048

Tara Kini  
Public Advocates, Inc.  
131 Steuart Street, Suite 300  
San Francisco, CA 94105

Re:  <u>Public Records Act Request: Intern Teachers</u>

Dear Ms. Kini:

Enclosed please find the list of intern teachers within the West Contra Costa Unified School District ("District") that are currently teaching on an intern credential. Please note that this list is not a "complete" list but is nearly complete. The District is in the process of determining whether another list exists for intern teachers working in special education positions. The District will forward the list to you should one exits. Further, please note the District does not have any other documents that are responsive to your request under the Public Records Act.

Please feel free to call if you have any further questions or concerns.

Sincerely,

LOZANO SMITH

*Namita S. Brown*

Namita S. Brown

NSB/gm

Enclosure

cc:   Alan Hersh, General Counsel

Q:\RAM_DOCS\01550\001\ltrSR047545.DOC

2000 Crow Canyon Place, Suite 200 San Ramon, California 94583-1344  Tel 925-302-2000  Fax 925-302-2010  
Website: www.lozanosmith.com

Fresno          Monterey         Sacramento         San Ramon         Santa Monica         Vista