Multiple Subject Team
Interns
2006-2007

Spring 2007

| Last Name | First name | Assignment |
|---|---|---|
| Barbero | Anthony | Lincoln |
| Belaney | Meredith | Nystrom |
| Contawe | Nerissa | Stege - K |
| Culley | Katherine | Verde - 2APL |
| Delaney | Richard | Riverside K/1 |
| Della Cruz | Stephanie | Peres - 1 |
| Eldridge | Jawan | Peres - 3 |
| Glasser | Gary | Adams - 6 |
| Hayden | Kylee | Grant - 5 |
| Hix | Erika | Montalvin - 1 |
| Hoopaugh-Jones | Nicola | Grant - 4 |
| Jones | Kristyn | Chavez - 5 APL |
| Lowe | Mark | Lincoln |
| Mann | Robert | Adams - 6 |
| Marsh | Maleika | Pinole Middle - Opportunity |
| Martinez | Mayra | Washington - K - Dual Imm. |
| Medina | Giselle | Grant - 1APL |
| Moorhead | Aaron | Adams - 6 |
| Munoz-Plaza | Cristina | Lincoln - 3APL |
| Oshima | Mary | Grant - 4 |

1

Multiple Subject Team
Interns
2006-2007

Spring 2007

| Last Name | First name | Assignment |
|---|---|---|
| Pomegranate | Maryann | Murphy |
| Renardson | Gloria | King - 1 |
| Sak | Karen | Peres |
| Timar | Mary | Washington - 4 |
| Voltaire | Jamila | Verde - 6 |
| Weems | Tyrone | Coronado - 5 |
| Yasaki | Deanna | King |

Single Subject Team  Spring 2007
Interns
2006-2007

| Last Name | First name | School |
|---|---|---|
| Chow | Ming | DeAnza |
| Fernandez | Julia | JFK |
| Foster | Devon | PVHS |
| Gomes De Mattos | Julia | RHS |
| Hermann | Ivette | RHS |
| Hickock | Kenneth | HMHS |
| Humphries | Kayla | DeJean |
| Jones | Jessica | HMHS |
| Kinblad | Karen | DeJean |
| Kirk | Kevin | RHS |
| Leeper | Teresa | DeJean |
| Luchetti | Zack | DeAnza |
| Magid | Jane | |
| Moskowitz | Rachel | JFK |
| Pfeiffer | Brian | DeJean |
| Price | Jessica | RHS |
| Reyes | Rocio | Helms |
| Rigsby | Shakera | JFK |
| Valdehueza | Tiffiny | PVHS |
| Whaling | Greg | JFK |
| Zara | Louise | ECHS |

1