# EXHIBIT 4-d

JUN-12-2007 10:40 FROM Case 3:07-cv-04299-PJH Document 30-19 Filed 11/27/2007 Page 2 of 3 P.2/3

# LOZANO SMITH

ATTORNEYS AT LAW

*A Professional Corporation*

Namita S. Brown
*Attorney at Law*

E-mail: nbrown@lozanosmith.com

June 12, 2007

U.S. Mail & Facsimile: 415-321-1048

Tara Kini
Public Advocates, Inc.
131 Steuart Street, Suite 300
San Francisco, CA 94105

Re: Public Records Act Request: Intern Teachers

Dear Ms. Kini:

Enclosed please find one additional document maintained by the West Contra Costa Unified School District that is responsive to your Public Records Act request. It is our understanding that these interns are mostly serving in Special Education positions.

We hope that this document helps you ascertain the information that you are seeking. Please feel free to call if you have any additional questions or concerns.

Sincerely,

LOZANO SMITH

Namita S. Brown

NSB/df

Enclosure

cc: Alan Hersh, General Counsel

Q:\RAM_DOCS\01550\001\ltr\SR047774.DOC

2000 Crow Canyon Place, Suite 200 San Ramon, California 94583-1344 Tel 925-302-2000 Fax 925-302-2010
Website www.lozanosmith.com

Fresno Monterey Sacramento San Ramon Santa Monica Vista

# 2006-07 Sonoma State Interns

<date>

| NAME | SITE |
|---|---|
| Armen, Mark | Pinole Middle |
| Biggs, Jessica | Richmond HS |
| Buchter, Steven | Hercules HS |
| Calentine, Erin | Kennedy HS |
| DeMons, Larry | Pinole Valley HS |
| Escanellas, Glenda | Transition |
| Evans, Angela | Mira Vista Elementary |
| Greco, Celeste | DeAnza HS |
| Konan, Maxime | TLC |
| Ledbetter, Catherine | Collins Elementary |
| Lieb, Adam | Stewart Elementary |
| Noorani, Husein | Adams Middle |
| Oda, Donelle | Pinole Valley HS |
| Rispet-Simpson, Debra | Crespi Middle |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |