**EXHIBIT 4-e**

Welcome to California Commission on Teacher Credentialing Online Verification. This site is compatible with assisstive technology. Skip to navigation

California Home                                                                                          Tuesday, August 14, 2007

## California Commission on Teacher Credentialing

- California Teacher Credential Look-up and Renewal
- Search for Credential for a Public School Teacher
- Search for a Teacher's Application Status and Credentials Held
- Renew Credentials
- Direct Application (Non-Recommendation Only)
- Track Payment (Renewal Only)
- Track Payment (Recommendation Only)
- Start the IHE Login Page
- Start the Student Applicant Login
- Frequently Asked Questions
- Glossary of Credential Terms
- California Commission on Teacher Credentialing Web Site
- Governor's Home Page
- Contact the Commission on Teacher Credentialing

○ My CA     [search]

### Selected Credential Held

The application status and credential information was last updated on 08/13/2007. Please note: Upon receipt, the California Commission on Teacher Credentialing may take up to 75 working days to process an application. Local employing agencies have the flexibility to assign individuals to serve in subject areas other than those authorized on credentials. The Commission, at one time, issued documents without assigning any document number. Assigning a document number to these records was necessary to be able to display them online. The document numbering assigned to display those records will appear as "NONE1, NONE2, NONE3, etc."

### Details of Selected Credential

| | |
|---|---|
| Name: | MCCLELLAN, LORNA KATHLEEN |
| Document Title | Internship Single Subject Teaching Credential |
| Document Number | 060218714 |
| Authorization Code(s) | R1S |
| | This document authorizes the holder to teach the subject area(s) listed above in grades twelve and below, including preschool, and in classes organized primarily for adults. |
| | R142 |
| | This document authorizes the holder to provide the following services to English learners: (1) instruction for English language development in grades twelve and below, including preschool, and in classes organized primarily for adults; and (2) specially designed content instruction delivered in English in single-subject-matter (departmentalized) courses as authorized on this document. This authorization also covers classes authorized by other valid, non-emergency credentials held, as specified in Education Code Section 44253.3. |
| Renewal Code(s) | R17 |
| | This internship credential may not be renewed. To continue to serve in a position authorized by this credential, the holder must receive a formal recommendation from the supervising college or university for the preliminary, clear, or professional clear credential which authorizes this service. |
| Issuance Date | 08/15/2006 |
| Expiration Date | 09/01/2008 |
| Authorized Subject(s) | Science: Biological Sciences (Examination) |
| Employment Restriction(s) | CONTRA COSTA WEST CONTRA COSTA UNIFIED |

< Return to Summary | New Search

Top of Page
Conditions of Use | Privacy Policy | E-mail Webmaster
© 2002 State of California. Arnold Schwarzenegger, Governor.

Welcome to California Commission on Teacher Credentialing Online Verification. This site is compatible with assisstive technology. Skip to navigation

California Home

Tuesday, August 14, 2007

## Welcome to California

- California Teacher Credential Look-up and Renewal
  - Search for Credential for a Public School Teacher
  - Search for a Teacher's Application Status and Credentials Held
  - Renew Credentials
  - Direct Application (Non-Recommendation Only)
  - Track Payment (Renewal Only)
  - Track Payment (Recommendation Only)
  - Start the IHE Login Page
  - Start the Student Applicant Login
  - Frequently Asked Questions
  - Glossary of Credential Terms
- California Commission on Teacher Credentialing Web Site
- Governor's Home Page
- Contact the Commission on Teacher Credentialing

### California Commission on Teacher Credentialing

search
○ My CA

### Selected Credential Held

The application status and credential information was last updated on 08/13/2007. Please note: Upon receipt, the California Commission on Teacher Credentialing may take up to 75 working days to process an application. Local employing agencies have the flexibility to assign individuals to serve in subject areas other than those authorized on credentials. The Commission, at one time, issued documents without assigning any document number. Assigning a document number to these records was necessary to be able to display them online. The document numbering assigned to display those records will appear as "NONE1, NONE2, NONE3, etc."

### Details of Selected Credential

| | |
|---|---|
| Name: | RASMUSEN, SAMANTHA E. |
| Document Title | Internship Single Subject Teaching Credential |
| Document Number | 060236102 |
| Authorization Code(s) | R1S |
| | This document authorizes the holder to teach the subject area(s) listed above in grades twelve and below, including preschool, and in classes organized primarily for adults. |
| | R142 |
| | This document authorizes the holder to provide the following services to English learners: (1) instruction for English language development in grades twelve and below, including preschool, and in classes organized primarily for adults; and (2) specially designed content instruction delivered in English in single-subject-matter (departmentalized) courses as authorized on this document. This authorization also covers classes authorized by other valid, non-emergency credentials held, as specified in Education Code Section 44253.3. |
| Renewal Code(s) | R17 |
| | This internship credential may not be renewed. To continue to serve in a position authorized by this credential, the holder must receive a formal recommendation from the supervising college or university for the preliminary, clear, or professional clear credential which authorizes this service. |
| Issuance Date | 08/23/2006 |
| Expiration Date | 09/01/2008 |
| Authorized Subject(s) | English (Examination) |
| Employment Restriction(s) | CONTRA COSTA WEST CONTRA COSTA UNIFIED |

< Return to Summary | New Search

Top of Page
Conditions of Use | Privacy Policy | E-mail Webmaster
© 2002 State of California. Arnold Schwarzenegger, Governor.

Welcome to California Commission on Teacher Credentialing Online Verification. This site is compatible with assisstive technology. Skip to navigation

California Home                                                     Tuesday, August 14, 2007

## Welcome to California

### California Teacher Credential Look-up and Renewal

- Search for Credential for a Public School Teacher
- Search for a Teacher's Application Status and Credentials Held
- Renew Credentials
- Direct Application (Non-Recommendation Only)
- Track Payment (Renewal Only)
- Track Payment (Recommendation Only)
- Start the IHE Login Page
- Start the Student Applicant Login
- Frequently Asked Questions
- Glossary of Credential Terms

California Commission on Teacher Credentialing Web Site

Governor's Home Page

Contact the Commission on Teacher Credentialing

### California Commission on Teacher Credentialing

○ My CA    [search]

**Selected Credential Held**

The application status and credential information was last updated on 08/13/2007. Please note: Upon receipt, the California Commission on Teacher Credentialing may take up to 75 working days to process an application. Local employing agencies have the flexibility to assign individuals to serve in subject areas other than those authorized on credentials. The Commission, at one time, issued documents without assigning any document number. Assigning a document number to these records was necessary to be able to display them online. The document numbering assigned to display those records will appear as "NONE1, NONE2, NONE3, etc."

#### Details of Selected Credential

| | |
|---|---|
| Name: | ROH, ALBERT TAE-HUN |
| Document Title | Internship Single Subject Teaching Credential |
| Document Number | 060197621 |
| Authorization Code(s) | R1S |
| | This document authorizes the holder to teach the subject area(s) listed above in grades twelve and below, including preschool, and in classes organized primarily for adults. |
| | R142 |
| | This document authorizes the holder to provide the following services to English learners: (1) instruction for English language development in grades twelve and below, including preschool, and in classes organized primarily for adults; and (2) specially designed content instruction delivered in English in single-subject-matter (departmentalized) courses as authorized on this document. This authorization also covers classes authorized by other valid, non-emergency credentials held, as specified in Education Code Section 44253.3. |
| Renewal Code(s) | R17 |
| | This internship credential may not be renewed. To continue to serve in a position authorized by this credential, the holder must receive a formal recommendation from the supervising college or university for the preliminary, clear, or professional clear credential which authorizes this service. |
| Issuance Date | 08/18/2006 |
| Expiration Date | 09/01/2008 |
| Authorized Subject(s) | Mathematics (Examination) |
| Employment Restriction(s) | CONTRA COSTA WEST CONTRA COSTA UNIFIED |

[< Return to Summary]   [New Search]

Top of Page

Conditions of Use | Privacy Policy | E-mail Webmaster
© 2002 State of California. Arnold Schwarzenegger, Governor.