# EXHIBIT 5



**ED.gov** — U. S. Department of Education
*Promoting educational excellence for all Americans*

Search ED.gov » [_____] GO
Advanced Search

Students   Parents   Teachers   Administrators

**Press Room**

- Press Releases
  - Latest
  - 2007
  - 2006
  - 2005
  - 2004
  - 2003
  - 2002
  - Archive
- Speeches
- Fact Sheets, Op-Eds
- Photos
- Audio & Video
- Events
- Senior Staff
- Newsletters
- Federal Register
- New at ED.gov

- About ED
- Budget
- Press Room
- Publications
- Teaching Resources

- Answers
- Help
- Online Services
- Recursos en español
- Web Survey

PRESS RELEASES

## U.S. Department of Education Releases Results of State Plans for Highly Qualified Teachers in Every Classroom

**FOR RELEASE:** August 16, 2006

**Contact:** Chad Colby, chad.colby@ed.gov
Stephanie Babyak, stephanie.babyak@ed.gov
Jane Glickman, jane.glickman@ed.gov
📠 (202) 401-1576

**MORE RESOURCES**

Fact Sheet

State Plans





Related Topics:
- Helping America's Youth

The U.S. Department of Education today released initial peer review feedback and related information on revised comprehensive state plans for ensuring that all public elementary and secondary school students are taught by highly qualified teachers. Based on the analysis of a 31-member team of experts, the Department determined that the vast majority of states made serious efforts to develop plans for having experienced, well-trained educators in classrooms, particularly in low-performing, disadvantaged schools. A handful of state plans did not address any required elements, and those states will undergo strict monitoring to come into compliance.

"Every child deserves a highly qualified teacher, regardless of his or her family's income or neighborhood. Good teachers are the key to bringing every child up to grade level in reading and math by 2014. I asked states to show us how they plan to give students in their schools qualified instructors and I was encouraged by their feedback. Many states took this very seriously, recognizing that good teachers make all the difference in whether or not our children succeed in their studies," said U.S. Secretary of Education Margaret Spellings.

The 50 states, the District of Columbia and Puerto Rico submitted plans as required under the *No Child Left Behind Act*. Scored against protocols containing six requirements provided to states in March, the plans outline the bold new steps that states will take to reach the 100 percent highly qualified teacher goal by the end of the 2006-07 school year.

Nine states developed plans that were recognized by the experts as satisfying all six criteria outlined in the guidance provided by the Department. These are New Jersey, Ohio, South Carolina, South Dakota, Louisiana, New Mexico, Kansas, Maryland and Nevada. Thirty-nine states submitted plans that partially satisfy the six components and will be required to improve these plans and address the peer concerns by Sept. 29, 2006. However, four states did not address any of the six requirements. For these four states—Hawaii, Missouri, Utah and Wisconsin—the Department will:

- Provide technical assistance and support to complete their plans by Nov. 1, 2006;
- Conduct an audit to ensure that their data is comprehensive and accurate;
- Require that they prepare and resubmit revised plans, including specific steps to ensure that poor and minority children are not taught disproportionately by less-qualified teachers, and that their plans address all

- required components and correct deficiencies identified by peer reviewers; and
- Expect monthly updates on their progress.

Under the *No Child Left Behind Act*, all teachers of core academic subjects must hold at least a bachelor's degree, have full state certification, and demonstrate knowledge in the core academic subjects they teach. The law also requires that states develop plans to help teachers in low-performing and disadvantaged schools and districts become highly qualified.

Additional information on the Revised State Highly Qualified Teacher Plans is available at: http://www.ed.gov/programs/teacherqual/hqtplans/index.html. Information on the review process, protocols, and peer reviewers is available at: http://www.ed.gov/nclb/methods/teachers/stateplanfacts.html.

###

Top

**Back to August 2006**

Printable view   Share this page

Last Modified: 08/16/2006