# EXHIBIT 6

California Department of Education
Educational Demographics Unit
Prepared: 7/17/2007 3:26:24 PM

Report: State Summary - Teacher Credentials and Experience
Year: 2001-02

### # of Teachers by Credential Type

| | # of Teachers | Full | Univ. Intern. | Dist. Intern. | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 306,940 | 265,201 (86.4 %) | 4,867 (1.6 %) | 2,384 (0.8 %) | 8,060 (2.6 %) | 32,523 (10.6 %) | 3,020 (1.0 %) | 12.7 | 10.3 | 21,586 | 21,202 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page    **Top**

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600