# EXHIBIT 7

California Department of Education
Educational Demographics Unit
Prepared: 7/17/2007 3:31:04 PM

Report: State Summary - Teacher Credentials and Experience
Year: 2006-07

### # of Teachers by Credential Type

| | # of Teachers | Full | Univ. Intern. | Dist. Intern. | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,436 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

Top

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600