# EXHIBIT 8

Case 3:07-cv-04299-PJH   Document 30-24   Filed 11/27/2007   Page 1 of 4

California Department of Education
Educational Demographics Unit
Prepared: 8/14/2007 10:48:13 AM

Report: Teacher Credential & Experience Rpt (with school data)
Year: 2006-07
District: 0161259--OAKLAND UNIFIED

# of Teachers by Credential Type

| School | Code | # of Teachers | Full | Univ. Intern | Dist. Intern | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACORN WOODLAND ELEMENTARY | 6002273 | 14 | 13 (92.9 %) | 1 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.9 | 3.0 | 1 | 3 |
| ALLENDALE ELEMENTARY | 6001630 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.1 | 9.0 | 2 | 1 |
| ALLIANCE ACADEMY | 0112771 | 10 | 7 (70.0 %) | 3 (30.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.1 | 3.8 | 3 | 1 |
| AMERICAN INDIAN PUBLIC CHARTER | 6113807 | 7 | 4 (57.1 %) | 3 (42.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2.3 | 1.6 | 2 | 2 |
| AMERICAN INDIAN PUBLIC HIGH | 0111856 | 3 | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.0 | 1.3 | 0 | 0 |
| ASCEND | 6118608 | 18 | 16 (88.9 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 6.8 | 3.3 | 4 | 0 |
| BAY AREA TECHNOLOGY | 0106906 | 9 | 4 (44.4 %) | 2 (22.2 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (22.2 %) | 1 (11.1 %) | 7.0 | 1.6 | 1 | 0 |
| BELLA VISTA ELEMENTARY | 6001655 | 29 | 27 (93.1 %) | 2 (6.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.9 | 12.2 | 2 | 1 |
| BERKLEY MAYNARD ACADEMY | 0109819 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.9 | 1.6 | 2 | 2 |
| BRET HARTE MIDDLE | 6056998 | 52 | 43 (82.7 %) | 7 (13.5 %) | 0 (0.0 %) | 1 (1.9 %) | 1 (1.9 %) | 0 (0.0 %) | 11.4 | 7.7 | 6 | 5 |
| BRIDGES ACADEMY | 6002075 | 21 | 21 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.1 | 5.7 | 4 | 0 |
| BROOKFIELD ELEMENTARY | 6001663 | 28 | 25 (89.3 %) | 2 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.6 %) | 0 (0.0 %) | 12.4 | 8.6 | 2 | 2 |
| BURCKHALTER ELEMENTARY | 6001689 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 19.0 | 15.1 | 0 | 1 |
| BUSINESS AND INFORMATION TECHN | 0102954 | 20 | 15 (75.0 %) | 4 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.0 %) | 0 (0.0 %) | 8.2 | 4.4 | 4 | 2 |
| BUSINESS, ENTREPRENEURIAL SCHO | 0110171 | 15 | 12 (80.0 %) | 3 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.4 | 9.6 | 0 | 5 |
| CALIFORNIA COLLEGE PREPARATORY | 0108852 | 6 | 6 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.5 | 1.2 | 0 | 1 |
| CALVIN SIMMONS MIDDLE | 6057038 | 10 | 6 (60.0 %) | 3 (30.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (10.0 %) | 0 (0.0 %) | 12.4 | 7.7 | 3 | 1 |
| CARL B. MUNCK ELEMENTARY | 6001697 | 15 | 14 (93.3 %) | 1 (6.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.3 | 10.1 | 1 | 0 |
| CHABOT ELEMENTARY | 6001648 | 22 | 22 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.8 | 11.5 | 0 | 2 |
| CLAREMONT MIDDLE | 6057004 | 23 | 19 (82.6 %) | 3 (13.0 %) | 1 (4.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.4 | 8.1 | 5 | 1 |
| CLEVELAND ELEMENTARY | 6001739 | 18 | 17 (94.4 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.3 | 14.2 | 1 | 0 |
| COLE MIDDLE | 6001747 | 10 | 7 (70.0 %) | 3 (30.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.0 | 6.8 | 4 | 1 |
| COLISEUM COLLEGE PREP ACADEMY | 0112797 | 9 | 7 (77.8 %) | 2 (22.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.8 | 1.2 | 3 | 0 |
| COLLEGE PREPARATORY AND ARCHIT | 0101063 | 19 | 17 (89.5 %) | 2 (10.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.8 | 5.3 | 2 | 2 |
| COMMUNITY DAY | 0106542 | 4 | 1 (25.0 %) | 3 (75.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1.5 | 0.8 | 3 | 0 |
| CROCKER HIGHLANDS ELEMENTARY | 6001754 | 19 | 19 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.9 | 14.4 | 0 | 0 |
| DEWEY ACADEMY | 0132688 | 11 | 10 (90.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 16.0 | 13.5 | 1 | 0 |
| EAST BAY CONSERVATION CORPS CH | 0130518 | 15 | 13 (86.7 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (6.7 %) | 1 (6.7 %) | 0 (0.0 %) | 5.7 | 1.9 | 3 | 1 |
| EAST OAKLAND COMMUNITY HIGH | 0102970 | 13 | 10 (76.9 %) | 3 (23.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.0 | 0.8 | 6 | 1 |
| EAST OAKLAND LEADERSHIP ACADEM | 0100123 | 3 | 2 (66.7 %) | 0 (0.0 %) | 1 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.0 | 2.7 | 1 | 0 |
| EAST OAKLAND SCHOOL OF THE ART | 0102962 | 20 | 14 (70.0 %) | 5 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.0 %) | 0 (0.0 %) | 9.8 | 6.4 | 2 | 5 |
| EDNA BREWER MIDDLE | 6057061 | 34 | 22 (64.7 %) | 11 (32.4 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.7 | 3.3 | 11 | 3 |
| EDUCATION FOR CHANGE AT COX EL | 6001788 | 1 | 1 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 21.0 | 14.0 | 0 | 0 |
| EDUCATION FOR CHANGE EAST OAKL | 0109983 | 27 | 27 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.1 | 1.7 | 4 | 8 |
| EDUCATION FOR CHANGE UPPER ELE | 0111476 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.6 | 1.3 | 3 | 0 |
| ELMHURST COMMUNITY PREP | 0112789 | 12 | 10 (83.3 %) | 2 (16.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.8 | 5.4 | 2 | 2 |
| ELMHURST MIDDLE | 6057012 | 15 | 11 (73.3 %) | 4 (26.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.7 | 6.3 | 0 | 4 |
| EMERSON ELEMENTARY | 6001812 | 15 | 14 (93.3 %) | 1 (6.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.1 | 8.5 | 1 | 1 |
| ENCOMPASS ACADEMY ELEMENTARY | 0102988 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.2 | 3.2 | 4 | 2 |
| ESPERANZA ELEMENTARY | 6002190 | 10 | 9 (90.0 %) | 1 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.4 | 0.8 | 7 | 1 |
| EXPLORE MIDDLE | 0107276 | 13 | 11 (84.6 %) | 2 (15.4 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.0 | 1.3 | 2 | 3 |
| EXPRESSION, EXCELLENCE, COMMUN | 0110189 | 18 | 11 (61.1 %) | 5 (27.8 %) | 1 (5.6 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 3.9 | 1.9 | 4 | 5 |
| FAR WEST | 0110361 | 9 | 8 (88.9 %) | 1 (11.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.2 | 4.3 | 1 | 0 |
| FRANKLIN ELEMENTARY | 6001820 | 40 | 39 (97.5 %) | 1 (2.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.9 | 14.6 | 1 | 0 |

| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | V1 | V2 | V3 | V4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRED T. KOREMATSU DISCOVERY AC | 0112813 | 10 | 9 (90.0 %) | 1 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.1 | 4.4 | 3 | 0 |
| FRICK MIDDLE | 6057020 | 32 | 27 (84.4 %) | 3 (9.4 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.2 %) | 0 (0.0 %) | 7.9 | 5.3 | 2 | 5 |
| FRUITVALE ELEMENTARY | 6001838 | 34 | 31 (91.2 %) | 2 (5.9 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.6 | 11.7 | 3 | 1 |
| GARFIELD ELEMENTARY | 6001846 | 38 | 37 (97.4 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.6 | 8.7 | 0 | 0 |
| GLENVIEW ELEMENTARY | 6001853 | 20 | 20 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.4 | 12.4 | 0 | 0 |
| GRASS VALLEY ELEMENTARY | 6001879 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.8 | 8.9 | 1 | 1 |
| HAVENSCOURT MIDDLE | 6065866 | 8 | 5 (62.5 %) | 3 (37.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.4 | 8.6 | 2 | 1 |
| HAWTHORNE ELEMENTARY | 6001887 | 2 | 2 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.0 | 13.5 | 0 | 0 |
| HILLCREST ELEMENTARY | 6001911 | 16 | 16 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.6 | 10.4 | 0 | 0 |
| HILLSIDE ACADEMY | 6098701 | 1 | 1 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 29.0 | 29.0 | 0 | 0 |
| HOOVER ELEMENTARY | 6057046 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.8 | 13.2 | 0 | 0 |
| HORACE MANN ELEMENTARY | 6001929 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.7 | 6.8 | 2 | 4 |
| HOWARD ELEMENTARY | 6001713 | 16 | 13 (81.2 %) | 3 (18.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 19.1 | 15.4 | 2 | 1 |
| HUERTA (DOLORES) LEARNING ACAD | 6117402 | 11 | 10 (90.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 5.2 | 2.8 | 2 | 1 |
| INDEPENDENT STUDY, SOJOURNER T | 6114011 | 7 | 7 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 21.9 | 17.7 | 0 | 0 |
| INTERNATIONAL COMMUNITY | 6118616 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.2 | 13.0 | 0 | 0 |
| JEFFERSON ELEMENTARY | 6001937 | 42 | 39 (92.9 %) | 3 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.0 | 3.5 | 5 | 11 |
| JOAQUIN MILLER ELEMENTARY | 6001945 | 16 | 15 (93.8 %) | 1 (6.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.8 | 12.2 | 0 | 0 |
| JUNIOR SPACE EXPLORATION ACADE | 0112474 | 2 | 2 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 22.0 | 4.0 | 0 | 0 |
| KAISER ELEMENTARY | 6001895 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.7 | 10.6 | 2 | 0 |
| KIPP BRIDGE COLLEGE PREPARATOR | 6120570 | 13 | 10 (76.9 %) | 3 (23.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4.2 | 1.8 | 0 | 3 |
| KIZMET ACADEMY MIDDLE | 0110163 | 5 | 2 (40.0 %) | 3 (60.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.4 | 4.0 | 3 | 0 |
| LA ESCUELITA ELEMENTARY | 6096523 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.9 | 11.8 | 0 | 1 |
| LAFAYETTE ELEMENTARY | 6001978 | 18 | 17 (94.4 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.8 | 12.9 | 2 | 1 |
| LAKEVIEW ELEMENTARY | 6001986 | 19 | 18 (94.7 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 15.4 | 11.2 | 1 | 0 |
| LAUREL ELEMENTARY | 6001994 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.7 | 13.4 | 1 | 0 |
| LAZEAR ELEMENTARY | 6002000 | 19 | 18 (94.7 %) | 1 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.8 | 10.8 | 2 | 0 |
| LEADERSHIP PREPARATORY HIGH | 0107417 | 21 | 16 (76.2 %) | 5 (23.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.8 | 4.9 | 4 | 4 |
| LIFE ACADEMY | 0130575 | 15 | 14 (93.3 %) | 1 (6.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.0 | 4.7 | 2 | 2 |
| LIGHTHOUSE COMMUNITY CHARTER | 0130633 | 19 | 16 (84.2 %) | 1 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (10.5 %) | 0 (0.0 %) | 7.5 | 3.3 | 1 | 1 |
| LIGHTHOUSE COMMUNITY CHARTER H | 0108944 | 7 | 5 (71.4 %) | 2 (28.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.3 | 3.3 | 0 | 1 |
| LINCOLN ELEMENTARY | 6002018 | 31 | 30 (96.8 %) | 1 (3.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.0 | 12.5 | 1 | 2 |
| LOCKWOOD ELEMENTARY | 6002026 | 28 | 27 (96.4 %) | 1 (3.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.2 | 5.3 | 5 | 4 |
| LPS COLLEGE PARK | 0101469 | 10 | 7 (70.0 %) | 1 (10.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (10.0 %) | 1 (10.0 %) | 5.5 | 1.2 | 3 | 1 |
| MADISON MIDDLE | 6066450 | 13 | 7 (53.8 %) | 5 (38.5 %) | 1 (7.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.5 | 6.5 | 4 | 2 |
| MANDELA HIGH | 0100826 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.7 | 6.0 | 2 | 3 |
| MANZANITA COMMUNITY | 6002042 | 18 | 17 (94.4 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.0 | 4.3 | 5 | 1 |
| MANZANITA SEED | 0110247 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.0 | 5.7 | 1 | 2 |
| MARKHAM ELEMENTARY | 6002059 | 22 | 21 (95.5 %) | 1 (4.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 20.5 | 16.2 | 1 | 0 |
| MARSHALL ELEMENTARY | 6001952 | 13 | 10 (76.9 %) | 2 (15.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 14.3 | 10.2 | 1 | 1 |
| MARTIN LUTHER KING, JR. ELEMEN | 6072235 | 19 | 18 (94.7 %) | 1 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.6 | 13.6 | 0 | 1 |
| MAXWELL PARK ELEMENTARY | 6002067 | 21 | 19 (90.5 %) | 2 (9.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.1 | 12.5 | 0 | 1 |
| MEDIA COLLEGE PREPARATORY | 0100834 | 20 | 17 (85.0 %) | 3 (15.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.2 | 6.4 | 2 | 2 |
| MELROSE LEADERSHIP ACADEMY | 6118640 | 8 | 5 (62.5 %) | 3 (37.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.2 | 3.1 | 3 | 1 |
| MERRITT MIDDLE COLLEGE HIGH (A | 0130526 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 20.0 | 14.8 | 0 | 0 |
| METWEST HIGH | 0100701 | 10 | 8 (80.0 %) | 2 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.6 | 1.5 | 1 | 0 |
| MILLSMONT ACADEMY | 0108803 | 11 | 11 (100.0 %) | 1 (9.1 %) | 1 (9.1 %) | 0 (0.0 %) | 1 (9.1 %) | 0 (0.0 %) | 7.4 | 2.9 | 1 | 0 |
| MONARCH ACADEMY | 6117568 | 18 | 17 (94.4 %) | 0 (0.0 %) | 1 (5.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.2 | 3.3 | 1 | 4 |
| MONTCLAIR ELEMENTARY | 6002083 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.5 | 14.8 | 1 | 0 |
| MONTERA MIDDLE | 6057079 | 39 | 31 (79.5 %) | 7 (17.9 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.8 | 10.4 | 6 | 3 |
| NEW HIGHLAND ACADEMY | 6001903 | 18 | 16 (88.9 %) | 2 (11.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4.2 | 2.2 | 5 | 4 |
| NORTH OAKLAND COMMUNITY CHARTE | 6117972 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.0 | 2.4 | 0 | 0 |
| OAKLAND AVIATION HIGH | 0111823 | 6 | 3 (50.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (50.0 %) | 0 (0.0 %) | 2.5 | 1.0 | 4 | 1 |
| OAKLAND CHARTER ACADEMY | 6111660 | 6 | 1 (16.7 %) | 5 (83.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1.8 | 1.8 | 3 | 1 |

| School | Code | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | N1 | N2 | N3 | N4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OAKLAND HIGH | 0135905 | 85 | 70 (82.4 %) | 11 (12.9 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (4.7 %) | 0 (0.0 %) | 13.0 | 10.4 | 4 | 8 |
| OAKLAND MILITARY INSTITUTE, CO | 0130617 | 27 | 22 (81.5 %) | 3 (11.1 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.4 %) | 0 (0.0 %) | 6.7 | 2.3 | 1 | 2 |
| OAKLAND SCHOOL FOR THE ARTS | 3030772 | 31 | 11 (35.5 %) | 3 (9.7 %) | 0 (0.0 %) | 0 (0.0 %) | 15 (48.4 %) | 2 (6.5 %) | 5.1 | 1.8 | 7 | 10 |
| OAKLAND TECHNICAL HIGH | 0136051 | 81 | 76 (93.8 %) | 5 (6.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.0 | 11.3 | 2 | 6 |
| DISTRICT OFFICE | 0000000 | 178 | 159 (89.3 %) | 16 (9.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (1.7 %) | 0 (0.0 %) | 16.3 | 11.7 | 16 | 2 |
| OAKLAND UNITY HIGH | 0100065 | 11 | 7 (63.6 %) | 2 (18.2 %) | 0 (0.0 %) | 2 (18.2 %) | 0 (0.0 %) | 0 (0.0 %) | 5.2 | 2.0 | 1 | 1 |
| OASIS HIGH | 0107169 | 11 | 8 (72.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (27.3 %) | 7.5 | 1.7 | 1 | 0 |
| PARKER ELEMENTARY | 6002091 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.0 | 11.6 | 0 | 0 |
| PERALTA CREEK MIDDLE | 0112755 | 10 | 6 (60.0 %) | 4 (40.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.3 | 3.2 | 4 | 1 |
| PERALTA ELEMENTARY | 6002109 | 12 | 12 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.3 | 11.2 | 0 | 0 |
| PIEDMONT AVENUE ELEMENTARY | 6002117 | 19 | 16 (84.2 %) | 3 (15.8 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.5 | 6.1 | 4 | 1 |
| PREPARATORY LITERARY ACADEMY O | 6002125 | 17 | 15 (88.2 %) | 1 (5.9 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.9 %) | 0 (0.0 %) | 13.6 | 10.9 | 4 | 0 |
| RALPH J. BUNCHE ACADEMY | 6120778 | 10 | 8 (80.0 %) | 2 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.3 | 8.0 | 2 | 1 |
| REACH ACADEMY | 0110239 | 10 | 10 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.9 | 5.5 | 2 | 3 |
| REDWOOD HEIGHTS ELEMENTARY | 6002141 | 16 | 16 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.7 | 15.9 | 0 | 0 |
| REEMS (ERNESTINE C.) ACADEMY O | 6117394 | 21 | 19 (90.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.5 %) | 5.6 | 3.1 | 1 | 4 |
| RISE COMMUNITY | 0110262 | 17 | 17 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 8.5 | 4.8 | 1 | 2 |
| ROBESON SCHOOL OF VISUAL AND P | 0100842 | 19 | 17 (89.5 %) | 2 (10.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.4 | 8.8 | 1 | 1 |
| ROOSEVELT MIDDLE | 6057087 | 36 | 28 (77.8 %) | 8 (22.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.8 | 7.6 | 5 | 3 |
| ROOTS INTERNATIONAL ACADEMY | 0112905 | 9 | 6 (66.7 %) | 3 (33.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3.6 | 0.7 | 5 | 1 |
| RUDSDALE CONTINUATION | 0130146 | 5 | 5 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 15.2 | 12.6 | 0 | 0 |
| SANKOFA ACADEMY | 0110254 | 14 | 13 (92.9 %) | 1 (7.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 7.1 | 2.5 | 3 | 2 |
| SANTA FE ELEMENTARY | 6002166 | 18 | 16 (88.9 %) | 2 (11.1 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 17.6 | 13.6 | 2 | 0 |
| SEQUOIA ELEMENTARY | 6002174 | 17 | 16 (94.1 %) | 1 (5.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.4 | 11.8 | 1 | 0 |
| SHERMAN ELEMENTARY | 6001804 | 11 | 11 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 21.7 | 14.2 | 0 | 0 |
| SKYLINE HIGH | 0137943 | 100 | 88 (88.0 %) | 11 (11.0 %) | 0 (0.0 %) | 1 (1.0 %) | 0 (0.0 %) | 0 (0.0 %) | 13.0 | 8.6 | 13 | 10 |
| SOBRANTE PARK ELEMENTARY | 6002182 | 14 | 14 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.1 | 7.5 | 0 | 1 |
| SPACE EXPLORARION ACADEMY | 0112482 | 3 | 0 (0.0 %) | 3 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1.0 | 1.0 | 3 | 0 |
| STREET ACADEMY (ALTERNATIVE) | 0130179 | 8 | 3 (37.5 %) | 2 (25.0 %) | 0 (0.0 %) | 2 (25.0 %) | 1 (12.5 %) | 0 (0.0 %) | 7.8 | 7.8 | 1 | 3 |
| THINK COLLEGE NOW | 0100792 | 15 | 14 (93.3 %) | 1 (6.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.6 | 1.7 | 0 | 3 |
| THORNHILL ELEMENTARY | 6002216 | 18 | 18 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 16.3 | 13.2 | 0 | 0 |
| TILDEN ELEMENTARY | 6002208 | 15 | 12 (80.0 %) | 3 (20.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.4 | 7.9 | 0 | 2 |
| UNITED FOR SUCCESS ACADEMY | 0112763 | 9 | 7 (77.8 %) | 2 (22.2 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 5.7 | 2.2 | 1 | 0 |
| UNIVERSITY PREPARATORY CHARTER | 0130591 | 15 | 8 (53.3 %) | 0 (0.0 %) | 1 (6.7 %) | 0 (0.0 %) | 6 (40.0 %) | 0 (0.0 %) | 6.7 | 4.2 | 1 | 1 |
| URBAN PROMISE ACADEMY | 6118657 | 17 | 16 (94.1 %) | 1 (5.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.9 | 3.4 | 2 | 1 |
| WEBSTER ACADEMY | 6002240 | 23 | 21 (91.3 %) | 2 (8.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.0 | 6.3 | 2 | 5 |
| WESTLAKE MIDDLE | 6057095 | 38 | 25 (65.8 %) | 11 (28.9 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (5.3 %) | 0 (0.0 %) | 7.6 | 5.7 | 7 | 7 |
| WHITTIER ELEMENTARY | 6002257 | 29 | 26 (89.7 %) | 3 (10.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 10.7 | 8.1 | 3 | 3 |
| WILSON (LIONEL) COLLEGE PREPAR | 0130666 | 23 | 16 (69.6 %) | 3 (13.0 %) | 3 (13.0 %) | 0 (0.0 %) | 1 (4.3 %) | 0 (0.0 %) | 7.2 | 2.8 | 3 | 1 |
| YES, YOUTH EMPOWERMENT | 0100859 | 13 | 10 (76.9 %) | 2 (15.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (7.7 %) | 0 (0.0 %) | 3.5 | 1.4 | 3 | 2 |
| YOUTH EMPLOYMENT PARTNERSHIP C | 0106468 | 2 | 2 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 6.5 | 1.0 | 0 | 0 |
| OAKLAND UNIFIED Total | 0161259 | 2,608 | 2,258 (86.6 %) | 265 (10.2 %) | 13 (0.5 %) | 9 (0.3 %) | 57 (2.2 %) | 9 (0.3 %) | 11.4 | 7.9 | 304 | 228 |
| County Total | 01 | 11,204 | 10,481 (93.5 %) | 432 (3.9 %) | 90 (0.8 %) | 18 (0.2 %) | 421 (3.8 %) | 34 (0.3 %) | 11.9 | 9.3 | 953 | 832 |
| State Total | | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,436 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page    Top

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600