**EXHIBIT 9**

California Department of Education
Educational Demographics Unit
Prepared: 8/14/2007 10:49:19 AM

Report: Teacher Credential & Experience Rpt (with school data)
Year: 2006-07
District: 4369427--EAST SIDE UNION HIGH

# of Teachers by Credential Type

| School | Code | # of Teachers | Full | Univ. Intern | Dist. Intern | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANDREW P. HILL HIGH | 4332995 | 99 | 90 (90.9 %) | 1 (1.0 %) | 7 (7.1 %) | 0 (0.0 %) | 6 (6.1 %) | 1 (1.0 %) | 12.8 | 10.8 | 7 | 5 |
| APOLLO HIGH | 4330361 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (25.0 %) | 0 (0.0 %) | 2.5 | 1.8 | 1 | 1 |
| DISTRICT OFFICE | 0000000 | 8 | 8 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 22.2 | 19.5 | 0 | 0 |
| ESCUELA POPULAR ACCELERATED FA | 4330726 | 14 | 10 (71.4 %) | 4 (28.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 9.6 | 2.3 | 2 | 2 |
| ESCUELA POPULAR/CENTER FOR TRA | 0107151 | 9 | 3 (33.3 %) | 5 (55.6 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (11.1 %) | 0 (0.0 %) | 13.3 | 4.2 | 2 | 0 |
| EVERGREEN VALLEY HIGH | 4330692 | 107 | 95 (88.8 %) | 7 (6.5 %) | 2 (1.9 %) | 2 (1.9 %) | 5 (4.7 %) | 0 (0.0 %) | 12.6 | 8.7 | 7 | 7 |
| FOOTHILL HIGH | 4332318 | 22 | 21 (95.5 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 1 (4.5 %) | 0 (0.0 %) | 15.8 | 13.6 | 1 | 1 |
| GENESIS HIGH | 4330346 | 4 | 4 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.8 | 18.2 | 0 | 1 |
| INDEPENDENCE HIGH | 4330031 | 166 | 154 (92.8 %) | 5 (3.0 %) | 3 (1.8 %) | 1 (0.6 %) | 4 (2.4 %) | 0 (0.0 %) | 15.3 | 12.0 | 6 | 10 |
| JAMES LICK HIGH | 4333639 | 56 | 51 (91.1 %) | 3 (5.4 %) | 1 (1.8 %) | 0 (0.0 %) | 3 (5.4 %) | 0 (0.0 %) | 12.8 | 9.6 | 2 | 3 |
| LATINO COLLEGE PREPARATORY ACA | 4330668 | 24 | 7 (29.2 %) | 5 (20.8 %) | 5 (20.8 %) | 0 (0.0 %) | 9 (37.5 %) | 0 (0.0 %) | 4.0 | 2.1 | 4 | 2 |
| MACSA ACADEMIA CALMECAC | 4330601 | 11 | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11 (100.0 %) | 0 (0.0 %) | 4.1 | 1.9 | 4 | 2 |
| MT. PLEASANT HIGH | 4334900 | 88 | 81 (92.0 %) | 5 (5.7 %) | 6 (6.8 %) | 0 (0.0 %) | 1 (1.1 %) | 0 (0.0 %) | 14.0 | 11.8 | 4 | 2 |
| OAK GROVE HIGH | 4335204 | 131 | 122 (93.1 %) | 7 (5.3 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (3.8 %) | 0 (0.0 %) | 16.5 | 13.8 | 4 | 6 |
| PEGASUS HIGH | 4330353 | 6 | 5 (83.3 %) | 1 (16.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 14.7 | 12.7 | 1 | 0 |
| PHOENIX HIGH | 4330312 | 4 | 3 (75.0 %) | 1 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 20.5 | 15.8 | 0 | 0 |
| PIEDMONT HILLS HIGH | 4335907 | 102 | 90 (88.2 %) | 12 (11.8 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (2.0 %) | 0 (0.0 %) | 14.7 | 11.6 | 6 | 4 |
| SAN JOSE CONSERVATION CORPS CH | 4330676 | 10 | 8 (80.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (20.0 %) | 0 (0.0 %) | 7.8 | 3.1 | 2 | 1 |
| SANTA TERESA HIGH | 4330023 | 100 | 89 (89.0 %) | 9 (9.0 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (4.0 %) | 0 (0.0 %) | 16.0 | 13.6 | 6 | 6 |
| SILVER CREEK HIGH | 4337903 | 104 | 89 (85.6 %) | 9 (8.7 %) | 2 (1.9 %) | 0 (0.0 %) | 4 (3.8 %) | 0 (0.0 %) | 15.0 | 12.4 | 8 | 6 |
| WILLIAM C. OVERFELT HIGH | 4335428 | 74 | 66 (89.2 %) | 5 (6.8 %) | 1 (1.4 %) | 0 (0.0 %) | 8 (10.8 %) | 0 (0.0 %) | 15.8 | 13.5 | 6 | 3 |
| YERBA BUENA HIGH | 4330015 | 79 | 72 (91.1 %) | 4 (5.1 %) | 2 (2.5 %) | 0 (0.0 %) | 3 (3.8 %) | 1 (1.3 %) | 16.7 | 13.2 | 10 | 4 |
| EAST SIDE UNION HIGH Total | 4369427 | 1,222 | 1,072 (87.7 %) | 83 (6.8 %) | 30 (2.5 %) | 3 (0.2 %) | 70 (5.7 %) | 2 (0.2 %) | 14.5 | 11.5 | 83 | 66 |
| County Total | 43 | 13,012 | 12,293 (94.5 %) | 378 (2.9 %) | 76 (0.6 %) | 69 (0.5 %) | 450 (3.5 %) | 75 (0.6 %) | 12.1 | 9.5 | 1,074 | 939 |
| State Total | | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,436 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page    Top

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600