# EXHIBIT 11

California Department of Education
Educational Demographics Unit
Prepared: 11/7/2007 3:56:03 PM

Report: Teacher Credential & Experience Rpt (with school data)
Year: 2006-07
District: 0161192--HAYWARD UNIFIED

# of Teachers by Credential Type

| School | Code | # of Teachers | Full | Univ. Intern | Dist. Intern | Pre-Intern | Emergency | Waiver | Avg. Yrs. Teaching | Avg. Yrs. in District | # First Yr Teachers | # Second Yr Teachers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTHONY W. OCHOA MIDDLE | 6056956 | 20 | 19 (95.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (15.0 %) | 0 (0.0 %) | 13.0 | 8.5 | 2 | 0 |
| BOWMAN ELEMENTARY | 6000889 | 29 | 26 (89.7 %) | 3 (10.3 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 12.4 | 10.1 | 5 | 2 |
| BRENKWITZ HIGH | 0133009 | 8 | 7 (87.5 %) | 1 (12.5 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (12.5 %) | 0 (0.0 %) | 11.5 | 6.0 | 1 | 0 |
| BRET HARTE MIDDLE | 6056931 | 21 | 18 (85.7 %) | 2 (9.5 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (9.5 %) | 0 (0.0 %) | 8.0 | 5.5 | 8 | 1 |
| BURBANK ELEMENTARY | 6000905 | 33 | 32 (97.0 %) | 1 (3.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.0 %) | 0 (0.0 %) | 14.9 | 12.1 | 0 | 2 |
| CESAR CHAVEZ MIDDLE | 6056949 | 38 | 35 (92.1 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 8 (21.1 %) | 1 (2.6 %) | 8.6 | 7.4 | 4 | 0 |
| CHERRYLAND ELEMENTARY | 6000913 | 46 | 42 (91.3 %) | 3 (6.5 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (8.7 %) | 1 (2.2 %) | 11.8 | 8.5 | 2 | 4 |
| EAST AVENUE ELEMENTARY | 6000921 | 23 | 23 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.3 %) | 1 (4.3 %) | 13.1 | 11.2 | 1 | 1 |
| EDEN GARDENS ELEMENTARY | 6090583 | 31 | 29 (93.5 %) | 1 (3.2 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.2 %) | 0 (0.0 %) | 12.3 | 11.3 | 3 | 0 |
| ELDRIDGE ELEMENTARY | 6000947 | 25 | 24 (96.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (8.0 %) | 0 (0.0 %) | 11.0 | 7.8 | 1 | 2 |
| FAIRVIEW ELEMENTARY | 6000962 | 20 | 20 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 12.8 | 10.6 | 2 | 0 |
| FAITH RINGGOLD SCHOOL OF ARTS | 6113815 | 6 | 6 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (16.7 %) | 0 (0.0 %) | 12.7 | 7.8 | 1 | 0 |
| GLASSBROOK ELEMENTARY | 6000988 | 26 | 25 (96.2 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.8 %) | 0 (0.0 %) | 11.6 | 10.2 | 3 | 0 |
| HARDER ELEMENTARY | 6000996 | 31 | 29 (93.5 %) | 1 (3.2 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (12.9 %) | 1 (3.2 %) | 12.3 | 8.7 | 4 | 3 |
| HAYWARD HIGH | 0133629 | 87 | 78 (89.7 %) | 9 (10.3 %) | 0 (0.0 %) | 0 (0.0 %) | 13 (14.9 %) | 1 (1.1 %) | 13.8 | 10.8 | 8 | 5 |
| DISTRICT OFFICE | 0000000 | 35 | 33 (94.3 %) | 1 (2.9 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (8.6 %) | 0 (0.0 %) | 18.7 | 16.0 | 7 | 0 |
| JOHN MUIR ELEMENTARY | 6001085 | 30 | 29 (96.7 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.7 %) | 0 (0.0 %) | 16.8 | 13.5 | 0 | 0 |
| LONGWOOD ELEMENTARY | 6001044 | 38 | 36 (94.7 %) | 1 (2.6 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (7.9 %) | 0 (0.0 %) | 12.6 | 10.6 | 3 | 3 |
| LORIN A. EDEN ELEMENTARY | 6001051 | 29 | 28 (96.6 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (10.3 %) | 0 (0.0 %) | 19.8 | 18.2 | 0 | 1 |
| MARKHAM ELEMENTARY | 6001069 | 20 | 15 (75.0 %) | 5 (25.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (5.0 %) | 0 (0.0 %) | 12.7 | 10.2 | 8 | 0 |
| MARTIN LUTHER KING, JR., MIDDL | 6066476 | 26 | 25 (96.2 %) | 1 (3.8 %) | 0 (0.0 %) | 0 (0.0 %) | 6 (23.1 %) | 0 (0.0 %) | 13.5 | 9.7 | 2 | 0 |
| MT. EDEN HIGH | 0135319 | 91 | 84 (92.3 %) | 9 (9.9 %) | 0 (0.0 %) | 0 (0.0 %) | 7 (7.7 %) | 0 (0.0 %) | 13.3 | 10.4 | 8 | 7 |
| PALMA CEIA ELEMENTARY | 6001093 | 28 | 28 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.1 %) | 0 (0.0 %) | 9.5 | 8.6 | 4 | 2 |
| PARK ELEMENTARY | 6001101 | 32 | 31 (96.9 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 3 (9.4 %) | 1 (3.1 %) | 12.4 | 9.1 | 1 | 1 |
| RUUS ELEMENTARY | 6001127 | 36 | 35 (97.2 %) | 1 (2.8 %) | 0 (0.0 %) | 0 (0.0 %) | 4 (11.1 %) | 0 (0.0 %) | 13.2 | 10.6 | 2 | 1 |
| SCHAFER PARK ELEMENTARY | 6001135 | 27 | 26 (96.3 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (7.4 %) | 0 (0.0 %) | 11.1 | 9.3 | 2 | 0 |
| SHEPHERD ELEMENTARY | 6001150 | 20 | 20 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.2 | 9.0 | 1 | 2 |
| SOUTHGATE ELEMENTARY | 6001176 | 32 | 31 (96.9 %) | 1 (3.1 %) | 0 (0.0 %) | 0 (0.0 %) | 2 (6.2 %) | 0 (0.0 %) | 14.3 | 11.3 | 2 | 1 |
| STONEBRAE ELEMENTARY | 0111815 | 29 | 28 (96.6 %) | 1 (3.4 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (3.4 %) | 0 (0.0 %) | 13.0 | 11.3 | 3 | 0 |
| STROBRIDGE ELEMENTARY | 6062160 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 1 (4.2 %) | 0 (0.0 %) | 19.7 | 15.4 | 0 | 1 |
| TENNYSON HIGH | 0138339 | 86 | 74 (86.0 %) | 9 (10.5 %) | 0 (0.0 %) | 0 (0.0 %) | 24 (27.9 %) | 0 (0.0 %) | 10.8 | 7.2 | 17 | 5 |
| TREEVIEW ELEMENTARY | 6001192 | 24 | 24 (100.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 18.2 | 14.4 | 1 | 0 |
| TYRRELL ELEMENTARY | 6104566 | 16 | 14 (87.5 %) | 2 (12.5 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 0 (0.0 %) | 11.7 | 9.0 | 1 | 2 |
| WINTON MIDDLE | 6056972 | 31 | 29 (93.5 %) | 2 (6.5 %) | 0 (0.0 %) | 0 (0.0 %) | 5 (16.1 %) | 1 (3.2 %) | 6.5 | 6.1 | 3 | 4 |
| HAYWARD UNIFIED Total | 0161192 | 1,098 | 1,027 (93.5 %) | 56 (5.1 %) | 0 (0.0 %) | 0 (0.0 %) | 112 (10.2 %) | 7 (0.6 %) | 12.9 | 10.2 | 110 | 50 |
| County Total | 01 | 11,204 | 10,481 (93.5 %) | 432 (3.9 %) | 90 (0.8 %) | 18 (0.2 %) | 421 (3.8 %) | 34 (0.3 %) | 11.9 | 9.3 | 953 | 832 |
| State Total | | 308,790 | 293,241 (95.0 %) | 7,940 (2.6 %) | 2,776 (0.9 %) | 746 (0.2 %) | 13,717 (4.4 %) | 1,119 (0.4 %) | 12.7 | 10.5 | 19,133 | 18,436 |

Note: Teacher credential data may not have been submitted or a teacher may hold one or more types of credential. As a result, percentages on this report may not add up to 100%.

Top

CDE Home Page    DataQuest Home Page    Demographics Data Files    About DataQuest    Contact US    Click to Print this page

Best viewed on Internet Explorer 4.0 and above. Resolution - 800 X 600