1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430; Fax (415) 431-1048
   Email: jaffeldt@publicadvocates.org
5         jpearlman@publicadvocates.org
6         tkini@publicadvocates.org

7  Attorneys for PLAINTIFFS
   (Additional attorneys listed on following page)
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONYA RENEE, et al., | Case No.  3:07-cv-04299-PJH |
|---|---|
| Plaintiffs, | |
| v. | **ORDER APPOINTING GUARDIANS AD LITEM** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

1  JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
   GOODWIN PROCTER LLP
2  599 Lexington Avenue
   New York, New York 10022
3  Tel: (212) 813-8879
   Fax: (212) 355-3333
4  Email: jsimes@goodwinprocter.com

5
   PATRICK THOMPSON (SBN 160804)
6  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
7  GOODWIN PROCTER LLP
   101 California Street # 1850
8  San Francisco, California 94111
9  Tel: (415) 733-6000
   Fax: (415) 677-9041
10 Email: pthompson@goodwinprocter.com

11
   DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
12 GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
13 Washington, D.C.  20001
   Tel: (202) 346-4000
14 Fax: (202) 346-4444
15 Email: dcook@goodwinprocter.com

16 Attorneys for PLAINTIFFS

17
18
19
20
21
22
23
24
25
26
27
28

ORDER APPOINTING GUARDIANS AD LITEM

The Court having considered the petitions of Mariel Rubio and N. Doe for appointment as guardian ad litem, and good cause appearing therefore,

IT IS ORDERED as follows:

(a) that Mariel Rubio be, and she hereby is, appointed guardian ad litem of Stephanie Rubio in the above-named action; and

(b) that N. Doe be, and she hereby is, appointed guardian ad litem of B. Doe in the above-named action.

Dated: _____ 2007

_____
United States District Judge

---

ORDER APPOINTING GUARDIANS AD LITEM