JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430; Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
         jpearlman@publicadvocates.org
         tkini@publicadvocates.org

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., | Case No.  3:07-cv-04299-PJH |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I hereby certify that on November 27, 2007, a true and correct copy of the Parties' First Amended Complaint for Declaratory and Injunctive Relief, Second Petition of Mariel Rubio for Order Appointing Her Guardian Ad Litem, Petition of N. Doe for Order Appointing Her Guardian Ad Litem, and Proposed Order Appointing Guardians Ad Litem were served by the Court's ECF

//

system upon the following attorneys for the defendants:

    Peter D. Keisler
    Scott N. Schools
    Sheila M. Liever
    Michael Q. Hyde
    Civil Division, Federal Programs Branch
    United States Department of Justice
    20 Massachusetts Ave., N.W., Room 7132
    P.O. Box 883
    Washington, D.C. 20044

Dated: November 27, 2007

Respectfully submitted,



_____
TARA KINI
JOHN T. AFFELDT
JENNY PEARLMAN
PUBLIC ADVOCATES, INC.

Attorneys for Plaintiffs

---

Certificate of Service for First Amended Complaint
3:07-cv-04299-PJH
2