JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430; Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Case No. 3:07-cv-04299-PJH <br><br> **ORDER APPOINTING GUARDIANS AD LITEM** |

---

ORDER APPOINTING GUARDIANS AD LITEM

| | |
|---|---|
| 1 | JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice* |
| | GOODWIN PROCTER LLP |
| 2 | 599 Lexington Avenue |
| | New York, New York 10022 |
| 3 | Tel: (212) 813-8879 |
| | Fax: (212) 355-3333 |
| 4 | Email: jsimes@goodwinprocter.com |
| 5 | |
| | PATRICK THOMPSON (SBN 160804) |
| 6 | NICOLE E. PERROTON (SBN 233121) |
| | ELIZABETH F. STONE (SBN 239285) |
| 7 | GOODWIN PROCTER LLP |
| 8 | 101 California Street # 1850 |
| | San Francisco, California 94111 |
| 9 | Tel: (415) 733-6000 |
| | Fax: (415) 677-9041 |
| 10 | Email: pthompson@goodwinprocter.com |
| 11 | |
| | DAVID B. COOK (DC BN 113522), appearing *pro hac vice* |
| 12 | GOODWIN PROCTER LLP |
| | 901 New York Avenue, N.W. |
| 13 | Washington, D.C. 20001 |
| | Tel: (202) 346-4000 |
| 14 | Fax: (202) 346-4444 |
| 15 | Email: dcook@goodwinprocter.com |
| 16 | Attorneys for PLAINTIFFS |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER APPOINTING GUARDIANS AD LITEM

1  The Court having considered the petitions of Mariel Rubio and N. Doe for appointment as guardian
2  ad litem, and good cause appearing therefore,
3      IT IS ORDERED as follows:
4      (a)    that Mariel Rubio be, and she hereby is, appointed guardian ad litem of
5              Stephanie Rubio in the above-named action; and
6      (b)    that N. Doe be, and she hereby is, appointed guardian ad litem of B. Doe in the
7              above-named action.

Dated: November 29  2007



_____
United States Di[strict Judge]

_____
ORDER APPOINTING GUARDIANS AD LITEM