JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430; Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
        jpearlman@publicadvocates.org
        tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing
GOODWIN PROCTER LLP          *pro hac vice*
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., | Case No.  3:07-cv-04299-PJH |
| Plaintiffs, | |
| v. | |
| MARGARET SPELLINGS, et al., | **ATTESTATION OF CONCURRENCE TO FILE JOINT CASE MANAGEMENT STATEMENT** |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com
        nperroton@goodwinprocter.com

DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com
Attorneys for PLAINTIFFS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, the undersigned, hereby certify that I obtained concurrence from Michael Q. Hyde, attorney for defendants, to file the Joint Case Management Statement. In addition, I have obtained by facsimile the signature of Michael Q. Hyde on that Statement, a copy of which will be filed as an attachment to the Statement through the Court's ECF system.

Dated: November 29, 2007

Respectfully submitted,

_____
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiffs