## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SONYA RENEE, et al., | )<br>)  Civil Action No. 3:07cv4299-PJH<br>) |
| Plaintiffs, | ) |
| v. | )  [proposed] **ORDER** |
| MARGARET SPELLINGS, et al., | )<br>) |
| Defendants. | ) |

Upon consideration of Defendants' Request to Appear at Case Management Conference by Telephone filed pursuant to Local Civil Rule 16-10(a), plaintiffs' consent thereto, and good cause having been shown, it is

ORDERED that the motion is GRANTED and that defendants' counsel may appear at the Case Management Conference, currently scheduled for December 6, 2007 at 2:30 p.m, by telephone.

IT IS SO ORDERED.

DONE, this _____ day of _____, 2007.

_____
PHYLLIS J. HAMILTON
United States District Judge