UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONYA RENEE, et al.,

       Plaintiff(s),                           No. C 07-04299 PJH

     v.                                 **<u>CLERK'S NOTICE</u>**

MARGARET SPELLINGS, et al.,

       Defendant(s).

_____/

       YOU ARE HEREBY NOTIFIED that on **January 10, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** December 6, 2007 , in this matter.

                                                    Richard W. Wieking
                                                    Clerk, U.S. District Court

                                                    by:_____
                                                    Nichole Heuerman, Deputy Clerk
                                                    Honorable Phyllis J. Hamilton
                                                    (415) 522-2023

Dated: November 30, 2007