JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD IN PAPER FORM WITH CLERK'S OFFICE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that the defendants have caused the certified administrative record to be filed in paper form only. The administrative record is being maintained in paper form only in the Clerk's Office.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: December 14, 2007 | Respectfully submitted, |
| 2 | | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | | _____/S/_____<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, a true and correct copy of the foregoing Defendants' Notice of Filing Administrative Record in Paper Form with Clerk's Office was served by the Court's ECF upon the following:

    John T. Affeldt
    Jenny Pearlman
    Tara Kini
    PUBLIC ADVOCATES, INC.
    131 Steuart Street, Suite 300
    San Francisco, CA 94105

    Patrick Thompson
    Nicole E. Perroton
    Elizabeth F. Stone
    GOODWIN PROCTER LLP
    Three Embarcadero Center, Third Floor
    San Francisco, CA 94111

    Jeffrey Simes
    GOODWIN PROCTER LLP
    599 Lexington Avenue
    New York, NY 10022

    David B. Cook
    GOODWIN PROCTER LLP
    901 New York Avenue, N.W.
    Washington, D.C. 20001

    Attorneys for Plaintiffs

In addition, I caused a paper copy of the administrative record to be served by overnight courier upon the following:

    John T. Affeldt
    Jenny Pearlman
    Tara Kini
    PUBLIC ADVOCATES, INC.
    131 Steuart Street, Suite 300
    San Francisco, CA 94105

    Attorneys for Plaintiffs

                                      /S/
                              MICHAEL Q. HYDE

Defendants' Notice of Filing Administrative
Record in Paper Form with Clerk's Office
Case No. 3:07cv4299-PJH