1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430
5  Fax (415) 431-1048
   Email: jaffeldt@publicadvocates.org
6         jpearlman@publicadvocates.org
          tkini@publicadvocates.org
7

8  JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
   GOODWIN PROCTER LLP
9  599 Lexington Avenue
   New York, New York 10022
10 Tel: (212) 813-8879
11 Fax: (212) 355-3333
   Email: jsimes@goodwinprocter.com
12
   Attorneys for PLAINTIFFS
13 (Additional attorneys listed on following page)

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 | SONYA RENEE *et al.*, | Case No. 07-04299 PJH
20 | Plaintiffs, |
21 | v. | **ORDER GRANTING PLAINTIFFS LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL**
22 | |
23 | MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, |
24 | Defendants. | Civil Local Rule 79-5(c)
25 | | Time:  9:00 AM
26 | | Date:  January 30, 2008
27
28

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   101 California Street # 1850
4  San Francisco, California 94111
   Tel: (415) 733-6000
5  Fax: (415) 677-9041
   Email: pthompson@goodwinprocter.com
6
7  DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
   GOODWIN PROCTER LLP
8  901 New York Avenue, N.W.
   Washington, D.C. 20001
9  Tel: (202) 346-4000
   Fax: (202) 346-4444
10 Email: dcook@goodwinprocter.com

11 Attorneys for PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER GRANTING PLAINTIFFS LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT
DECLARATIONS UNDER SEAL

This Court having considered plaintiffs' motion for leave to proceed using fictitious names and to submit the declarations of Jane Doe and N. Doe under seal, and the documents submitted therewith, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. All pleadings and other documents in the public record of this case contain no reference to the actual names of the Doe plaintiffs and their *guardians ad litem*;

2. Plaintiffs Jane Doe, N. Doe, and B. Doe are permitted to proceed in this action under fictitious names and may file a portion of their declarations in this action under seal;

3. The clerk of the court seal those portions of the declarations of Jane Doe and N. Doe referring to the actual names of these plaintiffs;

4. This case shall be referred to and captioned as SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; N. DOE; B. DOE, a minor, by N. Doe, her guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; STEPHANIE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; JANE DOE, a minor, by John Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW v. MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION.

5. All parties, and their legal successors, agents, representatives, or attorneys, are prohibited from disseminating any information to third parties (including, but not limited to, employees of other Departments or Agencies of the United States) concerning the actual names of plaintiff Jane Doe, her *guardian ad litem*, John Doe, plaintiff N. Doe, and plaintiff B. Doe.

IT IS FURTHER ORDERED THAT:

1.  This order shall be binding on any other party or parties hereto, including amicus curiae, that may appear or may be added. It shall be the obligation of counsel for plaintiffs to transmit a copy of this order to any such parties at the earliest possible time.

2.  If any party believes that this order is being violated by any person subject to it, the party may apply to this court for appropriate relief.

3.  Upon proper motion by any party, this order is subject to further modification by the court as necessary or appropriate.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE