JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430; Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Case No. 3:07-cv-04299-PJH <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on December 21, 2007, a true and correct copy of the following documents:

1. NOTICE OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL

---

Certificate of Service for Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal
3:07-cv-04299-PJH
1

3. ORDER GRANTING PLAINTIFFS LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL

4. PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL

5. DECLARATION OF TARA KINI IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL

6. DECLARATION OF ALLISON DAVENPORT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL

7. DECLARATION OF JANE DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL (Sealed Portion Redacted)

8. DECLARATION OF N. DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES AND TO SUBMIT DECLARATIONS UNDER SEAL (Sealed Portion Redacted)

were served using the Court's ECF system upon the following attorneys for the defendants:

Peter D. Keisler
Scott N. Schools
Sheila M. Liever
Michael Q. Hyde
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044

//

//

//

Dated: December 21, 2007

                                        Respectfully submitted,

*Tara Kini*

_____

TARA KINI
JOHN T. AFFELDT
JENNY PEARLMAN
PUBLIC ADVOCATES, INC.

Attorneys for Plaintiffs

---

Certificate of Service for Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal
3:07-cv-04299-PJH
3