1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430
5  Fax (415) 431-1048
   Email: jaffeldt@publicadvocates.org
6         jpearlman@publicadvocates.org
7         tkini@publicadvocates.org

8  JEFFREY SIMES (NY SRN 2813533), appearing
   GOODWIN PROCTER LLP    *pro hac vice*
9  599 Lexington Avenue
   New York, New York 10022
10 Tel: (212) 813-8879
11 Fax: (212) 355-3333
   Email: jsimes@goodwinprocter.com
12
13 Attorneys for PLAINTIFFS
   (Additional attorneys listed on following page)

   JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
   JOSEPH P. RUSSONIELLO
   United States Attorney
   SHEILA M. LIEBER
   Assistant Branch Director
   MICHAEL Q. HYDE
   Trial Attorney
   Civil Division, Federal Programs Branch
   United States Department of Justice
   20 Massachusetts Ave., N.W., Room 7132
   P.O. Box 883
   Washington, D.C. 20044
   Tel. (202) 514-2205
   Fax (202) 616-8470
   Email: Michael.hyde@usdoj.gov

   Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MARGARET SPELLINGS, et al.,<br><br>　　　　Defendants. | Case No. 3:07-cv-04299-PJH<br><br>**ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT** |

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   Three Embarcadero Center
4  24th Floor
   San Francisco, California 94111
5  Tel: (415) 733-6000
6  Fax: (415) 677-9041
   Email: pthompson@goodwinprocter.com
7          nperroton@goodwinprocter.com
8
   DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
9  GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
10 Washington, D.C.  20001
11 Tel: (202) 346-4000
   Fax: (202) 346-4444
12 Email: dcook@goodwinprocter.com

13 Attorneys for PLAINTIFFS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   _____
   ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT
   CASE NO. 3:07-cv-04299-PJH

In preparation for the Initial Case Management Conference scheduled for January 10, 2008 at 2:30pm, the parties to the above-entitled action jointly submit this Addendum to the Joint Case Management Statement filed on November 29, 2007. Since late November, the following progress or changes have occurred:

**Discovery**

On December 14, 2007, Defendants filed their answer to the complaint, as well as a four-volume administrative record. In addition, Defendants have, as a courtesy, provided Plaintiffs with four documents containing updated guidance issued by the U.S. Department of Education between December 2002 and August 2005 concerning "Improving Teacher Quality."

Plaintiffs are continuing to review these documents. Based on a preliminary review, the administrative record appears complete and Plaintiffs do not anticipate any further discovery requests or disputes. Plaintiffs expect to complete their review of the administrative record and guidance documents by the time of the initial case management conference on January 10, 2008.

**Current and Anticipated Motions**

(a)   *The Doe Motion*

On November 27, 2007, Plaintiffs amended the complaint, adding two additional Does in addition to the Jane Doe named in the initial complaint. On December 21, 2007, Plaintiffs filed a Motion for Leave to Proceed Using Fictitious Names and to File Declarations Under Seal—encompassing all three Doe plaintiffs—and scheduled this motion for hearing on January 30, 2008. Pursuant to Civil Local Rule 7-3, the opposition to this motion is due January 9, and the reply is due January 16.

(b)   *Dispositive Motions*

As set forth in the initial case management statement, the parties agree that this case presents narrow questions of law that can be decided expeditiously on dispositive motions. Accordingly, the parties jointly propose the following briefing schedule:

| | | |
|---|---|---|
| 1 | 1/18/08 | Deadline for Plaintiffs to file a motion for summary judgment. |
| 2 | 2/15/08 | Deadline for Defendants to file an opposition and any dispositive cross motion. |
| 4 | 3/12/08 | Deadline for Plaintiffs to file a reply in support of their motion and an opposition to any cross motion filed by Defendants. |
| 6 | 4/2/08 | Deadline for Defendants to file a reply in support of their cross-motion, if any. |
| 8 | 4/23/08 | Hearing for dispositive motions. |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: January 7, 2008

                                                Respectfully submitted,

*/s/ John T. Affeldt*

_____
JOHN T. AFFELDT
TARA KINI
JENNY PEARLMAN
PUBLIC ADVOCATES, INC.
Attorneys for PLAINTIFFS

Dated: January 7, 2008

                                                Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director


 /s/ signed with authorization – see Attestation
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov
Attorneys for DEFENDANTS

Dated: January 7, 2008

Respectfully submitted,

_____
JOHN T. AFFELDT
TARA KINI
JENNY PEARLMAN
PUBLIC ADVOCATES, INC.
Attorneys for PLAINTIFFS

Dated: January 7, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director

/s/ Michael Q. Hyde
_____
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov
Attorneys for DEFENDANTS