JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430; Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
     jpearlman@publicadvocates.org
     tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing
GOODWIN PROCTER LLP    *pro hac vice*
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Case No. 3:07-cv-04299-PJH <br><br> **ATTESTATION OF CONCURRENCE TO FILE ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT** |

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   Three Embarcadero Center
4  24th Floor
   San Francisco, California 94111
5  Tel: (415) 733-6000
6  Fax: (415) 677-9041
   Email: pthompson@goodwinprocter.com
7          nperroton@goodwinprocter.com
8
   DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
9  GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
10 Washington, D.C.  20001
   Tel: (202) 346-4000
11 Fax: (202) 346-4444
12 Email: dcook@goodwinprocter.com
   Attorneys for PLAINTIFFS
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   ─────────────────────────────────────────────
   ATTESTATION OF CONCURRENCE TO FILE ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT
   CASE NO. 3:07-cv-04299-PJH

1  I, the undersigned, hereby certify that I obtained concurrence from Michael Q. Hyde, attorney for defendants, to file the Addendum to Joint Case Management Statement. In addition, I have obtained by electronic mail the signature of Michael Q. Hyde on that Statement, a copy of which will be filed as an attachment to the Statement through the Court's ECF system.

Dated: January 7, 2008

                                          Respectfully submitted,

*/s/ John T. Affeldt*

————————————————
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiffs

————————————————
ATTESTATION OF CONCURRENCE TO FILE ADDENDUM TO JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:07-cv-04299-PJH