**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Renee,<br><br>        Plaintiff(s),<br><br>  v.<br><br>Spellings,<br><br>        Defendant(s). | 07-04299 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-04299 PJH                                           -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: January 8, 2008

                       RICHARD W. WIEKING
                       Clerk
                       by:    Timothy J. Smagacz

                       *Timothy Smagacz* (signature)

                       ADR Administrative Assistant
                       415-522-4205
                       Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04299 PJH                                 -2-

PROOF OF SERVICE

Case Name:          Renee v. Spellings

Case Number:        07-04299 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jenny Pearlman
> Public Advocates, Inc.
> 131 Steuart Street, Ste. 300
> San Francisco, CA 94105
> jpearlman@publicadvocates.org
>
> Tara Elizabeth Kini
> Public Advocates, Inc.
> 131 Steuart Street, Ste. 300
> San Francisco, CA 94105
> tkini@publicadvocates.org
>
> John Thomas Affeldt
> Public Advocates, Inc.
> 131
> Steuart Street, Suite 300
> San Francisco, CA 94105
> jaffeldt@publicadvocates.org
>
> David B. Cook
> Goodwin Procter LLP

901 New York Avenue NW
Washington, DC 20001

Elizabeth Frances Stone
Goodwin Procter LLP
Three Embarcadero Center
24th Floor
San Franicsco, CA 94111
estone@goodwinprocter.com

Nicole Elise Perroton
Goodwin Procter LLP
Three Embarcadero Center
24th Floor
San Francisco, CA 94111
nperroton@goodwinprocter.com

Patrick Shaun Thompson
Goodwin Procter LLP.
Three Embarcadero Center
24th Floor
San Francisco, CA 94111
pthompson@goodwinprocter.com

Jeffrey A Simes
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
jsimes@goodwinprocter.com

Michael Quenten Hyde
U.S. Department of Justice
20 Massachusetts Ave. NW
Room 7132
Washington, DC 20001
michael.hyde@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov