UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONYA RENEE, et al.

         Plaintiff(s),

v.

MARGARET SPELLINGS, et al.

         Defendant(s).

Case No. 3:07cv4299-PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/9/08

/S/by M. Hyde with permission
[Party]

Dated: 1/9/08

/S/ M. Hyde for Defendants
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---