JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | **ATTESTATION OF CONCURRENCE TO SIGN ADR CERTIFICATION BY PARTIES AND COUNSEL ON CLIENT'S BEHALF** |
| v. | |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I obtained concurrence from Richard Melman,

attorney with the U.S. Department of Education, to sign on my clients' behalf defendants' ADR

Certification by Parties and Counsel.  In addition, I have obtained the signature of Richard

Melman on the ADR Certification by Parties and Counsel, a copy of which will be filed as an

attachment to the Certification through the Court's ECF system.

Attestation of Concurrence to Sign
Defendants' ADR Certification by Parties and Counsel
Case No. 3:07cv4299-PJH

1    Dated: January 9, 2008                    Respectfully submitted,

2                                              JEFFREY S. BUCHOLTZ
                                               Acting Assistant Attorney General
3
                                               JOSEPH P. RUSSONIELLO
4                                              United States Attorney

5                                              SHEILA M. LIEBER
                                               Assistant Branch Director
6
                                               _____/S/_____
7                                              MICHAEL Q. HYDE
                                               Trial Attorney
8                                              Civil Division, Federal Programs Branch
                                               United States Department of Justice
9                                              20 Massachusetts Ave., N.W., Room 7132
                                               P.O. Box 883
10                                             Washington, D.C. 20044
                                               Tel: (202) 514-2205
11                                             Facsimile: (202) 616-8470
                                               Email: michael.hyde@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attestation of Concurrence to Sign
Defendants' ADR Certification by Parties and Counsel
Case No. 3:07cv4299-PJH