JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I hereby certify that on January 9, 2007, a true and correct copy of the foregoing Defendants' ADR Certification by Parties and Counsel and associated papers were served by the Court's ECF system upon the following:

John T. Affeldt
Jenny Pearlman
Tara Kini
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105

Patrick Thompson
Nicole E. Perroton
Elizabeth F. Stone
GOODWIN PROCTER LLP
Three Embarcadero Center, 3d. Floor
San Francisco, CA 94111

Jeffrey Simes
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

David B. Cook
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: January 9, 2008 | Respectfully submitted, |
| 2 | | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 3 | | |
| 4 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | | _____/S/_____<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |