**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299-PJH |
| Plaintiffs, | |
| v. | [proposed] **ORDER** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

Upon consideration of Plaintiffs' Motion for Leave to Proceed Using Fictitious Names and defendants' opposition thereto, it is

ORDERED that the motion is DENIED.

IT IS SO ORDERED.

DONE, this _____ day of _____, 2007.

_____
PHYLLIS J. HAMILTON
United States District Judge