1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430; Fax (415) 431-1048
   Email: jaffeldt@publicadvocates.org
5         jpearlman@publicadvocates.org
6         tkini@publicadvocates.org

7  JEFFREY SIMES (NY SRN 2813533), appearing
   GOODWIN PROCTER LLP          *pro hac vice*
8  599 Lexington Avenue
9  New York, New York 10022
   Tel: (212) 813-8879
10 Fax: (212) 355-3333
   Email: jsimes@goodwinprocter.com
11
12 Attorneys for PLAINTIFFS
   (Additional attorneys listed on following page)
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., | Case No.  3:07-cv-04299-PJH |
| Plaintiffs, | |
| v. | **ATTESTATION OF CONCURRENCE TO FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   Three Embarcadero Center
4  24th Floor
   San Francisco, California 94111
5  Tel: (415) 733-6000
6  Fax: (415) 677-9041
   Email: pthompson@goodwinprocter.com
7          nperroton@goodwinprocter.com
8
   DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
9  GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
10 Washington, D.C. 20001
11 Tel: (202) 346-4000
   Fax: (202) 346-4444
12 Email: dcook@goodwinprocter.com
   Attorneys for PLAINTIFFS

ATTESTATION OF CONCURRENCE TO FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:07-cv-04299-PJH

I, the undersigned, hereby certify that I obtained concurrence from Michael Q. Hyde, attorney for defendants, to file the Notice of Need for ADR Phone Conference. In addition, I have obtained by electronic mail the signature of Michael Q. Hyde on that Statement, a copy of which will be filed as an attachment to the Notice through the Court's ECF system.

Dated: January 10, 2008

>Respectfully submitted,
>
>_____
>JOHN T. AFFELDT
>JENNY PEARLMAN
>TARA KINI
>PUBLIC ADVOCATES, INC.
>Attorneys for Plaintiffs

---

ATTESTATION OF CONCURRENCE TO FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. 3:07-cv-04299-PJH