JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430; Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
    jpearlman@publicadvocates.org
    tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing
GOODWIN PROCTER LLP    *pro hac vice*
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MARGARET SPELLINGS, et al.,<br><br>                Defendants. | Case No.  3:07-cv-04299-PJH<br><br>**ATTESTATION OF CONCURRENCE TO SIGN ADR CERTIFICATION BY PARTIES AND COUNSEL ON CLIENTS' BEHALF** |

_____

ATTESTATION OF CONCURRENCE TO SIGN PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO. 3:07-cv-04299-PJH

| | |
|---|---|
| 1 | |
| 2 | PATRICK THOMPSON (SBN 160804) |
| 3 | NICOLE E. PERROTON (SBN 233121) |
|   | ELIZABETH F. STONE (SBN 239285) |
| 4 | GOODWIN PROCTER LLP |
|   | Three Embarcadero Center |
| 5 | 24th Floor |
|   | San Francisco, California 94111 |
| 6 | Tel: (415) 733-6000 |
|   | Fax: (415) 677-9041 |
| 7 | Email:  pthompson@goodwinprocter.com |
| 8 |            nperroton@goodwinprocter.com |
| 9 | DAVID B. COOK (DC BN 113522), appearing *pro hac vice* |
|   | GOODWIN PROCTER LLP |
| 10 | 901 New York Avenue, N.W. |
|   | Washington, D.C. 20001 |
| 11 | Tel: (202) 346-4000 |
| 12 | Fax: (202) 346-4444 |
|   | Email: dcook@goodwinprocter.com |
| 13 | Attorneys for PLAINTIFFS |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ATTESTATION OF CONCURRENCE TO SIGN PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO. 3:07-cv-04299-PJH

1  I, the undersigned, hereby certify that I obtained concurrence from Solomon Rivera, Executive Director of Californians for Justice, and Derecka Mehrens, California ACORN, to sign on my clients' behalf plaintiffs' ADR Certification by Parties and Counsel.  In addition, I have obtained by electronic mail the signature of Solomon Rivera and Derecka Mehrens on the ADR Certification by Parties and Counsel, a copy of which will be filed as an attachment to the Certification through the Court's ECF system.

Dated: January 10, 2008

Respectfully submitted,

*/s/ John T. Affeldt*

_____
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiffs

ATTESTATION OF CONCURRENCE TO SIGN PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO. 3:07-cv-04299-PJH