1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430; Fax (415) 431-1048
   Email: jaffeldt@publicadvocates.org
5         jpearlman@publicadvocates.org
6         tkini@publicadvocates.org

7  JEFFREY SIMES (NY SRN 2813533), appearing
   GOODWIN PROCTER LLP     *pro hac vice*
8  599 Lexington Avenue
9  New York, New York 10022
   Tel: (212) 813-8879
10 Fax: (212) 355-3333
   Email: jsimes@goodwinprocter.com
11

12 Attorneys for PLAINTIFFS
   (Additional attorneys listed on following page)
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONYA RENEE, et al., | Case No. 3:07-cv-04299-PJH |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   Three Embarcadero Center
4  24th Floor
   San Francisco, California 94111
5  Tel: (415) 733-6000
   Fax: (415) 677-9041
6  Email:  pthompson@goodwinprocter.com
              nperroton@goodwinprocter.com
7
8  DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
   GOODWIN PROCTER LLP
9  901 New York Avenue, N.W.
   Washington, D.C.  20001
10 Tel: (202) 346-4000
   Fax: (202) 346-4444
11 Email: dcook@goodwinprocter.com
12 Attorneys for PLAINTIFFS
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   _____
   CERTIFICATE OF SERVICE
   CASE NO. 3:07-cv-04299-PJH

I hereby certify that on January 10, 2008, a true and correct copy of the foregoing Notice of Need for ADR Phone Conference, Plaintiffs' ADR Certification by Parties and Counsel and associated papers were served by the Court's ECF system upon the following:

| | |
|---|---|
| Michael Q. Hyde<br>Civil Division, Federal Programs Branch<br>UNITED STATES DEPARTMENT OF JUSTICE<br>20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883<br>Washington, D.C. 20044<br><br>Attorney for Defendants | David B. Cook<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br><br>Patrick Thompson<br>Nicole E. Perroton<br>Elizabeth F. Stone<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>24th Floor<br>San Francisco, California 94111<br><br>Jeffrey Simes<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Attorneys for Plaintiffs |

Dated: January 10, 2008

Respectfully submitted,

_____
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiffs

---

CERTIFICATE OF SERVICE
CASE NO. 3:07-cv-04299-PJH