UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** January 10, 2008                                                             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4299 PJH

**Case Name:** Sonya Renee, et al. v. Margaret Spellings, et al.

**Attorney(s) for Plaintiff:**     Patrick S. Thompson; John T. Affeldt; Tara Kini
**Attorney(s) for Defendant:**     Michael Q. Hyde

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported


**PROCEEDINGS**

    Initial Case Management Conference-Held.  The court discussed the pending motion currently set for 1/30/08.  The parties shall meet and confer regarding general order 53 and attempt to find a resolution to Plaintiffs' Motion for Leave to Proceed Using Fictitious Names.  The parties need to inform the court in writing by 1/25/08 if a resolution has been reached or if the motion will go forward.

    The court sets a briefing schedule for cross motions for summary judgment.  The deadline for plaintiffs to file their motion for summary judgment is 1/18/08 not to exceed 25 pages.  The deadline for defendants to file an opposition which shall include their cross motion for summary judgment and any challenge to standing is 2/15/08 not to exceed 30 pages.  The deadline for plaintiffs to file a reply in support of their motion for summary judgment which shall include any opposition to defendants cross motion for summary judgment and challenge to standing is 3/12/08 not to exceed 25 pages.  The deadline for defendants to file a reply in support of their cross-motion for summary judgment and challenge to standing is 4/2/08 not to exceed 15 pages.  The hearing for dispositive motions is set for 4/23/08 at 9:00 a.m.

    The parties will not be referred to ADR at this time.  The parties are handed copies of the courts pretrial instructions.


**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR; Alex