JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*, | Case No. 07-04299 PJH |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, | Time:      9:00 a.m.<br>Date:      April 23, 2008<br>Courtroom: 3, 17th floor |
| Defendants. | |

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at 9:00AM on April 23, 2008, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Phyllis J. Hamilton, located at 450 Golden Gate Avenue in San Francisco, California, Plaintiffs will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on the ground that there is no genuine issue as to any material fact and that Plaintiffs are entitled to judgment as a matter of law.  Defendants' regulation defining "highly qualified teacher" to include individuals "participating in an alternative route to certification" and merely making "satisfactory progress" toward full certification, (34 C.F.R. § 200.56(a)(2)(ii)), exceeds the scope of the federal No Child Left Behind Act and thereby violates the Administrative Procedure Act (5 U.S.C. §§ 701-706).

This motion is based on the pleadings and records on file in this action, on the attached memorandum of points and authorities and exhibits in support, on the attached declarations in support of this motion and upon such evidence as might be presented at the hearing on this motion.

Dated: January 18, 2008             Respectfully submitted,

_____
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiffs