JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>            Defendants. | Case No. 07-04299 PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Time: 9:00<br>Date: April 23, 2008 |

CERTIFICATE OF SERVICE
CASE NO. 07-04299 PJH

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, a true and correct copy of the following documents were served using the Court's ECF system upon the following attorneys for the Defendants:

>Jeffrey S. Bucholtz
>Joseph P. Russoniello
>Sheila M. Lieber
>Michael Q. Hyde
>Civil Division, Federal Programs Branch
>United States Department of Justice
>20 Massachusetts Ave., N.W., Room 7132
>P.O. Box 883
>Washington, D.C. 20044

1. Plaintiffs' Notice of Motion and Motion for Summary Judgment
2. Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment and Exhibits in Support
3. Declarations in Support of Plaintiffs' Motion for Summary Judgment, as follows:
    a. Declaration of Tara Kini
    b. Declaration of Dr. Patrick Shields
    c. Declaration of Derecka Mehrens
    d. Declaration of Solomon Rivera
    e. Declaration of Sonya Renee
    f. Declaration of Maribel Heredia
    g. Declaration of N. Doe (redacted)
    h. Declaration of Mariel Rubio
    i. Declaration of Guadalupe Gonzalez
    j. Declaration of Jazmine Johnson
    k. Declaration of Adriana Ramirez
    l. Declaration of Jane Doe (redacted)
4. Proposed Order Granting Plaintiffs' Motion for Summary Judgment

Dated: January 18, 2008


TARA KINI