1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430
   Fax (415) 431-1048
5  Email: jaffeldt@publicadvocates.org
6         jpearlman@publicadvocates.org
          tkini@publicadvocates.org
7
8  JEFFREY SIMES (NY SRN 2813533), appearing
   GOODWIN PROCTER LLP          *pro hac vice*
9  599 Lexington Avenue
   New York, New York 10022
10 Tel: (212) 813-8879
11 Fax: (212) 355-3333
   Email: jsimes@goodwinprocter.com
12
13 Attorneys for PLAINTIFFS
   (Additional attorneys listed on following page)

   JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
   JOSEPH P. RUSSONIELLO
   United States Attorney
   SHEILA M. LIEBER
   Assistant Branch Director
   MICHAEL Q. HYDE
   Trial Attorney
   Civil Division, Federal Programs Branch
   United States Department of Justice
   20 Massachusetts Ave., N.W., Room 7132
   P.O. Box 883
   Washington, D.C. 20044
   Tel. (202) 514-2205
   Fax (202) 616-8470
   Email: Michael.hyde@usdoj.gov

   Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Case No. 3:07-cv-04299-PJH <br><br> **STIPULATION AND ORDER TO PROCEED UNDER FICTITIOUS NAMES** |

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com
       nperroton@goodwinprocter.com

DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

---

STIPULATION AND ORDER TO PROCEED UNDER FICTITIOUS NAMES
CASE NO. 3:07-cv-04299-PJH

Plaintiffs and Defendants, through their undersigned counsel, stipulate as follows:

1. Plaintiff Jane Doe, a minor, by her *guardian ad litem* John Doe; Plaintiff B. Doe, a minor, by her *guardian ad litem* N. Doe; and N. Doe in her capacity as a separate, individual plaintiff, have moved the Court to allow them to proceed in this litigation using fictitious names [docket no. 39].

2. Further, General Order No. 53 regarding protecting the identities of minor plaintiffs is applicable here and supports permitting the minor plaintiffs—and implicitly their *guardians ad litem*—to proceed under fictitious names in this action.

3. Based upon the requirements of General Order 53, defendants do not object to the persons known as Jane Doe, B. Doe, N. Doe, and John Doe proceeding in this litigation using their fictitious "Doe" designations.

4. Accordingly, the parties agree that individual plaintiffs Jane Doe, B. Doe, and N. Doe, as well as John Doe in his capacity as *guardian ad litem* for Jane Doe and N. Doe in her capacity as *guardian ad litem* for B. Doe, should be permitted to proceed in this action under fictitious names and should be permitted to file under seal the portion of any declarations which reveal their true identities.

5. All pleadings and other documents in the public record of this case will be submitted without reference to the actual names of the Doe plaintiffs and their *guardians ad litem*.

6. The actual names of the Doe plaintiffs and their *guardians ad litem*, as well as any identifying personal information, will be redacted from all pleadings and other documents served on Defendants. Further, Defendants will not request that Plaintiffs produce the actual names of the Doe plaintiffs or their *guardians ad litem*.

7. This order shall be binding on any other party or parties hereto, including amicus curiae, that may appear or may be added. It shall be the obligation of counsel for Plaintiffs to transmit a copy of this order to any such parties at the earliest possible time.

1

STIPULATION AND ORDER TO PROCEED UNDER FICTITIOUS NAMES
CASE NO. 3:07-cv-04299-PJH

8.  If any party believes that this order is being violated by any person subject to it, the party may apply to the court for appropriate relief.

So stipulated.

Date: January 25, 2008          By: _____
                                    JOHN T. AFFELDT
                                    Attorney for Plaintiffs


Date: January 25, 2008          By: _____
                                    MICHAEL HYDE
                                    Attorney for Defendants


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: January ____, 2008        By: _____
                                    JUDGE PHYLLIS J. HAMILTON
                                    United States District Court

8. If any party believes that this order is being violated by any person subject to it, the party may apply to the court for appropriate relief.

So stipulated.

Date: January 25, 2008      By: _____
                                JOHN T. AFFELDT
                                Attorney for Plaintiffs


Date: January 25, 2008      By: */s/ Michael Hyde*
                                MICHAEL HYDE
                                Attorney for Defendants


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January ____, 2008    By: _____
                                JUDGE PHYLLIS J. HAMILTON
                                United States District Court

---

2

STIPULATION AND ORDER TO PROCEED UNDER FICTITIOUS NAMES
CASE NO. 3:07-cv-04299-PJH

**PROOF OF SERVICE**

I, Joyce Heinan, hereby declare:

My business address is 131 Steuart Street, Suite 300, San Francisco, California, 94105-1241, and I am employed in the City and County of San Francisco where this service is occurring. I am over the age of eighteen years and am not a party to this action.

On January 25, 2008, I caused a true and correct copy of the following document:

**STIPULATION AND ORDER TO PROCEED UNDER FICTITIOUS NAMES**

to be served using the Court's ECF system upon the following attorneys for the Defendants:

> Peter D. Kiesler
> Scott N. Schools
> Sheila M. Liever
> Michael Q. Hyde
> Civil Division, Federal Programs Branch
> United States Department of Justice
> 20 Massachusetts Ave., N.W., Room 7132
> P.O. Box 883
> Washington, D.C. 20044

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this proof of service in San Francisco, California, this 25th day of January, 2008.

Dated: January 25, 2008

_____
JOYCE HEINAN
Declarant