UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** January 30, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4299 PJH

**Case Name:** Sonya Renee, et al. v. Margaret Spellings, et al.

**Attorney(s) for Plaintiff:** John T. Affeldt; Tara Kini
**Attorney(s) for Defendant:** Michael Q. Hyde

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Margo Gurule

**PROCEEDINGS**

    Plaintiffs' Motion for Leave to Proceed Using Fictitious Names-Held.  The court informs the parties that the stipulation to proceed under fictitious names file by the parties will not be approved in its current form.  The court will only approve requirements under general order 53 which includes minor children and guardian ad litems'.  No adults can proceed under a fictitious name that is proceeding on there own as stated on the record.  The parties shall submit a revised proposed order for the courts review within one week.

    Plaintiffs' request to seal the two declarations is denied.  The two declarations shall be re-filed using the doe designations for the public record as stated on the record.

**Order to be prepared by:** [] Pl [] Def [] Court

**Notes:**

**cc:** file