1  JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
2  TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
3  131 Steuart Street, Suite 300
   San Francisco, California 94105
4  Tel. (415) 431-7430
   Fax (415) 431-1048
5  Email: jaffeldt@publicadvocates.org
          jpearlman@publicadvocates.org
6         tkini@publicadvocates.org

7  JEFFREY SIMES (NY SRN 2813533), appearing
   GOODWIN PROCTER LLP         *pro hac vice*
8  599 Lexington Avenue
   New York, New York 10022
9  Tel: (212) 813-8879
   Fax: (212) 355-3333
10 Email: jsimes@goodwinprocter.com

11 Attorneys for PLAINTIFFS
   (Additional attorneys listed on following page)

   JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
   JOSEPH P. RUSSONIELLO
   United States Attorney
   SHEILA M. LIEBER
   Assistant Branch Director
   MICHAEL Q. HYDE
   Trial Attorney
   Civil Division, Federal Programs Branch
   United States Department of Justice
   20 Massachusetts Ave., N.W., Room 7132
   P.O. Box 883
   Washington, D.C. 20044
   Tel. (202) 514-2205
   Fax (202) 616-8470
   Email: Michael.hyde@usdoj.gov

   Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MARGARET SPELLINGS, et al.,<br><br>        Defendants. | Case No.  3:07-cv-04299-PJH<br><br>**[Proposed] ORDER TO PROCEED UNDER FICTITIOUS NAMES** |

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   Three Embarcadero Center
4  24th Floor
   San Francisco, California 94111
5  Tel: (415) 733-6000
   Fax: (415) 677-9041
6  Email: pthompson@goodwinprocter.com
7          nperroton@goodwinprocter.com

8  DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
   GOODWIN PROCTER LLP
9  901 New York Avenue, N.W.
   Washington, D.C. 20001
10 Tel: (202) 346-4000
   Fax: (202) 346-4444
11 Email: dcook@goodwinprocter.com

12 Attorneys for PLAINTIFFS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____
ORDER TO PROCEED UNDER FICTITIOUS NAMES
CASE NO. 3:07-cv-04299-PJH

In response to the Court's guidance provided at the hearing on January 30, 2008, and in accordance with the Court's directive at that hearing as reflected in the minute order, Plaintiffs and Defendants, through their undersigned counsel, jointly submit the following proposed order:

1.     Plaintiff Jane Doe, a minor, by her *guardian ad litem* John Doe; Plaintiff B. Doe, a minor, by her *guardian ad litem* N. Doe; and N. Doe in her capacity as a separate, individual plaintiff, have moved the Court to allow them to proceed in this litigation using fictitious names [docket no. 39].

2.     The Court has determined that neither General Order No. 53 nor other authority presented by Plaintiffs, under the facts and circumstances of this case, permits non-minor plaintiffs to proceed anonymously in this action where they are proceeding in an individual capacity.

3.     However, General Order No. 53 regarding protecting the identities of minor plaintiffs is applicable here and supports permitting the minor plaintiffs—and implicitly their *guardians ad litem*—to proceed under fictitious names in this action.  Although General Order No. 53 states that the initials of the minors must be used, Defendants do not object to the persons known as Jane Doe, her *guardian ad litem* John Doe, B. Doe, and—where proceeding solely as a *guardian ad litem*— her *guardian ad litem* N. Doe using their fictitious "Doe" designations in this litigation.  Accordingly, the Court grants permission for Jane Doe, her *guardian ad litem* John Doe, B. Doe, and her *guardian ad litem* N. Doe to file papers with the Court using their fictitious "Doe" designations.

4.     The Court will not permit N. Doe, nor any other undocumented non-minor plaintiff, to proceed in this action under a fictitious name where she is acting in her capacity as an individual plaintiff.  Should N. Doe continue in this action in her capacity as an individual plaintiff, she must reveal her true name in papers filed with the Court.

5.     This Order shall not apply to any information that plaintiffs are required to produce to defendants under the Federal Rules of Civil Procedure or other applicable law.

6.  All pleadings and other documents in the public record of this case will refer to the two minor Doe plaintiffs and their *guardians ad litem* by their "Doe" designations and will not contain any reference to their actual names. Because it is unnecessary for the Doe plaintiffs or their *guardians ad litem* to file any declarations containing their actual names, the Court denies Plaintiffs' request to file portions of the Doe plaintiffs' declarations under seal and will accordingly destroy the sealed documents in its possession. Plaintiffs will refile the declarations at issue using the Doe designation.

Agreed as to form and respectfully submitted,

Date: February 6, 2008   By: _____
JOHN T. AFFELDT
Attorney for Plaintiffs

Date: February 6, 2008   By: _____
MICHAEL HYDE
Attorney for Defendants

**ORDER**

ACCORDINGLY, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: February ____, 2008   By: _____
JUDGE PHYLLIS J. HAMILTON
United States District Court

6. All pleadings and other documents in the public record of this case will refer to the two minor Doe plaintiffs and their *guardians ad litem* by their "Doe" designations and will not contain any reference to their actual names. Because it is unnecessary for the Doe plaintiffs or their *guardians ad litem* to file any declarations containing their actual names, the Court denies Plaintiffs' request to file portions of the Doe plaintiffs' declarations under seal and will accordingly destroy the sealed documents in its possession. Plaintiffs will refile the declarations at issue using the Doe designation.

Agreed as to form and respectfully submitted,

Date: February 6, 2008          By: _____
                                JOHN T. AFFELDT
                                Attorney for Plaintiffs

Date: February 6, 2008          By: _____
                                MICHAEL HYDE
                                Attorney for Defendants

**ORDER**

ACCORDINGLY, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: February ___, 2008        By: _____
                                JUDGE PHYLLIS J. HAMILTON
                                United States District Court

2

ORDER TO PROCEED UNDER FICTITIOUS NAMES
CASE NO. 3:07-cv-04299-PJH

## PROOF OF SERVICE

I hereby certify that on February 6, 2008, a true and correct copy of the following documents were served using the Court's ECF system upon the following attorneys for the Defendants:

> Peter D. Kiesler
> Scott N. Schools
> Sheila M. Liever
> Michael Q. Hyde
> Civil Division, Federal Programs Branch
> United States Department of Justice
> 20 Massachusetts Ave., N.W., Room 7132
> P.O. Box 883
> Washington, D.C. 20044

**1. [Proposed] ORDER TO PROCEED UNDER FICTITIOUS NAMES**

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this proof of service in San Francisco, California, this 6th day of February, 2008.

Dated: February 6, 2008

_____
JOYCE HEINAN
Declarant