JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>          Defendants. | Case No.  07-04299 PJH<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES**<br><br>Time:  9:00AM<br>Date:   January 30, 2008 |

1  PATRICK THOMPSON (SBN 160804)
   NICOLE E. PERROTON (SBN 233121)
2  ELIZABETH F. STONE (SBN 239285)
   GOODWIN PROCTER LLP
3  101 California Street # 1850
   San Francisco, California 94111
4  Tel: (415) 733-6000
   Fax: (415) 677-9041
5  Email: pthompson@goodwinprocter.com
6
   DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
7  GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
8  Washington, D.C. 20001
   Tel: (202) 346-4000
9  Fax: (202) 346-4444
10 Email: dcook@goodwinprocter.com

11 Attorneys for PLAINTIFFS

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

DECL OF JANE DOE IN SUPPORT OF MTN FOR LEAVE TO PROCEED USING FICTITIOUS NAMES

# DECLARATION OF JANE DOE

I, Jane Doe, hereby declare:

1. The matters set forth herein are based upon my own personal knowledge, except where stated to be based upon information and belief, and if called to testify, I could and would do so competently as follows:

2. I submit this declaration in support of efforts to keep my identity confidential.

3. I am sixteen (16) years old and one of the plaintiffs in this action. I have been identified as Jane Doe and my father has been identified as John Doe.

4. I was born in Guadalajara, Mexico in 1991. I moved to the United States to live here in California in 1994. I do not remember living in Mexico. I was raised here and started school here. I go to Richmond High School. To me, it is like I was born here. My life and my family's lives are here. My father works hard here.

5. I consider myself an American and intend to finish my education here and make my life as an adult in the United States. Even so, because I was born in Mexico, I am not a U.S. citizen.

6. I live with both my parents and my little brother. My parents are not citizens, but my little brother was born here so he is a citizen. My biggest fear about having my identity known in this lawsuit is that my family would get deported and be separated. I am a plaintiff in this case because I want to make the schools a better place for my little brother, my younger cousins, and for everyone. Everyone deserves to have a qualified teacher. Even though I am committed to improving the education in the United States for all students, I do not want my family to get hurt for something I am trying to do.

7. I am scared because I have heard and understand that people like my parents and me are being deported. I heard on the radio that the police were stopping people and getting people deported. I learned that my friend's neighbor had her parents taken away. Both the mom and dad were deported, and now the daughter is staying with her aunt without her family. They had to sell their house. The daughter's whole life changed in one night. Now she does not have her parents, and she barely has enough money to eat.

8. It is my understanding that the ICE (Immigration and Customs Enforcement) police have been in the area I live picking up people who are not citizens. My dad was afraid to go to work because he was afraid he would be picked up. I am scared that if it were public information that my family and I were not citizens the ICE police would come and take us to deport us.

9. I am very scared of something like this happening to my family. My parents came here to have a better life, and they have worked very hard to provide that for my brother and me. Their example and goals have made me want to participate in this lawsuit to improve the quality of teachers and the schools. If my identity were revealed because of my participation in this important lawsuit, everything my parents have worked so hard for could go down the drain, and our family could be torn apart. Because my little brother is a citizen I am afraid that my mom, my dad, and I would be deported, but my brother would be left here. This would destroy our family and everything for which my parents have worked. I do not know what would happen to my little brother that I love so very much. I could not imagine being separated from him.

10. I believe that the media is against people like me who are not considered citizens. The media and the public point to us like we are criminals, but we are not. I think the media also tells us that people that are not citizens do not have a right to speak. The media and the public say we should go back to our country. I would like to speak on behalf of improving schools through this lawsuit, but I would not want it to reveal my identity.

11. At my school, I have heard some students say that Mexicans should go back to their country. It is hurtful, but it would be worse if they knew I was not a citizen because of this lawsuit. They would say mean things not just about me, but about my family. I think other people in the community once they heard about this lawsuit would also say we should go back to Mexico. I do not want terrible things said about my family or to my family. I do not want us to be treated like criminals.

12. If I were deported to Mexico I do not know how I would survive. I want other students like myself to have better opportunities and that is why I am a plaintiff, but I also am grateful for the opportunities I have had here. My mother has been working since she was eleven years old, and my father was working two jobs at my age. In Mexico, I would not have time for school. I would work. I

feel lucky right now and I do not take what I have for granted.  My parents raised me well to study and work hard.  That is what I am doing.  But in Mexico I would not have the opportunities to succeed.  For these reasons I am asking to participate in this case with my identity protected.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
2  correct.

4  Dated: August 21, 2007

```
                                    ___Jane Doe,_____
                                           Jane Doe
```