JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 07-04299 PJH <br><br> **DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Time: 9:00 a.m. <br> Date: April 23, 2008 |

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

**DECLARATION OF JANE DOE**

I, Jane Doe, hereby declare:

1. The matters set forth herein are based upon my own personal knowledge, except where stated to be based upon information and belief, and if called to testify, I could and would do so competently as follows:

2. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

3. I reside in Richmond, California in the County of Contra Costa. I am a plaintiff to this action, *Renee v. Spellings*. I am identified as Jane Doe in this action to protect my identity.

4. I am an 11th grade student at Richmond High School in the West Contra Costa Unified School District ("WCCUSD"). The teacher assigned to teach my Biology class this year (2007-2008) is Ms. Lorna McClellan, an intern teacher. A true and correct copy of Ms. McClellan's teaching credential is attached to this declaration as Exhibit 1.

5. Last year, the teacher assigned to teach one of my two English classes was Ms. Jessica Price. Ms. Price was an intern teacher last year. A true and correct copy of the teaching credential Ms. Price held last year is attached to this declaration as Exhibit 2. The class Ms. Price taught me was to prepare me for the English/Language Arts section of the California High School Exit Exam, a test I must pass in order to graduate from high school. I have not yet passed this exam.

6. I would prefer to only be taught by teachers who have been fully certified by the state of California. I do not believe that teachers who are still taking classes to learn how to teach and still working towards their full California teaching credentials should be considered "highly qualified."

7. It is my understanding that Richmond High School has a high percentage of intern teachers. I am concerned that I have a good chance of being assigned an intern teacher who is not "highly qualified" during one of my remaining semesters of high school.

8. As a result of the United States Department of Education regulation that includes within the definition of a "highly qualified" teacher someone who is currently participating in a teacher internship program, it is my understanding that Richmond High School and WCCUSD consider Ms. McClellan

"highly qualified" and report her as "highly qualified" when responding to California and NCLB teacher reporting requirements. It is my understanding that last year my high school and district also considered Ms. Price "highly qualified" and reported her this way.

9. This Department of Education regulation, which I am challenging in this lawsuit, harms me in five ways. <u>First</u>, the regulation allows Ms. McClellan, my current Biology teacher, to be hired and assigned to me and mislabeled as "highly qualified." <u>Second</u>, the regulation allows the continued concentration of intern teachers, who are not "highly qualified," at Richmond High School and in the WCCUSD. <u>Third</u>, the regulation creates a substantial likelihood that I will be taught again by intern teachers during one of my remaining semesters of high school. <u>Fourth</u>, the regulation deprives me of the benefit of state and local district plans to meet NCLB's requirement that all children have full and equal access to "highly qualified" teachers in their core classes. <u>Fifth</u>, the regulation deprives me of accurate information about non-"highly qualified" teachers teaching at Richmond High School and within WCCUSD. In addition, of course, the regulation similarly deprives me of accurate information regarding non-"highly qualified" teachers in California and across the country too.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

//
//
//
//
//
//
//
//

2

DECL. OF JANE DOE IN SUPPORT OF PLAINTIFFS' MTN FOR SUMMARY JUDGMENT
CASE NO. 07-04299 PJH

1  Dated: January 16, 2008

_____/s/_____  
JANE DOE

3

DECL. OF JANE DOE IN SUPPORT OF PLAINTIFFS' MTN FOR SUMMARY JUDGMENT
CASE NO. 07-04299 PJH

## ATTESTATION OF CONCURRENCE

Pursuant to General Order No. 45(X)(B), I, the undersigned, hereby certify that I obtained concurrence by telephone and electronic mail from Jane Doe to file her declaration in support of Plaintiffs' Motion for Summary Judgment.

Dated: January 17, 2008

                                                Respectfully submitted,

*/s/ Tara Kini*
_____
JOHN T. AFFELDT
JENNY PEARLMAN
TARA KINI
PUBLIC ADVOCATES, INC.
Attorneys for Plaintiffs

1

DECL. OF JANE DOE IN SUPPORT OF PLAINTIFFS' MTN FOR SUMMARY JUDGMENT
CASE NO. 07-04299 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Welcome to California Commission on Teacher Credentialing Online Verification. This site is compatible with assisstive technology. Skip to navigation

**California Home**                                                               Tuesday, January 15, 2008



- **California Teacher Credential Look-up and Renewal**
  - Search for Credential for a Public School Teacher
  - Search for a Teacher's Application Status and Credentials Held
  - Renew Credentials
  - Direct Application (Non-Recommendation Only)
  - Track Payment (Renewal Only)
  - Track Payment (Recommendation Only)
  - Start the IHE Login Page
  - Start the Student Applicant Login
  - Frequently Asked Questions
  - Glossary of Credential Terms
- California Commission on Teacher Credentialing Web Site
- Governor's Home Page
- Contact the Commission on Teacher Credentialing

**California Commission on Teacher Credentialing**    [        ]  search
                                                      ⦿ My CA

**Selected Credential Held**

The application status and credential information was last updated on 01/14/2008. Please note: Upon receipt, the California Commission on Teacher Credentialing may take up to 75 working days to process an application. Local employing agencies have the flexibility to assign individuals to serve in subject areas other than those authorized on credentials. The Commission, at one time, issued documents without assigning any document number. Assigning a document number to these records was necessary to be able to display them online. The document numbering assigned to display those records will appear as "NONE1, NONE2, NONE3, etc."

### Details of Selected Credential

| | |
|---|---|
| **Name:** | MCCLELLAN, LORNA KATHLEEN |
| **Document Title** | Internship Single Subject Teaching Credential |
| **Document Number** | 060218714 |
| **Authorization Code(s)** | R1S |
| | This document authorizes the holder to teach the subject area(s) listed above in grades twelve and below, including preschool, and in classes organized primarily for adults. |
| | R142 |
| | This document authorizes the holder to provide the following services to English learners: (1) instruction for English language development in grades twelve and below, including preschool, and in classes organized primarily for adults; and (2) specially designed content instruction delivered in English in single-subject-matter (departmentalized) courses as authorized on this document. This authorization also covers classes authorized by other valid, non-emergency credentials held, as specified in Education Code Section 44253.3. |
| **Renewal Code(s)** | R17 |
| | This internship credential may not be renewed. To continue to serve in a position authorized by this credential, the holder must receive a formal recommendation from the supervising college or university for the preliminary or clear credential which authorizes this service. |
| **Issuance Date** | 08/15/2006 |
| **Expiration Date** | 09/01/2008 |
| **Authorized Subject(s)** | Science: Biological Sciences (Examination) |
| **Employment Restriction(s)** | WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT |

[ < Return to Summary ]  [ New Search ]

Top of Page

Conditions of Use | Privacy Policy | E-mail Webmaster
© 2002 State of California. Arnold Schwarzenegger, Governor.

# EXHIBIT 2

Selected Credential Held | Public Search | California Commission on Te...   file:///Z:/CASE%20Education/Federal%20Teacher%20Quality/Motion...

Case 3:07-cv-04299-PJH    Document 56-3    Filed 02/06/2008    Page 10 of 10

Welcome to California Commission on Teacher Credentialing Online Verification. This site is compatible with assisstive technology. Skip to navigation

**California Home**    Tuesday, January 15, 2008Friday, January 11, 2008



**California Teacher Credential Look-up and Renewal**

  **Search for Credential for a Public School Teacher**

  **Search for a Teacher's Application Status and Credentials Held**

  **Renew Credentials**

  **Direct Application (Non-Recommendation Only)**

  **Track Payment (Renewal Only)**

  **Track Payment (Recommendation Only)**

  **Start the IHE Login Page**

  **Start the Student Applicant Login**

  **Frequently Asked Questions**

  **Glossary of Credential Terms**

**California Commission on Teacher Credentialing Web Site**

**Governor's Home Page**

**Contact the Commission on Teacher Credentialing**

**California Commission on Teacher Credentialing**    search

○ My CA

**Selected Credential Held**

The application status and credential information was last updated on 01/11/2008. Please note: Upo n receipt, the California Commission on Teacher Credentialing may take up to 75 working days to process an application.Local employing agencies have the flexibility to assign individuals to serv e in subject areas other than those authorized on credentials. The Commission, at one time, issued documents without assigning any document number. Assigning a document number to these records was necessary to be able to display them online. The document numbering assigned to display those records will appear as "NONE1, NONE2, NONE3, etc."

### Details of Selected Credential

| | |
|---|---|
| **Name:** | PRICE, JESSICA MARIE |
| **Document Title** | Internship Single Subject Teaching Credential |
| **Document Number** | 060212198 |
| **Authorization Code(s)** | R1S |
| | This document authorizes the holder to teach the subject area(s) listed above in grades twelve and below, including preschool, and in classes organized primarily for adults. |
| | R142 |
| | This document authorizes the holder to provide the following services to English learners: (1) instruction for English language development in grades twelve and below, including preschool, and in classes organized primarily for adults; and (2) specially designed content instruction delivered in English in single-subject-matter (departmentalized) courses as authorized on this document. This authorization also covers classes authorized by other valid, non-emergency credentials held, as specified in Education Code Section 44253.3. |
| **Renewal Code(s)** | R17 |
| | This internship credential may not be renewed. To continue to serve in a position authorized by this credential, the holder must receive a formal recommendation from the supervising college or university for the preliminary or clear credential which authorizes this service. |
| **Issuance Date** | 08/23/2006 |
| **Expiration Date** | 09/01/2008 |
| **Authorized Subject(s)** | English (Examination) |
| **Employment Restriction(s)** | WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT |

< Return to Summary    < Return to Summary    New Search

Top of Page
Conditions of Use | Privacy Policy | E-mail Webmaster
© 2002 State of California. Arnold Schwarzenegger, Governor.