JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
       jpearlman@publicadvocates.org
       tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>MARGARET SPELLINGS, in her official capacity;<br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                Defendants. | Case No.  07-04299 PJH<br><br>**CERTIFICATE OF SERVICE** |

---

CERTIFICATE OF SERVICE
CASE NO. 07-04299 PJH

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Attorneys for PLAINTIFFS

---

CERTIFICATE OF SERVICE
CASE NO. 07-04299 PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, a true and correct copy of the following documents were served using the Court's ECF system upon the following attorneys for the Defendants:

> Jeffrey S. Bucholtz
> Joseph P. Russoniello
> Sheila M. Lieber
> Michael Q. Hyde
> Civil Division, Federal Programs Branch
> United States Department of Justice
> 20 Massachusetts Ave., N.W., Room 7132
> P.O. Box 883
> Washington, D.C. 20044

1. **DECLARATION OF JANE DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES**

2. **DECLARATION OF N. DOE IN SUPPORT OF MOTION FOR LEAVE TO PROCEED USING FICTITIOUS NAMES**

3. **DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

4. **DECLARATION OF N. DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Dated: February 6, 2008



TARA KINI

CERTIFICATE OF SERVICE
CASE NO. 07-04299 PJH