UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONYA RENEE, et al.,

    Plaintiffs,

v.

MARGARET SPELLINGS, et al.,

    Defendants.
_____/

No. C 07-4299 PJH

**ORDER**

On February 8, 2008, the court issued the proposed Order to Proceed Under Fictitious Names submitted by the parties following the January 30, 2008, hearing on plaintiffs' motion for leave to proceed under fictitious names. The February 8, 2008, order is hereby incorporated by reference.

In addition to the provisions of that order, the court also indicated to the parties at the hearing that while N. Doe could proceed anonymously as guardian ad litem of B. Doe, she could not proceed anonymously as an individual plaintiff. Thus, plaintiffs must amend the complaint to either name N. Doe in her capacity as an individual plaintiff, or remove her as an individual plaintiff.

The amended complaint shall be filed no later than February 22, 2008.

**IT IS SO ORDERED.**

Dated: February 8, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge