JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299-PJH |
| Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARGARET SPELLINGS, et al., | |
| Defendants. | Hearing Date: April 23, 2008<br>Time: 9:00 a.m. |

Dated: February 15, 2008        Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SHEILA M. LIEBER
Assistant Branch Director

　　　　　/S/
Richard Mellman                    MICHAEL Q. HYDE
General Attorney                   Trial Attorney
Office of the General Counsel      Civil Division, Federal Programs Branch
U.S. Department of Education       United States Department of Justice
400 Maryland Avenue, SW, Rm. 6E314 20 Massachusetts Ave., N.W., Room 7132
Washington, DC  20202              P.O. Box 883
Phone:  (202) 401-6062             Washington, D.C. 20044
FAX:    (202) 205-0524             Tel: (202) 514-2205
email:  richard.mellman@ed.gov     Facsimile: (202) 616-8470
                                   Email: michael.hyde@usdoj.gov

1
2   PLEASE TAKE NOTICE THAT at 9:00 a.m. on Wednesday, April 23, 2008, defendants
3   will bring their cross motion for summary judgment before the Honorable Phyllis J. Hamilton in
4   Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.
5   Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move for summary
6   judgment on all claims brought by plaintiffs in this matter.  In support of this motion, defendants
7   file the accompanying Consolidated Memorandum in Opposition to Plaintiffs' Motion for
8   Summary Judgment and in Support of Their Cross Motion for Summary Judgment and a proposed
9   Order.

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, a true and correct copy of the foregoing Defendants' Notice of Motion and Cross Motion for Summary Judgment, Defendants' Consolidated Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Their Cross Motion for Summary Judgment and a proposed Order were served by the Court's ECF system upon the following:

John T. Affeldt
Jenny Pearlman
Tara Kini
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105

Patrick Thompson
Nicole E. Perroton
Elizabeth F. Stone
GOODWIN PROCTER LLP
Three Embarcadero Center, Third Floor
San Francisco, CA 94111

Jeffrey Simes
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

David B. Cook
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

Attorneys for Plaintiffs

        /S/
MICHAEL Q. HYDE