```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015882
Cashier ID: bucklem
Transaction Date: 02/15/2008
Payer Name: jenner and block
------------------------------------
PRO HAC VICE
  For: donald b verrilli jr
  Case/Party: D-CAN-3-08-AT-PROHAC-001
  Amount:         $210.00
------------------------------------
CHECK
  Check/Money Order Num: 230005964
  Amt Tendered:   $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

c07-4299pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```