FEB 15 PM 1:39

UNITED STATES DISTRICT COURT

Northern District of California

Sonya Renee et al.,

               Plaintiff(s),
v.

Margaret Spellings, in her official capacity, United States Department of Education,

               Defendant(s).

CASE NO. 07-cv-4299 (PJH)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Donald B. Verrilli, Jr., , an active member in good standing of the bar of New York and the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Jenner & Block LLP; 601 Thirteenth Street, NW, Suite 1200 South; Washington, D.C. 20005; (202)639-6095

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                               United States District    Judge