United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:  **CV-07-4299 PJH**

Date Filed:  **2-15-08**

Document:

____ Reporter's Transcript:

____ Trial Exhibits:

____ Lodged Documents:

____ Sealed Documents

____ Declaration:

_**X**__ Other:  **INDEX OF EXHIBITS**

Location:

__**X**_ Expando (Next to Case File)

____ Overflow Shelf:

____ Vault

____ Other:

## Document Number: **65**