JENNER & BLOCK LLP
DONALD B. VERRILLI, JR
601 THIRTEENTH STREET, NW
Suite 1200 South
Washington, DC 20005
Telephone: 202 639-6000
Facsimile: 202 639-6066

FILED
FEB 15 PH 1:47
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonya Renee et al., <br><br> v. <br><br> Margaret Spellings, in her official capacity; United States Department of Education. | Case No. 07cv4299 <br><br> PJH <br><br> ORDER DENYING Motion |

Upon consideration of the Motion for Leave to File a Memorandum of Law in Support of Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment by Teach for America, The New Teacher Project, the Los Angeles Unified School District, Chicago Public Schools, Oakland Unified School District, Louisiana Recovery School District, Sunflower County School District, and Lakeside Public School District as *Amici Curiae*, and the record in this case, it is hereby

ORDERED, the Court grants said motion.

SIGNED this _____ day of _____, 2008.

DENIED

_____
Phyllis J. Hamilton
United States District Judge
Date 2/20/08

_____
Phyllis J. Hamilton
United States District Court Judge