JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
    jpearlman@publicadvocates.org
    tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing
GOODWIN PROCTER LLP          *pro hac vice*
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel. (202) 514-2205
Fax (202) 616-8470
Email: Michael.hyde@usdoj.gov

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Case No. 3:07-cv-04299-PJH <br><br> **STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF N. DOE** |

1  PATRICK THOMPSON (SBN 160804)
2  NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
3  GOODWIN PROCTER LLP
   Three Embarcadero Center
4  24th Floor
5  San Francisco, California 94111
   Tel: (415) 733-6000
6  Fax: (415) 677-9041
   Email: pthompson@goodwinprocter.com
7         nperroton@goodwinprocter.com

8  DAVID B. COOK (DC BN 113522), appearing *pro hac vice*
9  GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
10 Washington, D.C. 20001
11 Tel: (202) 346-4000
   Fax: (202) 346-4444
12 Email: dcook@goodwinprocter.com

13 Attorneys for PLAINTIFFS

STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF N. DOE
CASE NO. 3:07-cv-04299-PJH

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and consistent with the Court's order dated February 8, 2008 (Docket No. 58), the parties to the above-entitled action jointly file this Stipulation of Dismissal of Claims of Plaintiff N. Doe. Dismissal of a party by stipulation in accordance with Rule 41 is an appropriate and efficient mechanism for dropping a party from an action. *See* Schwarzer, Tashima & Wagstaffe, CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL (The Rutter Group, 1996), ¶ 8:368. Plaintiff N. Doe has elected not to reveal her true identity and thereby will not proceed as an individual plaintiff in this action. Consistent with the Court's order, N. Doe wishes to remain in this action, under her fictitious "Doe" designation, as *guardian ad litem* for minor plaintiff B. Doe.

The parties agree that all of the claims of N. Doe against defendants Secretary of Education Margaret Spellings and the United States Department of Education, made in her capacity as an individual plaintiff, are hereby dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

//
//
//
//
//
//
//
//
//
//
//
//
//
//

So stipulated.

Date: February 21, 2008      By: _____
                                  JOHN T. AFFELDT
                                  Attorney for Plaintiff N. Doe


Date: February 21, 2008      By: _____
                                  MICHAEL HYDE
                                  Attorney for Defendants


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: February 22, 2008      By: _____
                                  JUDGE PHYLLIS J. HAMILTON
                                  United States District Court

*Judge Phyllis J. Hamilton*

---

2

STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF N. DOE
CASE NO. 3:07-cv-04299-PJH