JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
      jpearlman@publicadvocates.org
      tkini@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice*
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

Attorneys for PLAINTIFFS
(Additional attorneys listed on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 07-04299 PJH<br><br>**CERTIFICATE OF SERVICE**<br><br>Time: 9:00<br>Date: April 23, 2008 |

| | |
|---|---|
| 1 | PATRICK THOMPSON (SBN 160804) |
| | NICOLE E. PERROTON (SBN 233121) |
| 2 | ELIZABETH F. STONE (SBN 239285) |
| | GOODWIN PROCTER LLP |
| 3 | 101 California Street # 1850 |
| | San Francisco, California 94111 |
| 4 | Tel: (415) 733-6000 |
| | Fax: (415) 677-9041 |
| 5 | Email: pthompson@goodwinprocter.com |
| 6 | |
| | DAVID B. COOK (DC BN 113522), appearing *pro hac vice* |
| 7 | GOODWIN PROCTER LLP |
| | 901 New York Avenue, N.W. |
| 8 | Washington, D.C. 20001 |
| | Tel: (202) 346-4000 |
| 9 | Fax: (202) 346-4444 |
| 10 | Email: dcook@goodwinprocter.com |
| 11 | Attorneys for PLAINTIFFS |

CERTIFICATE OF SERVICE
CASE NO. 07-04299 PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, a true and correct copy of the following documents were served using the Court's ECF system upon the following attorneys for the Defendants:

> Jeffrey S. Bucholtz
> Joseph P. Russoniello
> Sheila M. Lieber
> Michael Q. Hyde
> Civil Division, Federal Programs Branch
> United States Department of Justice
> 20 Massachusetts Ave., N.W., Room 7132
> P.O. Box 883
> Washington, D.C. 20044

1. Plaintiffs' Consolidated Memorandum of Points and Authorities in Opposition to Defendants' Cross Motion for Summary Judgment & Reply in Support of Plaintiffs' Motion for Summary Judgment & Exhibits in Support

2. Declaration of Tara Kini in Support of Plaintiffs' Consolidated Memorandum of Points and Authorities in Opposition to Defendants' Cross Motion for Summary Judgment & Reply in Support of Plaintiffs' Motion for Summary Judgment

Dated: March 12, 2008



_____
TARA KINI

CERTIFICATE OF SERVICE
CASE NO. 07-04299 PJH