1  FOR THE PLAINTIFFS:
   JOHN T. AFFELDT (SBN 154430)
2  JENNY PEARLMAN (SBN 224879)
   TARA KINI (SBN 239093)
3  PUBLIC ADVOCATES, INC.
   131 Steuart Street, Suite 300
4  San Francisco, CA 94105
   Tel: (415) 431-7430
5  Facsimile: (415) 431-1048
   Email: jaffeldt@publicadvocates.org
6         tkini@publicadvocates.org
          jpearlman@publicadvocates.org
7
   FOR THE DEFENDANTS:
8  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
9  SCOTT N. SCHOOLS
   United States Attorney
10 SHEILA M. LIEBER
   Assistant Branch Director
11 MICHAEL Q. HYDE
   Trial Attorney
12 Civil Division, Federal Programs Branch
   United States Department of Justice
13 20 Massachusetts Ave., N.W., Room 7132
   P.O. Box 883
14 Washington, D.C. 20044
   Tel: (202) 514-2205
15 Facsimile: (202) 616-8470
   Email: michael.hyde@usdoj.gov
16
17              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18  _____
                                    )
19 SONYA RENEE, et al.,             )        Civil Action No. 3:07cv4299
                                    )
20         Plaintiffs,              )
                                    )        **PARTIES' STIPULATION**
21         v.                       )        **EXTENDING TIME FOR**
                                    )        **DEFENDANTS TO FILE A**
22 MARGARET SPELLINGS, et al.,      )        **REPLY IN FAVOR OF THEIR**
                                    )        **CROSS MOTION FOR**
23         Defendants.              )        **SUMMARY JUDGMENT**
   _____ )
24
25
26         Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6(b), the parties stipulate that the

27 deadline for defendants to file a reply in favor of their cross motion for summary judgment

   [docket no. 59] should be extended by two days to include Friday, April 4, 2008.
28

1     1.     On January 11, 2008, the Court entered an order [docket no. 49] setting a

2     briefing schedule for the parties' cross motions for summary judgment and setting a hearing

3     date of Wednesday, April 23, 2008, at 9:00 am.  The last brief scheduled is defendants' reply in

4     support of their cross motion for summary judgment.  The Court set the deadline for defendants

5     to file their reply on Wednesday, April 2, 2008.

6     2.     Defendants request a two-day extension in that deadline to Friday, April 4, 2008,

7     because Ms. Sheila Lieber, supervisor of the undersigned lead counsel for defendants, was out

8     of the country from March 21 - March 28, and, upon her return to the office on Monday, March

9     31, 2008, had many pressing deadlines including a motion to dismiss and a motion for summary

10     judgment due April 1, as well as the April 2 deadline for defendants to file a reply in this case.

11     In addition, Mr. Richard Mellman, counsel with the Department of Education, was out of the

12     country beginning Thursday evening, March 20, and did not return to his office until Monday,

13     March 31.  Defendants in good faith attempted to meet the April 2 deadline despite these

14     absences, but have been unable to do so.  Because plaintiffs challenge an important regulation

15     implementing the No Child Left Behind Act and seek a nationwide injunction against

16     enforcement of that regulation, this case presents an important question affecting national

17     education policy.  Defendants contend that it is therefore in the public's interest that defendants

18     have sufficient time to present the government's defense.  Defendants also contend that

19     defendants' request for a two day extension will further that interest.

20     3.     This request will not affect the schedule for this case.  Defendants' reply brief is

21     the last scheduled.  Accordingly, this extension will not affect the filing of any other briefs, and

22     defendants contend the extension will not prejudice the plaintiffs.   Further, defendants do not

23     request that the Court move the hearing scheduled for April 23, 2008, and the requested

24     extension is very brief.

25     4.     No other modifications to the briefing schedule have been requested by either

26     party, nor entered by the Court.

27     5.     Plaintiffs do not oppose this extension provided the extension does not affect the

28

1   schedule for this case and the April 23, 2008, hearing date, given:  (1) Defendants' lead

2   counsel's unavailability for a April 30, 2008, hearing date and jury duty beginning May 7, 2008,

3   and (2) Plaintiffs' desire to afford the Court as much time as possible to decide the dispositive

4   motions prior to the start of a new school year in California on July 1, 2008.

5

6   FOR THE PLAINTIFFS:

7

8   Dated: April 2, 2008              /s/ signed with authorization - see Attestation
                                       JOHN T. AFFELDT (SBN 154430)
                                       JENNY PEARLMAN (SBN 224879)
9                                      TARA KINI (SBN 239093)
                                       PUBLIC ADVOCATES, INC.
10                                     131 Steuart Street, Suite 300
                                       San Francisco, CA 94105
11                                     Tel: (415) 431-7430
                                       Facsimile: (415) 431-1048
12                                     Email: jaffeldt@publicadvocates.org
                                             tkini@publicadvocates.org
13                                           jpearlman@publicadvocates.org

14                                     JEFFREY SIMES (NY SRN 2813533)
                                       GOODWIN PROCTER LLP
15                                     599 Lexington Avenue
                                       New York, NY 10022
16                                     Tel: (212) 813-8879
                                       Facsimile: (212) 355-3333
17                                     Email: jsimes@goodwinprocter.com

18                                     PATRICK THOMPSON (SBN 160804)
                                       NICOLE E. PERROTON (SBN 233121)
19                                     ELIZABETH F. STONE (SBN 239285)
                                       GOODWIN PROCTER LLP
20                                     Three Embarcadero Center, Third Floor
                                       San Francisco, CA 94111
21                                     Tel: (415) 733-6000
                                       Facsimile: (415) 677-9041
22                                     Email: pthompson@goodwinprocter.com

23                                     DAVID B. COOK (DC BN 1135222)
                                       GOODWIN PROCTER LLP
24                                     901 New York Avenue, N.W.
                                       Washington, D.C. 20001
25                                     Tel: (202) 346-4000
                                       Facsimile: (202) 346-4444
26                                     Email: dcook@goodwinprocter.com

27

28

1    FOR THE DEFENDANTS

2    Dated:  April 2, 2008                        JEFFREY S. BUCHOLTZ
                                                  Acting Assistant Attorney General
3
                                                  SCOTT N. SCHOOLS
4                                                 United States Attorney

5                                                 SHEILA M. LIEBER
                                                  Assistant Branch Director
6
                                                  _____/S/_____
7                                                 MICHAEL Q. HYDE
                                                  Trial Attorney
8                                                 Civil Division, Federal Programs Branch
                                                  United States Department of Justice
9                                                 20 Massachusetts Ave., N.W., Room 7132
                                                  P.O. Box 883
10                                                Washington, D.C. 20044
                                                  Tel: (202) 514-2205
11                                                Facsimile: (202) 616-8470
                                                  Email: michael.hyde@usdoj.gov
12

13                                 **ORDER**

14   PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.

15

16   Dated: _____        By: _____
                                                  JUDGE PHYLLIS J. HAMILTON
17                                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28