JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | **ATTESTATION OF CONCURRENCE TO FILE PARTIES' STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A REPLY IN FAVOR OF THEIR CROSS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

    I, the undersigned, hereby certify that I obtained concurrence from John Affeldt, attorney for plaintiffs, and to file the Parties' Stipulation Extending Time for Defendants to File a Reply in Favor of Their Cross Motion for Summary Judgment and to sign the stipulation on his behalf. In addition, I have obtained by facsimile the signature of John Affeldt on that Stipulation, a copy of which will be filed as an attachment to the Stipulation through the Court's ECF system.

| | | |
|---|---|---|
| 1 | Dated: April 2, 2008 | Respectfully submitted, |
| 2 | | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| 3 | | |
| 4 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | SHEILA M. LIEBER<br>Assistant Branch Director |
| 6 | | |
| 7 | | _____/S/_____<br>MICHAEL Q. HYDE<br>Trial Attorney |
| 8 | | Civil Division, Federal Programs Branch<br>United States Department of Justice |
| 9 | | 20 Massachusetts Ave., N.W., Room 7132<br>P.O. Box 883 |
| 10 | | Washington, D.C. 20044<br>Tel: (202) 514-2205 |
| 11 | | Facsimile: (202) 616-8470<br>Email: michael.hyde@usdoj.gov |

2