schedule for this case and the April 23, 2008, hearing date, given: (1) Defendants' lead counsel's unavailability for a April 30, 2008, hearing date and jury duty beginning May 7, 2008, and (2) Plaintiffs' desire to afford the Court as much time as possible to decide the dispositive motions prior to the start of a new school year in California on July 1, 2008.

FOR THE PLAINTIFFS:

Dated: April 2, 2008

_____
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

JEFFREY SIMES (NY SRN 2813533)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 813-8879
Facsimile: (212) 355-3333
Email: jsimes@goodwinprocter.com

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
Three Embarcadero Center, Third Floor
San Francisco, CA 94111
Tel: (415) 733-6000
Facsimile: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK (DC BN 1135222)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Facsimile: (202) 346-4444
Email: dcook@goodwinprocter.com