JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

I hereby certify that on April 2, 2008, a true and correct copy of the Parties' Stipulation Extending Time for Defendants to File a Reply in Favor of Their Cross Motion for Summary Judgment and related papers were served by the Court's ECF system upon the following attorneys for the plaintiffs:

John T. Affeldt                          Patrick Thompson
Jenny Pearlman                           Nicole E. Perroton
Tara Kini                                Elizabeth F. Stone
PUBLIC ADVOCATES, INC.                   GOODWIN PROCTER LLP
131 Steuart Street, Suite 300            101 California Street #1850
San Francisco, CA 94105                  San Francisco, CA 94111

Jeffrey Simes                            David B. Cook
GOODWIN PROCTER LLP                      GOODWIN PROCTER LLP
599 Lexington Avenue                     901 New York Avenue, N.W.
New York, NY 10022                       Washington, D.C. 20001

1    Dated: April 2, 2008                        Respectfully submitted,

2                                                JEFFREY S. BUCHOLTZ
                                                 Acting Assistant Attorney General
3
                                                 SCOTT N. SCHOOLS
4                                                United States Attorney

5                                                SHEILA M. LIEBER
                                                 Assistant Branch Director
6
                                                        /S/
7                                                MICHAEL Q. HYDE
                                                 Trial Attorney
8                                                Civil Division, Federal Programs Branch
                                                 United States Department of Justice
9                                                20 Massachusetts Ave., N.W., Room 7132
                                                 P.O. Box 883
10                                               Washington, D.C. 20044
                                                 Tel: (202) 514-2205
11                                               Facsimile: (202) 616-8470
                                                 Email: michael.hyde@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28