FOR THE PLAINTIFFS:
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
       tkini@publicadvocates.org
       jpearlman@publicadvocates.org

FOR THE DEFENDANTS:
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, et al., <br><br> Defendants. | Civil Action No. 3:07cv4299 <br><br> **PARTIES' STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A REPLY IN FAVOR OF THEIR CROSS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6(b), the parties stipulate that the deadline for defendants to file a reply in favor of their cross motion for summary judgment [docket no. 59] should be extended by two days to include Friday, April 4, 2008.

1. On January 11, 2008, the Court entered an order [docket no. 49] setting a briefing schedule for the parties' cross motions for summary judgment and setting a hearing date of Wednesday, April 23, 2008, at 9:00 am. The last brief scheduled is defendants' reply in support of their cross motion for summary judgment. The Court set the deadline for defendants to file their reply on Wednesday, April 2, 2008.

2. Defendants request a two-day extension in that deadline to Friday, April 4, 2008, because Ms. Sheila Lieber, supervisor of the undersigned lead counsel for defendants, was out of the country from March 21 - March 28, and, upon her return to the office on Monday, March 31, 2008, had many pressing deadlines including a motion to dismiss and a motion for summary judgment due April 1, as well as the April 2 deadline for defendants to file a reply in this case. In addition, Mr. Richard Mellman, counsel with the Department of Education, was out of the country beginning Thursday evening, March 20, and did not return to his office until Monday, March 31. Defendants in good faith attempted to meet the April 2 deadline despite these absences, but have been unable to do so. Because plaintiffs challenge an important regulation implementing the No Child Left Behind Act and seek a nationwide injunction against enforcement of that regulation, this case presents an important question affecting national education policy. Defendants contend that it is therefore in the public's interest that defendants have sufficient time to present the government's defense. Defendants also contend that defendants' request for a two day extension will further that interest.

3. This request will not affect the schedule for this case. Defendants' reply brief is the last scheduled. Accordingly, this extension will not affect the filing of any other briefs, and defendants contend the extension will not prejudice the plaintiffs. Further, defendants do not request that the Court move the hearing scheduled for April 23, 2008, and the requested extension is very brief.

4. No other modifications to the briefing schedule have been requested by either party, nor entered by the Court.

5. Plaintiffs do not oppose this extension provided the extension does not affect the

| | |
|---|---|
| 1 | schedule for this case and the April 23, 2008, hearing date, given: (1) Defendants' lead |
| 2 | counsel's unavailability for a April 30, 2008, hearing date and jury duty beginning May 7, 2008, |
| 3 | and (2) Plaintiffs' desire to afford the Court as much time as possible to decide the dispositive |
| 4 | motions prior to the start of a new school year in California on July 1, 2008. |

FOR THE PLAINTIFFS:

Dated: April 2, 2008                         /s/ signed with authorization - see Attestation
                                             JOHN T. AFFELDT (SBN 154430)
                                             JENNY PEARLMAN (SBN 224879)
                                             TARA KINI (SBN 239093)
                                             PUBLIC ADVOCATES, INC.
                                             131 Steuart Street, Suite 300
                                             San Francisco, CA 94105
                                             Tel: (415) 431-7430
                                             Facsimile: (415) 431-1048
                                             Email: jaffeldt@publicadvocates.org
                                                    tkini@publicadvocates.org
                                                    jpearlman@publicadvocates.org

                                             JEFFREY SIMES (NY SRN 2813533)
                                             GOODWIN PROCTER LLP
                                             599 Lexington Avenue
                                             New York, NY 10022
                                             Tel: (212) 813-8879
                                             Facsimile: (212) 355-3333
                                             Email: jsimes@goodwinprocter.com

                                             PATRICK THOMPSON (SBN 160804)
                                             NICOLE E. PERROTON (SBN 233121)
                                             ELIZABETH F. STONE (SBN 239285)
                                             GOODWIN PROCTER LLP
                                             Three Embarcadero Center, Third Floor
                                             San Francisco, CA 94111
                                             Tel: (415) 733-6000
                                             Facsimile: (415) 677-9041
                                             Email: pthompson@goodwinprocter.com

                                             DAVID B. COOK (DC BN 1135222)
                                             GOODWIN PROCTER LLP
                                             901 New York Avenue, N.W.
                                             Washington, D.C. 20001
                                             Tel: (202) 346-4000
                                             Facsimile: (202) 346-4444
                                             Email: dcook@goodwinprocter.com

| | |
|---|---|
| 1 | FOR THE DEFENDANTS |
| 2 | Dated: April 2, 2008 |

|  |
|---|
| JEFFREY S. BUCHOLTZ |
| Acting Assistant Attorney General |
|  |
| SCOTT N. SCHOOLS |
| United States Attorney |
|  |
| SHEILA M. LIEBER |
| Assistant Branch Director |
|  |
|       /S/ |
| MICHAEL Q. HYDE |
| Trial Attorney |
| Civil Division, Federal Programs Branch |
| United States Department of Justice |
| 20 Massachusetts Ave., N.W., Room 7132 |
| P.O. Box 883 |
| Washington, D.C. 20044 |
| Tel: (202) 514-2205 |
| Facsimile: (202) 616-8470 |
| Email: michael.hyde@usdoj.gov |

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 4/3/08          By: _____
JUDGE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA