JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299-PJH |
| Plaintiffs, | **DECLARATION OF MICHAEL Q. HYDE IN SUPPORT OF DEFENDANTS' REPLY IN FAVOR OF THEIR CROSS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARGARET SPELLINGS, et al., | |
| Defendants. | Hearing Date:    April 23, 2008 |
| | Time:    9:00 a.m. |

I, Michael Q. Hyde, declare as follows:

1.    I am currently employed as a Trial Attorney in the Federal Programs Branch, Civil Division, United States Department of Justice, and am primary counsel of record in the above-captioned case. I make this declaration based on personal knowledge and on information made available to me in the course of my official duties.

2.    Attached to this Declaration as Attachment 1 is a true and correct copy of a document entitled Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials obtained from the website for the California Commission on Teacher Credentialing (www.ctc.ca.gov). I obtained this document at the following internet address: http://www.ctc.ca.gov/educator-prep/standards/adoptedpreparationstandards.pdf (last visited on April 4, 2008). This internet address is the same as the internet address cited in Plaintiffs'

1    Consolidated Memorandum of Points and Authorities in Opposition to Defendants' Cross Motion for

2    Summary Judgment & Reply in Support of Plaintiffs' Motion for Summary Judgment [docket no. 70]

3    at page 7, footnote 8.

4

5        I declare under penalty of perjury that the foregoing is true and correct.

6                                    _____
                                            /S/
7                                    MICHAEL Q. HYDE

8    Executed this 4th day of April 2008

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Defs.' Ex. A
Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials



## State of California

## California Commission on Teacher Credentialing

## September, 2001
## (Revised March, 2007)

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# California Commission on Teacher Credentialing

## State of California

## Gray Davis, Governor

## 2001

**Members of the Commission**

| | |
|---|---|
| Alan D. Bersin, Chair | Administrator |
| Lawrence H. Madkins, Vice Chair | Teacher |
| Chellyn Boquiren | Teacher |
| Carolyn L. Ellner | Higher Education |
| Margaret G. Fortune | Public Representative |
| Beth Hauk | Teacher |
| Elaine C. Johnson | Public Representative |
| Carol Katzman | Public Representative |
| Helen Lee | Public Representative |
| Alberto Vaca | Teacher |
| Marilyn Whirry | Office of the Superintendent of Public Instruction Designee |

**Ex-Officio Members**     **Representing**

| | |
|---|---|
| Carol Bartell | Association of Independent California College and Universities |
| Joyce B. Justus | Regents, University of California |
| David Levielle | California Postsecondary Education Commission |
| Bill Wilson | California State University |

**Executive Officer**

Sam W. Swofford, Ed.D.      Executive Director

# The Committee on Accreditation
### September 2001

## California Commission on Teacher Credentialing
## Sacramento, California

- **Fred Baker**, Professor
  School of Educ. & Integrative Studies
  Calif. State Polytechnic Univ., Pomona

- **Diane Doe**, Teacher
  Peer Assistance and Review
  San Francisco Unified School District

- **Lynne Cook,** Professor
  College of Education
  California State University, Northridge

- **Irma Guzman-Wagner**, Dean
  College of Education
  California State University, Stanislaus

- **Dennis Jory**, Teacher
  BTSA/PAR Consultant
  Desert Sands Unified School District

- **Edward Kujawa**, Dean
  School of Education
  Dominican University

- **David Madrigal**, Principal
  John Muir Elementary School
  Antioch Unified School District

- **Karen O'Connor,** Teacher
  Sunset Hills Elementary School
  Poway Unified School District

- **Ruth Sandlin**, Chair, Ed. Psych. & Couns.
  College of Education
  Calif. State University, San Bernardino

- **Sue Teele**, COA Co-Chair
  Director, Education Extension
  University of California, Riverside

- **Donna Uyemoto**
  Director, Personnel Services
  New Haven Unified School District

- **Michael Watenpaugh**
  Assistant Superintendent
  Novato Unified School District

**Committee Support Staff  (California Commission on Teacher Credentialing)**

| | | |
|---|---|---|
| • **Mary Vixie Sandy** | Director | Professional Services Division |
| • **Lawrence Birch** | Administrator for Accreditation | Professional Services Division |
| • **Philip A. Fitch** | Consultant | Professional Services Division |
| • **Elizabeth Graybill** | Consultant | Professional Services Division |
| • **Teri Ackerman** | Analyst | Professional Services Division |
| • **Marla Miles** | Secretary | Professional Services Division |

i

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

### Advisory Panel for the Development of Teacher Preparation Standards (SB 20042)

| *Name* | *Position* | *Affiliation* |
|---|---|---|
| Michael Aiello | Science and Math Teacher, San Luis Obispo High School | San Luis Coastal Unified School District |
| Russell Antracoli | Principal, Gustine Elementary School | Gustine Unified School District |
| Michele Britton Bass | Director of Student Teaching and Field Placements | Antioch University |
| Nancy Brownell | Director, Institute for Education Reform | The California State University |
| Bonnie Brunkhorst | Professor, Geology and Science Education | The California State University |
| Lu Chang | Director, Single Subject CLAD Program | College of Notre Dame |
| Margaret DeArmond | Mathematics Teacher, East Bakersfield High School and Academic Standards Coordinator | Kern Union High School District/ Kern County Office of Education |
| David Durand | Assistant Superintendent, Human/ Fiscal Resources (Retired) | Stanislaus County Office of Education |
| Cynthia George | Teacher, Rancho Bernardo High School | Poway Unified School District |
| Tom Gerin | Teacher, Silver Creek High School | East Side Union High School District |
| Grace Grant | Professor of Education | Dominican University of California |
| Marion Joseph | Liaison | California State Board of Education |
| Leslie Kapner | Teacher Advisor, Intergroup Relations | Los Angeles Unified School District |
| Catherine Kearney | Coordinator, Teacher Development | San Joaquin County Office of Education |
| Dianne Kingsland | English and Social Studies Teacher, Santiago Middle School | Placentia/Yorba Linda Unified School District |
| Mary Lewis | Director of Teacher Certification Unit | Los Angeles Unified School District |

ii

| | | |
|---|---|---|
| Donna Marriott | Resource Teacher | San Diego City Unified School District |
| Andrea Maxie | Professor of Education, Division of Curriculum and Instruction | California State University, Los Angeles |
| Ruth Ann McKenna | Superintendent | New Havel Unified School District |
| James Richmond | Chair, Professional Studies in Education | California State University, Chico |
| Athena Waite | Special Education Program Coordinator & Director of Teacher Education | University of California, Riverside |
| Mary Nielsen | Liaison | California Parent Teacher Association |
| Sher Weahunt | Liaison | California Community Colleges |
| Susan Westbrook | Vice President of K-12 Council | California Federation of Teacher |
| Anna Wong | Kindergarten Teacher, Jefferson School | Berkeley Unified School District |
| Beverly Young | Associate Director, Teacher Education and K-18 Programs | Office of the Chancellor, California State University |

### *Commission Staff to Support the Panel*

| | | |
|---|---|---|
| Mary Sandy | Director | Professional Services Division |
| Margaret Olebe | Administrator | Professional Services Division |
| Amy Jackson | Administrator | Professional Services Division |
| Bob Carlson | Administrator | Professional Services Division |
| Juanita Morales | Office Technician | Professional Services Division |

iii

## Assessment Task Force

| Name | Position | Affiliation |
|------|----------|-------------|
| Russell Antracoli | Principal, Gustine Elementary School | Gustine Unified School District |
| Ted Bartell | Director of Research and Evaluation | Los Angeles Unified School District |
| Amy Driscol | Director of Teaching, Learning, and Assessment | California State University, Monterey |
| Richard Duran | Professor of Education | University of California, Santa Barbara |
| James Richmond | Chair, Professional Studies in Education | California State University, Chico |
| Sandy Robertson | English Teacher | Santa Barbara High School |
| Jon Snyder | Professor of Science Research | University of California, Santa Barbara |
| Ron Solorzano | Professor of Education | Occidental College |

### Commission Staff to Support the Task Force

| | | |
|------|----------|-------------|
| Amy Jackson | Administrator | Professional Services Division |
| Ellen Oka-Van Allen | Staff Services Analyst | Professional Services Division |

iv

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials

# Table of Contents

**Part 1: About This Handbook**. ...........................................................................1

  A. Description of Handbook.................................................................................1
  B. Internship Programs.........................................................................................2
  C. Background to the SB2042 Teacher Preparation Program Standards.....................3
  D. Major Characteristics of the SB2042 Teacher Preparation Programs.....................4
  E. Overview of the Categories within the SB2042 Standards....................................5

**Part 2: Standards of Quality and Effectiveness for the Preliminary Multiple and Single Subject Teaching Credentials**.......................................................11

  **A. Preconditions**...............................................................................................11

  **B. Common Standards** .......................................................................................22
    Standard 1: Education Leadership…...................................................................23
    Standard 2: Resources....................................................................................24
    Standard 3: Faculty........................................................................................25
    Standard 4: Evaluation....................................................................................26
    Standard 5: Admission....................................................................................27
    Standard 6: Advice and Assistance....................................................................30
    Standard 7: School Collaboration......................................................................32
    Standard 8: District Field Supervisors................................................................34

  **C. Program Standards**........................................................................................35

    **Category A: Program Design, Governance, and Qualities**...............................35
    Standard 1: Program Design.............................................................................35
    Standard 2: Collaboration in Governing the Program ........................................37
    Standard 3: Relationships Between Theory and Practice .....................................39
    Standard 4: Pedagogical Thought and Reflective Practice ..................................40
    Standard 5: Equity, Diversity and Access to the Core Curriculum .......................41

    **Category B: Preparation to Teach Curriculum to All Students in California Schools** ...................................................................................43
    Standard 6: Opportunities to Learn, Practice and Reflect on

v

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

Teaching in All Subject Areas ............................................................. 43
Standard 7:  Preparation to Teach Reading-Language Arts ................................... 44
 7A:  Multiple Subject Reading, Writing, and Related Language
  Instruction in English................................................................. 44
 7B:  Single Subject Reading, Writing and Related Language Instruction in
  English ........................................................................... 46
Standard 8:  Pedagogical Preparation for Subject-Specific Content Instruction .... 49
 8A:  Pedagogical Preparation for Subject-Specific Content Instruction
  By Multiple Subject (MS) Candidates................................................. 49
 8B:  Pedagogical Preparation for Subject-Specific Content Instruction
  By Single Subject (SS) Candidates ................................................. 51
Standard 9:  Using Computer-Based Technology in the Classroom..................... 55

**Category C:  Preparation to Teach All Students in California Schools** .......... 57
Standard 10:  Preparation for Learning to Create a Supportive, Healthy
  Environment for Student Learning ................................................. 57
Standard 11:  Preparation to Use Educational Ideas and Research....................... 59
Standard 12:  Professional Perspectives Toward Student
  Learning and the Teaching Profession............................................. 60
Standard 13:  Preparation to Teach English Learners ........................................... 62
Standard 14:  Preparation to Teach Special Populations
  in the General Education Classroom .............................................. 64

**Category D:  Supervised Fieldwork in the Program**........................................ 65
Standard 15:  Learning to Teach Through Supervised Fieldwork. ...................... 65
Standard 16:  Selection of Fieldwork Sites and Qualifications
  of Field Supervisors ..................................................................... 67
Standard 17:  Candidate Qualifications for Teaching
  Responsibilities in the Fieldwork Sequence .................................. 69
Standard 18:  Pedagogical Assignments and Formative Assessments
  During the Program...................................................................... 70

**Category E:  Teaching Performance Assessment**............................................. 72
Standard 19:  Assessment Administered for Validity, Accuracy and Fairness...... 72
Standard 20: Assessor Qualifications and Training............................................. 72
Standard 21: Assessment Administration, Resources and Reporting.................. 72

**Part 3: Implementation of Standards of Quality and Effectiveness for Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials**

**A.  Standards Implementation Process**
 1. Process for Cyclical Review and Improvement of Standards ...................... 73
 2. Process for Adoption and Implementation of Standards............................. 73
 3. Transition and Implementation Guidelines ................................................ 74
  a. Timelines for Multiple and Single Subject Teacher Preparation Program
   Accreditation........................................................................................ 74

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

    b. Timelines for Blended Program Accreditation ...................................................... 74

    c. Emphasis Programs ............................................................................................... 74

    d. Submission Dates and Submission Guidelines for Program Documents Responding to the new Standards under SB 2042 ................................................................... 75

4. Regional Technical Assistance ................................................................................... 76

5. Training for the Board of Institutional Reviewers (Accreditation Team members) ...... 76

6. Establishing the Pool of Qualified Reviewers of Program Responses ........................ 76

7. Continuing Technical Assistance for New Program Sponsors .................................... 76

8. Process for Review and Approval of Program Documents Submitted to the Commission ................................................................................................................ 76

    a. Selection, Composition and Training of Program Document Review Panels ... 77

    b. Steps in the Review of Programs .................................................................... 77


**B. Submission Guidelines for Single Subject Matter Program Documents** ..................... 79

1. Transmittal Instructions ............................................................................................. 79

2. Organization of Required Documents ........................................................................ 79

3. Developing Responses to the Program Standards ....................................................... 80

4. Packaging a Submission for Shipment to the Commission .......................................... 81

**Appendix A: Teaching Performance Expectations**

    **Making Subject Matter Comprehensible to Students**

    TPE 1: Specific Pedagogical Skills for Subject Matter Instruction .................. A-1

    **Assessing Student Learning**

    TPE 2: Monitoring Student Learning During Instruction ................................. A-5

    TPE 3: Interpretation and Use of Assessments ................................................ A-5

    **Engaging and Supporting Students in Learning**

    TPE 4: Making Content Accessible ................................................................. A-6

    TPE 5: Student Engagement ............................................................................ A-6

    TPE 6: Developmentally-appropriate Teaching Practices ................................ A-6

    TPE 7: Teaching English Learners ................................................................. A-8

    **Planning Instruction and Designing Learning Experiences for Students**

    TPE 8: Learning about Students ...................................................................... A-9

    TPE 9: Instructional Planning ......................................................................... A-9

    **Creating and Maintaining Effective Environments for Student Learning**

    TPE 10: Instructional Time ............................................................................. A-10

    TPE 11: Social Environment .......................................................................... A-10

    **Developing as a Professional Educator**

    TPE 12: Professional, Legal and Ethical Obligations ...................................... A-11

    TPE 13: Professional Growth ......................................................................... A-11

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**Appendix B:  Assessment Design Standards**

Assessment Design Standard 1:  Assessment Designed for Validity and Fairness ........................................................................................................ B-1

Assessment Design Standard 2:  Assessment Designed for Reliability and Fairness .................................................................................................. B-3

viii

# Part 1:  About this Handbook

## Introduction

The quality of public education depends substantially on the performance of professional educators.  Like all other states, California requires educators to hold credentials granted by the state in order to serve in the public schools. Each state, including California, establishes and enforces standards and requirements for earning credentials for public school service.  These certification standards and requirements are among the ways in which states exercise their constitutional responsibility for governing public education.

The quality of professional performance depends heavily on the quality of initial preparation. Each state has a legitimate interest in the quality of training programs for professional educators. In each state, completion of a professional preparation program that has been approved by the state's certification agency is a legal requirement for earning each type of credential, including teaching credentials.  State legislatures adopt such requirements because they recognize the critical role of professional preparation in subsequent professional performance.

## Description of the Handbook

This handbook has been prepared under the format required by the *Accreditation Framework*, as implemented through the California Commission on Teacher Credentialing and the Committee on Accreditation.  The handbook includes three types of standards:

- **Preconditions** established by State law or Commission policy that must be met as a prerequisite to program accreditation
- **Common Standards** of program quality and effectiveness that apply to all credential programs.  This category includes standards regarding the overall leadership and climate for educator preparation at an institution, as well as standards pertaining to quality features that are common to all programs such as resources, coordination, admissions and advisement. For each of the Common Standards, Questions to Consider have been developed to assist accreditation team members and institutions.
- **Program Standards** of quality and effectiveness for **Preliminary Multiple and Single Subject Credential** programs (including Internship programs). Program Standards address the quality of program features that are specific to a credential, such as curriculum, field experiences, and knowledge and skills to be demonstrated by candidates in the specific credential area.  When institutions prepare for continuing accreditation reviews, they may consider from among three Commission-approved options for program-specific standards.  The three options are:  (1) California Program Standards, (2) National or Professional Program Standards, and (3) Experimental Program Standards. Different options may be exercised by different credential programs at an institution. Options that are selected will be the basis for the review of specific programs by accreditation teams, and will guide the selection and orientation of team members.

In preparing an institutional self-study report, an accredited institution is required to respond to each Common Standard by providing pertinent information, including information about individual programs.  In addition, each institution is required to respond to a set of program standards for each program area, using one of the options named above.  Pertaining to each program, the institution responds to each standard in the selected option by providing program

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

specific information for review by the accreditation team.  (For further information about the accreditation process, please refer to the *Accreditation Handbook* available at the Commission website at www.ctc.ca.gov/educator-prep/PDF/accreditation_handbook.pdf)

The Commission is grateful to all of the members of the profession who participated in the development of these standards.

## Internship Programs

Internship programs are offered collaboratively by universities and school districts as training programs for prospective teachers, administrators, counselors, and other school practitioners. Interns enroll in education courses while they teach or serve under the supervision of experienced professionals from the university and school district.  During this one-year to two-year training period, each intern holds an internship credential that is granted by the Commission.  Each intern also earns a salary from the employing school district.

Internship programs are *alternative* training programs primarily because interns provide instructional or other education services *while* they complete requisite courses in educational principles and methods.  In the course of their training, interns provide professional services earlier than other credential candidates.  For this reason the State requires interns to fulfill higher standards of admission to preparation programs than other candidates.  Because each intern earns a salary while completing professional studies, internship programs may be especially attractive to individuals who have previously entered other professions and are interested in becoming educators.

Since 1974, the Commission has encouraged the development and implementation of internship programs for prospective teachers, administrators, counselors, and other educators.  In each professional category, the Commission has required internship programs to satisfy the same standards as non-internship programs in the same category.  Additionally, the Commission has adopted expanded standards and preconditions for internship programs which apply to internships in all professional categories.  Thus an internship program for prospective teachers must fulfill the Commission's standards for Preliminary Multiple and Single Subject Teacher Preparation Programs, *plus* the Commission's additional requirements for internship programs.

State laws and Commission policies have emphasized the importance of collaborative development and administration of internship programs.  To sponsor internship programs, postsecondary institutions collaborate more extensively with school districts and professional organizations than is the case for non-internship programs.  In fact, the Commission's requirements for internship programs have focused almost exclusively on the collaborative governance of these programs, as well as the preparation the interns receive prior to assuming responsibility for their internship assignment.

Integrated throughout this document in italics are the Commission's internship standards, requirements and issues to be addressed.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

2

**Background to the SB 2042 Teacher Preparation Program Standards**

In 1988, the California Commission on Teacher Credentialing adopted California's initial standards of quality and effectiveness for multiple and single subject teacher credential programs. The 1988 standards served for thirteen years as the basis for understanding and demonstrating quality in teacher preparation programs as well as the basis for accrediting institutions that offer teacher preparation programs. In 1995, the Commission launched a comprehensive review of the credential structure, which in turn led to a complete overhaul of the credentialing system itself. This overhaul was accomplished through omnibus legislation in 1998, Senate Bill 2042 (Chap. 587, Stats. 1999). This landmark legislation mandated the following systemic changes:

- To address California's significant and growing teacher shortage, SB 2042 called for the creation of multiple routes into teaching, including blended programs of undergraduate teacher preparation, one-year programs of professional preparation, and university or district sponsored internship programs.

- To ensure uniform quality in teacher preparation, SB 2042 called for all routes into teaching to be accredited and to be held to the same high standards.

- To ensure that teachers are prepared to teach in a public school system that has undergone significant reform in recent years, SB 2042 called for the alignment of teacher preparation standards with the State-adopted academic content standards for K-12 students.

- To institutionalize the philosophy that learning to teach takes both time and systematic preparation, SB 2042 established a two-tiered credential structure that included basic preparation in the foundations and methods of teaching (Teacher Preparation) and guided, supported induction into the profession that allowed new teachers to reflect systematically on and thereby improve their teaching during their first two years on the job (Professional Teacher Induction).

- To improve accountability in teacher preparation, SB 2042 established a new requirement that all candidates for a Preliminary Teaching Credential pass a valid and reliable assessment of their teaching performance that must be embedded in every professional teacher preparation program.

To implement these changes in the credential structure, the Commission launched in 1998 an extensive standards and assessment development effort. The Commission was assisted by panels, task forces, and contractors charged with developing new standards and requirements for elementary subject matter preparation, teacher preparation and professional teacher induction. The Commission's goal in developing this new system and adopting new standards was to ensure that future teachers have a solid foundation in the content areas that they will be authorized to teach, a deep understanding of effective teaching methods, and multiple opportunities to practice their teaching as they are prepared for and subsequently mentored into the teaching profession.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

The *Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials* in this handbook are intended to guide the pedagogical preparation of new teachers. These standards build on the subject matter competence that all candidates must demonstrate through assessment (elementary) or through subject matter completion or assessment (single subject). The standards focus on developing a candidate's teaching ability in relation to the state-adopted content standards and frameworks, and on developing the candidate's general instructional planning, classroom management, and classroom instructional skills. Colleges, universities, and school districts that offer teacher preparation programs are required to meet these standards in order to prepare teachers. Pursuant to SB 2042, as funding becomes available teachers will be required to pass the state's Teaching Performance Assessment in order to earn their preliminary teaching credential.

**Major Characteristics of the SB 2042 Teacher Preparation Program Standards**

Outlined below are the major characteristics of the SB 2042 teacher preparation program standards.

(1) ***Teachers must be prepared to give all students full access to the K-12 student academic content standards adopted by the State Board of Education.*** As required by law, a major theme of the new standards is preparing teachers to help K-12 students learn and achieve the state-adopted student academic content standards. Therefore, the SB 2042 professional teacher preparation program standards have been aligned with the K-12 student academic content standards and state frameworks. In a major departure from previous policy, the Commission's Content Specifications for the multiple and single subject matter preparation programs have been incorporated into the curriculum of all approved Elementary Subject Matter Preparation programs and all approved Single Subject Matter Preparation programs.

(2) ***Rigorous accountability is institutionalized for individual candidates and for the programs that prepare them for California teaching credentials.*** A second theme reflected in the program standards is an emphasis on strong accountability for both credential candidates and the accredited programs through which candidates earn their credentials. By law, each prospective teacher is required to perform satisfactorily on an assessment of his/her teaching performance which is valid in its content and reliable in its assessment of performance. At the same time, the Commission continues to be responsible for a comprehensive examination of the subject matter competence of K-8 credential candidates. The expectations under SB 2042 for the demonstration of both the pedagogical performance and the subject matter knowledge of teacher candidates represent another departure from previous policy requirements.

(3) ***Accredited preparation and performance accountability are intertwined***. A third theme of the SB 2042 standards is the close connection between preparation and accountability for each individual teacher candidate. The standards ensure that every candidate for a credential has multiple opportunities to learn the content of the elementary and/or the secondary subject matter examination, and to achieve the expectations for pedagogical practice represented in the assessment of teaching performance. Providing multiple

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

4

opportunities for candidates to learn the standards are now significant elements in the accreditation of every teacher preparation program, elements that go beyond previous policy.

(4) ***Institutions are held to higher levels of demonstrated commitment to the preparation of outstanding teachers***. The quality of learning in teacher preparation programs -- including supervised field experiences, applications of technology, demonstrations of exemplary practice, and studies that cut across organizational boundaries – depends in substantial measure on institutional commitments to provide excellent learning opportunities to prospective teachers. The SB 2042 standards give more attention to issues of institutional commitment for both subject matter programs and professional teacher preparation programs than had previously been the case.

(5) ***Articulation and collaboration between sponsors of teacher preparation programs and professional teacher induction programs is required.*** Under SB 2042, the architecture for teacher credentialing has been redesigned. It is no longer possible to obtain a professional clear credential as the initial credential. Candidates are eligible for a preliminary teaching credential upon successful completion of the teacher preparation program, including the assessment of teaching performance. A professional teaching credential is earned through completion of a two-year professional teacher induction program that begins with the candidate's initial employment as a teacher of record. Articulation and collaboration between sponsors of teacher preparation and professional teacher induction programs is therefore a critical component of high quality preparation programs. This collaboration should result in a continuous, connected experience of learning to teach for candidates in their initial years of teaching, and in smooth transitions for candidates across program boundaries.

**Overview of the Categories within the SB 2042 Standards**

**Note:** Unless otherwise stated, program standards and elements in this document apply to all forms of program delivery (i.e., post-baccalaureate programs, blended programs, and internships). *Standards that apply only to internships are indicated by italics.*

**Category A: Program Design, Governance, and Qualities.** Category A standards describe the essential elements of program design that must be addressed by sponsors of teacher preparation programs in order to develop and deliver high quality teacher preparation. High quality teacher preparation is characterized by an intentionally and carefully designed set of sequential learning experiences that are delivered through both coursework and field experiences and that integrate a clearly defined body of professional knowledge throughout the program.

The design must also illustrate how the teacher preparation program is aligned with other education policy initiatives and reforms related to teaching students in California's public schools. These include state-adopted academic content standards for students, new curriculum frameworks and instructional materials, and the high school exit examination. Consistency of

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

preparation is a critical element in preparing teachers to work in the data-driven, standards-based, high accountability public school system. For the first time, program sponsors must now prepare candidates to demonstrate individual competence on a summative teaching performance assessment based on a set of Teaching Performance Expectations (TPEs) that reflect both the context and curriculum for K-12 public schools in the state. The TPEs are provided in Appendix A. Program sponsors need to include opportunities for each candidate to learn and practice the TPEs throughout the program, and to provide feedback to candidates on their progress in teaching.

**Category B:  Preparation to Teach Curriculum to All Students in California Schools.** Category B standards establish a direct linkage with the state-adopted academic content standards for students, and describe the ways in which sponsors of teacher preparation programs must prepare multiple and single subject candidates to teach to these standards.

The standards and elements in Category B focus on providing candidates with opportunities to learn, practice, and reflect on the content and pedagogy of teaching in all subject areas for Multiple Subject (MS) credentials, and in specific discipline-based content and pedagogy for Single Subject (SS) credentials. The program expectation is that candidates gain increased understanding of how to teach the state-adopted academic content standards for students through a thoughtfully designed, coherent sequence of courses and field experiences. Candidates are expected to demonstrate increasingly complex levels of knowledge and skills to teach standards-based curriculum that is informed and guided by student assessment results from multiple measures of learning. Embedded in the curriculum of coursework and field experiences are formative and summative assessments that grow out of the logical sequence of pedagogical learning activities, assignments, and tasks that are designed to contribute to the candidate's capacity to pass the summative teaching performance assessment.

In the program, Multiple Subject candidates practice the Teaching Performance Expectations (TPEs) within the teaching of each major subject area, and Single Subject candidates practice the TPEs within instruction in the subject to be authorized by the credential. The TPEs are provided in Appendix A.

The elements in Program Standard 7 related to instruction in reading and related language arts comply with current provisions of the California Education Code. The teacher preparation program provides substantive, research-based instruction that effectively prepares each candidate for a Multiple Subject (MS) Preliminary Teaching Credential to deliver a comprehensive program of instruction in reading, writing, and related language arts, and prepares Single Subject (SS) candidates to provide instruction in content-based reading and writing skills for all students.

Principles and methods for teaching the state-adopted academic content standards for students have many features and qualities that are applicable across subject areas. At the same time, subject-specific applications of these broader principles and methods of instruction are essential because these principles take different forms and have different levels of importance in the subjects of mathematics, science, history/social science, the visual and performing arts, physical

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

6

education, and health. For these reasons, Program Standard 8 specifies pedagogical applications in individual subject areas.

**Category C: Preparation to Teach All Students in California Schools.** Category C standards address major concepts and principles related to how teachers understand, approach and interact with their students. A critical component of effective teacher preparation is the development of an understanding of California's student population and how a teacher's own knowledge and understandings of children and adolescents influence and impact the environment for student learning and student achievement. Equally important is the development of professional perspectives on teaching itself, including individual dispositions and a sense of efficacy. At the same time candidates must learn how schools function within the larger society, and become familiar with educational research that addresses the foundations of formal education, and its organization and implementation in contemporary contexts.

The program standards in Category C provide candidates opportunities to learn, practice, and reflect on the environment for student learning, professional dispositions, and perspectives toward student learning and the teaching profession. These standards also provide for the development of additional pedagogical skills for differentiating instruction for two unique groups of students, English learners and special needs students served in the mainstream classroom. These understandings and specific skills inform teachers as they differentiate instruction for their students based on assessed academic achievement, and are critical to the academic success of all children in the classroom.

**Category D: Supervised Fieldwork in the Program.** Category D standards address the need for candidates to practice effectively and reflectively in K-12 schools and classrooms. The important functions of teacher preparation programs include designing sequences of fieldwork activities, selecting fieldwork sites and supervisors, screening the qualifications of candidates for daily teaching responsibilities, monitoring their progress, and providing valuable feedback regarding their performances. The roles of certificated school teachers and principals in planning, implementing and assessing these fieldwork functions are especially significant for these teacher candidates.

*Preparation of Supervised Student Teachers.* Typically, student teachers are admitted to programs of teacher preparation and they begin participating in supervised fieldwork concurrently with early coursework in professional education. The sequence of a student teacher's field activities gradually leads to teaching on a daily basis in a classroom where the instructor of record is a certificated teacher who oversees, guides, supports, and assesses the student teacher's emerging practice. Concurrently, institutional supervisors assist supervising teachers and candidates as they connect their daily observations and decisions to principles of effective practice. Although fieldwork sequences vary greatly among student teaching programs, the quality and effectiveness of the fieldwork sequence is uniformly considered to be critically important.

*Preparation of Supervised Intern Teachers.* The primary distinctions between interns and student teachers are that all interns have already fulfilled the state's subject-matter requirement

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

for teaching credentials, and all interns serve as instructors of record during their preparation. Interns complete a program of teacher preparation, including intern teaching, in order to qualify for a teaching credential.    The internship program design has two major components: a curriculum of professional coursework and individual study that rigorously addresses pedagogical theory, research, and practice; and intern teaching that is supervised, supported and assessed by knowledgeable, well-prepared professionals.    The SB 2042 standards apply equally to internship programs and to programs that offer student teaching experiences.

**Glossary for Category D Standards**

| | |
|---|---|
| Supervised Student Teaching | A type of fieldwork and a period of preparation in which a candidate for a teaching credential gradually assumes daily responsibility for whole-class instruction with the cooperation, guidance, and supervision of an institutional supervisor and one or more certificated teachers who are instructors-of-record for the classes. |
| Supervised Intern Teaching | A type of fieldwork and a period of preparation in which a candidate for a teaching credential holds an internship teaching credential, is employed by a local education agency, and assumes daily responsibility for whole-class instruction as assigned by the employing agency with the guidance and supervision of an institutional supervisor and one or more certificated educators who serve in the intern's school. |
| Field Experiences | A set of planned activities in which a candidate or prospective candidate gains experience in working with children and adolescents in organizational settings such as K-12 classrooms, youth clubs, extracurricular activities at K-12 schools, tutoring programs and informal or specialized educational programs.  Some early field experiences may occur prior to admission to the program. |
| Supervised Field Work | Activities in K-12 schools that are designed, planned, assigned, and monitored by the sponsor of a professional preparation program with the cooperation of a local education agency.  They include but are not limited to: classroom, school and community visits, and observations, consultations with educators; tutoring; instruction of small groups; occasional whole-class instruction; and the period of daily responsibility for whole-class instruction. |
| Structured Sequence of Supervised Fieldwork | A set of fieldwork activities designed, planned, assigned, and monitored by the sponsors of a teacher preparation program in a specific sequence to provide a gradual transition from observation and practice to daily teaching to daily responsibility for whole class instruction. |
| Daily Teaching | A level of pre-professional responsibility in which a credential candidate |

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

8

plans and delivers whole class instruction on a part-time basis, commensurate with the candidate's developing skills.

| | |
|---|---|
| Daily Responsibility for Whole-Class Instruction | A level of pre-professional responsibility in which a credential candidate plans and delivers whole-class instruction on a full time basis to at least one class of K-12 students daily. |
| Hard-To-Staff Schools | Public schools (K-12) in which teacher turnover is high, and recruitment of new teachers is a consistent annual process affecting ten percent or more of faculty. |
| Under-Performing Schools | Public schools (K-12) in which the Academic Performance Index (API) was below the 50th percentile relative to other public schools and who failed to meet growth targets during the year prior to or concurrent with fieldwork in a program of professional teacher preparation. |
| K-12 Grading Period | A period of time during the teaching year that culminates in a report on student progress in the subjects of the curriculum. This period is understood to be normally equivalent to an academic quarter, or eleven weeks. |
| Memorandum of Understanding for Internships | A documented agreement between the institutional sponsor of a professional preparation program and a local education agency that sets forth the agreed roles and responsibilities of the parties in the preparation, supervision and assessment of one or more intern teachers in an internship teaching program. |

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

9

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## Part 2:  Standards of Quality and Effectiveness
## for the Preliminary Multiple and Single Subject Teaching Credentials

**Preconditions for Teacher Preparation Programs for Preliminary Multiple and Single
Subject Teaching Credentials**

**Adopted May 2, 2002
(Amended November 6, 2003)**

**General Preconditions Established by the Commission**

Pursuant to Education Code Section 44227(a), each program of professional preparation shall
adhere to the following requirements of the Commission.

(1)     **Accreditation and Academic Credit.**  To be granted <u>initial institutional accreditation</u> by
the Commission to become eligible to submit programs or to be granted <u>initial program</u>
<u>accreditation</u> or <u>continuing accreditation</u> by the Committee on Accreditation, the
program(s) must be proposed and operated by an institution that (a) is fully accredited by
the Western Association of Schools and Colleges or another of the six regional accrediting
associations, and (b) grants baccalaureate academic credit or postbaccalaureate academic
credit, or both.  (This provision does not apply to professional preparation programs
offered by school districts.)

For school districts wishing to offer a professional preparation program, the
Superintendent of the district shall submit verification of the governing board's approval
of sponsorship of the program.

 (2)    **Responsibility and Authority**.  To be granted <u>initial institutional/district accreditation</u> by
the Commission or <u>initial program accreditation</u> or <u>continuing accreditation</u> by the
Committee on Accreditation, the institution/district shall provide the following information.

(a)     Identify the position within the organizational structure that is responsible for
ongoing oversight of all credential preparation programs offered by the
institution/district (including credential programs offered by the extension division, if
any).

(b)     Provide a description of the reporting relationship between the position described in
(a) and the individuals who coordinate each credential program offered by the
institution/district.  If a reporting relationship is indirect, describe the levels of
authority and responsibility for each credential program.

 (3)    **Personnel Decisions.**   To be granted <u>initial program accreditation</u> or <u>continuing</u>
<u>accreditation</u> by the Committee on Accreditation, a program of professional preparation
must be proposed and operated by an institution/district that makes all personnel decisions
without considering differences due to gender or other constitutionally or legally

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

11

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

prohibited considerations. These decisions include decisions regarding the admission, retention or graduation of students, and decisions regarding the employment, retention or promotion of employees.

**(4)    Demonstration of Need.** To be granted <u>initial program accreditation</u> by the Committee on Accreditation, the program proposal must include a demonstration of the need for the program in the region in which it will be operated.  Such a demonstration must include, but need not be limited to, assurance by a sample of school administrators that one or more school districts will, during the foreseeable future, hire or assign additional personnel to serve in the credential category.

**(5)    Practitioners' Participation in Program Design.** To be granted <u>initial program accreditation</u> by the Committee on Accreditation, the program proposal must include verification that practitioners in the credential category have participated actively in the design and development of the program's philosophical orientation, educational goals, and content emphases.

**(6)    Commission Assurances.** To be granted <u>initial program accreditation</u> by the Committee on Accreditation, the program proposal must (a) demonstrate that the program will fulfill all of the applicable standards of program quality and effectiveness that have been adopted by the Commission; (b) assure that the institution/district will cooperate in an evaluation of the program by an external team or a monitoring of the program by a Commission staff member within four years of the initial enrollment of candidates in the program; and (c) assure  that the institution/district will participate in focused reviews of one or more aspects of the program when designated by the Commission.

**(7)    Requests for Data.** To be granted <u>initial</u> or <u>continuing accreditation</u> by the Committee on Accreditation, the institution/district must identify a qualified officer responsible for reporting and respond to all requests from the Commission for data including, but not limited to, program enrollments, program completers, examination results, and state and federal reporting within the time limits specified by the Commission.

### General Preconditions Established by State Law

**(8)    Faculty Participation.** Each postsecondary faculty member who regularly teaches one or more courses relating to instructional methods in a college or university program of professional preparation for teaching credentials, including Specialist Credentials, or one or more courses in administrative methods in an Administrative Services Credential program, shall actively participate in public elementary or secondary schools and classrooms at least once every three academic years. *Reference:  Education Code Section 44227.5 (a) and (b).*

**(9)    California Basic Educational Skills Test.** In each program of professional preparation, applicants for program admission shall be required to take the California Basic

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Educational Skills Test (CBEST). The institution shall use the test results to ensure that, upon admission, each candidate receives appropriate academic assistance necessary to pass the examination. *Reference: Education Code Sections 44252 (f) and 44225 (n).*

*For Internship Programs: In each internship program of professional preparation, candidates who are admitted shall be required to pass the California Basic Educational Skills Test prior to assuming intern teaching responsibilities. Reference: Education Code Section 44252 (b).*

**Clarification of General Precondition 9**

Legislative Intent. General Precondition 9 does not require passage of the CBEST for admission, only that the examination be taken. It is the intent of the Legislature that admission to a program not be denied solely on the basis of having failed to pass the CBEST. Further, it is expected that institutions will make provisions for assisting candidates in passing the exam.

Applicants Residing Out of State When They Apply for Admission. Persons residing outside of California when they apply for admission must take the CBEST no later than the second available administration of the test after enrolling in the program.

Program Standard 17 – Candidate Qualifications. The standard requires that Multiple and Single Subject Credential candidates must pass the CBEST prior to daily student teaching.

**(10) Certificate of Clearance.** A college or university that operates a program of professional preparation shall not allow a candidate to assume daily student teaching responsibilities until the candidate obtains a Certificate of Clearance from the Commission that verifies the candidate's personal identification, unless the individual has already completed the fingerprint and character identification process and has been issued a valid document by the Commission. *Reference: Education Code Section 44320 (d).*

*For Internship Programs: A Certificate of Clearance must be obtained prior to assuming intern teaching responsibilities.*

### Preconditions Established by State Law or Commission Policy for Multiple and Single Subject Programs

Each program of professional preparation that leads to the issuance of Multiple or Single Subject Teaching Credentials shall adhere continually to the following requirements of California State law or Commission Policy.

**(1) Limitation on Program Length.** The professional preparation coursework that all candidates are required to complete prior to or during a professional preparation program shall be equivalent to no more than one year of full-time study at the institution.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

The limitation applies to postgraduate teacher preparation programs. The limitation does not apply to blended/integrated programs of subject matter preparation and professional preparation teaching internship programs. *Reference: Education Code Section 44259 (a) and (b) (3).*

### Clarification of Program Precondition 1

Professional Preparation Courses. Program Precondition 1 applies only to "professional preparation" courses, which are defined to consist of three kinds of courses: (1) student teaching and other field experience courses in which candidates learn professional practices and teaching strategies under the direction and supervision of an experienced practitioner; (2) methods courses in which candidates study and practice ways of teaching classes and organizing curricula in elementary or secondary schools; and (3) courses in which candidates study concepts, information and/or principles that are presented as bases for effective school practices, and that are presented especially for candidates to learn as prospective teachers.

Prerequisite Courses. Program Precondition 1 does not apply to prerequisite courses that meet *all* of the following conditions: (1) are necessary in order that a candidate may benefit from professional preparation; (2) do not fall within the definition of "professional preparation" shown above; and (3) are open to enrollment by all students (i.e., not limited to credential candidates). An institution must provide opportunities for candidates to establish equivalency to any prerequisite course.

Individually Prescribed Courses. Program Precondition 1 does not apply to courses that are required of a candidate based on an individualized assessment of knowledge and skills required to meet the Commission's Standards of Candidate Competence and Performance. These courses would be prescribed when a candidate is unable to meet the candidate performance standards by completing the regular professional preparation program.

Elective Courses. Program Precondition 1 does not apply to courses that are elected by candidates and are not required by the college or university prior to student teaching or as part of the one year of professional preparation. Program Precondition 1 applies to courses that are selected by candidates from a required list of courses.

**(2)** **Limitation on Student Teaching Prerequisites.** No college or university shall require candidates to complete more than the equivalent of nine semester units of professional preparation courses (as defined in Program Precondition 1) prior to allowing candidates to enroll in student teaching in elementary or secondary schools. This restriction may be increased to the equivalent of twelve semester units if the student teaching prerequisites include study of alternative methods of English language development as required by Program Precondition 3. *Reference: Education Code Section 44320 (a).*

*For Internship Programs: Not applicable.*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

14

**Clarification of Program Precondition 2**
Student Teaching is defined as experience in a classroom or school under the direction and supervision of an experienced practitioner to complete program requirements.  Other terms sometimes used include field work, field experience, directed teaching, practice teaching, practicum, etc.

**(3)    English Language Skills.**  In each program of professional preparation, the college or university or school district requires candidates to demonstrate knowledge of alternative methods of developing English language skills, including reading, among all pupils, including those for whom English is a second language, in accordance with the Commission's standards.  *Reference: Education Code Section 44259 (b) and 44259.5.*

**(4)    Undergraduate Student Enrollment.**  Undergraduate students of any campus of the California State University or the University of California shall be allowed to enroll in any professional preparation course, as defined in Interim Program Precondition 1.  *Reference: Education Code Section 44320 (a).*

*For Internship Programs:  Not Applicable*

**Clarification of Program Precondition 4**
Program Precondition 4 does not mean that a public institution must make it possible for a candidate to complete all requirements for a baccalaureate degree and a preliminary credential in four years of full-time study or the equivalent.

**(5)    Program Admission.**  The sponsor of a multiple or single subject teacher preparation program assesses each candidate's standing in relation to required subject matter preparation during the admissions process.  The program admits only those candidates who meet <u>one</u> of the following criteria.  *Reference: Education Code Sections 44227 (a).*
•    The candidate provides evidence of having passed the appropriate subject matter examination(s).
•    The candidate provides evidence of having attempted the appropriate subject matter examinations(s).
•    The candidate provides evidence of registration for the next scheduled examination.
•    The candidate provides evidence of having completed a Commission approved the appropriate subject matter preparation program.
•    The candidate provides evidence of continuous progress toward meeting the subject matter requirement.
•    The candidate provides evidence of enrollment in an organized subject matter examination preparation program.

**(Effective July 1, 2004)**
**(6)    Subject Matter Proficiency.**  The approved teacher preparation program sponsor determines that each candidate meets the subject matter requirement prior to student teaching, or, for intern candidates, before being given daily whole class instructional

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

15

responsibilities in a K-12 school or before becoming the teacher of record in a K-12 school. *Reference: Education Code Sections 44259 (b) (5).*

- For Multiple Subject programs (traditional, internship, and/or blended/integrated), the candidate provides evidence of having passed the appropriate subject matter examination(s).
- For Single Subject programs (traditional and/or internship), the candidate provides evidence of having passed the appropriate subject matter examination(s) or having completed the appropriate Commission-approved subject matter preparation program, or a course of study deemed equivalent by the program sponsor.
- For Single Subject blended/integrated programs, the candidate provides evidence of having passed the appropriate subject matter examination(s), or having completed at least four-fifths (4/5) of the appropriate Commission-approved subject matter preparation program, or a course of study deemed equivalent by the program sponsor.

**(Number and revised format added after initial adoption.)**

**(7)    Completion of Requirements.**  A college or university or school district that operates a program for the Multiple or Single Subject Credential shall determine, prior to recommending a candidate for the credential, that the candidate meets all legal requirements for the credential, including but not limited to: *Reference: Education Code Sections 44259  (b) and 44283 (b) (8).*

- Possession of a baccalaureate or higher degree other than in professional education from a regionally accredited institution
- Passage of the California Basic Education Skills Test (CBEST)
- Completion of an accredited professional preparation program
- Completion of the subject matter requirement
- Demonstration of knowledge of the principles and provisions of the Constitution of the United States
- Passage of the Teaching Performance Assessment
- Passage of the Reading Instruction Competence Assessment (RICA) (for Multiple Subject candidates).

### *Preconditions Established by State Law for Internship Programs*

*For <u>initial program accreditation</u> and <u>continuing accreditation</u> by the Committee on Accreditation, participating districts and universities must adhere to the following requirements of state law.*

*(1)    **Bachelor's Degree Requirement.**  Candidates admitted to internship programs must hold baccalaureate degrees or higher from a regionally accredited institution of higher education.  Reference:  Education Code Section 44453.*

*(2)    **Supervision of Interns.**  In an internship program, the participating institutions shall provide supervision of all interns.  No intern's salary may be reduced by more than 1/8 of its total to pay for supervision, and the salary of the intern shall not be less than the minimum base salary paid to a regularly certificated person.  If the intern salary is*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

*reduced, no more than eight interns may be advised by one district support person. Reference:  Education Code Section 44462.  Institutions will describe the procedures used in assigning supervisors and, where applicable, the system used to pay for supervision.*

*(3)*    ***Assignment and Authorization.***    *To receive program approval, the participating institution authorizes the candidates in an internship program to assume the functions that are authorized by the regular standard credential.  Reference:  Education Code Section 44454.  The institution stipulates that the interns' services meet the instructional or service needs of the participating district(s).  Reference:  Education Code Section 44458.*

*(4)*    ***Participating Districts.***  *Participating districts are public school districts or county offices of education.  Submissions for approval must identify the specific districts involved and the specific credential(s) involved.  Reference:  Education Code Section 44321 and 44452.*

### Specific Preconditions Established by the Commission for Internship Programs

*For <u>initial program accreditation</u> and <u>continuing accreditation</u>, participating districts and universities must adhere to the following requirements established by the Commission on Teacher Credentialing.*

*(5)*    ***Non-Displacement of Certificated Employees.***    *The institution and participating districts must certify that interns do not displace certificated employees in participating districts.*

*(6)*    ***Justification of Internship Program.***  *When an institution submits a program for initial or continuing accreditation, the institution must explain why the internship is being implemented.  Programs that are developed to meet employment shortages must include a statement from the participating district(s) about the availability of qualified certificated persons holding the credential.  The exclusive representative of certificated employees in the credential area (when applicable) is encouraged to submit a written statement to the Committee on Accreditation agreeing or disagreeing with the justification that is submitted.*

### Preconditions Established by State Law for District Internship Credential Applicants

*Applicants for District Intern Certificates must meet the requirements listed below. Therefore, for <u>initial program accreditation</u> and <u>continuing accreditation</u> by the Committee on Accreditation, participating districts must ascertain that applicants meet the following requirements of state law before the District Intern Certificate will be issued.*

*(1)*    ***Bachelor's Degree Requirement.***    *Each intern admitted into the program has a baccalaureate degree from a regionally accredited institution of higher education.*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

17

(a)    Applicants who will teach in departmentalized classes in grades six to twelve (including bilingual) must have completed an undergraduate academic major or minor in the subjects(s) to be taught.  Reference:  Education Code Section 44325 and 44326.

(b)    Applicants who will teach in self-contained classes in kindergarten or grades one to eight (including bilingual) must have completed an undergraduate degree with an academic major or minor, or a diversified or liberal arts program.  The degree program must include the subject matter coursework prescribed in Section 44314 of the Education Code.  Reference:  Education Code Section 44326.

(2)    **California Basic Educational Skills Test.**  Each intern admitted into the program has passed the California Basic Educational Skills Test.  Reference:  Education Code 44325 (c) (2).

(3)    **Subject Matter Requirement.**  Each Multiple Subject intern admitted into the program has passed the Commission-approved subject matter examinations(s) for the subject area(s) in which the District Intern is authorized to teach, and each Single Subject intern admitted into the program has passed the Commission-approved subject matter examination(s) or completed the subject matter program for the subject areas(s) in which the District Intern is authorized to teach.  Reference:  Education Code Section 44325(c) (2).

(4)    **Certificate of Clearance.**  Each intern admitted into the program has a Certificate of Clearance verifying the intern's personal identification and good moral character.  Reference:  Education Code Section 44325 (d).

(5)    **Oral Language Proficiency.**  Each intern who is authorized to teach in bilingual classrooms has passed the oral language component (speaking only) of the Commission-approved assessment program leading to the Bilingual Crosscultural Language and Academic Development Certificate.  Reference:  Education Code Section 44325 (c) (4).

**Specific Preconditions Established by State Law for District Internship Programs**

For underlined initial program accreditation and underlined continuing accreditation by the Committee on Accreditation, the governing board of participating districts must certify that the following requirements of state law are met:

(6)    **Guidance and Assistance.**  The district intern will be assisted and guided throughout the training period by (1) a certificated employee who has been designated as a mentor teacher, or (2) a certificated employee who has been selected through a competitive

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

18

*process which has been developed in consultation with the certificated exclusive bargaining agent and approved by the governing body of the district, or (3) personnel who are employed by institutions of higher education to supervise student teachers. A certificated employee who assists the district intern must possess valid certification at the same level or of the same type of credential as the district interns they serve. Reference: Education Code 44830.3 (a); Education Code 44326(e).*

**(7)**    ***Professional Development Plan.*** *The employing district has developed and implemented a Professional Development Plan for district interns in consultation with an accredited institution of higher education that offers Commission-approved programs of teacher preparation. The plan shall include all of the following:*

(a)    *Provisions for an annual evaluation of the district intern.*

(b)    *As the governing board determines necessary, a description of the courses to be completed by the intern, if any, and a plan for the completion of preservice or other clinical training, if any, including student teaching.*

(c)    *Mandatory preservice training for district interns tailored to the grade level or class to be taught, through either of the following options:*

*(1) 120 clock hours of preservice training and orientation in the aspects of child development, classroom organization and management, pedagogy, and methods of teaching the subject field or fields in which the district intern will be assigned. This training period must be under the direct supervision of an experienced permanent teacher. In addition, district interns must receive orientation in methods of teaching pupils with mild and moderate disabilities. At the conclusion of the preservice training period, the permanent teacher must provide the district with information regarding the area that should be emphasized in the future training of the district intern.*

*(2) The successful completion, prior to service of the intern in any classroom, of six semester units of coursework (nine quarter units) from a regionally accredited college or university, designed in cooperation with the district to provide instruction and orientation in the aspects of child development and the methods of teaching the subject field or fields in which the district intern will be assigned.*

(d)    *Additional instruction during the first semester of service, for interns teaching in kindergarten or grades 1 to 6 inclusive, in child development and teaching methods, and special education programs for pupils with mild and moderate disabilities.*

(e)    *Instruction, during the first year of service, for interns teaching children in bilingual classes in the culture and methods of teaching bilingual children, and*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

*instruction in the etiology and methods of teaching children with mild and moderate disabilities.*

(f) *Any other criteria required by the governing board.. Reference:  Education Code 44830.3 (a).*

(g) *120 clock hours, for district interns teaching in special education programs for pupils with mild and moderate disabilities, of mandatory training and supervised fieldwork that must include, but are not limited to, instructional practices and the procedures and pedagogy of both general education programs and special education programs that teach pupils with disabilities. This training must be based on commission-adopted standards for district intern programs. Reference: Education Code 44327.*

(h) *120 clock hours, for district interns teaching bilingual classes that include but are not limited to mandatory training and orientation in subject matter relating to bilingual-crosscultural language and academic development.*

(i) *Compensation for the preservice period, for each district intern and each district teacher assigned to supervise the district intern,  in an amount normally provided by the district for staff development or inservice activities.*

(j) *The recommendation for credentialing to the Commission on Teacher Credentialing of district interns who complete two years of service, or three years of service for interns participating in a program that leads to a specialist credential to teach pupils with mild and moderate disabilities, or fours years of service if the intern is participating in a program that leads to both a multiple subject or single subject teaching credential and a specialist credential to teach pupils with mild and moderate disabilities.*

(8) **Early Program Completion Option.** *Each district intern program must make available to candidates who qualify for the option the opportunity to choose an early program completion option, culminating in a five year preliminary teaching credential. This option must be made available to interns who meet the following requirements:*

(a) *Pass a written assessment adopted by the commission that assesses knowledge of teaching foundations as well as all of the following:*

- *Human development as it relates to teaching and learning aligned with the state content and performance standards for K-12 students*
- *Techniques to address learning differences, including working with students with special needs*
- *Techniques to address working with English learners to provide access to the curriculum*
- *Reading instruction in accordance with state standards*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

> • *Assessment of student progress based on the state content and performance standards*
> • *Classroom management techniques*
> • *Methods of teaching the subject fields*

(b) *Pass the teaching performance assessment. This assessment may be taken only one time by an intern participating in the early completion option. Pending implementation of the teaching performance assessment, the program may recommend an intern for a preliminary multiple subject or single subject teaching credential based on demonstrated competence in the field experience component of the internship program.*

(c) *Pass the Reading Instruction Competence Assessment (RICA)*

(d) *Meet the requirements for teacher fitness*

*An intern who chooses the early completion option but is not successful in passing the assessment may complete his or her full internship program. (Reference: Education Code 44468).*

**(9)** **Length of Validity of the District Intern Certificate.** *Each district intern certificate will be valid for a period of two years. However, a certificate may be valid for three years if the intern is participating in a program leading to the attainment of a specialist credential to teach students with mild/moderate disabilities, or for four years if the intern is participating in a program leading to the attainment of both a multiple subject or a single subject teaching credential and a specialist credential to teach students with mild/moderate disabilities. Reference: Education Code 44325 (b).*

**(10)** **Evaluation of Program.** *Each participating district will cooperate with the Commission in the periodic review of the district intern program on the basis of the commission's standards for district intern programs. Reference: Education Code 44327 (b).*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

21

# Common Standards
## for Teacher Preparation Programs
## for Preliminary Multiple and Single Subject Teaching Credentials

**Adopted May 1993**

**(Revised June 1998)**

**(Revised October 2000)**

**(Revised May 2002)**

The Common Standards deal with aspects of program quality that are the same for all credential programs. The institution responds to each Common Standard by providing pertinent information, including information about individual programs. For each Common Standard, questions are included which will assist team members during training and continuing accreditation reviews. The questions can also be used by institutions as they reflect upon the quality of their programs and for assistance in the preparation proposals for initial accreditation of programs and self-study reports for continuing accreditation. Included in italics within the Common Standards are particular common standards issues which must be addressed for internship programs.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## COMMON STANDARD 1

### Education Leadership

**The institution (faculty, dean/director and institutional administration) articulates and supports a vision for the preparation of professional educators.  All professional preparation programs are organized, governed, and coordinated with the active involvement of credential program faculty.  Institutional leadership fosters cohesiveness in management; delegates responsibility and authority appropriately; resolves each professional preparation program's administrative needs as promptly as feasible; and represents the interests of each program in the institution, the education profession, and the school community.**

### Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews.  They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

• How clear is the leadership's vision for the preparation of educators?  How well does this vision shape the design and delivery of each credential program?  What evidence is there that the leadership of the institution supports the goals and purposes of each program?

• How well does the leadership of the institution develop a unified sense of teamwork among the administrators of sub-units, including credential programs?

• How clear are the lines of authority and responsibility for the management of each credential program?  In what manner are program coordinators involved in appropriate decision-making bodies within the institution?

• How prompt is the leadership of the institution in addressing and resolving problems in credential programs that are amenable to administrative solutions?

• How frequently and openly does the institutional leadership confer with the faculties who teach credential candidates and supervise their field experiences?

• To what extent is institutional leadership seen as an advocate for the credential programs within the institution, the education profession as a whole, and the local school community?

*For an internship program:  Each participating school district works with the institution to give appropriate attention to the effective operation of the program.  Because interns function as employees of the school district, it is important that the school district ensure that the program is operating in a manner to further the educational goals of the district.  The employing school district supports the goals and purposes of the program and assures the college or university that the appropriate support for the intern is available in the district.*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## COMMON STANDARD 2

### Resources

**Sufficient resources are consistently allocated for the effective operation of each credential preparation program, to enable it to be effective in coordination, admission, advising, curriculum, instruction, and field experiences.  Library and media resources, computer facilities, and support personnel, among others, are adequate.**

### Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews.  They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

• How adequate are personnel resources (including sufficient numbers of full and part-time positions for instructional faculty, field supervisors and support personnel) to staff each credential program and maintain its effectiveness?

• How well does the institution provide a critical mass of faculty resources to provide breadth and depth of expertise to support an effective program of instruction and supervised field experience in each credential area?  Do credential candidates have sufficient opportunity for contact with faculty members?

• To what extent do faculty, staff, and candidates have access to appropriate buildings, classrooms, offices, study areas, furniture, equipment, library services, computers, media, and instructional materials?  Are these resources sufficient and adequate?

• To what extent do faculty, staff, and candidates have equitable and appropriate access to computer-based technology, information and network resources for teaching and learning?

• To what extent do faculty, staff, and candidates have adequate technical support services for maintenance and training to support instructional goals?

***For an internship program:***  *Each participating school district works with the institution to provide sufficient resources to fulfill the needs of the program.  Because interns function as employees of the school district, it is important that the school district provide sufficient resources, in addition to intern salaries, to assure the success of the program.  The employing school district provides access to the resources to allow the intern to perform successfully in his or her position.*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# COMMON STANDARD 3

## Faculty

**Qualified persons are hired and assigned to teach all courses and supervise all field experiences in each credential preparation program. Faculty reflect and are knowledgeable about cultural, ethnic, and gender diversity. The institution provides support for faculty development, and recognizes and rewards outstanding teaching. The institution regularly evaluates the performance of course instructors and field supervisors, and retains in credential programs only those individuals who are consistently effective.**

## Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews. They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

- How effectively does the institution ensure that each credential program course and field experience is assigned to a faculty member who has an appropriate background of advanced study and professional experience that are directly related to his/her assignment(s) in the program?

- How does the institution develop and utilize recruitment policies and goals to ensure the equitable hiring of faculty in credential preparation programs?

- How does the institution ensure that all faculty members and field supervisors have current knowledge of schools and classrooms that reflect the cultural diversity of society?

- How well does the institution follow equitable procedures for the identification of effective and ineffective course instructors and field supervisors?

- What procedures are in place to remove ineffective course instructors and field supervisors from their assignments in credential preparation programs? How consistently are the procedures applied?

- How does the institution recognize excellence as a teacher, supervisor, and/or advisor in appointing, promoting and recognizing faculty members?

- How does the institution ensure that all faculty members (full time and part time) have access to adequate resources for their professional development, including resources to support research, curriculum study and program development?

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## COMMON STANDARD 4

### Evaluation

**The institution regularly involves program participants, graduates, and local practitioners in a comprehensive evaluation of the quality of courses and field experiences, which leads to substantive improvements in each credential preparation program, as needed. Meaningful opportunities are provided for professional practitioners and diverse community members to become involved in program design, development and evaluation activities.**

### Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews. They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

- To what extent is the evaluation system based upon criteria that are related to the design, rationale, goals and objectives of each program, and to the competence and performance criteria that are used to assess candidates in the programs?

- How does the institution collect information about each program's strengths, weaknesses and needed improvements from all participants in the program, including course instructors, university and district supervisors, the employers of recent graduates, and each cohort of candidates during their enrollment and following their program completion? How comprehensively and frequently is information compiled?

- In what manner is evaluation information used to make qualitative decisions about credential preparation programs?

- As improvements in programs are considered, to what degree are they based on the results of program evaluation, the implications of new knowledge about teaching and schooling as it relates to each credential area, and the identified needs of schools and districts in the local service region?

- In what ways are meaningful and substantive opportunities provided for professional practitioners in multiple credential areas and persons who represent the diversity of the community to be involved in program evaluation and development activities?

*For an internship program:  The system of program evaluation and development includes representatives of the participating district(s), and representatives of persons who hold the affected credential from the participating district(s).  Because interns perform the duties of fully certificated holders of the credential, it is important that representatives of these certificated employees, along with district representatives, participate fully in the development and evaluation of the internship program.  The ongoing evaluation and development system includes substantive involvement from the institution, participating school districts, and representatives (the certificated exclusive representatives, if applicable) of holders of the affected credential.*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

26

# COMMON STANDARD 5

## Admission

**In each professional preparation program, candidates are admitted on the basis of well-defined admission criteria and procedures (including all Commission-adopted admission requirements) that utilize multiple measures. The admission of students from a diverse population is encouraged. The institution determines that candidates meet high academic standards, as evidenced by appropriate measures of academic achievement, and demonstrate strong potential for professional success in schools, as evidenced by appropriate measures of personal characteristics and prior experience.**

### Commission-Adopted Credential Program Admission Requirements

**Multiple and Single Subject Credential Programs -** As a group, candidates admitted into the program each year have attained the median or higher in an appropriate comparison population on one or more indicators of academic achievement selected by the institution. Each individual has personal qualities and preprofessional experiences that suggest a strong potential for professional success and effectiveness as a teacher.

*All Internship Programs - Each internship candidate has had prior experiences and personal qualifications to enable candidates to perform at the level of responsibility required of an intern. Because interns perform the duties of fully certificated holders of the credential prior to the completion of a preparation program, it is important that they have had prior experiences which would adequately prepare them for the actual responsibilities of the position. When applicant's qualifications are evaluated, the program's admission criteria shall consider relevant experience and background to account for the increased responsibilities of interns.*

**General Advanced Credential Program Admission Requirements -** As a group, candidates admitted into the program each year have attained a level of academic qualifications, using one or more indicators, equivalent to or higher than candidates admitted to other post-baccalaureate programs offered by the institution. Each individual has personal qualities and prior experiences that suggest a strong potential for professional success and effectiveness in the specialist or service area.

**Library Media Teacher Credential Program Admission Requirements -** Candidates admitted into the program have met requirements that are comparable to those of other advanced programs at the institution and have demonstrated professional qualities and experiences that indicate a strong potential for professional success and effectiveness as a library media teacher.

**Health Services/School Nurse Credential Programs Admission Requirements -** As a group, candidates admitted into the program each year have attained a level of academic qualifications, using one or more indicators, equivalent or higher than candidates admitted to other post-baccalaureate programs offered by the institution. Each admitted candidate holds valid licensure as a registered nurse in California and the appropriate academic degree as determined by the

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

institution. Each individual has personal attributes and professional skills that suggest a strong potential for professional success and effectiveness as a school nurse.

**Preliminary Administrative Services Credential Programs -** As a group, candidates admitted into the program each year have attained a level of academic qualifications, using one or more indicators, equivalent to or higher than candidates admitted to other post-baccalaureate programs offered by the institution. Each individual has a record of professional accomplishment demonstrating leadership potential, and exhibits consistent adherence to moral and ethical standards of behavior.

**Professional Administrative Services Credential Programs -** Candidates are admitted into the program in a timely way, once it has been determined that they have successfully completed academic programs for the Preliminary Administrative Services Credential that have been approved by the Committee on Accreditation, or have completed the equivalent at an out-of-state institution, and are employed by a local educational agency in an administrative position.

### Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews. They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

- To what extent are the admission criteria and procedures clearly described and available to prospective candidates for credentials?

- What are the multiple measures used by the institution to define the academic achievement and professional potential of credential candidates?

- For the basic teaching credential programs, does the institution define an appropriate comparison group? Does each admitted candidate have an undergraduate GPA that is above the median GPA for the comparison group?

- For advanced credential programs, does each admitted candidate meet the institutional standards for graduate study?

- How does the institution determine and evaluate each applicant's personal qualities and preprofessional qualifications, (including entry level computer skills) for example, personal interviews with candidates, written evaluation of candidates' prior experiences with children and youth, and prior leadership activities?

- What alternative criteria and procedures are used to encourage admission of candidates from underrepresented groups?

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

- To what extent do the institution's recruitment and admissions policies and practices reflect a commitment to achieve a balanced representation of the population by gender, race, ethnicity and disability and to encourage admission of candidates from the institution's service area?

- How do the admissions criteria consider the candidates' sensitivity to (and interest in) the needs of children and youth, with special consideration for sensitivity to those from diverse ethnic, cultural and socioeconomic backgrounds?

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

29

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# COMMON STANDARD 6

## Advice and Assistance

**Qualified members of the institution's staff are assigned and available to advise candidates about their academic, professional and personal development, as the need arises, and to assist in their professional placement. Adequate information is readily available to guide each candidate's attainment of all program and credential requirements. The institution assists candidates who need special assistance, and retains in each program only those candidates who are suited for entry or advancement in the education profession.**

## Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews. They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

- How does the institution ensure that student services, including academic advisement, professional assessment, personal counseling and career placement services are provided by qualified individuals who are assigned those responsibilities?

- How are the individuals who provide advice and assistance selected, trained and informed of changing requirements?

- Are student services provided equitably and made available when the candidates need them?

- In what manner does the institution provide (a) advice regarding the realities and opportunities for entry into different areas of professional service and (b) assistance for candidates in the pursuit of employment upon completion of their programs?

- What special opportunities are provided for candidates who need special assistance? How are candidates provided with information about the availability of special assistance?

- How does the institution review each candidate's competence at designated checkpoints, inform the candidates of their status, provide opportunities for corrective learning, and only then dismiss those who are determined to be unsuited for professional service?

- How are the requirements for each credential program and information about available services made accessible to prospective and current candidates?

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

- How well does the institution ensure that each candidate is informed in writing early in his/her program about the program's prerequisites, coursework requirements, course scheduling within the program sequence, field experience requirements, and the specific deadlines for making satisfactory progress in the program? How are candidates informed about the legal requirements for state certification? How are they also informed about the individuals who are available to provide services to them?

- How are candidates informed about the multiple pathways available for obtaining certification?

- How are candidates informed of credential requirements changed as a result of new statutes and regulations?

- How are candidates informed of the requirements to renew the credential and/or complete the advanced level?

- In what manner is each candidate informed about institutional grievance and appeal procedures?

***For an internship program***: *Faculty from the institution develop an individual plan for the mentoring support and professional development of each intern while in the program. Because interns perform the duties of fully certificated holders of the credential, it is important that they have support in the performance of their tasks and the planning for their professional development. This support should be similar to that which is provided for new teachers hired by the district. Specifically, they should have an individual plan for professional development and the support of one or more mentor teachers. The individual plan for support and professional development is developed for each intern in consultation with the intern and the employing school district. The individual plan includes the provision for mentoring experiences.*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## COMMON STANDARD 7

### School Collaboration

**For each credential preparation program, the institution collaborates with local school personnel in selecting suitable school sites and effective clinical personnel for guiding candidates through a planned sequence of fieldwork/clinical experiences that is based on a well developed rationale.**

### Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews. They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

- For each credential preparation program, to what extent does an effective and ongoing system of communication and collaboration exist between the institution and local districts and school sites where candidates are placed for their field experiences?

- To what extent does the institution, in consultation with local administrators and teachers, have clear, explicit criteria for the selection of schools and district field experience supervisors? How effectively does the institution seek to place candidates in self-renewing schools in which the curriculum and the staff develop continually?

- To what extent is there a description of the fieldwork/clinical experience options that are available and how those options correspond to the organizational structure and academic requirements of each credential program?

- How does the institution ensure that each credential candidate's field/clinical experiences are planned collaboratively, involving the candidate, school district personnel and institutional personnel?

- To what extent does the institution provide opportunities for candidates to be placed in schools where computer-based technology is used to support teaching and learning?

- How thoroughly does the institution periodically review the suitability and quality of all field placement sites?

- To what extent does the institution review each candidate's fieldwork/clinical placement to ensure that candidates are assigned to appropriate sites supervisors?

- How well developed is the institution's plan and rationale for the sequence of field experiences in each credential program?

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

***For an internship program****: The very nature of an internship program requires collaboration at every stage of the program. This includes the selection of district supervisors of interns, placement of interns in teaching positions and shaping and evaluation of the internship assignments.*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## COMMON STANDARD 8

### District Field Supervisors

**Each district-employed field experience supervisor is carefully selected, trained in supervision, oriented to the supervisory role, and certified and experienced in either teaching the subject(s) of the class or performing the services authorized by the credential. District supervisors and supervisory activities are appropriately evaluated, recognized and rewarded by the institution**.

### Questions to Consider

The following questions are designed to assist accreditation team members during training and continuing accreditation reviews. They may also assist institutions in preparing proposals for initial accreditation of programs and self-study reports for continuing accreditation.

- How does the institution ensure that each candidate's field experiences are supervised by district personnel who have state certification, academic preparation and successful experience in the credential area? How do they determine that they have remained current with changes in the profession and the student population?

- How thoroughly and promptly does the institution provide for the effective role-orientation and supervisory training of each district field experience supervisor.

- To what extent does each district field experience supervisor demonstrate skills in observation and coaching techniques and in ways of successfully fostering learning in adults?

- How are fieldwork/clinical experiences evaluated collaboratively, involving the candidate, school district personnel and institutional personnel?

- To what extent does the institution recognize and reward district field experience supervisors for their services, through letters of recognition or incentives, such as tuition credits, conference attendance allowances, or instructional materials?

*For internship programs: Each intern receives support from one or more certificated person(s) who are assigned at the same school, at least one of whom is experienced in the curricular area(s) of the intern's assignment. Each person who supports one or more interns is trained in support techniques, oriented to the support role and appropriately evaluated, recognized and rewarded by the institution and/or the district. Support personnel are particularly important because interns do not have the benefit of the assistance of a cooperating (supervisory) teacher as a student teacher would have.*

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**Standards of Quality and Effectiveness
for Teacher Preparation Programs
for Preliminary Multiple and Single Subject Teaching Credentials**
Adopted, 2001
Revised November, 2003

## Category A: Program Design, Governance, and Qualities

### PROGRAM STANDARD 1

### Program Design

The professional teacher preparation program and its prerequisites include a purposeful, developmentally designed sequence of coursework and field experiences that effectively prepare candidates to teach all K-12 students and understand the contemporary conditions of schooling. The sequenced design of the program is based on a clearly stated rationale that has a sound theoretical and scholarly foundation anchored to the knowledge base of teacher education. By design, the program provides extensive opportunities for candidates to (a) learn to teach the content of the state adopted K-12 academic content standards to all students; to use state-adopted instructional materials; and to assess student progress and to apply these understandings in teaching K-12 students; (b) know and understand the foundations of education and the functions of schools in society; and (c) develop pedagogical competence as defined by the Teaching Performance Expectations (TPEs) provided in the Appendix. A Teaching performance assessment that fairly, validly and reliably assesses the TPEs is embedded by design in the program.

**Program Elements for Standard 1: Program Design**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements:

1(a)   The design of the program and the selection of prerequisites are clearly grounded in a well-reasoned rationale, which draws on sound scholarship and theory anchored to the knowledge base of teacher education, are articulated clearly, and are evident in the delivery of the program's coursework and fieldwork.

1(b)   In the program and its prerequisites, coursework and fieldwork are designed and sequenced to reflect principles of teacher development, and to address the emerging, developing needs of prospective classroom teachers enrolled in the program. The program design is informed by adult learning theory and research.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

35

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

1(c)     Throughout the program, coursework and field experiences are interrelated to form a cohesive set of learning experiences for each teacher candidate.  Each candidate gains a clear understanding of the realities of California public education.

1(d)     In conjunction with the subject matter requirement for the teaching credential, each candidate in the program understands the state-adopted academic content standards for students.  The candidate learns how to teach the content of the standards to all students, use state-adopted instructional materials, assess student progress in relation to scope and sequence of the standards and apply these understandings in teaching K-12 students**.**

1(e)     Coursework and field experiences utilize a variety of strategies for professional instruction and provide multiple opportunities for candidates to learn and practice the Teaching Performance Expectations in The Appendix.

1(f)     By design, coursework and fieldwork comprehensively assist candidates in preparing for an embedded teaching performance assessment (TPA).   Candidates are provided opportunities to practice tasks similar to those found in the teaching performance assessment.

1(g)     The program design includes planned processes for the comprehensive assessment of individual candidates on all competencies addressed in the program.   Criteria are established for individual candidate competency, and a clear definition of satisfactory completion of the professional teacher preparation program is established and utilized to make individual recommendations for the preliminary teaching credential.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 2

## Collaboration in Governing the Program

Sponsors of the professional teacher preparation program establish collaborative partnerships that contribute substantively to the quality and effectiveness of the design and implementation of candidate preparation. Partnerships address significant aspects of professional preparation, and include collaboration between (a) subject matter preparation providers and pedagogical preparation providers; and (b) at least one four-year institution of postsecondary education and at least one local education agency that recruits and hires beginning teachers. Participants cooperatively establish and review the terms and agreements of partnerships, including (a) partners' well-defined roles, responsibilities and relationships; and (b) contributions of sufficient resources to support the costs of effective cooperation.

**Program Elements for Standard 2:   Collaboration in Governing the Program**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

2(a)    In each partnership, collaboration includes purposeful, substantive dialogue in which the partners contribute to the structured design of the professional preparation program and monitor its implementation on a continuing basis. Collaborative dialogue effectively assists in the identification and resolution of program issues and candidate needs.

2(b)    Collaborative partners establish working relationships, coordinate joint efforts, and rely on each other for contributions to program quality. In discussing program issues, partners value the multiple perspectives of the respective members, and they draw openly on members' intellectual knowledge, professional expertise and practical skills.

2(c)    Partners collaborate in developing program policies and reviewing program practices pertaining to the recruitment, selection and advisement of candidates; development of curriculum; delivery of instruction; selection of field sites; design of field experiences; selection and preparation of cooperating teachers; and assessment and verification of teaching competence.

2(d)    Through substantive dialogue with subject matter preparation providers, the sponsors of pedagogical preparation programs facilitate candidates' transition into the professional education program by relating the teacher preparation curriculum to significant concepts, principles and values that are embedded in the subject matter preparation of candidates.

2(e)    The teacher preparation program sponsors establish one or more intensive partnerships with representatives of schools where candidates engage in program-based fieldwork. The program-based fieldwork component offers opportunities for purposeful involvement in collaborative partnership(s) for the design and delivery of programs by parent and

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

37

community organizations, county offices of education, educational research centers, business representatives, and teachers' bargaining agents. Dialogues pertaining to the overall availability and services of supervising teachers within the fieldwork component include bargaining units that represent teachers at the fieldwork sites. In internship programs, partnerships with bargaining agents address these program issues as well as those enumerated in Element (c) above.

2(f)    The sponsors of the teacher preparation program establish a collaborative partnership with the sponsors of one or more professional induction programs for beginning teachers giving priority to those induction programs where program completers are likely to be hired. The purposes and effective accomplishments of such a partnership include (a) articulating the contents of the professional teacher preparation program and the professional teacher induction program, and (b) facilitating transitions for prospective and beginning teachers.

2(g)    Collaborative partners recognize the critical importance of teacher preparation in K-12 schools and post-secondary education by substantively supporting the costs of cooperation through contributions of sufficient human and fiscal resources.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 3

## Relationships Between Theory and Practice

By design, the professional teacher preparation program provides extensive opportunities for candidates to analyze, implement and reflect on the relationships between theory and practice related to teaching and learning. In coursework, classroom observations and supervised fieldwork, candidates examine educational theories and research and their relationships to (a) pedagogical strategies and options, and (b) student accomplishments, attitudes and conduct. Working collaboratively, course instructors and field supervisors encourage and enable candidates to use and reflect on their understanding of relevant theory and research in making instructional decisions and improving pedagogical practices.

**Program Elements for Standard 3:    Relationships Between Theory and Practice**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

3(a)    In the program, the structured design of coursework and fieldwork includes coherent recurring examination of a broad range of foundational issues and theories and of their relationships to professional practices in schools and classrooms.

3(b)    Each candidate becomes acquainted with research-based theories and principles of human learning and development. Each candidate reflects on how these theories and practices inform school policies and practices, and affect student conduct, attitudes and achievements.

3(c)    Coursework and fieldwork that address curriculum, instruction and assessment explicitly articulate and consistently draw on basic educational principles that underlie effective professional practice.

3(d)    Throughout the program, each candidate learns to make and reflect on instructional decisions that represent informed applications of relevant educational theories and research.

3(e)    Program faculty and field supervisors explain and illustrate a variety of models of teaching. They guide and coach candidates to select and apply these models contextually (i.e., in pedagogical circumstances in which the models are most effective).

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 4

## Pedagogical Thought and Reflective Practice

By design, the professional teacher preparation program fosters the ability of candidates to evaluate instructional alternatives, articulate the pedagogical reasons for instructional decisions, and reflect on their teaching practices. The program includes literature-based analyses and critical discussions of educational and instructional issues that teachers and students face in California schools. Candidates try out alternative approaches to planning, managing and delivering instruction. They learn to assess instructional practices in relation to (a) state-adopted academic content standards for students and curriculum frameworks; (b) principles of human development and learning; and (c) the observed effects of different practices.

### Program Elements for Standard 4:   Pedagogical Thought and Reflective Practice

An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

4(a)    The program consistently articulates and models the importance of reflecting on practice and assessing alternative courses of action in teaching. Candidates learn to select and use materials, plan presentations, design activities and monitor student learning by thoughtfully assessing student needs, defining important instructional goals, considering alternative strategies, and reflecting on prior decisions and their effects.

4(b)    In the program, each candidate reads, begins to analyze, discusses and evaluates professional literature pertaining to important contemporary issues in California schools and classrooms. Each becomes acquainted with and begins to use sources of professional information in making decisions about teaching and learning.

4(c)    As candidates begin to develop professionally, the program encourages them to examine their own pedagogical practices. Through reflection, analysis, and discussion of these practices, each candidate learns to make informed decisions about teaching and learning.

4(d)    In the program, each candidate learns to teach and reflect on curriculum-based subject matter content in relation to (1) pedagogical perspectives embedded in state-adopted academic content standards, curriculum frameworks and instructional materials; (2) the intellectual, ethical, social, personal and physical development of students; (3) significant developments in the disciplines of knowledge; and (4) the context of California's economy and culture.

4(e)    The program fosters each candidate's realization that the analysis and assessment of alternative practices promote a teacher's professional growth. Each candidate learns to make pedagogical decisions based on multiple sources of information, including state-adopted instructional materials and curriculum frameworks, other professional literature, consultations with colleagues, and reflections on actual and potential practices.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## PROGRAM STANDARD 5

### Equity, Diversity and Access to the Core Curriculum for All Children

In the professional teacher preparation program, each candidate examines principles of educational equity and diversity and their implementation in curriculum content and school practices for all students. The program prepares each candidate to provide all students equitable access the core curriculum. Through coursework and fieldwork candidates learn about the ways in which their teaching practices and student learning, are shaped, informed and impacted by diversity in California society, including differences in socioeconomic status. Candidates know the protections afforded by Assembly Bill 537, Chapter 587, Statutes of 1991 and learn how to work to ensure educational equity for all children. The program includes a series of planned experiences in which candidates learn to identify, analyze and minimize personal and institutional bias.

**Program Elements for Standard 5:   Equity, Diversity and Access to the Core Curriculum**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

5(a)    The program prepares candidates to effectively teach diverse students by increasing their knowledge and understanding of the background experiences, languages, skills and abilities of student populations; and by teaching them to apply appropriate pedagogical practices that provide access to the core curriculum and lead to high achievement for all students.

5(b)    The program design includes study and discussion of the historical and cultural traditions of the major cultural and ethnic groups in California society, and examination of effective ways to include cultural traditions and community values and resources in the instructional program of a classroom.

5(c)    The program develops each candidate's ability to recognize and minimize bias in the classroom, and to create an equitable classroom community that contributes to the physical, social, emotional and intellectual safety of all students.

5(d)    The program provides ongoing opportunities for each candidate to systematically examine his/her stated and implied beliefs, attitudes and expectations related to gender, and to apply pedagogical practices that create gender-fair learning environments.

5(e)    The program provides ongoing opportunities for each candidate to systematically examine his/her stated and implied beliefs, attitudes and expectations about diverse students, families, schools and communities, and to apply pedagogical practices that foster high expectations for academic performance from all participants in all contexts.

5(f)    The program provides each candidate with the capacity to recognize students' specific learning needs, place students in appropriate contexts for learning, assist students to have

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

access to needed resources for learning, and, where appropriate, provide students with opportunities to engage in extracurricular activities.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## Category B:  Preparation to Teach Curriculum To All Students in California Schools

### PROGRAM STANDARD 6

### Opportunities to Learn, Practice and Reflect on Teaching in All Subject Areas

The professional teacher preparation program provides multiple opportunities for each candidate to learn, practice and reflect on each Teaching Performance Expectation (TPE).  Embedded in the planned curriculum of coursework and fieldwork are formative assessments of each candidate's performance on pedagogical assignments and tasks, similar to those used in the institution's teaching performance assessment (TPA).  Formative assessment activities are designed to contribute to the candidate's overall demonstrations of competence and the capacity to pass the performance assessment embedded in the program.

### Program Elements for Standard 6:   Opportunities to Learn, Practice and Reflect on Teaching

An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

6 (a)    The program provides a systematic, comprehensive curriculum that offers each candidate multiple opportunities to learn, practice and reflect on each Teaching Performance Expectation (TPE) and to understand important connections and practical relationships among the elements of coherent professional practice.

6(b)    During the program's coursework and fieldwork, each candidate's assignments and tasks include well-designed formative assessments that resemble the pedagogical assessment tasks in the embedded teaching performance assessment (TPA).  Each candidate is provided informative, helpful feedback regarding their progress toward meeting the TPEs, and this feedback contributes to each candidate's preparation for the performance assessment.

6(c)    In the program, formative and summative assessment tasks that address the full range of pedagogical competencies that comprise the program are part of the fabric of ongoing coursework and field experiences.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 7

## Preparation to Teach Reading-Language Arts

## PROGRAM STANDARD 7-A:   Multiple Subject Reading, Writing, and Related Language Instruction in English

The professional preparation program provides substantive, research-based instruction that effectively prepares each candidate for a Multiple Subject (MS) Teaching Credential to deliver a comprehensive program of systematic instruction in reading, writing and related language arts aligned with the state adopted English Language Arts Academic Content Standards for Students and the Reading/Language Arts Framework.  The program provides candidates with systematic and explicit instruction in teaching basic reading skills, including comprehension strategies, for all students, including students with varied reading levels and language backgrounds.  The Multiple Subject preparation program includes a significant practical experience component in reading, writing, and language arts that is connected to the content of coursework and that takes place throughout the program during each candidate's field experience(s), internship(s), and/or student teaching assignment(s).  The preparation program provides each candidate for a Multiple Subject Teaching Credential with experience in a classroom where beginning reading is taught.  The program places all candidates in field experience sites and student teaching assignments with teachers whose instructional approaches and methods in reading are consistent with a comprehensive, systematic program, and who collaborate with institutional supervisors and instructors.

## Program Elements for Standard 7-A:    Multiple Subject Reading, Writing, and Related Language Instruction in English

An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

7A(a)  Each candidate participates in intensive instruction in reading and language arts methods that is grounded in methodologically sound research and includes exposure to instructional programs adopted by the State Board of Education for use in California public schools.  This instruction enables her/him to provide a comprehensive, systematic program of instruction to students.  The reading and language arts instruction for students includes systematic, explicit and meaningfully-applied instruction in reading, writing, and related language skills, as well as strategies for English language learners and speakers of English, all of which is aligned with the state-adopted academic content standards for students in English Language Arts and the Reading/Language Arts Framework.

7A(b)  For each candidate, the study of reading and language arts methods includes strong preparation for teaching comprehension skills; a strong literature component; strategies that promote and guide pupil independent reading; and instructional approaches that

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

incorporate listening, speaking, reading and writing for speakers of English and English learners.

7A(c)  Each candidate's instruction and field experience include (but are not limited to) the following components:

(i)  Instruction and experience with a range of textual, functional and recreational instructional materials, as well as a variety of literary and expository texts, including materials that reflect cultural diversity, in teacher-supported and in independent reading contexts.

(ii)  Instruction and experience in developing student background knowledge and vocabulary, and in the use of reading comprehension strategies such as analysis of text structure, summarizing, questioning, and making inferences.

(iii)  Instruction and experience in promoting the use of oral language in a variety of formal and informal settings.

(iv)  Instruction and experience in writing instruction, including writing strategies, writing applications, and written and oral English language conventions.

7A(d)  For each candidate, the study of reading and language arts methods includes instruction and experience in teaching organized, systematic, explicit skills that promote fluent reading and writing, including phonemic awareness; direct, systematic, explicit phonics; and decoding skills, including spelling patterns, sound/symbol codes (orthography), and extensive practice in reading and writing.

7A(e)  For each candidate, the study of reading and language arts includes knowledge of the roles of home and community literacy practices, instructional uses of ongoing diagnostic strategies that guide teaching and assessment, early intervention techniques in a classroom setting, and guided practice of these techniques.

7A(f)  For each candidate, the study of reading and language arts includes the phonological/morphological structure of the English language, and methodologically sound research on how children learn to read, including English language learners, students with reading difficulties, and students who are proficient readers.

7A(g)  As a specific application of Common Standard 2, the institution provides adequate resources to staff reading and language arts courses, including sufficient numbers of positions for instructional faculty and field supervisors. In order to deliver appropriate instruction and support to candidates, the program provides sufficient resources to build communication and cooperation among faculty members, school district personnel and classroom teachers that reinforce connections between coursework and field experiences pertaining to reading and language arts instruction.

7A(h)  As a specific application of Common Standard 7, field experiences, student teaching assignments, and internships are designed to establish cohesive connections among the Reading Instruction Competence Assessment (RICA) content specifications, reading methods coursework, and the practical experience components of the program, and

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

include ongoing opportunities to participate in effective reading instruction that complies with current provisions of the California Education Code.

7A(i)   The field experience site placement(s) and/or supervised teaching assignment(s) of each candidate include(s) extended experience in a linguistically and/or culturally diverse classroom where beginning reading is taught.

7A(j)   As a specific application of Common Standard 8, the institution collaborates with district personnel in establishing criteria for the selection of classroom teachers to supervise candidates.   The program provides for careful and thorough communication and collaboration among field site supervisors, student teaching supervisors, and reading methods course instructors to assure modeling of effective practice, monitoring of candidate progress, and the assessment of candidate attainment of performance standards in reading, writing and related language instruction.

**PROGRAM STANDARD 7-B:    Single Subject Reading, Writing and Related Language Instruction in English**

The professional teacher preparation program provides substantive, research-based instruction that effectively prepares each candidate for any Single Subject Teaching Credential to provide instruction in content-based reading and writing skills for all students, including students with varied reading levels and language backgrounds.   The program places each candidate for a Single Subject Credential in a field experience site and a student teaching assignment with teachers whose instructional approaches and methods in reading are consistent with a comprehensive, systematic program, and are aligned with the state-adopted academic content standards for students in English Language Arts and the Reading/Language Arts Framework, and who cooperate with institutional supervisors and instructors.   The Single Subject Credential Program includes a significant practical experience component in reading that is connected to the content of coursework and that takes place during each candidate's field experience(s), internship(s), or student teaching assignment(s).

**Program Elements for Standard 7-B:    Single-Subject Reading, Writing and Related Language Instruction in English**

An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor.   The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

7B(a)   Each candidate participates in intensive instruction in reading and language arts methods that is grounded in methodologically sound research and includes exposure to well-designed instructional programs, which enables candidates to provide a comprehensive, systematic program of instruction that is aligned with the state-adopted academic content standards for students in English Language Arts and the Reading/Language Arts Framework and that includes explicit and meaningfully-applied instruction in reading,

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

47

writing and related language skills and strategies for English language learners and speakers of English.

7B(b)  For each candidate, the study of reading and language arts methods includes a rich array of effective strategies and methods for guiding and developing the content-based reading and writing abilities of all students, including students with varied reading levels and language backgrounds.

7B(c)  Each candidate's instruction and field experience include (but are not limited to) the following components:
   (i)    Instruction and field experience for teaching comprehension skills, including strategies for developing student background knowledge and vocabulary, and explicit instruction in reading comprehension strategies such as analysis of text structure, summarizing, questioning, and making inferences.
   (ii)   Instruction and experience in teaching organized, systematic, explicit skills that promote fluent reading, including decoding skills and spelling patterns.
   (iii)  Instruction and experience in using diagnostic assessment strategies for individualized content-based reading instruction, and strategies for promoting the transfer of primary language reading skills into English language reading skills.
   (iv)   Instruction and experience in promoting the use of oral and written language in a variety of formal and informal settings including teaching writing strategies for increasing content knowledge.

7B(d)  For each candidate, the study of reading and language arts includes the phonological/morphological structure of the English language, and methodologically sound research on how students learn to read, including English language learners, students with reading difficulties, and students who are proficient readers.

7B(e)  As a specific application of Common Standard 2, the institution provides adequate resources to staff content-based reading methods courses, including sufficient numbers of positions (including permanent positions) for instructional faculty and field supervisors, and provides sufficient resources to build communication and cooperation among faculty members, school district personnel and classroom teachers that reinforce connections between coursework and field experiences pertaining to content-based reading instruction.

7B(f)  As a specific application of Common Standard 7, field experiences, student teaching assignments and internships are designed to establish cohesive connections among reading methods coursework, other related coursework and the practical experience components of the program, and include ongoing opportunities to participate in effective reading instruction that complies with current provisions of the California Education Code.

7B(g)  As a specific application of Common Standard 8, the institution collaborates with district personnel in establishing criteria for the selection of classroom teachers to supervise candidates, and provides for careful and thorough communication and collaboration

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

among field site supervisors, student teaching supervisors and reading methods course instructors to assure modeling of effective practice, monitoring of candidate progress, and the assessment of candidate attainment of performance standards in reading, writing and related language instruction.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## PROGRAM STANDARD 8

### Pedagogical Preparation for Subject-Specific Content Instruction

**PROGRAM STANDARD 8-A:    Pedagogical Preparation for Subject-Specific Content Instruction by Multiple Subject (MS) Candidates**

In subjects other than Reading-Language Arts, the professional teacher preparation program provides introductory coursework and supervised practice that begin to prepare each candidate for a Multiple Subject (MS) Teaching Credential to plan and deliver content-specific instruction consistent with state-adopted academic content standards for students and curriculum frameworks in the following major subject areas: mathematics, science, history-social science, the visual and performing arts, physical education, and health. In the program, MS candidates apply Teaching Performance Expectations (TPEs) to the teaching of each major subject area, and they learn and use specific pedagogical knowledge and skills that comprise the subject-specific TPEs for Multiple Subject Candidates. In each major subject area, MS candidates demonstrate basic ability to plan and implement instruction that fosters student achievement of state-adopted academic content standards for students, using appropriate instructional strategies and materials. In the program, candidates begin to interrelate ideas and information within and across the major subject areas.

**Program Elements for Standard 8-A:    Pedagogical Preparation for Subject-Specific Content Instruction by Multiple-Subject (MS) Candidates**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

8A(a)  **Mathematics.**  During interrelated activities in program coursework and fieldwork, MS candidates learn about the interrelated components of a balanced program of mathematics instruction: computational and procedural skills; conceptual understanding of the logic and structure of mathematics; and problem-solving skills in mathematics. They learn to (1) recognize and teach logical connections across major concepts and principles of the state-adopted academic content standards for students in mathematics (K – 8), (2) enable K – 8 students to apply learned skills to novel and increasingly complex problems; (3) model and teach students to solve problems using multiple strategies; (4) anticipate, recognize and clarify mathematical misunderstandings that are common among K – 8 students; (5) design appropriate assignments to develop student understanding, including appropriate problems and practice; and (6) interrelate ideas and information within and across mathematics and other subject areas.

8A(b)  **Science.** During interrelated activities in program coursework and fieldwork, MS candidates learn to (1) relate the state-adopted academic content standards for students in Science (K -8) to major concepts, principles and investigations in the science disciplines; (2) plan and implement instruction in which physical science, life science and earth

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

science standards are achieved in conjunction with the investigation and experimentation standards in the science subjects (K-8); (3) plan and organize effective laboratory and field activities in which K-8 students learn to ask important questions and acquire increasingly complex investigation skills; and (4) to interrelate ideas and information within and across science and other subject areas.

8A(c)  **History-Social Science.** During interrelated activities in program coursework and fieldwork, MS candidates learn to (1) teach state-adopted academic content standards for students in history while helping students to learn and use basic analysis skills in history and social science; (2) enrich the study of history by drawing on social science concepts, case studies and cross-cultural activities; (3) incorporate basic critical thinking skills and study skills into content-based instruction; and (4) utilize active forms of social studies learning, including simulations, debates, research activities and cooperative projects. MS candidates begin to interrelate ideas and information within and across history/social science and other subject areas.

8A(d)  **Visual and Performing Arts.** During interrelated activities in program coursework and fieldwork, MS candidates learn specific teaching strategies that are effective in achieving the goals of artistic perception; creative expression; understanding the cultural and historical origins of the arts; pursing meaning in the arts; and making informed judgements about the arts. In the program, candidates learn to teach how various art forms relate to each other, other subject areas, and to careers.

8A(e)  **Physical Education.** During interrelated activities in program coursework and fieldwork, MS candidates learn content-specific teaching strategies that are effective in achieving the goals of the development of a variety of motor skills and abilities in students; student recognition of the importance of a healthy lifestyle; student knowledge of human movement; student knowledge of the rules and strategies of games and sports; and student self-confidence and self-worth in relation to physical education and recreation.

8A(f)  **Health.** During interrelated activities in program coursework and fieldwork, MS candidates learn content-specific teaching strategies that are effective in achieving the goals of the acceptance of personal responsibility for lifelong health; respect for and promotion of the health of others; understanding of the process of growth and development; and informed use of health-related information, products, and services.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**PROGRAM STANDARD 8-B:     Pedagogical Preparation for Subject-Specific Content Instruction by Single Subject (SS) Candidates**

In the subject to be authorized by the Single Subject Teaching Credential, the professional teacher preparation program provides substantive instruction and supervised practice that effectively prepare each candidate for an SS Credential to plan and deliver content-specific instruction that is consistent with (1) the state-adopted academic content standards for students and/or curriculum framework in the content area, and (2) the basic principles and primary values of the underlying discipline. The program provides multiple opportunities for each SS candidate (1) to apply the Teaching Performance Expectations (TPEs) in The Appendix to instruction in the subject to be authorized by the credential, and (2) to learn, practice and reflect on the specific pedagogical knowledge and skills that comprise the Commission adopted subject-specific TPEs. In the program, each SS candidate demonstrates basic ability to: plan and organize instruction to foster student achievement of state-adopted K-12 academic content standards for students in the subject area; use instructional strategies, materials, technologies and other resources to make content accessible to students; and interrelate ideas and information within and across major subdivisions of the subject.

**Program Elements for Standard 8-B:     Pedagogical Preparation for Subject-Specific Content Instruction by Single-Subject (SS) Candidates**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

8B(a)   **Mathematics.**   During interrelated activities in program coursework and fieldwork, SS mathematics candidates acquire a deep understanding of the interrelated components of a balanced program of mathematics instruction: computational and procedural skills; conceptual understanding of mathematics; and problem solving skills in mathematics. They learn to (1) recognize and teach logical connections across major concepts and principles of the state-adopted K-12 academic content standards for students in Mathematics (Grades 7-12); (2) enable students in Grades 7-12 to apply learned skills to increasingly novel and complex problems; (3) demonstrate and teach multiple solution strategies for broad categories of problems; (4) anticipate, recognize and clarify mathematical misunderstandings that are common among students in Grades 7-12; and (5) design exercises for practicing mathematics skills, including the selection of appropriate problems for practice.

8B(b)   **Science**.   During interrelated activities in program coursework and fieldwork, SS science candidates learn to (1) relate the state-adopted K-12 academic content standards for students in Science (Grades 7-12) to major concepts, principles and investigations in the science disciplines**;** (2) plan and implement instruction in which physical science, life science and earth science standards are achieved in conjunction with the investigation and experimentation standards in the science subjects (Grades 7-12); and (3) plan and

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

organize effective laboratory and/or field activities in which students in Grades 7-12 learn to ask important questions and conduct careful investigations.

8B(c)  **History-Social Science**. During interrelated activities in program coursework and fieldwork, SS history/social science candidates learn and practice ways to (1) state-adopted K-12 academic content standards for students in history while helping students to use history-social science analysis skills at intermediate and advanced levels; (2) apply social science concepts to historical issues and enrich the study of history through in-depth case studies, historical literature, and cross-cultural activities; (3) encourage civic participation through studies of democratic civic values and constitutional principles; (4) deal honestly and accurately with controversial issues in historical or contemporary contexts; (5) discuss important roles of religion in world and United States history without bias; (6) incorporate  a range of critical thinking skills and academic study skills into social studies instruction; and (7) utilize active forms of social science learning with all students, including simulations, debates, research studies and cooperative projects.

8B(d)  **English.**  During interrelated activities in program coursework and fieldwork, SS English candidates learn and practice ways to: (1) teach advanced skills and understandings in the use of oral and written language as described in the state-adopted academic content standards for students in English Language Arts using specific methods such systematic comprehension support, analysis of informational and literary texts, use of technology for research support and editing, and direct instruction of various writing applications, strategies, and written and oral conventions; (2) understand how to teach the purposes and characteristics of the major genres of literature; (3) teach a strong literature, language, and comprehension program that includes oral and written language; and (4) increase their knowledge and skills of content based reading and writing methods, building on a foundation of linguistics that includes the phonological/ morphological structure of the English language.

8B(e)  **Art, Music, Theatre, and Dance.**  During interrelated activities in program coursework and fieldwork, SS art, music, theatre, and dance candidates learn, understand, and use specific teaching strategies and activities for achieving the fundamental goals of the *Visual and Performing Arts Framework* and *Student Academic Content Standards,* including (1) processing sensory information through elements unique to art, music, theatre, or dance (artistic perception); (2) producing works in art, music, theatre, or dance (creative expression); (3) understanding the historical and cultural origins of art, music, theatre, or dance (historical and cultural context); (4) pursuing meaning in art, music, theatre, or dance (aesthetic valuing); and (5) relating what is learned in art, music, theatre, or dance to other subject areas and to careers (connections, relationships, applications). In the program, candidates for SS Credentials are prepared to guide students in Grades 7-12 during the production of expressive works and in discussions that focus on analysis and interpretation of their own work and the work of others.

8B(f)  **Physical Education.**   During interrelated activities in program coursework and fieldwork, SS physical education candidates learn, understand and use content-specific

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

teaching strategies for achieving the fundamental goals of the *Physical Education Framework* including (1) developing motor skills and abilities through varied activities, (2) developing health-enhancing levels of physical fitness, (3) knowing and understanding principles of human movement, and (4) practicing social skill development and fair play in games and sports.

8B(g)  **Languages Other than English.**  During interrelated activities in program coursework and fieldwork, SS languages candidates learn to teach the fundamental goals of the *Foreign Language Framework* and to (1) teach in a proficiency-oriented program of foreign language instruction that facilitates substantive communication orally and in writing, (2) demonstrate a high level of proficiency in the language that allows them to conduct their classes with ease and confidence with varied instructional levels, (3) use appropriate and varied language with accuracy and fluency, (4) know structural rules and practical use of the target language and validate the variation and usage of the home languages of their students.  Each candidate is prepared to teach students to use the language of study to exchange information in a variety of contexts; assist students to develop proficiency in hearing, speaking, reading and writing the target language; enable students to understand cultures and societies in which the language is spoken; and develop students' insights into the nature of language.

8B(h)  **Health Science.**  During interrelated activities in program coursework and fieldwork, SS health science candidates learn to (1) plan and implement instruction based on the *Health Framework for California Public Schools,* (2) create a learning climate sensitive to the health-related needs of all students, (3) implement instructional strategies which result in students' understanding of scientifically based principles of health promotion and disease prevention, incorporating that knowledge into personal health-related attitudes and behaviors, and making good health a personal priority, (4) link instruction to the health of students' family, school and community, and (5) initiate instruction which enhances students' resiliency and supports their development of positive assets.

8B(i)  **Agriculture.**  During interrelated activities in program coursework and fieldwork, SS agriculture candidates learn, understand and use content-specific teaching strategies and instructional planning approaches appropriate to the subject area.  In authorizations of Single Subject Teaching Credentials for agriculture, candidates for SS Credentials learn and practice important Teaching Performance Expectations during the teaching of the intended subject as envisioned in state and national policy frameworks.

8B(j)  **Business Education.**  During interrelated activities in program coursework and fieldwork, SS business candidates learn, understand and use content-specific teaching strategies and instructional planning approaches appropriate to the subject area.  In authorizations of Single Subject Teaching Credentials for business education, candidates for SS Credentials learn and practice important Teaching Performance Expectations during the teaching of the intended subject as envisioned in state and national policy frameworks.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

8B(k)  **Home Economics.**   During interrelated activities in program coursework and fieldwork, SS home economics candidates learn, understand and use content-specific teaching strategies and instructional planning approaches appropriate to the subject area.   In authorizations of Single Subject Teaching Credentials for home economics, candidates for SS Credentials learn and practice important Teaching Performance Expectations during the teaching of the intended subject as envisioned in state and national policy frameworks.

8B(l)  **Industrial Technology.**   During interrelated activities in program coursework and fieldwork, SS industrial technology candidates learn, understand and use content-specific teaching strategies and instructional planning approaches appropriate to the subject area. In authorizations of Single Subject Teaching Credentials for industrial technology, candidates for SS Credentials learn and practice important Teaching Performance Expectations during the teaching of the intended subject as envisioned in state and national policy frameworks.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 9

## Using Technology in the Classroom

Through planned prerequisite and/or professional preparation, each candidate learns and begins to use appropriately computer-based technology to facilitate the teaching and learning process. Each candidate demonstrates knowledge of current basic computer hardware and software terminology and demonstrates competency in the operation and care of computer related hardware. Each candidate demonstrates knowledge and understanding of the legal and ethical issues concerned with the use of technology. Each candidate demonstrates knowledge and understanding of the appropriate use of computer-based technology for information collection, analysis and management in the instructional setting. Each candidate is able to select and evaluate wide array of technologies for effective use in relation to the state-adopted academic curriculum.

**Program Elements for Standard 9:   Using Computer-Based Technology in the Classroom**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

9(a)    Each candidate considers the content to be taught and selects appropriate technological resources to support, manage, and enhance student learning in relation to prior experiences and level of academic accomplishment.

9(b)    Each candidate analyzes best practices and research findings on the use of technology and designs lessons accordingly.

9(c)    Each candidate is familiar with basic principles of operation of computer hardware and software, and implements basic troubleshooting techniques for computer systems and related peripheral devices before accessing the appropriate avenue of technical support.

9(d)    Each candidate uses computer applications to manage records and to communicate through printed media.

9(e)    Each candidate interacts with others using e-mail and is familiar with a variety of computer-based collaborative.

9(f)    Each candidate examines a variety of current educational technologies and uses established selection criteria to evaluate materials, for example, multimedia, Internet resources, telecommunications, computer-assisted instruction, and productivity and presentation tools. (See California State guidelines and evaluations.)

9(g)    Each candidate chooses software for its relevance, effectiveness, alignment with content standards, and value added to student learning.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

9(h)    Each candidate demonstrates competence in the use of electronic research tools and the ability to assess the authenticity, reliability, and bias of the data gathered.

9(i)    Each candidate demonstrates knowledge of copyright issues and of privacy, security, safety issues and Acceptable Use Policies.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

57

## Category C:  Preparation to Teach All Students in California Schools

### PROGRAM STANDARD 10

### Preparation for Learning to Create a Supportive, Healthy Environment for Student Learning

The professional teacher preparation program provides multiple opportunities for candidates to learn how personal, family, school, community and environmental factors are related to students' academic, physical, emotional and social well-being.  Candidates learn about the effects of student health and safety on learning; and they study the legal responsibilities of teachers related to student health and safety.  They learn and apply skills for communicating and working constructively with students, their families and community members.  They understand when and how to access site-based and community resources and agencies, including social, health, educational and language services, in order to provide integrated support to meet the individual needs of each student.

### Program Elements for Standard 10: Preparation for Learning to Create a Supportive, Healthy Environment for Student Learning

An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

10(a)  Through planned prerequisite and/or professional preparation, each candidate studies, learns and begins to apply concepts and strategies that contribute to respectful and productive teacher relationships with families and local communities, with emphasis on:

    (i)    knowledge of major laws and principles that address student rights and parent rights pertaining to student placements;

    (ii)    the effects of family involvement on teaching, learning and academic achievement;

    (iii)    knowledge of and respect for diverse family structures, community cultures and child rearing practices;

    (iv)    effective communication with all families; and

    (v)    the variety of support and resource roles that families may assume within and outside the school.

10(b)  Through planned prerequisite and/or professional preparation, each candidate studies, learns and begins to apply major concepts, principles, and values necessary to create and sustain a just, democratic society and applies them in school and classroom settings.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

10(c)  Through planned prerequisite and/or professional preparation, each candidate studies and learns major laws, concepts and principles related to student health and safety and begins to apply concepts and strategies that foster student health and contribute to a healthy environment for learning, with emphasis on:

  (i)    the health status of children and youth, its impact on students' academic achievement and how common behaviors of children and adolescents can foster or compromise their health and safety;

  (ii)   common chronic and communicable diseases of children and adolescents, and how to make referrals when these diseases are recognizable at school;

  (iii)  effective strategies for encouraging the healthy nutrition of children and youth; and

  (iv)   knowledge and understanding of the physiological and sociological effects of alcohol, narcotics, drugs and tobacco; and ways to identify, refer, and support students and their families who may be at risk of physical, psychological, emotional or social health problems.

10(d)  Through planned prerequisite and/or professional preparation, candidates begin to learn to anticipate, recognize and defuse situations that may lead to student conflict or violence.  Candidates have opportunities to learn and practice effective strategies and techniques for crisis prevention and conflict management and resolution in ways that contribute to respectful, effective learning environments.

10(e)  Through planned prerequisite and/or professional preparation, candidates learn about the range of social, health, educational and language-related service agencies and other resources that are available at school and off-campus, particularly ones that promote student health and school safety, and reduce school violence.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

59

# PROGRAM STANDARD 11

## Preparation to Use Educational Ideas and Research

Through planned prerequisite and/or professional preparation, candidates learn major concepts, principles, theories and research related to child and adolescent development; human learning; and the social, cultural and historical foundations of education.  Each candidate examines how selected concepts and principles are represented in contemporary educational policies and practices in California schools.  Candidates define and develop their professional practice by drawing on their understanding of educational foundations and their contemporary applications.

**Program Elements for Standard 11:   Preparation to Use Educational Ideas and Research**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

11(a)   ***Child and Adolescent Development***.   Through planned prerequisite and/or professional preparation, each candidate learns major concepts, principles, theories and research related to the cognitive, linguistic, social, emotional and physical development of children and adolescents.  In the program, each candidate begins to use this knowledge to create learning opportunities that support student development, motivation and learning.  The program provides opportunities for candidates to learn and apply developmentally appropriate teaching strategies during the supervised fieldwork sequence.

11(b)   ***Theories of Learning***.   Through planned prerequisite and/or professional preparation, each candidate learns major concepts, principles and research associated with theories of human learning and achievement.  In the program, candidates begin to rely on knowledge of human learning in designing, planning and delivering instruction.

11(c)   ***Social, Cultural and Historical Foundations***.   Through planned prerequisite and/or professional preparation, each candidate learns major concepts and principles regarding the historical and contemporary purposes, roles and functions of education in American society.  Candidates examine research regarding the social and cultural conditions of K-12 schools.  In the program, candidates begin to draw on these foundations as they (1) analyze teaching/learning contexts; (2) evaluate instructional materials; (3) select appropriate teaching strategies to ensure maximum learning for all students; and (4) reflect on pedagogical practices in relation to the purposes, functions and inequalities of schools.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 12

## Professional Perspectives Toward Student Learning and The Teaching Profession

In the teacher preparation program, each candidate begins to develop a professional perspective on teaching that includes an ethical commitment to teach every student effectively and to develop as a professional educator. During interrelated coursework and fieldwork, candidates learn how social, emotional, cognitive and pedagogical factors impact student learning outcomes, and how a teacher's beliefs, expectations and behaviors strongly affect learning on the part of student groups and individuals. Each candidate accepts the responsibility of a teacher to provide equitable access for all students to core academic content, to promote student academic progress equitably and conscientiously, and to foster the intellectual, social and personal development of children and adolescents. Individually and collaboratively with colleagues, candidates examine and reflect on their teaching practices and professional behaviors in relation to principles of classroom equity and the professional responsibilities of teachers.

**Program Elements for Standard 12:    Professional Perspectives Toward Student Learning and The Teaching Profession**
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

12(a)   Through planned prerequisite and/or professional preparation, candidates study different perspectives on teaching and learning, explore alternative conceptions of education, and develop professional perspectives that recognize the ethical and professional responsibilities of teachers toward the work of teaching and toward students.

12(b)   Through planned prerequisite and/or professional preparation, candidates learn about research on relationships between (1) the background characteristics of students and inequities in academic outcomes of schooling in the United States, and (2) teacher expectations and student achievement.

12(c)   Through planned prerequisite and/or professional preparation, candidates learn the importance of challenging students to set and meet high academic expectations for themselves. Candidates learn how to use multiple sources of information, including qualitative and quantitative data, to assess students' existing knowledge and abilities, and to establish ambitious learning goals for students.

12(d)   Through planned prerequisite and/or professional preparation, candidates learn why and how to consider students' prior knowledge, experiences, abilities and interests as they plan academic instruction. Through instruction and coaching, candidates assume the responsibility to maximize each learner's achievements by building on students' prior instruction and experience.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

12(e)  Through planned prerequisite and/or professional preparation, candidates learn about the professional responsibilities of teachers related to the personal, social and emotional development of children and youth, while emphasizing the teacher's unique role in advancing each student's academic achievements.

12(f)  Through planned prerequisite and/or professional preparation, candidates learn the benefits for students of collaborative, collegial planning by teachers and other adults in K-12 schools.  On multiple occasions, each candidate works closely with one or more colleagues to design and deliver effective, coordinated instruction.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 13

## Preparation to Teach English Learners

**Preface:**  This standard functions in conjunction with Standards 7A and 7B on Reading.  The competencies articulated in this standard are specific applications of Standard 7A, Elements (b) (f) and (i), and Standard 7B, Elements (a) (b) (c) and (d).

In the professional teacher preparation program all candidates have multiple systematic opportunities to acquire the knowledge, skills and abilities to deliver comprehensive instruction to English learners.  Candidates learn about state and federal legal requirements for the placement and instruction of English learners.  Candidates demonstrate knowledge and application of pedagogical theories, principles and practices for English Language Development leading to comprehensive literacy in English, and for the development of academic language, comprehension and knowledge in the subjects of the core curriculum.  Candidates learn how to implement an instructional program that facilitates English language acquisition and development, including receptive and productive language skills, and that logically progresses to the grade level reading/language arts program for English speakers.  Candidates acquire and demonstrate the ability to utilize assessment information to diagnose students' language abilities, and to develop lessons that promote students' access to and achievement in the state-adopted academic content standards.  Candidates learn how cognitive, pedagogical and individual factors affect student's language acquisition.

### Program Elements for Standard 13:   Preparation to Teach English Learners
An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

13(a)   The program provides opportunities for candidates to understand the philosophy, design, goals and characteristics of school-based organizational structures designed to meet the needs of English learners, including programs for English language development and their relationship to the state-adopted reading/language arts student content standards and framework.

13(b)   The program's coursework and field experiences include multiple systematic opportunities for candidates to learn, understand and effectively use materials, methods and strategies for English language development that are responsive to students' assessed levels of English proficiency, and that lead to the rapid acquisition of listening, speaking, reading and writing skills in English comparable to those of their grade level peers.

13(c)   Through planned prerequisite and/or professional preparation, candidates learn relevant state and federal laws pertaining to the education of English learners, and how they impact student placements and instructional programs.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

13(d)   The program design provides each candidate opportunities to acquire knowledge of linguistic development, first and second language acquisition and how first language literacy connects to second language development.

13(e)   The program's coursework and field experiences include multiple systematic opportunities for candidates to understand and use instructional practices that promote English language development, including management of first- and second-languages, classroom organization, and participation by specialists and paraprofessionals.

13(f)   The program's coursework and field experiences include multiple systematic opportunities for candidates to acquire, understand and effectively use systematic instructional strategies designed to make grade-appropriate or advanced curriculum content comprehensible to English learners.

13(g)   Through coursework and field experiences candidates learn and understand how to interpret assessments of English learners.  Candidates understand the purposes, content and uses of California's English Language Development Standards, and English Language Development Test.  They learn how to effectively use appropriate measures for initial, progress monitoring, and summative assessment of English learners for language development and for content knowledge in the core curriculum.

13(h)   The program is designed to provide opportunities for candidates to learn and understand the importance of students' family and cultural backgrounds and experiences.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## PROGRAM STANDARD 14

### Preparation to Teach Special Populations in the General Education Classroom

In the professional teacher preparation program, each candidate develops the basic knowledge, skills and strategies for teaching special populations including students with disabilities, students on behavior plans, and gifted and talented students in the general education classroom. Each candidate learns about the role of the general education teacher in the special education process. Each candidate demonstrates basic skill in the use of differentiated instructional strategies that, to the degree possible, ensure that all students have access to the core curriculum. Each candidate demonstrates the ability to create a positive, inclusive climate of instruction for all special populations in the general classroom.

**Program Elements for Standard 14:   Preparation to Teach Special Populations in the General Education Classroom**

An accreditation team determines whether the preliminary teacher preparation program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to each of the following elements.

14(a)   Through planned prerequisite and/or professional preparation, each candidate learns about major categories of disabilities.

14(b)   Through planned prerequisite and/or professional preparation, each candidate learns relevant state and federal laws pertaining to the education of exceptional populations, as well as the general education teacher's role and responsibilities in the Individual Education Program (IEP) process, including: identification; referral; assessment; IEP planning and meeting; implementation; and evaluation.

14(c)   Through planned prerequisite and/or professional preparation, each candidate is provided with a basic level of knowledge and skills in assessing the learning and language abilities of special population students in order to identify students for referral to special education programs and gifted and talented education programs.

14(d)   Through planned prerequisite and/or professional preparation, each candidate learns to select and use appropriate instructional materials and technologies, including assistive technologies, and differentiated teaching strategies to meet the needs of special populations in the general education classroom.

14(e)   Through planned prerequisite and/or professional preparation, each candidate learns the skills to plan and deliver instruction to those identified as students with special needs and/or those who are gifted and talented that will provide these students access to the core curriculum.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

14(f)  Through planned prerequisite and/or professional preparation, each candidate learns skills to know when and how to address the issues of social integration for students with special needs who are included in the general education classroom.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## Category D:  Supervised Fieldwork in the Program

### PROGRAM STANDARD 15

### Learning to Teach Through Supervised Fieldwork

The professional teacher preparation program includes a developmental sequence of carefully-planned, substantive, supervised field experiences in public schools selected by the program sponsor.  By design, this supervised fieldwork sequence (1) extends candidates' understanding of major ideas and emphases developed in program and/or prerequisite coursework, (2) contributes to candidates' meeting the Teaching Performance Expectations, and (3) contributes to candidates' preparation for the Teaching performance assessment (TPA) in the program.  To qualify for a Preliminary Level I Teaching Credential, each candidate satisfactorily completes a planned sequence of supervised school-based experiences that contribute to her/his preparation to serve as a competent beginning teacher in an induction program.

**Program Elements for Standard 15:   Learning to Teach Through Supervised Fieldwork**
An accreditation team determines whether the preliminary teacher education program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

**Elements Applicable to All Programs of Professional Teacher Preparation**

15(a)   During the supervised fieldwork sequence, all candidates plan and practice multiple strategies for managing and delivering instruction that were introduced and examined in program and/or prerequisite coursework.   As part of the sequence, all candidates complete individual assignments and group discussions in which coursework-based strategies are used and reviewed in relation to (1) state-adopted student academic content standards and curriculum frameworks; (2) students' needs, interests and accomplishments; and (3) the observed results of the strategies.

15(b)   During the supervised fieldwork sequence, program sponsors ensure that candidates have extensive opportunities to observe, acquire and utilize important pedagogical knowledge, skills and abilities, including those defined in the Teaching Performance Expectations in The Appendix.

15(c)   During the supervised student teaching or internship, each candidate is supervised in daily teaching for a minimum of one K-12 grading period, including in a full-day teaching assignment of at least two weeks, commensurate with the authorization of the recommended credential.  As part of this experience, or in a different setting if necessary, each candidate teaches in public schools, experiences all phases of a school year on-site and has significant experiences teaching English learners.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**Elements Applicable to a Program with Supervised Student Teaching**

15(d)   The structured sequence of supervised fieldwork includes a formal process for determining the readiness of each student teacher for advancement to daily responsibility for whole-class instruction in the program.   Prior to or during the program, each candidate observes, discusses, reflects on and participates in important aspects of teaching, and teaches individual students and groups of students before being given daily responsibility for whole-class instruction.   Prior to or during the program each candidate observes and participates in two or more K-12 classrooms, including classrooms in hard-to-staff and/or under-performing schools.

15(e)   Prior to or during the program each Multiple Subject Teaching Credential candidate observes and participates at two or more of the following grade spans: K-2, 3-5, and 6-9.

15(f)   Prior to or during the program each Single Subject Teaching Credential candidate observes and/or participates in two or more subject-specific teaching assignments that differ in content and/or level of advancement.

**Elements Applicable to Intern Programs**

*15(g)   The sponsor of a program with supervised internship teaching collaborates with the cooperating local education agency(ies) in designing (1) site-based supervision of instruction during each intern's period of daily teaching responsibility and (2) a structured sequence of supervised fieldwork that includes planned observations, consultations, reflections and individual and small-group teaching opportunities, as needed, prior to or concurrent with the intern's advancement to daily responsibility for whole-class instruction in the program.   In addition, when an intern is the teacher of record, each intern observes and/or participates in the instruction of students in settings and grade levels different than the regular assignment.*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 16

## Selection of Fieldwork Sites and Qualifications of Field Supervisors

In addition to the provisions of Common Standard 7, sponsors of the professional teacher preparation program select each school site for candidate field experiences based on a sound rationale related to the professional preparation of candidates.  In addition to the provisions of Common Standard 8, sponsors of the program effectively appraise the qualifications of school-based supervisors; provide for their role-specific orientation and preparation; and communicate with them about responsibilities, rights, and expectations pertaining to candidates and supervisors.

**Program Elements for Standard 16:   Selection of Fieldwork Sites and Qualifications of Field Supervisors (Applicable to All Programs)**
An accreditation team determines whether the preliminary teacher education program meets this standard based on evidence provided by the program sponsor.  The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

16(a)    For all candidates, program sponsors and cooperating school administrators select fieldwork sites and classrooms based on the effectiveness of observed teaching and learning.  Except in unusual, unanticipated circumstances, fieldwork assignments occur at pre-selected sites where the state-adopted academic core curriculum is effectively implemented.

16(b)    Program sponsors and cooperating administrators provide opportunities for each candidate to work with exemplary certificated teachers in fieldwork assignments, including assignments in low-performing and/or hard-to-staff schools and/or assignments with English learners.

16(c)    Program sponsors and school-site representatives clearly outline and consistently follow criteria and procedures for selecting teachers to supervise field experiences in the program.  Selection criteria are consistent with the supervising teacher's specified roles and responsibilities, and include knowledge of state-adopted content standards for students and effectiveness in collaborating and communicating with other professional teachers.

16(d)    In the program, each teacher who supervises a candidate during a period of daily responsibility for whole-class instruction holds a valid credential that authorizes the teaching assignment.  Each candidate's teaching of English learners (EL) is supervised by a teacher who holds a valid EL teaching authorization.

16(e)    Program sponsors and cooperating school administrators enable supervising teachers to complete, as needed, planned professional training to develop their understanding of the developmental progression of beginning teachers;  the Teaching Performance

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

69

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

Expectations for Preliminary Teaching Credentials; state-adopted academic content standards for students; theory-practice relationships in the program's curriculum; and effective professional communication with student teachers and intern teachers.

16(f)    Individuals selected to provide professional development to supervising teachers (1) are experienced and effective in supervising credential candidates; (2) know and understand current educational theory and practice, the sponsors' expectations for supervising teachers, state-adopted academic content standards and frameworks, and the developmental stages of learning-to-teach; (3) model collegial supervisory practices that foster success among credential candidates; and (4) promote reflective practice.

16(g)    In consultation with cooperating school and district administrators, program sponsors communicate to all fieldwork participants, orally and in writing, the clearly-defined roles and responsibilities of candidates, institutional supervisors, and supervising teachers in the supervised fieldwork sequence.  Each teacher who supervises a candidate during a period of daily whole-class instruction is well-informed about (1) performance expectations for the candidate's teaching and pertaining to his/her supervision of the candidate, and (2) procedures to follow when the candidate encounters problems in teaching.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**PROGRAM STANDARD 17**

**Candidate Qualifications for Teaching Responsibilities in the Fieldwork Sequence**

Qualified members of the professional teacher preparation program determine and document the satisfactory qualifications and developmental readiness of each candidate prior to (1) being given instructional responsibilities with K-12 students and (2) being given daily whole-class instructional responsibilities in a K-12 school.

**Program Elements for Standard 17:    Candidate Qualifications for Teaching Responsibilities in the Fieldwork Sequence**

An accreditation team determines whether the preliminary teacher education program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

17(a)    Prior to student teaching, or for intern candidates, prior to being given daily responsibility for whole class instruction in a K-12 school or becoming a teacher of record in a K-12 school, each candidate fulfills the state basic skills requirement, and also verifies completion of subject matter competence.

- Multiple Subject candidates (traditional, internship, and/or blended/integrated), must provide evidence of having passed the appropriate subject matter examination(s).

- Single Subject candidates in traditional and/or internship programs must provide evidence of having passed the appropriate subject matter examination(s) or having completed the appropriate Commission-approved subject matter preparation program, or a course of study deemed equivalent by the program sponsor.

- Single Subject candidates in blended/integrated programs, must provide evidence of having passed the appropriate subject matter examination(s), or having completed at least four-fifths (4/5) of the appropriate Commission-approved subject matter preparation program, or a course of study deemed equivalent by the program sponsor.

17(b)    Prior to assuming daily responsibility for whole class instruction in a K-12 school, each candidate must demonstrate a fundamental ability to teach in the major domains of the Teaching Performance Expectations.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# PROGRAM STANDARD 18

## Pedagogical Assignments and Formative Assessments During the Program

As each candidate progresses through the program of sequenced coursework and supervised fieldwork, pedagogical assignments and tasks are increasingly complex and challenging. During the program, the candidate's pedagogical assignments (1) address the Teaching Performance Expectations (TPEs) as they apply to the subjects to be authorized by the credential, and (2) closely resemble the pedagogical tasks that comprise the Teaching performance assessment (TPA) in the program. Pedagogical assignments and tasks are clearly defined; the candidate is appropriately coached and assisted in the satisfactory completion of pedagogical tasks and assignments. Qualified supervisors formatively assess each candidate's pedagogical performance in relation to the TPEs. The candidate receives complete, accurate and timely performance feedback and suggestions for improved practice, as needed.

**Program Elements for Standard 18:    Pedagogical Assignments and Formative Assessments During the Program**
An accreditation team determines whether the preliminary teacher education program meets this standard based on evidence provided by the program sponsor. The team must determine that the quality of the program has been clearly and effectively substantiated in relation to the following elements.

18(a)    During the supervised fieldwork sequence, the assigned tasks of student teachers become more complex and address increasingly important aspects of a teacher's work in delivering the curriculum to students of varying backgrounds and abilities. Supervisors of intern teachers draw their attention to increasingly complex aspects of their teaching responsibilities and expect candidates to make adjustments and improvements in these aspects of teaching, as needed.

18(b)    In the supervised fieldwork sequence, the pedagogical assignments and tasks of Multiple Subject Teaching Credential candidates address: (1) the full range of Teaching Performance Expectations (TPEs) as they apply to and/or are used in the teaching of reading; (2) the major domains of the TPEs as they apply to and/or are used in the teaching of mathematics, science, history-social science, the arts, physical education and health, and (3) TPE 7: Teaching English learners (see Appendix) as it applies to and/or is used in the teaching of English language development.

18(c)    In the supervised fieldwork sequence, the pedagogical assignments and tasks of Single Subject Teaching Credential candidates address: (1) the full range of TPEs as they apply to and/or are used in the teaching of major subdivisions of the subject to be authorized by the credential, and (2) the major domains of the TPEs as they apply to and/or are used in the teaching of reading, and (3) TPE 7 as it applies to specially-designed academic instruction delivered in English.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

18(d)    By design, pedagogical tasks and assignments in the supervised fieldwork sequence provide opportunities for each candidate to practice performing in relation to the TPEs, and to have her/his performances assessed formatively by one or more supervisors who know and understand the *California Standards for the Teaching Profession* and are trained assessors of beginning teachers.   The formative assessment of each candidate addresses the TPEs as specified in Program Elements (b) and (c).

18(e)    Each candidate's supervisors guide and assist the candidate, as needed, in completing assigned tasks that resemble pedagogical assessment tasks in the TPA.  Each candidate clearly understands her/his assignments and tasks in the supervised fieldwork sequence. Supervisors and advisors are available to clarify and review the program's expectations for candidates' responsibilities.  Each member of the program staff assists and supports candidates in learning a broad range of the TPEs in The Appendix.

18(f)    In the supervised fieldwork sequence, candidates regularly receive performance feedback that addresses the TPEs as specified in Elements (b) and (c); accurately portrays observed performance levels in relation to adopted scoring rubrics; and occurs soon after tasks and assignments have been completed.

18(g)    Program sponsors and collaborating school administrators provide for frequent consultation among course instructors, program-based supervisors and school-based supervisors in planning candidates' pedagogical assignments and tasks in required coursework and supervised fieldwork.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## Category E:  The Teaching Performance Assessment

### PROGRAM STANDARD 19

#### Assessment Administered for Validity, Accuracy and Fairness

The sponsor of the professional teacher preparation program implements the Teaching Performance Assessment according to the assessment design. In the program, candidate responses to pedagogical assessment tasks are scored in a manner that ensures strong consistency of scoring among assessors, particularly in relation to the established passing standard. The program sponsor periodically monitors the administration, scoring and results of the assessment to ensure equitable treatment of candidates. Prior to initial assessment, each candidate receives the *Teaching Performance Expectations* and clear, accurate information about the nature of the assessment and the pedagogical tasks.

### PROGRAM STANDARD 20

#### Assessor Qualifications and Training

To foster fairness and consistency in assessing candidate competence in the professional teacher preparation program, qualified assessors accurately assess each candidate's responses to the pedagogical assessment tasks in relation to the *Teaching Performance Expectations* and the multilevel scoring scales. The program sponsor establishes assessor selection criteria that ensure substantial pedagogical expertise on the part of each assessor. The sponsor selects and relies on assessors who meet the established criteria. Each prospective assessor completes a rigorous, comprehensive assessor training program. The program sponsor determines each assessor's continuing service as an assessor in the program primarily based on the assessor's scoring accuracy and documentation. Each continuing assessor is recalibrated annually.

### PROGRAM STANDARD 21

#### Assessment Administration, Resources and Reporting

In the professional teacher preparation program, the Teaching Performance Assessment is administered and reported in ways that are consistent with its stated purpose and design. To ensure accuracy in administration of the assessment, the program sponsor annually commits sufficient resources, expertise and effort to its planning, coordination and implementation. Following assessment, candidates receive performance information that is clear and detailed enough to (a) serve as a useful basis for their Individual Induction Plans developed within an approved Induction Programs, or (b) guide them in study and practice as they prepare for reassessment, as needed. While protecting candidate privacy, the sponsor uses individual results of the assessment as one basis for recommending candidates for Preliminary Teaching Credentials. The sponsor uses aggregated assessment results in appropriate ways to improve the program. The sponsor documents the administration, scoring and reporting of the assessment in accordance with state accreditation procedures.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## Part 3: Implementation of Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials

### A.  Standards Implementation Process

The *Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials* represent a broad shift in Commission policies related to the preparation of professional teachers and other California educators resulting from the mandate of Senate Bill 2042 (Chap. 548, Stats. 1998).  This policy change insures high quality in educator preparation while at the same time providing for flexibility along with accountability for institutions that offer programs for prospective teachers.  The success of this reform effort depends on the effective implementation of program quality standards for each credential.

### 1.   Process for Cyclical Review and Improvement of  Standards

The Commission will adhere to its established cycle of review and reconsideration of the *Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials* as well as in other subjects.  The standards will be reviewed and reconsidered periodically in relation to changes in academic disciplines, state-adopted K-12 student academic content standards, school curricula, and the backgrounds and needs of California K-12 students.  Reviews of program standards will be based on the advice of K-12 teachers, college and university faculty, and curriculum specialists.  All program documents will be reviewed by statewide teams of peer reviewers selected from among qualified K–12 and postsecondary professional educators. Prior to each review, the Commission will invite interested individuals and organizations to participate in the review process.

### 2.   Process for Adoption and Implementation of Standards

New *Standards of Quality and Effectiveness for Teacher Preparation Programs for Preliminary Multiple and Single Subject Teaching Credentials* were adopted by the Commission on September 6, 2001, and new standards for Blended Programs of Undergraduate Teacher Preparation were adopted by the Commission on October 4, 2001. The Commission also adopted a two-year Implementation Plan for the transition of all approved multiple and single subject teacher preparation programs, including Blended Programs, to these new standards within the time frame specified by law.

During the two-year implementation period from 2001 to 2003, all currently-accredited Multiple and Single Subject Teacher Preparation Programs, including Blended Programs, will be required to submit program documents to the Commission demonstrating how each program meets the applicable new standards under SB 2042. In order to assist currently-accredited programs to meet this timeline, the Commission will be providing technical assistance during the transition phase.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**3. Transition and Implementation Guidelines**
The Commission has developed the technical guidelines provided below that outline the timelines for accepting candidates into currently-accredited Multiple and Single Subject Teacher Preparation Programs and Blended Programs, as well as for candidates to complete these preparation programs, and for making the transition within the period allowable by law from the currently-accredited programs to programs that meet the new standards under SB 2042.

**a. Timelines for Multiple and Single Subject Teacher Preparation Program Accreditation**
The beginning date for the earliest program accreditation under the new standards will be July, 2002.

| <u>Program Event</u> | <u>Candidate Options</u> |
|---|---|
| • Once the program is accredited under the SB 2042 standards, no new admissions are made to the "old" program | • Candidates are admitted to the new program only |
| • For programs not yet accredited under the SB 2042 standards, the last date to admit candidates to the "old" program is 12/31/03 | • Candidates may be admitted to the "old" program until 12/31/03<br>• Candidates must complete an "old" program by 12/31/05 |

**b. Timelines for Blended Program Accreditation**
The beginning date for the earliest program accreditation under the new standards will be July, 2002. The program must meet the new Elementary Subject Matter, Professional Teacher Preparation, and the Blended Program Standards, inclusive.

| <u>Program Event</u> | <u>Candidate Options</u> |
|---|---|
| • Once the program is accredited under the SB 2042 standards, no new admissions are made to the "old" program. | • New candidates are admitted to the new program only.<br>• Continuing candidates may stay in the "old" program or transfer to the SB 2042 program (note: in this instance, the program will be expected to provide appropriate transitions for students) |
| • For programs not yet accredited under the SB 2042 standards, the last date to admit candidates to the "old" program is 12/31/03 | • Candidates may be admitted to the "old" program until 12/31/03<br>• Enrolled candidates must complete an "old" program by 12/31/08 |

**c.  Emphasis Programs**
CLAD and BCLAD programs will need to be reconfigured to conform to recent changes in applicable law.  CLAD Emphasis programs will end at the same time as currently-accredited programs. All Multiple and Single Subject programs that receive

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

SB 2042 approval will automatically include AB 1059 authorization in the subjects of the basic credential authorization. AB 1059 authorizes the teaching of English Learners in the general education classroom.

Any currently-accredited CLAD Emphasis program that receives SB 2042 approval may also seek approval for a "2042 plus" program that provides the additional course work to allow candidates to earn a preliminary credential (including a 1059 authorization) and a CLAD Certificate. The CLAD Certificate authorizes the teaching of English Learners in specialized classroom settings. This provision will end on 12/31/03 or at the time the Commission adopts and implements a new English Learner Certificate.

### d. Submission Dates and Submission Guidelines for Program Documents Responding to the new Standards under SB 2042

The Commission has established a series of dates spanning the two-year implementation period from 2001-2003 for the submission of program documents. Program sponsors may request the submission date that best fits their individual situations. While the Commission will make every effort to accommodate program sponsors' preferred submission date, some submission dates may need to be adjusted in order to facilitate the document review process. The document submission dates are:

> April 1, 2002
> September 2, 2002
> November 1, 2002
> February 3, 2003
> April 1, 2003
> August 1, 2003
> September 1, 2003

Program sponsors should note that submission of program documents does not in and of itself constitute program accreditation. Once program documents are submitted, the documents will be reviewed by a panel of qualified peer readers. The normal turnaround time for completion of a document review process is approximately three to four months. Program sponsors should also note that regardless of the date that program documents are submitted to the Commission, the timelines for program implementation provided in paragraph (A) above will remain the same. Program sponsors should be advised that waiting until the last possible submission date could potentially result in a temporary loss of program accreditation if the program document should need substantial revisions. The latest date for implementing a new program under the SB 2042 standards is January 1, 2004.

### 4. Regional Technical Assistance

The Commission is providing regional technical assistance across the state to program sponsors of multiple and single subject teacher preparation programs, including Blended Programs, during the period of January-March, 2002, and subsequently as needed by regional program sponsors. This technical assistance includes training on how to develop high quality program responses to the new standards under SB 2042. The Regional Technical Assistance Teams will be contacting

all program sponsors in their regions to advise them of the dates, times, locations, and agenda of each of the planned technical assistance days.

## 5. Training for the Board of Institutional Reviewers (Accreditation Team Members)

The Commission will be providing specialized training on the new standards under SB 2042 to accreditation team members in order to facilitate the transition from current standards to the new standards. This training will be provided in the context of each on-site accreditation team visit.

## 6. Establishing the Pool of Qualified Reviewers of Program Responses

The Commission will be soliciting qualified reviewers to review the program documents submitted by all of the currently-accredited program sponsors. A letter inviting nominations for reviewers will be sent out during December, 2001, and will be posted on the Commission's web site at www.ctc.ca.gov. The selection of reviewers will be completed by March 1, 2002.

Information about transition timelines for candidates, sunset and expiration dates for currently approved programs, and preconditions are provided by the Commission through Coded Correspondence to the field and by additional program transition documents as appropriate to the needs of the field.  Program sponsors should check the Commission website (www.ctc.ca.gov) frequently for updates.

## 7.  Continuing Technical Assistance for New Program Sponsors

Commission staff offers technical assistance for developing new programs and documents upon request by the sponsor of a preparation program.  Program sponsors who are writing to standards are advised to schedule a technical assistance meeting with staff at the earliest possible time. Topics of information at technical assistance meetings include:

- Explanation of the implementation plan adopted by the Commission
- Description of the steps in program review and approval
- Review of program standards, required elements and preconditions, as well as examples of implementing the standards
- Opportunities to discuss subject-specific questions
- Guidance on appropriate responses to the standards and the necessary level of supporting documentation and evidence to be provided within the responses
- Format and organization of the program document

## 8 .  Process for Review and Approval of Program Documents Submitted to the Commission

A regionally accredited institution of postsecondary education that would like to offer (or continue to offer) a preparation program for the Preliminary Multiple Subject and/or Single Subject Teaching Credential may present a program application that responds to the preconditions and the standards provided in this handbook.  The submission of programs for review and approval is voluntary for colleges and universities.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

**a.  Selection, Composition and Training of Program Document Review Panels**

Review panel members are selected because of their expertise and their knowledge of teacher preparation as well as of curriculum and instruction in the public schools of California. Reviewers are selected from institutions of higher education, school districts, county offices of education, organizations of subject matter experts, and statewide professional organizations.

The Commission staff conducts training and calibration that all reviewers must attend.   Training includes explanations of:
- the  purpose and function of preparation programs
- the Commission's legal responsibilities in program review and approval
- the role of reviewers in making program determinations
- the role of the Commission's professional staff in assisting reviewers
- the analysis and discussion of each standard and its required elements
- alternative ways in which a standard could be met
- the aspects of the review process
- how to provide responsive feedback for program revision

Reviewers are also provided with simulated practice and calibration exercises in  preparation for their roles in reviewing programs.

**b.  Steps in the Review of Programs**

The Commission is committed to conducting a program review process that is objective  and comprehensive.  The agency also seeks to be as helpful as possible to colleges and universities throughout the review process.  Commission staff is available to consult with program sponsors during program document development.

The review process consists of two sequential steps, as outlined below. An institution responding to the Commission's standards will respond to the two sets of standards described earlier in this handbook, namely, the Preconditions and the Program Standards (including Common Standards and discipline-specific Program Standards).

Step One: Review of Preconditions.  An institution's response to the preconditions is reviewed by the Commission's professional staff since the preconditions are based on Commission policies and do not involve issues of program quality. The Preconditions are reviewed upon receipt of the institution's formal document submission. Once the responses to the Preconditions are deemed to have met these standards, the program document's responses to the Program Standards are then referred to the expert reviewers.

Step Two: Review of Program Standards.  Unlike the Preconditions, the Program Standards (i.e., Common Standards and discipline-specific Program Standards) address issues of program quality and effectiveness. The Commission's process, therefore, is to have each institution's response to the Program Standards reviewed by a small team of subject matter experts (i.e., peer review).   Once the review team determines that a proposed program meets the Program Standards, Commission staff recommends the program for approval by the Commission at its next public meeting.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

If an institution's response to either the Preconditions or the Program Standards is determined to not meet the standards, feedback is formally provided to the program sponsor with an explanation of the review findings that includes specific reasons for the determination that the program standards are not met. During this aspect of the review process, program sponsors can obtain further information and assistance from Commission staff.

The Commission intends the overall program review process to be as helpful as possible to colleges and universities. Because a large number of institutions prepare teachers in California, it is very helpful for program sponsors to first consult with the Commission's professional staff regarding program applications that are in preparation. During the Program Standards review process, however, program sponsors and/or their representatives should not contact members of a review team directly under any circumstances in order to preserve the objectivity and integrity of the review process. If during the review process a program sponsor needs additional information, the program sponsor or representative should inform the designated staff consultant. If the issue or question is not resolved in a timely manner, program sponsors may contact the Executive Director of the Commission. After considering the review feedback, the program sponsor may make appropriate changes to the program document and resubmit the program application to the designated Commission staff member for reconsideration by the review team.

If, however, feedback from the review process indicates that only minor or technical changes need to made in a program application in order to meet the applicable standards, Commission staff rather than the peer review team will review the resubmitted document and, if the standards are determined to have been met, will submit the program application to the Commission for approval without further review by the peer review team.

Appeal of an Adverse Decision. An institution that would like to appeal a decision of the staff (regarding Preconditions) or the review team (regarding Program Standards) may do so by submitting the appeal to the Executive Director of the Commission. The institution should include the following information in the appeal:

- The original program document and the stated reasons of the Commission's staff or the review team for not recommending approval of the program.

- A specific response by the institution to the initial denial, including a copy of the resubmitted document (if it has been resubmitted).

- A rationale for the appeal by the institution.

The CTC Executive Director may deny the appeal, appoint an independent review panel, or present the appeal directly to the Commission for consideration.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

### B. Submission Guidelines for Program Documents

To facilitate the proposal review and approval process, Commission staff has developed the following instructions for program sponsors submitting documents for approval. It is essential that these instructions be followed accurately. Failure to comply with these procedures can result in a proposal being returned to the prospective program sponsor for reformatting and/or revision prior to being forwarded to program reviewers.

### 1. Transmittal Instructions

Sponsoring agencies are required to submit **three printed copies in binders** of their proposal(s), to the following address:

California Commission on Teacher Credentialing
Professional Services Division: Multiple and Single Subject Preliminary Teacher Preparation
1900 Capitol Avenue
Sacramento, CA 95814

In addition, **one CD ROM copy of the proposal text** (including supporting evidence where possible) should be submitted. This electronic submission should be in Microsoft Word, or a Microsoft Word compatible format. Some phases of the review process will involve secure web-based editing. To facilitate this process, please leave no spaces in the name of your document, and be sure that the name of the file ends in ".doc" (example: CTCdocument.doc).

### 2. Organization of Required Documents

Sponsoring agencies should include as the cover page of each copy of the program application the "Sponsoring Organization Transmittal Cover Sheet." A copy of the Transmittal Cover Sheet is located at the end of this section of the handbook for use by program sponsors. One set of the proposal application documents should contain the original signatures of the program contacts and chief executive officer, and the remaining three copies may contain photocopies of the original signatures.

The program contact identified on the Transmittal Cover Sheet will be the individual who is informed electronically and by mail as changes occur, and to whom the review feedback will be sent. Program sponsors are strongly urged to consult the CTC web site, www.ctc.ca.gov, for updates relating to the implementation of new single subject matter standards and programs.

Each proposal must be organized in the following order:

- Transmittal Cover Sheet
- Table of Contents
- Responses to Preconditions, including course lists, units and descriptions
- Responses to each Common Standard and each Program Standard, including all Required Elements

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

The response to the standards must:

- include evidence (i.e., syllabi, course materials, program data, etc.) supporting the responses to the standards. The evidence sections should be tabbed and labeled in order to assist the reviewers in finding the appropriate supporting documentation (e.g., course numbers, document names, etc.) The supporting evidence should also be cross-referenced within the response.
- provide numbering on each page, preferably in the footer

## 3. Developing Responses to the Program Standards

Program proposals should provide sufficient information about how the program intends to deliver content consistent with each standard so that a knowledgeable team of professionals can determine whether each standard has been met by the program. The goal in writing the response to any standard should be to describe the proposed program clearly enough for an outside reader to understand what a prospective teacher will experience, as he or she progresses through the program in terms of depth, breadth, and sequencing of instructional and field experiences, and what he or she will know and be able to do and demonstrate at the end of the program. Review teams will then be able to assess the responses for consistency with the standard, completeness of the response, and quality of the supporting evidence.

The written text should be organized in the same order as the standards, including the required elements. Responses should not merely reiterate the standard. They should demonstrate how the standard will be met by describing both the content and processes that will be used to implement the program and by providing evidence to support the explanation. The written text may be organized in a variety of ways. Both holistic and element-by-element responses, as well as a combination of these approaches, are acceptable. Whatever the organizational format, the text must reference all required elements, or address them specifically. *Responses that do not address each standard and its required elements will be considered incomplete*.

Lines of appropriate supporting evidence will vary with each standard. Some examples of supporting evidence helpful for review teams include:

- Charts and graphic organizers to illustrate program organization and design
- Descriptions of faculty qualifications, including vitae for full time faculty
- Course or module outlines or showing the sequence of course topics, classroom activities, materials and texts used, and out-of-class assignments
- Specific descriptions of assignments and other formative assessments that demonstrate how prospective teachers will reinforce and extend key concepts and/or demonstrate an ability or competence
- Documentation of materials to be used, including tables of contents of textbooks and identification of assignments from the texts, and citations for other reading assignments.
- Current catalog descriptions.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs (Revised March, 2007)*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## 4.    Packaging a Submission for Shipment to the Commission

Please **do not**:

- use foam peanuts as packaging material
- overstuff the binders. Use more binders if necessary. Binders larger than 3 inches will not be accepted.
- overstuff the boxes in which the binders are packed, as these may break open in shipment.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# APPENDIX A

# Teaching Performance Expectations

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# A.   MAKING SUBJECT MATTER COMPREHENSIBLE TO STUDENTS

## TPE 1:      Specific Pedagogical Skills for Subject Matter Instruction

Background Information: TPE 1.  TPE 1 is divided into two categories intended to take into account the differentiated teaching assignments of multiple subject and single subject teachers. Multiple subject credential holders work in self-contained classrooms and are responsible for instruction in several subject areas; single subject teachers work in departmentalized settings and have more specialized assignments.  These categories are Subject-Specific Pedagogical Skills for Multiple Subject Teaching Assignments (1-A), and Subject-Specific Pedagogical Skills for Single Subject Teaching Assignments (1-B).

## TPE 1A:     Subject-Specific Pedagogical Skills for Multiple Subject Teaching Assignments

**Teaching Reading-Language Arts in a Multiple Subject Assignment**

Candidates for a Multiple Subject Teaching Credential demonstrate the ability to teach the state-adopted academic content standards for students in English-Language Arts (K-8).  They understand how to deliver a comprehensive program of systematic instruction in word analysis, fluency, and systematic vocabulary development; reading comprehension; literary response and analysis; writing strategies and applications; written and oral English Language conventions; and listening and speaking strategies and applications.  They know how to strategically plan and schedule instruction to ensure that students meet or exceed the standards.  Candidates create a classroom environment where students learn to read and write, comprehend and compose, appreciate and analyze, and perform and enjoy the language arts.  They understand how to make language (e.g., vocabulary, forms, uses) comprehensible to students and the need for students to master foundational skills as a gateway to using all forms of language as tools for thinking, learning, and communicating.  They understand how to use instructional materials that include a range of textual, functional and recreational texts and how to teach high quality literature and expository text.  They understand that the advanced skills of comprehending narrative and informational texts and literary response and analysis, and the creation of eloquent prose, all depend on a foundation of solid vocabulary, decoding, and word-recognition skills.

Candidates teach students how to use visual structures such as graphic organizers or outlines to comprehend or produce text, how to comprehend or produce narrative, expository, persuasive and descriptive texts, how to comprehend or produce the complexity of writing forms, purposes, and organizational patterns, and how to have a command of written and oral English-language

conventions.  They know how to determine the skill level of students through the use of meaningful indicators of reading and language arts proficiency prior to instruction, how to determine whether students are making adequate progress on skills and concepts taught directly, and how to determine the effectiveness of instruction and students' proficiency after instruction.

## Teaching Mathematics in a Multiple Subject Assignment

Candidates for a Multiple Subject Teaching Credential demonstrate the ability to teach the state-adopted academic content standards for students in mathematics (K-8).  They enable students to understand basic mathematical computations, concepts, and symbols, to use these tools and processes to solve common problems, and apply them to novel problems.  They help students understand different mathematical topics and make connections among them.  Candidates help students solve real-world problems using mathematical reasoning and concrete, verbal, symbolic, and graphic representations.  They provide a secure environment for taking intellectual risks and approaching problems in multiple ways.  Candidates model and encourage students to use multiple ways of approaching mathematical problems, and they encourage discussion of different solution strategies.  They foster positive attitudes toward mathematics, and encourage student curiosity, flexibility, and persistence in solving mathematical problems.

## Teaching Science in a Multiple Subject Assignment

Candidates for a Multiple Subject Teaching Credential demonstrate the ability to teach the state-adopted academic content standards for students in science (K-8).  They balance the focus of instruction between science information, concepts, and investigations.  Their explanations, demonstrations, and class activities serve to illustrate science concepts and principles, scientific investigation, and experimentation.  Candidates emphasize the importance of accuracy, precision, and estimation.

## Teaching History-Social Science in a Multiple Subject Assignment

Candidates for a Multiple Subject Teaching Credential demonstrate the ability to teach the state-adopted academic content standards for students in history-social science (K-8).  They enable students to learn and use basic analytic thinking skills in history and social science while attaining the state-adopted academic content standards for students.  They use timelines and maps to give students a sense of temporal and spatial scale.  Candidates teach students how social science concepts and themes provide insights into historical periods and cultures.  They help students understand events and periods from multiple perspectives by using simulations, case studies, cultural artifacts, works of art and literature, cooperative projects, and student research activities.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

A-2
Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## TPE 1B:    Subject-Specific Pedagogical Skills for Single Subject Teaching Assignments

### Teaching English-Language Arts in a Single Subject Assignment

Candidates for a Single Subject Teaching Credential demonstrate the ability to teach the state-adopted academic content standards for students in English-Language Arts (Grades 7-12). They understand how to deliver a comprehensive program of systematic instruction in word analysis, fluency, and systematic vocabulary development; reading comprehension; literary response and analysis; writing strategies and applications; written and oral English Language conventions; and listening and speaking strategies and applications. They know how to strategically plan and schedule instruction to ensure that students meet or exceed the standards. They understand how to make language (e.g., vocabulary, forms, uses) comprehensible to students and the need for students to master foundational skills as a gateway to using all forms of language as tools for thinking, learning and communicating. They understand how to teach the advanced skills of research-based discourse; incorporate technology into the language arts as a tool for conducting research or creating finished manuscripts and multimedia presentations; focus on analytical critique of text and of a variety of media; and provide a greater emphasis on the language arts as applied to work and careers. Candidates teach students how to comprehend and produce complex text, how to comprehend the complexity of writing forms, purposes, and organizational patterns, and how to have a command of written and oral English-language conventions. They know how to determine the skill level of students through the use of meaningful indicators of reading and language arts proficiency prior to instruction, how to determine whether students are making adequate progress on skills and concepts taught directly, and how to determine the effectiveness of instruction and students' proficiency after instruction.

### Teaching Mathematics in a Single Subject Assignment

Candidates for a Single Subject Teaching Credential in Mathematics demonstrate the ability to teach the state-adopted academic content standards for students in mathematics (Grades 7-12). They enable students to understand basic mathematical computations, concepts, and symbols, to use them to solve common problems, and to apply them to novel problems. They help students understand different mathematical topics and make connections among them. Candidates help students solve real-world problems using mathematical reasoning and concrete, verbal, symbolic, and graphic representations. They provide a secure environment for taking intellectual risks and approaching problems in multiple ways. Candidates model and encourage students to use multiple ways of approaching mathematical problems, and they encourage discussion of different solution strategies. They foster positive attitudes toward mathematics, and encourage student curiosity, flexibility, and persistence in solving mathematical problems.

Additionally, Single Subject Candidates help students in Grades 7-12 to understand mathematics as a logical system that includes definitions, axioms, and theorems, and to understand and use mathematical notation and advanced symbols. They assign and assess work through progress-monitoring and summative assessments that include illustrations of student thinking such as open-ended questions, investigations, and projects.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

A-3
Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

## Teaching Science in a Single Subject Assignment

Candidates for a Single Subject Teaching Credential in Science demonstrate the ability to teach the state-adopted academic content standards for students in science (Grades 7-12).  They balance the focus of instruction between science information, concepts, and principles.  Their explanations, demonstrations, and class activities serve to illustrate science concepts, and principles, scientific investigation, and experimentation.  Candidates emphasize the importance of accuracy, precision, and estimation.  Candidates encourage students to pursue science interests, especially students from groups underrepresented in science careers.  When live animals are present in the classroom, candidates teach students to provide ethical care.  They demonstrate sensitivity to students' cultural and ethnic backgrounds in designing science instruction.

Additionally, Single Subject Candidates guide, monitor and encourage students during investigations and experiments.  They demonstrate and encourage use of multiple ways to measure and record scientific data, including the use of mathematical symbols.  Single Subject Candidates structure and sequence science instruction to enhance students' academic knowledge to meet or exceed the state-adopted academic content standards for students.  They establish and monitor procedures for the care, safe use, and storage of equipment and materials, and for the disposal of potentially hazardous materials.

## Teaching History-Social Science in a Single subject Assignment

Candidates for a Single Subject Teaching Credential in History-Social Science demonstrate the ability to teach the state-adopted academic content standards for students in history-social science (Grades 7-12).  They enable students to learn and use analytic thinking skills in history and social science while attaining the state-adopted academic content standards for students.  They use timelines and maps to reinforce students' sense of temporal and spatial scale.  Candidates teach students how social science concepts and themes provide insights into historical periods and cultures.  They help students understand events and periods from multiple perspectives by using simulations, case studies, cultural artifacts, works of art and literature, cooperative projects, and student research activities.

Additionally, History-Social Science Single Subject Candidates connect essential facts and information to broad themes, concepts and principles, and they relate history-social science content to current or future issues.  They teach students how cultural perspectives inform and influence understandings of history.  They select and use age-appropriate primary and secondary documents and artifacts to help students understand a historical period, event, region or culture.  Candidates ask questions and structure academic instruction to help students recognize prejudices and stereotypes.  They create classroom environments that support the discussion of sensitive issues (e.g., social, cultural, religious, race, and gender issues), and encourage students to reflect on and share their insights and values.  They design activities to counter illustrate multiple viewpoints on issues.  Candidates monitor the progress of students as they work to understand, debate, and critically analyze social science issues, data, and research conclusions from multiple perspectives.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# B.    ASSESSING STUDENT LEARNING

## TPE 2:    Monitoring Student Learning During Instruction

Candidates for a Teaching Credential use progress monitoring at key points during instruction to determine whether students are progressing adequately toward achieving the state-adopted academic content standards for students.  They pace instruction and re-teach content based on evidence gathered using assessment strategies such as questioning students and examining student work and products.  Candidates anticipate, check for, and address common student misconceptions and misunderstandings.

## TPE 3:    Interpretation and Use of Assessments

Candidates for a Teaching Credential understand and use a variety of informal and formal, as well as formative and summative assessments, to determine students' progress and plan instruction.  They know about and can appropriately implement the state-adopted student assessment program.  Candidates understand the purposes and uses of different types of diagnostic instruments, including entry level, progress-monitoring and summative assessments. They use multiple measures, including information from families, to assess student knowledge, skills, and behaviors.  They know when and how to use specialized assessments based on students' needs.  Candidates know about and can appropriately use informal classroom assessments and analyze student work.  They teach students how to use self-assessment strategies.  Candidates provide guidance and time for students to practice these strategies.

Candidates understand how to familiarize students with the format of standardized tests.  They know how to appropriately administer standardized tests, including when to make accommodations for students with special needs.  They know how to accurately interpret assessment results of individuals and groups in order to develop and modify instruction. Candidates interpret assessment data to identify the level of proficiency of English language learners in English as well as in the students' primary language.  They give students specific, timely feedback on their learning, and maintain accurate records summarizing student achievement.  They are able to explain, to students and to their families, student academic and behavioral strengths, areas for academic growth, promotion and retention policies, and how a grade or progress report is derived.  Candidates can clearly explain to families how to help students achieve the curriculum.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# C.   ENGAGING AND SUPPORTING STUDENTS IN LEARNING

## TPE 4:     Making Content Accessible

Candidates for Teaching Credentials incorporate specific strategies, teaching/instructional activities, procedures and experiences that address state-adopted academic content standards for students in order to provide a balanced and comprehensive curriculum.  They use instructional materials to reinforce state-adopted academic content standards for students and they prioritize and sequence essential skills and strategies in a logical, coherent manner relative to students' current level of achievement.  They vary instructional strategies according to purpose and lesson content.  To meet student academic learning needs, candidates explain content clearly and reinforce content in multiple ways, such as the use of written and oral presentation, manipulatives, physical models, visual and performing arts, diagrams, non-verbal communication, and computer technology.  They provide opportunities and adequate time for students to practice and apply what they have learned.  They distinguish between conversational and academic language, and develop student skills in using and understanding academic language.  They teach students strategies to read and comprehend a variety of texts and a variety of information sources, in the subject(s) taught.  They model active listening in the classroom. Candidates encourage student creativity and imagination.  They motivate students and encourage student effort.  When students do not understand content, they take additional steps to foster access and comprehension for all learners.  Candidates balance instruction by adjusting lesson designs relative to students' current level of achievement.

## TPE 5:     Student Engagement

Candidates for Teaching Credentials clearly communicate instructional objectives to students. They ensure the active and equitable participation of all students.  They ensure that students understand what they are to do during instruction and monitor student progress toward academic goals.  If students are struggling and off-task, candidates examine why and use strategies to re-engage them.  Candidates encourage students to share and examine points of view during lessons.  They use community resources, student experiences, and applied learning activities to make instruction relevant.  They extend the intellectual quality of student thinking by asking stimulating questions and challenging student ideas.  Candidates teach students to respond to and frame meaningful questions.

## TPE 6:     Developmentally Appropriate Teaching Practices

Background information for TPE 6:  TPEs describe knowledge, skills, and abilities for all credential candidates, and they underscore the importance of generically-effective strategies for

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

teaching a broad range of students. The purpose of TPE 6 is to establish additional expectations that are of greatest importance in teaching students at distinct stages of child and adolescent development. It is not the intent of TPE 6 to describe practices that are appropriate or effective only at one developmental level. This TPE describes professional practices that are most commonly used and needed for students in each major phase of schooling, grades K-3, 4-8, and 9-12. [1]

## TPE 6A:     Developmentally Appropriate Practices in Grades K-3

During teaching assignments in Grades K-3, candidates for a Multiple Subject Teaching Credential understand how to create a structured day with opportunities for movement. They design academic activities that suit the attention span of young learners. Their instructional activities connect with the children's immediate world; draw on key content from more than one subject area; and include hands-on experiences and manipulatives that help students learn. Candidates teach and model norms of social interactions (e.g., consideration, cooperation, responsibility, empathy). They understand that some children hold naïve understandings of the world around them. Candidates provide educational experiences that help students develop more realistic expectations and understandings of their environment. They know how to make special plans for students who require extra help in exercising self-control among their peers or who have exceptional needs or abilities.

## TPE 6B:     Developmentally Appropriate Practices in Grades 4-8

During teaching assignments in Grades 4-8, candidates for a teaching credential build on students' command of basic skills and understandings while providing intensive support for students who lack basic skills as defined in state-adopted academic content standards for students. They teach from grade-level texts. Candidates design learning activities to extend students' concrete thinking and foster abstract reasoning and problem-solving skills. They help students develop learning strategies to cope with increasingly challenging academic curriculum. They assist students, as needed, in developing and practicing strategies for managing time and completing assignments. Candidates develop students' skills for working in groups to maximize learning. They build on peer relationships and support students in trying new roles and responsibilities in the classroom. They support students' taking of intellectual risks such as sharing ideas that may include errors. Candidates distinguish between misbehavior and over-enthusiasm, and they respond appropriately to students who are testing limits and students who alternatively assume and reject responsibility.

## TPE 6C:     Developmentally Appropriate Practices in Grades 9-12

During teaching assignments in Grades 9-12, candidates for a Single Subject Teaching Credential establish intellectually challenging academic expectations and provide opportunities for students to develop advanced thinking and problem-solving skills. They frequently communicate course goals, requirements, and grading criteria to students and families. They

---

[1]   TPE 6 does not represent a comprehensive strategy for teaching students at any particular stage; the elements of TPE 6 are intended merely to *supplement and not replace* the broader range of pedagogical skills and abilities described in the TPEs.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

help students to understand connections between the curriculum and life beyond high school, and they communicate the consequences of academic choices in terms of future career, school and life options. Candidates support students in assuming increasing responsibility for learning, and encourage behaviors important for work such as being on time and completing assignments. They understand adolescence as a period of intense social peer pressure to conform, and they support signs of students' individuality while being sensitive to what being "different" means for high school students.

## TPE 7:    Teaching English Learners

Candidates for a Teaching Credential know and can apply pedagogical theories, principles, and instructional practices for comprehensive instruction of English learners.  They know and can apply theories, principles, and instructional practices for English Language Development leading to comprehensive literacy in English.  They are familiar with the philosophy, design, goals, and characteristics of programs for English language development, including structured English immersion.  They implement an instructional program that facilitates English language development, including reading, writing, listening and speaking skills, that logically progresses to the grade level reading/language arts program for English speakers.  They draw upon information about students' backgrounds and prior learning, including students' assessed levels of literacy in English and their first languages, as well as their proficiency in English, to provide instruction differentiated to students' language abilities.  They understand how and when to collaborate with specialists and para-educators to support English language development.  Based on appropriate assessment information, candidates select instructional materials and strategies, including activities in the area of visual and performing arts, to develop students' abilities to comprehend and produce English.  They use English that extends students' current level of development yet is still comprehensible.  They know how to analyze student errors in oral and written language in order to understand how to plan differentiated instruction.

Candidates for a Teaching Credential know and apply pedagogical theories, principles and practices for the development of academic language, comprehension, and knowledge in the subjects of the core curriculum.  They use systematic instructional strategies, including contextualizing key concepts, to make grade-appropriate or advanced curriculum content comprehensible to English learners.  They allow students to express meaning in a variety of ways, including in their first language, and, if available, manage first language support such as para-educators, peers, and books.[2]  They use questioning strategies that model or represent familiar English grammatical constructions.  They make learning strategies explicit.

Candidates understand how cognitive, pedagogical, and individual factors affect students' language acquisition.  They take these factors into account in planning lessons for English language development and for academic content.

---

[2] Teachers are not expected to speak the students' primary language, unless they hold an appropriate credential and teach in a bilingual classroom.  The expectation is that they understand how to use available resources in the primary language, including students' primary language skills, to support their learning of English and curriculum content.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# D.   PLANNING INSTRUCTION AND DESIGNING LEARNING EXPERIENCES FOR STUDENTS

## TPE 8:      Learning about Students

Candidates for a Teaching Credential draw upon an understanding of patterns of child and adolescent development to understand their students. Using formal and informal methods, they assess students' prior mastery of academic language abilities, content knowledge, and skills, and maximize learning opportunities for all students. Through interpersonal interactions, they learn about students' abilities, ideas, interests and aspirations. They encourage parents to become involved and support their efforts to improve student learning. They understand how multiple factors, including gender and health, can influence students' behavior, and understand the connections between students' health and their ability to learn. Based on assessment data, classroom observation, reflection and consultation, they identify students needing specialized instruction, including students whose physical disabilities, learning disabilities, or health status require instructional adaptations, and students who are gifted.

## TPE 9:      Instructional Planning

Candidates for a Teaching Credential plan instruction that is comprehensive in relation to the subject matter to be taught and in accordance with state-adopted academic content standards for students. They establish clear long-term and short-term goals for student learning, based on state and local standards for student achievement as well as on students' current levels of achievement. They use explicit teaching methods such as direct instruction and inquiry to help students meet or exceed grade level expectations. They plan how to explain content clearly and make abstract concepts concrete and meaningful. They understand the purposes, strengths and limitations of a variety of instructional strategies, including examining student work, and they improve their successive uses of the strategies based on experience and reflection. They sequence instruction so the content to be taught connects to preceding and subsequent content. In planning lessons, they select or adapt instructional strategies, grouping strategies, and instructional material to meet student learning goals and needs. Candidates connect the content to be learned with students' linguistic and cultural backgrounds, experiences, interests, and developmental learning needs to ensure that instruction is comprehensible and meaningful. To accommodate varied student needs, they plan differentiated instruction. When support personnel, such as aides and volunteers are available, they plan how to use them to help students reach instructional goals.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# E.   CREATING AND MAINTAINING EFFECTIVE ENVIRONMENTS FOR STUDENT LEARNING

## TPE 10:   Instructional Time

Candidates for a Teaching Credential allocate instructional time to maximize student achievement in relation to state-adopted academic content standards for students, instructional goals and scheduled academic tasks.  They establish procedures for routine tasks and manage transitions to maximize instructional time.  Based on reflection and consultation, they adjust the use of instructional time to optimize the learning opportunities and outcomes for all students.

## TPE 11:   Social Environment

Candidates for a Teaching Credential develop and maintain clear expectations for academic and social behavior.  The candidates promote student effort and engagement and create a positive climate for learning.  They know how to write and implement a student discipline plan.  They know how to establish rapport with all students and their families for supporting academic and personal success through caring, respect, and fairness.  Candidates respond appropriately to sensitive issues and classroom discussions.  They help students learn to work responsibly with others and independently.  Based on observations of students and consultation with other teachers, the candidate recognizes how well the social environment maximizes academic achievement for all students and makes necessary changes.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

A-10
Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# F.  DEVELOPING AS A PROFESSIONAL EDUCATOR

## TPE 12:    Professional, Legal, and Ethical Obligations

Candidates for a Teaching Credential take responsibility for student academic learning outcomes. They are aware of their own personal values and biases and recognize ways in which these values and biases affect the teaching and learning of students. They resist racism and acts of intolerance. Candidates appropriately manage their professional time spent in teaching responsibilities to ensure that academic goals are met. They understand important elements of California and federal laws and procedures pertaining to the education of English learners, gifted students, and individuals with disabilities, including implications for their placement in classrooms. Candidates can identify suspected cases of child abuse, neglect, or sexual harassment. They maintain a non-hostile classroom environment. They carry out laws and district guidelines for reporting such cases. They understand and implement school and district policies and state and federal law in responding to inappropriate or violent student behavior.

Candidates for a Teaching Credential understand and honor legal and professional obligations to protect the privacy, health, and safety of students, families, and other school professionals. They are aware of and act in accordance with ethical considerations and they model ethical behaviors for students. Candidates understand and honor all laws relating to professional misconduct and moral fitness.

## TPE 13:    Professional Growth

Candidates for a Teaching Credential evaluate their own teaching practices and subject matter knowledge in light of information about the state-adopted academic content standards for students and student learning. They improve their teaching practices by soliciting feedback and engaging in cycles of planning, teaching, reflecting, discerning problems, and applying new strategies. Candidates use reflection and feedback to formulate and prioritize goals for increasing their subject matter knowledge and teaching effectiveness.

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# APPENDIX B

# Assessment Design Standards

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

# Assessment Design Standard 1: Assessment Designed for Validity and Fairness

**(Assessment Design Standard 1 Applies to Programs that Request Approval of Alternative Assessments)**

The sponsor of the professional teacher preparation program requests approval of a Teaching Performance Assessment (TPA) in which complex pedagogical assessment tasks and multi-level scoring scales are linked to the Teaching Performance Expectations (TPEs) in Appendix A. The program sponsor clearly states the intended uses of the assessment, anticipates its potential misuses, and ensures that local uses are consistent with the statement of intent. The sponsor maximizes the fairness of assessment design for all groups of candidates in the program, and ensures that the established passing standard on the TPA is equivalent to or more rigorous than the recommended state passing standard.

**Required Elements for Assessment Design Standard 1: Assessment Designed for Validity and Fairness**

1(a)    The Teaching Performance Assessment includes complex pedagogical assessment tasks to prompt aspects of candidate performance that measure the TPEs. Each task is substantively related to two or more major domains of the TPEs. For use in judging candidate-generated responses to each pedagogical task, the assessment also includes multi-level scoring scales that are clearly related to the same TPEs that the task measures. Each task and its associated scales measure two or more TPEs. Collectively, the tasks and scales in the assessment address key aspects of the six major domains of the TPEs. The sponsor of the professional teacher preparation program documents the relationships between TPEs, tasks and scales.

1(b)    To preserve the validity and fairness of the assessment over time, the sponsor may need to develop and field-test new pedagogical assessment tasks and multi-level scoring scales to replace or strengthen prior ones. Initially and periodically, the sponsor analyzes the assessment tasks and scoring scales to ensure that they yield important evidence that represents candidate knowledge and skill related to the TPEs, and serves as a basis for determining entry-level pedagogical competence to teach the curriculum and student population of California's K-12 public schools. The sponsor records the basis and results of each analysis, and modifies the tasks and scales as needed.

1(c)    Consistent with the language of the TPEs, the sponsor defines scoring scales so different candidates for credentials can earn acceptable scores on the Teaching Performance Assessment with the use of different pedagogical practices that support implementation of the K-12 content standards and curriculum frameworks. The sponsor takes steps to plan and anticipate the appropriate scoring of candidates who use pedagogical practices that are educationally effective but not explicitly anticipated in the scoring scales.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

1(d)    The sponsor develops scoring scales and assessor training procedures that focus primarily on teaching performance and that minimize the effects of candidate factors that are not clearly related to pedagogical competence, which may include (depending on the circumstances) factors such as personal attire, appearance, demeanor, speech patterns and accents that are not likely to affect student learning.

1(e)    The sponsor publishes a clear statement of the intended uses of the assessment. The statement demonstrates the sponsor's clear understanding of the implications of the assessment for candidates, the public schools, and K-12 students. The statement includes appropriate cautions about additional or alternative uses for which the assessment is not valid. Before releasing information about the assessment design to another organization, the sponsor informs the organization that the assessment is valid only for determining the pedagogical competence of candidates for initial teaching credentials in California. All elements of assessment design and development are consistent with the intended use of the assessment for determining the pedagogical competence of candidates for Preliminary Teaching Credentials in California.

1(f)    The sponsor completes content review and editing procedures to ensure that pedagogical assessment tasks and directions to candidates are culturally and linguistically sensitive, fair and appropriate for candidates from diverse backgrounds. The sponsor ensures that groups of candidates interpret the pedagogical tasks and the assessment directions as intended by the designers, and that assessment results are consistently reliable for each major group of candidates.

1(g)    The sponsor completes basic psychometric analyses to identify pedagogical assessment tasks and/or scoring scales that show differential effects in relation to candidates' race, ethnicity, language, gender or disability. When group pass-rate differences are found, the sponsor investigates to determine whether the differences are attributable to (a) inadequate representation of the TPEs in the pedagogical tasks and/or scoring scales, or (b) overrepresentation of irrelevant skills, knowledge or abilities in the tasks/scales. The sponsor acts promptly to maximize the fairness of the assessment for all groups of candidates and documents the analysis process, findings, and action taken.

1(h)    In designing assessment administration procedures, the sponsor includes administrative accommodations that preserve assessment validity while addressing issues of access for candidates with disabilities.

1(i)    In the course of developing or adopting a passing standard that is demonstrably equivalent to or more rigorous than the State recommended standard, the sponsor secures and reflects on the considered judgments of teachers, the supervisors of teachers, the support providers of new teachers, and other preparers of teachers regarding necessary and acceptable levels of proficiency on the part of entry-level teachers. The sponsor periodically re-considers the reasonableness of the scoring scales and established passing standard.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

## Assessment Design Standard 2: Assessment Designed for Reliability and Fairness

### (Assessment Design Standard 2 Applies to Programs that Request Approval of Alternative Assessments)

The sponsor of the professional teacher preparation program requests approval of an assessment that will yield, in relation to the key aspects of the major domains of the TPEs, enough collective evidence of each candidate's pedagogical performance to serve as an adequate basis to judge the candidate's general pedagogical competence for a Preliminary Teaching Credential. The sponsor carefully monitors assessment development to ensure consistency with the stated purpose of the assessment. The Teaching Performance Assessment includes a comprehensive program to train and re-train assessors. The sponsor periodically evaluates assessment design to ensure equitable treatment of candidates. The assessment design and its implementation contribute to local and statewide consistency in the assessment of teaching competence.

### Required Elements for Assessment Design Standard 2: Assessment Designed for Reliability and Fairness

2(a)    In relation to the key aspects of the major domains of the TPEs, the pedagogical assessment tasks and the associated directions to candidates are designed to yield enough evidence for an overall judgment of each candidate's pedagogical qualifications for a Preliminary Teaching Credential. The program sponsor will document sufficiency of candidate performance evidence through thorough field-testing of pedagogical tasks, scoring scales, and directions to candidates.

2(b)    Pedagogical assessment tasks and scoring scales are extensively field-tested in practice before being used operationally in the Teaching Performance Assessment. The sponsor of the program evaluates the field-test results thoroughly and documents the field-test design, participation, methods, results and interpretation.

2(c)    The Teaching Performance Assessment system includes a comprehensive program to train assessors who will score candidate responses to the pedagogical assessment tasks. An assessor training pilot program demonstrates convincingly that prospective and continuing assessors gain a deep understanding of the TPEs, the pedagogical assessment tasks and the multi-level scoring scales. The training program includes task-based scoring trials in which an assessment trainer evaluates and certifies each assessor's scoring accuracy in relation to the scoring scales associated with the task. When new pedagogical tasks and scoring scales are incorporated into the assessment, the sponsor provides additional training to the assessors, as needed.

2(d)    In conjunction with the provisions of Standard 22, the sponsor plans and implements periodic evaluations of the assessor training program, which include systematic feedback

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

B-3

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in
Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH

from assessors and assessment trainers, and which lead to substantive improvements in the training as needed.

2(e)    The program sponsor requests approval of a detailed plan for the scoring of selected assessment tasks by two trained assessors for the purpose of evaluating the reliability of scorers during field-testing and operational administration of the assessment. The subsequent assignment of one or two assessors to each assessment task is based on a cautious interpretation of the ongoing evaluation findings.

2(f)    The sponsor carefully plans successive administrations of the assessment to ensure consistency in elements that contribute to the reliability of scores and the accurate determination of each candidate's passing status, including consistency in the difficulty of pedagogical assessment tasks, levels of teaching proficiency that are reflected in the multilevel scoring scales, and the overall level of performance required by the Commission's recommended passing standard on the assessment.

2(g)    The sponsor ensures equivalent scoring across successive administrations of the assessment and between the Commission's model and local assessments by: using marker performances to facilitate the training of first-time assessors and the further training of continuing assessors; monitoring and recalibrating local scoring through third party reviews of scores that have been assigned to candidate responses; and periodically studying proficiency levels reflected in the adopted passing standard.

2(h)    The sponsor investigates and documents the consistency of scores among and across assessors and across successive administrations of the assessment, with particular focus on the reliability of scores at and near the adopted passing standard. To ensure that the overall construct being assessed is cohesive, the sponsor demonstrates that scores on each pedagogical task are sufficiently correlated with overall scores on the remaining tasks in the assessment. The sponsor demonstrates that the assessment procedures, taken as a whole, maximize the accurate determination of each candidate's overall pass-fail status on the assessment.

2(i)    The sponsor's assessment design includes an appeal procedure for candidates who do not pass the assessment, including an equitable process for rescoring of evidence already submitted by an appellant candidate in the program.

*Standards of Quality and Effectiveness for Professional Teacher Preparation Programs*

Attachment 1 to Declaration of Michael Q. Hyde in Support of Defendants' Reply in Favor of Their Cross Motion for Summary Judgment
Civil Action No. 3:07cv4299-PJH