UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 23, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4299 PJH

**Case Name:** Sonya Renee, et al. v. Margaret Spellings, et al.

**Attorney(s) for Plaintiff:**      John T. Affeldt; Tara Kini; Jeffrey A. Simes
**Attorney(s) for Defendant:**      Michael Q. Hyde; Richard B. Mellman

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

    Plaintiffs' Motion for Summary Judgment-Held. The court takes the matter under submission.

    Defendants' Motion for Summary Judgment-Held. The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file