FOR THE PLAINTIFFS:
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
         tkini@publicadvocates.org
         jpearlman@publicadvocates.org

FOR THE DEFENDANTS:
GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **PARTIES' JOINT STIPULATION REGARDING ENTRY OF PROPOSED JUDGMENT** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

Pursuant to the Court's June 17, 2008 Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment [docket no. 76], which denied plaintiffs' motion for summary judgment and granted defendants' cross-motion for summary judgment, thereby deciding all claims in defendants' favor, the parties jointly stipulate

to the attached form of judgment.

FOR THE PLAINTIFFS:

Dated: July 1, 2008

*<u>/s/ signed with authorization - see Attestation</u>*

JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
tkini@publicadvocates.org
jpearlman@publicadvocates.org

PATRICK THOMPSON (SBN 160804)
NICOLE E. PERROTON (SBN 233121)
ELIZABETH F. STONE (SBN 239285)
GOODWIN PROCTER LLP
101 California Street #1850
San Francisco, CA 94111
Tel: (415) 733-6000
Facsimile: (415) 677-9041
Email: pthompson@goodwinprocter.com

JEFFREY SIMES (NY SRN 2813533)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 813-8879
Facsimile: (212) 355-3333
Email: jsimes@goodwinprocter.com

DAVID B. COOK (DC BN 1135222)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Facsimile: (202) 346-4444
Email: dcook@goodwinprocter.com

FOR THE DEFENDANTS

Dated: July 1, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

SHEILA M. LIEBER
Assistant Branch Director

      /S/
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA RENEE, et al., ) | Civil Action No. 3:07cv4299-PJH |
| Plaintiffs, ) | |
| v. ) | [proposed] **FINAL JUDGMENT** |
| MARGARET SPELLINGS, et al., ) | |
| Defendants. ) | |

This case comes before the Court after decision on the parties' cross-motions for summary judgment. On June 17, 2008, the Court entered an order denying plaintiffs' motion for summary judgment and granting defendants' cross-motion for summary judgment, thereby deciding all claims in defendants' favor. See Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment, docket no. 76. Accordingly,

**IT IS ORDERED AND ADJUDGED**

that **JUDGMENT** is entered in defendants' favor and against plaintiffs, and this action is **DISMISSED**.

DONE, this _____ day of _____, 2008.

_____