1  to the attached form of judgment.

3  FOR THE PLAINTIFFS:

4  Dated: July 1, 2008

5  *[signature]*
   JOHN T. AFFELDT (SBN 154430)
   JENNY PEARLMAN (SBN 224879)
   TARA KINI (SBN 239093)
   PUBLIC ADVOCATES, INC.
   131 Steuart Street, Suite 300
   San Francisco, CA 94105
   Tel: (415) 431-7430
   Facsimile: (415) 431-1048
   Email: jaffeldt@publicadvocates.org
          tkini@publicadvocates.org
          jpearlman@publicadvocates.org

   PATRICK THOMPSON (SBN 160804)
   NICOLE E. PERROTON (SBN 233121)
   ELIZABETH F. STONE (SBN 239285)
   GOODWIN PROCTER LLP
   101 California Street #1850
   San Francisco, CA 94111
   Tel: (415) 733-6000
   Facsimile: (415) 677-9041
   Email: pthompson@goodwinprocter.com

   JEFFREY SIMES (NY SRN 2813533)
   GOODWIN PROCTER LLP
   599 Lexington Avenue
   New York, NY 10022
   Tel: (212) 813-8879
   Facsimile: (212) 355-3333
   Email: jsimes@goodwinprocter.com

   DAVID B. COOK (DC BN 1135222)
   GOODWIN PROCTER LLP
   901 New York Avenue, N.W.
   Washington, D.C. 20001
   Tel: (202) 346-4000
   Facsimile: (202) 346-4444
   Email: dcook@goodwinprocter.com

2