FOR THE PLAINTIFFS:
JOHN T. AFFELDT (SBN 154430)
JENNY PEARLMAN (SBN 224879)
TARA KINI (SBN 239093)
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
Tel: (415) 431-7430
Facsimile: (415) 431-1048
Email: jaffeldt@publicadvocates.org
        tkini@publicadvocates.org
        jpearlman@publicadvocates.org

FOR THE DEFENDANTS:
GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
SHEILA M. LIEBER
Assistant Branch Director
MICHAEL Q. HYDE
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299 |
| Plaintiffs, | |
| v. | **PARTIES' JOINT STIPULATION REGARDING ENTRY OF PROPOSED JUDGMENT** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

Pursuant to the Court's June 17, 2008 Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment [docket no. 76], which denied plaintiffs' motion for summary judgment and granted defendants' cross-motion for summary judgment, thereby deciding all claims in defendants' favor, the parties jointly stipulate

1   to the attached form of judgment.

2

3   FOR THE PLAINTIFFS:

4

    Dated: July 1, 2008                    /s/ signed with authorization - see Attestation
5                                          JOHN T. AFFELDT (SBN 154430)
                                           JENNY PEARLMAN (SBN 224879)
6                                          TARA KINI (SBN 239093)
                                           PUBLIC ADVOCATES, INC.
7                                          131 Steuart Street, Suite 300
                                           San Francisco, CA 94105
8                                          Tel: (415) 431-7430
                                           Facsimile: (415) 431-1048
9                                          Email: jaffeldt@publicadvocates.org
                                                  tkini@publicadvocates.org
10                                                jpearlman@publicadvocates.org

11                                         PATRICK THOMPSON (SBN 160804)
                                           NICOLE E. PERROTON (SBN 233121)
12                                         ELIZABETH F. STONE (SBN 239285)
                                           GOODWIN PROCTER LLP
13                                         101 California Street #1850
                                           San Francisco, CA 94111
14                                         Tel: (415) 733-6000
                                           Facsimile: (415) 677-9041
15                                         Email: pthompson@goodwinprocter.com

16                                         JEFFREY SIMES (NY SRN 2813533)
                                           GOODWIN PROCTER LLP
17                                         599 Lexington Avenue
                                           New York, NY 10022
18                                         Tel: (212) 813-8879
                                           Facsimile: (212) 355-3333
19                                         Email: jsimes@goodwinprocter.com

20                                         DAVID B. COOK (DC BN 1135222)
                                           GOODWIN PROCTER LLP
21                                         901 New York Avenue, N.W.
                                           Washington, D.C. 20001
22                                         Tel: (202) 346-4000
                                           Facsimile: (202) 346-4444
23                                         Email: dcook@goodwinprocter.com

24

25

26

27

28
                                            2

1    FOR THE DEFENDANTS

2    Dated: July 1, 2008                          GREGORY G. KATSAS
                                                  Acting Assistant Attorney General
3
                                                  JOSEPH P. RUSSONIELLO
4                                                 United States Attorney

5                                                 SHEILA M. LIEBER
                                                  Assistant Branch Director
6
                                                  _____/S/_____
7                                                 MICHAEL Q. HYDE
                                                  Trial Attorney
8                                                 Civil Division, Federal Programs Branch
                                                  United States Department of Justice
9                                                 20 Massachusetts Ave., N.W., Room 7132
                                                  P.O. Box 883
10                                                Washington, D.C. 20044
                                                  Tel: (202) 514-2205
11                                                Facsimile: (202) 616-8470
                                                  Email: michael.hyde@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA RENEE, et al., | Civil Action No. 3:07cv4299-PJH |
| Plaintiffs, | |
| v. | [proposed] **FINAL JUDGMENT** |
| MARGARET SPELLINGS, et al., | |
| Defendants. | |

This case comes before the Court after decision on the parties' cross-motions for summary judgment. On June 17, 2008, the Court entered an order denying plaintiffs' motion for summary judgment and granting defendants' cross-motion for summary judgment, thereby deciding all claims in defendants' favor. See Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment, docket no. 76. Accordingly,

  **IT IS ORDERED AND ADJUDGED**

that **JUDGMENT** is entered in defendants' favor and against plaintiffs, and this action is **DISMISSED**.

DONE, this ___2nd___ day of ___July_____, 2008.

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA