1  JOHN T. AFFELDT (SBN 154430)
   TARA KINI (SBN 239093)
2  PUBLIC ADVOCATES, INC.
   131 Steuart Street, Suite 300
3  San Francisco, California 94105
   Tel. (415) 431-7430; Fax (415) 431-1048
4  Email: jaffeldt@publicadvocates.org

5
   Attorneys for PLAINTIFFS
6  (Additional attorneys listed on following page)



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA RENEE; CANDICE JOHNSON, a minor, by Sonya Renee, her guardian ad litem; MARIBEL HEREDIA; JOSE ALDANA, a minor, by Maribel Heredia, his guardian ad litem; B. DOE, a minor, by N. Doe, her guardian ad litem; MARIEL RUBIO; DANIELLE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; STEPHANIE RUBIO, a minor, by Mariel Rubio, her guardian ad litem; GUADALUPE GONZALEZ; DAISY GONZALEZ, a minor, by Guadalupe Gonzalez, her guardian ad litem; JAZMINE JOHNSON, a minor, by Deanna Bolden, her guardian ad litem; ADRIANA RAMIREZ, a minor, by Arcelia Trinidad Ramirez, her guardian ad litem; JANE DOE, a minor, by John Doe, her guardian ad litem; CALIFORNIANS FOR JUSTICE EDUCATION FUND; CALIFORNIA ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,<br><br>Plaintiffs,<br><br>v.<br><br>MARGARET SPELLINGS, in her official capacity; UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 07-4299-PJH<br><br>NOTICE OF APPEAL |

| | |
|---|---|
| 1 | JEFFREY SIMES (NY SRN 2813533), appearing *pro hac vice* |
| | GOODWIN PROCTER LLP |
| 2 | 599 Lexington Avenue |
| | New York, New York 10022 |
| 3 | Tel: (212) 813-8879 |
| | Fax: (212) 355-3333 |
| 4 | Email: jsimes@goodwinprocter.com |
| 5 | |
| | PATRICK THOMPSON (SBN 160804) |
| 6 | ELIZABETH F. STONE (SBN 239285) |
| | GOODWIN PROCTER LLP |
| 7 | 101 California Street # 1850 |
| | San Francisco, California 94111 |
| 8 | Tel: (415) 733-6000 |
| 9 | Fax: (415) 677-9041 |
| | Email: pthompson@goodwinprocter.com |
| 10 | |
| 11 | DAVID B. COOK (DC BN 113522), appearing *pro hac vice* |
| | GOODWIN PROCTER LLP |
| 12 | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001 |
| 13 | Tel: (202) 346-4000 |
| | Fax: (202) 346-4444 |
| 14 | Email: dcook@goodwinprocter.com |
| 15 | Attorneys for PLAINTIFFS |

1  Notice is hereby given that all Plaintiffs, as set forth above, in the above named case hereby
2  appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's final
3  judgment in this action, dated July 2, 2008, and its opinion and order granting Defendants' Cross-
4  Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment, dated June 17,
5  2008.

Dated: July 18, 2008

Respectfully submitted,

_____
JOHN T. AFFELDT
TARA KINI
PUBLIC ADVOCATES, INC.

JEFFREY SIMES
PATRICK THOMPSON
DAVID B. COOK
ELIZABETH F. STONE
GOODWIN PROCTER LLP

Attorneys for Plaintiffs

## REPRESENTATION STATEMENT
### FRAP 12(b); Circuit Rule 3-2

The above-captioned plaintiffs in this action are represented by:

JOHN T. AFFELDT
TARA KINI
PUBLIC ADVOCATES, INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Tel. (415) 431-7430
Fax (415) 431-1048
Email: jaffeldt@publicadvocates.org
　　　　tkini@publicadvocates.org

JEFFREY SIMES
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8879
Fax: (212) 355-3333
Email: jsimes@goodwinprocter.com

PATRICK THOMPSON
ELIZABETH F. STONE
GOODWIN PROCTER LLP
101 California Street # 1850
San Francisco, California 94111
Tel: (415) 733-6000
Fax: (415) 677-9041
Email: pthompson@goodwinprocter.com

DAVID B. COOK
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: dcook@goodwinprocter.com

Defendants Margaret Spellings and the United States Department of Education are represented by:

> JEFFREY S. BUCHOLTZ
> Acting Assistant Attorney General
> JOSEPH P. RUSSONIELLO
> United States Attorney
> SHEILA M. LIEBER
> Assistant Branch Director
> MICHAEL Q. HYDE
> Trial Attorney
> Civil Division, Federal Programs Branch
> United States Department of Justice
> 20 Massachusetts Ave., N.W., Room 7132
> P.O. Box 883
> Washington, D.C. 20044
> Tel. (202) 514-2205
> Fax (202) 616-8470
> Email: michael.hyde@usdoj.gov

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Goodwin Procter LLP, Three Embarcadero Center, 24th Floor, California 94111.

On the date below I served the following documents described as:

1.  NOTICE OF APPEAL; and

2.  UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT (with Attachments).

[ ] U.S. MAIL I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.

[x] OVERNIGHT COURIER SERVICE: I caused such documents[s] to be delivered by FEDERAL EXPRESS for delivery the following business day.

[ ] FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Goodwin Procter LLP, as follows:

Michael Q. Hyde
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington DC  20044
Tel: 202.514.2205
Fax: 202.616.8470

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

1      I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct. This declaration is executed in San Francisco, California, on July 18, 2008.

                                                     *[signature]*
                                                    Robert L. Novak

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021441
Cashier ID: almaceh
Transaction Date: 07/18/2008
Payer Name: Specialized Legal Services,

------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: S A RENEE
 Case/Party: D-CAN-3-07-CV-004299-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 31505
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```