**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                        General Court Number
Clerk                                                                    415.522.2000

July 21, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-4299 PJH</u>**

**CASE TITLE:** Renee v. Spellings

USCA Case Number:

Dear Sir/Madam:

      Enclosed is the Notice of Appeal  in the above captioned case.  Please acknowledge

receipt on the enclosed copy of this letter and return it to this office.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by: <u>Felicia Reloba</u>
                    Case Systems Administrator

cc:  Counsel of Record