UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 21, 2008

**CASE INFORMATION:**
Short Case Title: Renee v. Spellings
Court of Appeals No. (leave blank if a unassigned)
U.S. District Court, Division & Judge Name: Northern District of California, Civil Division, Judge Hamilton
Criminal and/or Civil Case No.:  CV-07-4299 PJH
Date Complaint/Indictment/Petition Filed:  8/21/07
Date Appealed order/judgment *entered* 7/2/08
Date NOA *filed* 7/18/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):      ☐ granted in full (attach order)       ☐ denied in full (send record)
                             ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: Margo Gurule 415-522-2102 and Jim Yeomans 415-863-5179
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 7/18/08                                    Date Docket Fee Billed:
Date FP granted:                                                 Date FP denied:
Is FP pending? ☐ yes  ☐ no                                       Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                              Appellee Counsel:

SEE DOCKET SHEET

☐ retained   ☐ CJA   ☐ FPD  ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Felicia Reloba
                                                    415-522-2000