ADRMOP, APPEAL, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-04299-PJH
## Internal Use Only

Renee et al v. Spellings et al                          Date Filed: 08/21/2007
Assigned to: Hon. Phyllis J. Hamilton              Date Terminated: 07/02/2008
Cause: 05:551 Administrative Procedure Act       Jury Demand: None
                                                        Nature of Suit: 890 Other Statutory Actions
                                                        Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Sonya Renee**                           represented by   **John Thomas Affeldt**
                                                        Public Advocates, Inc.
                                                        131 Steuart Street
                                                        Suite 300
                                                        San Francisco, CA 94105
                                                        415-431-7430
                                                        Fax: 415-431-1048
                                                        Email: jaffeldt@publicadvocates.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Cook**
                                                        Goodwin Procter LLP
                                                        901 New York Avenue NW
                                                        Washington, DC 20001
                                                        202-346-4000
                                                        Fax: 202-346-4444
                                                        Email: dcook@goodwinprocter.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Frances Stone**
                                                        Goodwin Procter LLP
                                                        101 California Street
                                                        Suite 1850
                                                        San Franicsco, CA 94111
                                                        415-733-6054
                                                        Fax: 415-677-9041
                                                        Email: estone@goodwinprocter.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey A Simes**
                                                        Goodwin Procter LLP

599 Lexington Avenue
New York, NY 10022
212-813-8879
Fax: 212-355-3333
Email: jsimes@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Jenny Pearlman**
Public Advocates, Inc.
131 Steuart Street
Suite 300
San Francisco, CA 94105
415-431-7430
Fax: 415-431-1048
Email: jpearlman@publicadvocates.org
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
Goodwin Procter LLP
101 California Street
Suite 1850
San Francisco, CA 94111
415-733-6069
Fax: 415-677-9041
Email: nperroton@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
Goodwin Procter LLP
101 California Street
Suite 1850
San Francisco, CA 94111
415-733-6000
Fax: 415-677-9041
Email: pthompson@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
Public Advocates, Inc.
131 Steuart Street
Suite 300
San Francisco, CA 94105
415-431-7430
Fax: 415-431-1048
Email: tkini@publicadvocates.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candice Johnson**            represented by **John Thomas Affeldt**
*a minor, by Sonia Renee, her guardian ad*            (See above for address)

*litem*                                                  *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Cook**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Frances Stone**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey A Simes**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jenny Pearlman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Nicole Elise Perroton**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patrick Shaun Thompson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Tara Elizabeth Kini**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maribel Heredia**                    represented by    **John Thomas Affeldt**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Cook**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Frances Stone**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey A Simes**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jenny Pearlman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Aldana**                    represented by    **John Thomas Affeldt**
*a minor, by Maribel Heredia, his guardian ad*      (See above for address)
*litem*                                              *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David B. Cook**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Elizabeth Frances Stone**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jeffrey A Simes**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jenny Pearlman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nicole Elise Perroton**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Patrick Shaun Thompson**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Tara Elizabeth Kini**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mariel Rubio**                        represented by **John Thomas Affeldt**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Cook**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Frances Stone**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey A Simes**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jenny Pearlman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Nicole Elise Perroton**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patrick Shaun Thompson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Tara Elizabeth Kini**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Rubio**                      represented by **John Thomas Affeldt**
*a minor, by Mariel Rubio, her guardian ad*             (See above for address)
*litem*                                                 *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David B. Cook**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Frances Stone**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey A Simes**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Jenny Pearlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guadalupe Gonzalez**                 represented by  **John Thomas Affeldt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Frances Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A Simes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny Pearlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daisy Gonzalez**                          represented by   **John Thomas Affeldt**
*a minor, by Guadalupe Gonzalez, her*                        (See above for address)
*guardian ad litem*                                          *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David B. Cook**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth Frances Stone**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey A Simes**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jenny Pearlman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nicole Elise Perroton**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Patrick Shaun Thompson**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tara Elizabeth Kini**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jazmine Johnson**                         represented by   **John Thomas Affeldt**
*a minor, by Deanna Bolden, her guardian ad*                 (See above for address)
*litem*                                                      *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David B. Cook**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth Frances Stone**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey A Simes**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny Pearlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adriana Ramirez**                        represented by    **John Thomas Affeldt**
*a minor, by Arcelia Trinidad Ramirez, her*                  (See above for address)
*guardian ad litem*                                          *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David B. Cook**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth Frances Stone**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey A Simes**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jenny Pearlman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nicole Elise Perroton**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Patrick Shaun Thompson**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tara Elizabeth Kini**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Doe**                                          represented by   **John Thomas Affeldt**
*a minor, by John Doe, her guardian ad litem*                         (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **David B. Cook**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Elizabeth Frances Stone**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jeffrey A Simes**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jenny Pearlman**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Nicole Elise Perroton**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Patrick Shaun Thompson**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Tara Elizabeth Kini**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Californians For Justice Education Fund**           represented by   **John Thomas Affeldt**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **David B. Cook**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Elizabeth Frances Stone**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Jeffrey A Simes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny Pearlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**California Association of Community Organizations for Reform Now**    represented by    **John Thomas Affeldt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David B. Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Frances Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A Simes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jenny Pearlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole Elise Perroton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Shaun Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Kini**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Margaret Spellings**                           represented by   **Michael Quenten Hyde**
*in her official capacity*                                        U.S. Department of Justice
                                                                 20 Massachusetts Ave. NW
                                                                 Room 7132
                                                                 Washington, DC 20001
                                                                 202-514-2205
                                                                 Email: michael.hyde@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Eudcation**         represented by   **Michael Quenten Hyde**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Teach For America**                            represented by   **Donald B. Verrilli, Jr.**
                                                                 Jenner & Block LLC
                                                                 601 Thirteenth Street, NW
                                                                 Suite 1200 South
                                                                 Washington, DC 20005
                                                                 202-639-6095
                                                                 Fax: 202-639-6066
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2007 | 1 | COMPLAINT; summons issued against Margaret Spellings, United States Department of Eudcation (Filing fee $ 350, receipt number 34611009643). Filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 2 | Certificate of Interested Parties by David B. Cook, Elizabeth Frances Stone, Nicole Elise Perroton, Patrick Shaun Thompson, Jeffrey Simes. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: |

| | | |
|---|---|---|
| | | 08/22/2007) |
| 08/21/2007 | 3 | MOTION to Appoint Guadalupe Gonzalez as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 4 | MOTION to Appoint Sonya Renee as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 5 | MOTION to Appoint Mariel Rubio as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 6 | MOTION to Appoint Maribel Heredia as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 7 | MOTION to Appoint Arcelia Ramirez as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 8 | MOTION to Appoint Deanna Bolden as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 9 | MOTION to Appoint John Doe as Guardian ad Litem filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 10 | Ex Parte Motion for Leave to Proceed Anonymously and to Submit Plaintiff's Declaration Under Seal filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice |

| | | |
|---|---|---|
| | | Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 11 | MEMORANDUM OF POINTS AND AUTHORITIES in Support re 10 Ex Parte Application filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Related document(s) 10 ) (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 12 | Declaration of Tara Kini in Support of 10 Ex Parte Application filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Related document(s) 10 ) (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 13 | CERTIFICATE OF SERVICE by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez re 6 MOTION to Appoint Guardian ad Litem, 7 MOTION to Appoint Guardian ad Litem, 8 MOTION to Appoint Guardian ad Litem, 1 Complaint, 3 MOTION to Appoint Guardian ad Litem, 4 MOTION to Appoint Guardian ad Litem, 2 Certificate of Interested Entities, 5 MOTION to Appoint Guardian ad Litem, 9 MOTION to Appoint Guardian ad Litem (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 14 | ADR SCHEDULING ORDER: Case Management Statement due by 11/21/2007. Case Management Conference set for 11/28/2007 01:30 PM. (Attachments: # 1 EMC Standing Order; # 2 Case Management Standing Order)(slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 08/21/2007 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 08/21/2007 | 15 | MOTION of Jeffrey A. Simes for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611009679) filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/23/2007) |
| 08/21/2007 | 16 | MOTION of David B. Cook for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611009679) filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for |

| | | |
|---|---|---|
| | | Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 10/19/2007 (sv, COURT STAFF). (Entered: 08/23/2007) |
| 08/24/2007 | 17 | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR JEFFREY SIMES. Signed by Judge Edward M. Chen on 8/24/07. (bpf, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/24/2007 | 18 | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE FOR DAVID COOK. Signed by Judge Edward M. Chen on 8/24/07. (bpf, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/28/2007 | | (Court only) ***Motions terminated: #15 and 16 (bpf, COURT STAFF) (Filed on 8/28/2007) (Entered: 08/28/2007) |
| 08/28/2007 | 19 | ORDER re 6 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia, 7 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 8 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 3 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 4 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 5 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 9 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee. Signed by Judge Edward M. Chen on 8/28/07. (bpf, COURT STAFF) (Filed on 8/28/2007) (Entered: 08/28/2007) |
| 10/02/2007 | 20 | CERTIFICATE OF SERVICE by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez (Kini, Tara) (Filed on 10/2/2007) (Entered: 10/02/2007) |

| 10/18/2007 | 21 | NOTICE of Appearance by Michael Quenten Hyde *on Behalf of Defendants* (Hyde, Michael) (Filed on 10/18/2007) (Entered: 10/18/2007) |
|---|---|---|
| 10/18/2007 | 22 | STIPULATION *Extending Time for Defendants to Respond to the Complaint* by Margaret Spellings, United States Department of Eudcation. (Attachments: # 1 Attestation of Concurrence to File# 2 Signature Page (Declarations/Stipulations) Stipulation with Original Signatures# 3 Certificate of Service)(Hyde, Michael) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 10/18/2007 | 23 | Declination to Proceed Before a U.S. Magistrate Judge by Margaret Spellings, United States Department of Eudcation. (Hyde, Michael) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 10/22/2007 | 24 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 10/23/2007 | 25 | ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Judge Edward M. Chen no longer assigned to the case.. Signed by Executive Committee on 10/23/07. (as, COURT STAFF) (Filed on 10/23/2007) (Entered: 10/23/2007) |
| 10/23/2007 | | (Court only) ***Motions terminated: 5 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia, 6 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 7 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 8 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 3 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 4 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee, 9 MOTION to Appoint Guardian ad Litem filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee. (nah, COURT STAFF) (Filed on 10/23/2007) (Entered: 10/23/2007) |
| 10/25/2007 | 26 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. |

| | | |
|---|---|---|
| | | Hamilton on 10/25/07. (nah, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/25/2007 | | Set Deadlines/Hearings: Case Management Statement due by 11/29/2007. Case Management Conference set for 12/6/2007 02:30 PM. (nah, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/31/2007 | 27 | Notice of Withdrawal of Motion filed byJane Doe. (Kini, Tara) (Filed on 10/31/2007) (Entered: 10/31/2007) |
| 11/15/2007 | 28 | STIPULATION *Extending Time for Defendants to Respond to the Complaint* by Margaret Spellings, United States Department of Eudcation. (Attachments: # 1 Attestation of Concurrence# 2 Signature Page (Declarations/Stipulations) Signature Page for Plaintiffs# 3 Certificate of Service)(Hyde, Michael) (Filed on 11/15/2007) (Entered: 11/15/2007) |
| 11/19/2007 | 29 | NOTICE of Change of Address by Nicole Elise Perroton (Perroton, Nicole) (Filed on 11/19/2007) (Entered: 11/19/2007) |
| 11/27/2007 | 30 | AMENDED COMPLAINT *for Declaratory and Injunctive Relief* against all defendants. Filed byJazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Exhibit Exhibit 1 Part 1 of 3# 2 Exhibit Exhibit 1 Part 2 of 3# 3 Exhibit Exhibit 1 Part 3 of 3# 4 Exhibit Exhibit 2 Part 1 of 6# 5 Exhibit Exhibit 2 Part 2 of 6# 6 Exhibit Exhibit 2 Part 3 of 6# 7 Exhibit Exhibit 2 Part 4 of 6# 8 Exhibit Exhibit 2 Part 5 of 6# 9 Exhibit Exhibit 2 Part 6 of 6# 10 Exhibit Exhibit 3# 11 Exhibit Exhibit 4-a# 12 Exhibit Exhibit 4-b Part 1 of 3# 13 Exhibit Exhibit 4-b Part 2 of 3# 14 Exhibit Exhibit 4-b Part 3 of 3# 15 Exhibit Exhibit 4-c Part 1 of 3# 16 Exhibit Exhibit 4-c Part 2 of 3# 17 Exhibit Exhibit 4-c Part 3 of 3# 18 Exhibit Exhibit 4-d# 19 Exhibit Exhibit 4-e# 20 Exhibit Exhibit 5# 21 Exhibit Exhibit 6# 22 Exhibit Exhibit 7# 23 Exhibit Exhibit 8# 24 Exhibit Exhibit 9# 25 Exhibit Exhibit 10# 26 Exhibit Exhibit 11)(Kini, Tara) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 11/27/2007 | 31 | Proposed Order re 30 Amended Complaint,,,, *Order Appointing Guardians Ad Litem* by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Second Petition of Mariel Rubio for Order Appointing Her Guardian Ad Litem# 2 Petition of N. Doe for Order Appointing Her Guardian Ad Litem# 3 CERTIFICATE OF SERVICE)(Kini, Tara) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 11/29/2007 | 32 | ORDER APPOINTING GUARDIANS AD LITEM re 31 Proposed Order,, filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia. Signed by Judge Phyllis J. Hamilton on 11/29/07. (nah, COURT STAFF) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 33 | JOINT CASE MANAGEMENT STATEMENT filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Attestation of Concurrence to File)(Kini, Tara) (Filed on 11/29/2007) |

| | | (Entered: 11/29/2007) |
|---|---|---|
| 11/29/2007 | 34 | Consent MOTION to Appear by Telephone *at Case Management Conference* filed by Margaret Spellings, United States Department of Eudcation. (Attachments: # 1 Proposed Order)(Hyde, Michael) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/30/2007 | 35 | CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE. Case Management Conference set for 1/10/2008 02:30 PM. (nah, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 11/30/2007 | | (Court only) ***Motions terminated: 34 Consent MOTION to Appear by Telephone *at Case Management Conference* filed by United States Department of Eudcation, Margaret Spellings. (nah, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/14/2007 | 36 | *Defendants'* ANSWER to Amended Complaint byMargaret Spellings, United States Department of Eudcation. (Hyde, Michael) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/14/2007 | 37 | NOTICE by Margaret Spellings, United States Department of Eudcation *of Filing of Administrative Record in Paper Form with Clerk's Office* (Hyde, Michael) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/18/2007 | 38 | ADMINISTRATIVE RECORD (four volumes) filed by Defendant. (far, COURT STAFF) (Filed on 12/18/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 39 | MOTION for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. Motion Hearing set for 12/30/2008 09:00 AM. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal, # 2 Proposed Order Proposed Order Granting Plaintiffs Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal, # 3 Certificate of Service)(Kini, Tara) (Filed on 12/21/2007) Modified on 1/17/2008 (far, COURT STAFF). (Entered: 12/21/2007) |
| 12/21/2007 | 40 | Declaration of Tara Kini in Support of 39 MOTION for Protective Order *Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal* filed byJazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Declaration of Allison Davenport in Support of Plaintiffs' Motion for Leave to Proceed Using Fictitious Names and to File Declarations Under Seal, # 2 Declaration of Jane Doe in Support of Motion for Leave to Proceed Using Fictitious Names and to Submit Declaration Under Seal (Sealed Portion Redacted), # 3 Declaration of N. Doe in Support of Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal)(Related document(s) 39 ) (Kini, Tara) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 41 | Request for Judicial Notice re 39 MOTION for Protective Order *Motion for Proceed Using Fictitious Names and to Submit Declarations Under Seal*, 40 Declaration in Support,,, filed byJazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle |

|  |  |  |
|---|---|---|
|  |  | Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Related document(s) 39 , 40 ) (Kini, Tara) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/26/2007 |  | Received Document DECLARATION of JANE DOE (requested to be filed under seal) by Sonya Renee. (far, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 12/26/2007 |  | Received Document DECLARATION of N. Doe (Requested to be filed under seal) by Sonya Renee. (far, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 01/07/2008 | 42 | JOINT CASE MANAGEMENT STATEMENT *[ADDENDUM TO]* filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Margaret Spellings, United States Department of Eudcation, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Attestation of Concurrence to File Addendum to Joint Case Management Statement)(Kini, Tara) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/08/2008 | 43 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/09/2008 | 44 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *by Defendants* (Attachments: # 1 Signature Page (Declarations/Stipulations), # 2 Attestation of Concurrence to Sign, # 3 Certificate of Service)(Hyde, Michael) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 | 45 | Memorandum in Opposition re 39 MOTION for Protective Order *Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal* filed byMargaret Spellings, United States Department of Eudcation. (Attachments: # 1 Proposed Order, # 2 Opinion in L.H. v. Schwarzenegger, # 3 Opinion in Doe v. Texaco)(Hyde, Michael) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 |  | ADR Remark: An ADR Phone Conference has been scheduled for 1/10/08 at 11:00 a.m. Plaintiff's counsel will initiate the call. (tjs, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 |  | ADR Remark: The ADR Phone Conference has been rescheduled to 11:30 a.m. on 1/10/08. (tjs, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/10/2008 | 46 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Attachments: # 1 Attestation of Concurrence to File Notice of Need for ADR Phone Conference)(Kini, Tara) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 47 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Attachments: # 1 Attestation of Concurrence to Sign ADR Certification by Parties and Counsel on Clients' Behalf)(Kini, Tara) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 48 | CERTIFICATE OF SERVICE by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez re 46 Notice of need for ADR Phone Conference (ADR L.R. 3-5 d), 47 ADR Certification (ADR L.R. 3-5b)of discussion of ADR options (Kini, Tara) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 |  | ADR Remark: ADR Phone Conference conducted on 1/10/08 by RWS. (tjs, COURT |

| | | STAFF) (Filed on 1/10/2008) (Entered: 01/11/2008) |
|---|---|---|
| 01/11/2008 | 49 | Minute Entry: Initial Case Management Conference held on 1/10/2008 before Phyllis J. Hamilton (Date Filed: 1/11/2008). Dispositive Motions Hearing set for 4/23/2008 09:00 AM. (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 1/11/2008) (Entered: 01/11/2008) |
| 01/16/2008 | 50 | REPLY in Support of 39 Motion for Leave to Proceed Using Fictitious Names filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) (Kini, Tara) (Filed on 1/16/2008) Modified on 1/17/2008 (far, COURT STAFF). (Entered: 01/16/2008) |
| 01/18/2008 | 51 | MOTION for Summary Judgment filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. Motion Hearing set for 4/23/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Kini, Tara) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 52 | Brief re 51 MOTION for Summary Judgment *Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment and Exhibits in Support* filed byJazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Exhibit Exhibits to Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment, # 2 Declarations in Support of Plaintiffs' Motion for Summary Judgment, # 3 Proposed Order, # 4 Certificate of Service)(Related document(s) 51 ) (Kini, Tara) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/22/2008 | | Received Document DECLARATION of JANE DOE in Support of Plaintiffs' Motion for Summary Judgment by Jose Aldana. (REQUESTED TO BE FILED UNDER SEAL) (far, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/24/2008) |
| 01/25/2008 | 53 | STIPULATION and PROPOSED ORDER TO PROCEED UNDER FICTITIOUS NAMES by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Kini, Tara) (Filed on 1/25/2008) Modified on 1/28/2008 (far, COURT STAFF). (Entered: 01/25/2008) |
| 01/30/2008 | 54 | Minute Entry: Motion Hearing held on 1/30/2008 before Phyllis J. Hamilton (Date Filed: 1/30/2008) re 39 MOTION for Protective Order *Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal* filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia. (Court Reporter Margo Gurule (415) 522-2102) (nah, COURT STAFF) (Date Filed: 1/30/2008) Modified on 1/31/2008 (far, COURT STAFF). (Entered: 01/30/2008) |
| 02/06/2008 | 55 | Proposed Order *to Proceed Under Fictitious Names* by Jazmine Johnson, Adriana Ramirez, |

| | | |
|---|---|---|
| | | Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Kini, Tara) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 56 | Declaration of Jane Doe in Support of 40 Declaration in Support,,, 52 Brief,,, *Declaration of Jane Doe in Support of Motion for Leave to Proceed Using Fictitious Names* filed byJazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Declaration of N. Doe in Support of Motion for Leave to Proceed Using Fictitious Names, # 2 Declaration of Jane Doe in Support of Plaintiffs' Motion for Summary Judgment, # 3 Declaration of N. Doe in Support of Plaintiffs' Motion for Summary Judgment, # 4 Certificate of Service)(Related document(s) 40 , 52 ) (Kini, Tara) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/08/2008 | 57 | ORDER TO PROCEED UNDER FICTITIOUS NAMES re 55 Proposed Order, filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Guadalupe Gonzalez, Candice Johnson, Maribel Heredia, Sonya Renee. Signed by Judge Phyllis J. Hamilton on 2/8/08. (nah, COURT STAFF) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/08/2008 | 58 | ORDER re 39 Motion for Leave to Proceed Using Fictitious Names filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia, 57 Order. Signed by Judge Phyllis J. Hamilton on 2/8/08. (nah, COURT STAFF) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/08/2008 | | Set/Reset Deadlines: Amended Complaint due by 2/22/2008. (nah, COURT STAFF) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/08/2008 | | (Court only) ***Motions terminated: 39 MOTION for Protective Order *Motion for Leave to Proceed Using Fictitious Names and to Submit Declarations Under Seal* filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia. (nah, COURT STAFF) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/15/2008 | 59 | Cross MOTION for Summary Judgment filed by Margaret Spellings, United States Department of Eudcation. Motion Hearing set for 4/23/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Consolidated Memorandum in Support of Cross Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, # 2 Proposed Order)(Hyde, Michael) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/15/2008 | 60 | CONSOLIDATED MEMORANDUM in Opposition to 51 Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross Motion for Summary Judgment filed by Margaret Spellings, United States Department of Eudcation. (Attachments: # 1 Proposed Order)(Hyde, Michael) (Filed on 2/15/2008) Modified on 2/19/2008 (far, COURT STAFF). (Entered: 02/15/2008) |
| 02/15/2008 | 61 | MOTION for leave to appear in Pro Hac Vice of Donald B. Verrilli, Jr. ( Filing fee $ 210, |

| | | |
|---|---|---|
| | | receipt number 34611015882.) filed by Teach For America. (Attachments: # 1 Receipt)(far, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/15/2008 | 62 | Received Order re 61 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611015882.) by Teach For America. (far, COURT STAFF) (Filed on 2/15/2008) (far, COURT STAFF). (Entered: 02/19/2008) |
| 02/15/2008 | 63 | MOTION for Leave to File a Memorandum of Law in Support of Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment filed by Teach For America. (far, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/15/2008 | 64 | AMICUS CURIAE BRIEF in Opposition to Plaintiff's Motion for Summary Judgment and in support of Defendant's Cross-Motion for Summary Judgment filed byTeach For America. (far, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/15/2008 | 65 | INDEX OF EXHIBITS re 64 filed by Teach For America. (far, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/19/2008 | 66 | CLERK'S NOTICE re: Motion for Leave to File a Memorandum of Law 63 , Brief 64 and Index of Exhibits 65 ; Documents E-Filed in a case not designated for ECF (far, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/20/2008 | 67 | ORDER DENYING MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT by Judge Phyllis J. Hamilton denying 63 Motion for Leave to File (nah, COURT STAFF) (Filed on 2/20/2008) (Additional attachment(s) added on 2/20/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 02/20/2008) |
| 02/20/2008 | | (Court only) ***Motions terminated: (nah, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/21/2008 | 68 | STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF N. DOE and PROPOSED ORDER by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Kini, Tara) (Filed on 2/21/2008) Modified on 2/22/2008 (far, COURT STAFF). (Entered: 02/21/2008) |
| 02/22/2008 | 69 | STIPULATION AND ORDER of dismissal of claims of plaintiff N. Doe. Signed by Judge Phyllis J. Hamilton on 02/22/08. (rbe, COURT STAFF) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 03/12/2008 | 70 | CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES in Opposition to 59 Defendants' Cross Motion for Summary Judgment and REPLY IN SUPPORT OF 51 Plaintiffs' Motion for Summary Judgment and EXHIBITS in Support by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Attachments: # 1 Exhibit, # 2 Affidavit, # 3 Certificate of Service)(Kini, Tara) (Filed on 3/12/2008) Modified on 3/13/2008 (far, COURT STAFF). (Entered: 03/12/2008) |
| 04/02/2008 | 71 | STIPULATION Extending Time for Defendants to File a Reply in Favor of Their 59 Cross Motion for Summary Judgment by Margaret Spellings, United States Department of |

| | | |
|---|---|---|
| | | Eudcation. (Attachments: # 1 Attestation of Concurrence, # 2 Signature Page (Declarations/Stipulations), # 3 Certificate of Service)(Hyde, Michael) (Filed on 4/2/2008) Modified on 4/4/2008 (far, COURT STAFF). (Entered: 04/02/2008) |
| 04/03/2008 | 72 | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A REPLY IN FAVOR OF THEIR CROSS MOTION FOR SUMMARY JUDGMENT re 71 Stipulation, filed by United States Department of Eudcation, Margaret Spellings. Signed by Judge Phyllis J. Hamilton on 4/3/08. (nah, COURT STAFF) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/04/2008 | 73 | REPLY in Favor of 59 Cross MOTION for Summary Judgment filed byMargaret Spellings, United States Department of Eudcation. (Attachments: # 1 Affidavit Ex. A - Declaration of Michael Q. Hyde)(Hyde, Michael) (Filed on 4/4/2008) Modified on 4/7/2008 (far, COURT STAFF). (Entered: 04/04/2008) |
| 04/18/2008 | 74 | REQUEST for Judicial Notice in Support of 51 Plaintiffs' Motion for Summary Judgment filed by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. (Kini, Tara) (Filed on 4/18/2008) Modified on 4/21/2008 (far, COURT STAFF). (Entered: 04/18/2008) |
| 04/23/2008 | 75 | Minute Entry: Motion Hearing held on 4/23/2008 before Phyllis J. Hamilton re 59 Cross MOTION for Summary Judgment filed by United States Department of Eudcation, Margaret Spellings, 51 MOTION for Summary Judgment filed by Daisy Gonzalez, Jazmine Johnson, Adriana Ramirez, Jose Aldana, Jane Doe, Danielle Rubio, California Association of Community Organizations for Reform Now, Californians For Justice Education Fund, Mariel Rubio, Candice Johnson, Guadalupe Gonzalez, Sonya Renee, Maribel Heredia. (Court Reporter Jim Yeomans (415) 863-5179) (nah, COURT STAFF) (Date Filed: 4/23/2008) Modified on 4/23/2008 (far, COURT STAFF). (Entered: 04/23/2008) |
| 06/17/2008 | 76 | ORDER by Judge Hamilton denying 51 Motion for Summary Judgment; granting 59 Motion for Summary Judgment (pjhlc1, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/17/2008) |
| 07/01/2008 | 77 | STIPULATION *of Parties Regarding Entry of Proposed Judgment* by Margaret Spellings, United States Department of Eudcation. (Attachments: # 1 Attestation of Concurrence to File, # 2 Signature Page (Declarations/Stipulations) Plaintiffs' Signature Page, # 3 Certificate of Service)(Hyde, Michael) (Filed on 7/1/2008) (Entered: 07/01/2008) |
| 07/02/2008 | 78 | STIPULATION AND FINAL JUDGMENT, ***Civil Case Terminated. Signed by Judge Phyllis J. Hamilton on 7/2/08. (nah, COURT STAFF) (Filed on 7/2/2008) (Entered: 07/02/2008) |
| 07/18/2008 | 79 | NOTICE OF APPEAL as to 78 Judgment, Terminated Case, 76 Order on Motion for Summary Judgment by Jazmine Johnson, Adriana Ramirez, Jane Doe, Californians For Justice Education Fund, California Association of Community Organizations for Reform Now, Sonya Renee, Candice Johnson, Maribel Heredia, Jose Aldana, Mariel Rubio, Danielle Rubio, Guadalupe Gonzalez, Daisy Gonzalez. Filing fee $ 455, Receipt Number 34611021441. (far, COURT STAFF) (Filed on 7/18/2008) (Entered: 07/21/2008) |