FILED

UNITED STATES COURT OF APPEALS

AUG 26 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONYA RENEE; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>MARGARET SPELLINGS, in her official capacity; et al.,<br><br>        Defendants - Appellees. | No. 08-16661<br><br>D.C. No. 3:07-CV-04299-PJH<br>Northern District of California,<br>San Francisco<br><br><br><br>ORDER |

Appellants' opposed motion for expedition is granted in part.

The opening brief is due October 6, 2008; the answering brief is due November 5, 2008; and the optional reply brief is due 14 days after service of the answering brief.

This appeal shall be calendared as soon as possible.

The provisions of Ninth Circuit Rule 31-2.2(a) shall not be applicable to this case; any Rule 31-2.2(b) request is strongly disfavored.


For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
   Ninth Circuit Rule 27-7/Advisory Note
   to Rule 27 and Ninth Circuit Rule 27-10


25Aug2008/LBS/Pro Mo